2023-2008

_____

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

In re: ALEXANDER I. SOTO, WALTER G. SOTO,

Appellants

_____

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board Application No. 17/138,794

_____

JOINT APPENDIX

_____

Derek Meeker
LAURENCE & PHILLIPS IP LAW
1050 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
202-558-6968

Kevin B. Laurence
LAURENCE & PHILLIPS IP LAW
1050 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
703-448-8787

Matthew C. Phillips
LAURENCE & PHILLIPS IP LAW
1050 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
503-964-1129

*Counsel for Appellants*

February 20, 2024

*In re: Soto*

Case No. 2023–2008

## JOINT APPENDIX TABLE OF CONTENTS

| Date | Description | Appx. Page(s) |
|---|---|---|
| 4/3/2023 | Board Decision on Appeal | 1-20 |
| | Certified List | 21-23 |
| | Rejected Claims | 24-30 |
| 12/30/2020 | Track One Request | 31-32 |
| 12/30/2020 | Track One Request | 33-34 |
| 12/30/2020 | Abstract | 35-35 |
| 12/30/2020 | Claims | 36-41 |
| 12/30/2020 | Drawings-only black and white line drawings | 42-55 |
| 12/30/2020 | Oath or Declaration filed | 56-57 |
| 12/30/2020 | Oath or Declaration filed | 58-59 |
| 12/30/2020 | Specification | 60-75 |
| 12/30/2020 | Fee Worksheet (SB06) | 76-77 |
| 12/30/2020 | Electronic Filing System Acknowledgment Receipt | 78-80 |
| 12/30/2020 | Application Data Sheet | 81-89 |
| 3/18/2021 | Non-Final Rejection | 193-216 |
| 3/18/2021 | Japanese Patent Appl. Publ. No. JP2003092582A (Umayabashi – English Machine Translation) | 238-332 |
| 6/17/2021 | Response to Office Action Dated 3/18/2021 | 341-347 |
| 7/13/2021 | Final Rejection | 365-403 |
| 9/27/2021 | Examiner Interview Summary Record (PTOL - 413) | 764-765 |
| 10/8/2021 | Non-Final Rejection | 767-805 |
| 10/8/2021 | Non Patent Literature (Broadband optical access systems based on Passive Optical Networks (PON)) | 811-929 |
| 10/8/2021 | Non Patent Literature (Optical Fibers in Local Area Networks) | 985-998 |

| 1/9/2022 | Non Patent Literature (Rep. on the Filing or Determination of an Action Regarding a Patent or Trademark: 7,925,162) | 2745-3240 |
|---|---|---|
| 2/2/2022 | Final Rejection | 3432-3479 |
| 8/4/2022 | Appeal Brief Filed | 3515-3545 |
| 9/9/2022 | Examiner's Answer to Appeal Brief | 3550-3608 |
| 11/9/2022 | Reply Brief Filed | 3612-3620 |
| 4/18/2023 | Patent Trial and Appeal Board (PTAB) Oral Hearing Transcript | 3664-3680 |
| 5/31/2023 | Notice of Appeal Filed | 3684-3686 |
| 11/1/1988 | U.S. Patent No. 4,781,427 (Husbands) | 3706-3716 |
| 8/17/2004 | U.S. Patent No. 6,778,557 (Yuki) | 3717-3848 |
| 1/30/2003 | U.S. Patent Appl. Publ. No. US 2003/0020991 (Chang) | 3895-3918 |
| 1/4/2000 | U.S. Patent No. 6,011,637 (Pfeiffer) | 3983-3991 |
| 2/8/2000 | U.S. Patent No. 6,023,467 (Abdelhamid) | 3992-4006 |
| 9/30/1997 | Fiber Optics Standard Dictionary by Martin H. Weik, Third Edition | 4007-5246 |
| 11/5/1996 | U.S. Patent No. 5,572,349 (Hale) | 5247-5258 |
| 5/30/2002 | U.S. Patent Appl. Publ. No. US 2002/0063932 (Unitt) | 5259-5272 |
| 7/24/2003 | U.S. Patent Appl. Publ. No. US 2003/0137975 (Song) | 5273-5350 |
| 2/12/2004 | U.S. Patent Appl. Publ. No. US 2004/0028047 (Hou) | 5351-5377 |



# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/138,794 | 12/30/2020 | Alexander Ivan Soto | UBI-005E | 1022 |

12998      7590      04/03/2023
Laurence & Phillips IP Law
Derek Meeker
2200 Pennsylvania Ave., N.W.
4th Floor East
Washington, DC 20037

| EXAMINER |
|---|
| LIU, LI |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2636 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/03/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

dmeeker@lpiplaw.com
dwmeeker@comcast.net
eofficeaction@appcoll.com

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

*Ex parte* ALEXANDER IVAN SOTO and WALTER GLENN SOTO

_____

Appeal 2023-000477
Application 17/138,794[1]
Technology Center 2600

_____

Before ERIC B. CHEN, HUNG H. BUI, and MICHAEL J. ENGLE,
*Administrative Patent Judges.*

BUI, *Administrative Patent Judge.*

DECISION ON APPEAL

Appellant seeks our review under 35 U.S.C. § 134(a) from the
Examiner's final rejection of claims 1–24. Appeal Br. 1–7 (Claim App.).
We have jurisdiction under 35 U.S.C. § 6(b). An oral hearing was held on
March 23, 2023. A transcript of the oral hearing will be made of record in
due course.

We affirm.[2]

_____

[1] "Appellant" refers to "applicant[(s)]" as defined in 37 C.F.R. § 1.42. The
named inventors are the real parties of interest. Appeal Br. 1.
[2] Our Decision refers to Appellant's Appeal Brief filed August 4, 2022
("Appeal Br."); the Reply Brief filed November 9, 2022 ("Reply Br."); the
Examiner's Answer mailed September 9, 2022 ("Ans."); the Final Office
Action mailed February 2, 2022 ("Final Act."); and the original
Specification filed December 30, 2020 ("Spec.").

Appeal 2023-000477
Application 17/138,794

## STATEMENT OF THE CASE

### Related Proceedings

The instant application is related to Appeal 2009-006986 in U.S. Pat.

App. No. 10/886,514, now **U.S. Pat. No. 7,925,162 B2**.

The instant application is also a continuation of U.S. Pat. App. No.

16/886,479, filed May 4, 2020, now **U.S. Pat. No. 10,917,176 B2**, which is a

continuation of U.S. Pat. App. No. 16/734,270, filed January 3, 2020, now

**U.S. Pat. No. 10,644,802 B1**, which is a continuation of U.S. Pat. App. No.

14/588,899, filed January 2, 2015, now **U.S. Pat. No. 10,892,828 B2**, which

is a continuation of U.S. Pat. App. No. 13/543,880, filed July 8, 2012, now

**U.S. Pat. No. 8,958,697 B2**, which is a continuation-in-part ("CIP") of

(1) U.S. Pat. App. No. 12/982,872, filed December 30, 2010, now **U.S. Pat.**

**No. 8,238,754 B2**, and (2) U.S. Pat. App. No. 12/512,968, filed July 30,

2009, now **U.S. Pat. No. 9,337,948 B2**.  The '872 application is a

continuation of U.S. Pat. App. No. 10/886,514, filed July 6, 2004, now **U.S.**

**Pat. No. 7,925,162 B2**, which claims the benefit of (1) U.S. Provisional

App. No. 60/515,836, filed October 30, 2003, and (2) U.S. Provisional App.

No. 60/485,072, filed July 3, 2003.  The '968 application is a CIP of U.S.

Pat. App. No. 11/772,187, filed June 31, 2007 (now abandoned), which is a

continuation of U.S. Pat. App. No. 10/865,547, filed June 10, 2004, now

**U.S. Pat. No. 7,242,868 B2**, which claims the benefit of (1) U.S. Provisional

App. No. 60/477,845, filed June 10, 2003 and (2) U.S. Provisional App. No.

60/480,488, filed June 21, 2003.

### Appellant's Invention

Appellant's invention relates to an optical local area network ("LAN")

50, shown in Figure 1, which includes network manager ("NM") 100 and

2

Appeal 2023-000477
Application 17/138,794

one or more local network clients (e.g., network client adapters ("NCAs")
104A–104C). Spec. ¶¶ 2, 24–26. Figure 1 is reproduced below with
additional annotations for illustration:



**FIG. 1**

Figure 1, as reproduced above, depicts optical local area network ("LAN")
50 including network manager ("NM") 100 and one or more local network
clients in the context of network client adapters ("NCAs") 104A–104C. NM
100 at the head end of a passive optical distribution fabric ("ODF") 102 acts
as a central transmission point and an overall controlling device for optical
LAN 50, and NCAs 104–104C use communication logic and memory to

3

Appeal 2023-000477
Application 17/138,794

respond to messages from NM 100 using a protocol (e.g., layer-1, layer-2, or layer-3 protocol). Spec. ¶¶ 24–26.

　　According to Appellant's Specification, optical LAN 50 transfers data between NM 100 and NCAs 104 in the form of "downstream frames" (from NM 100 to NCAs 104) and "virtual upstream frames" (from NCAs 104 to NM 100). Spec. ¶ 33. An overall structure of downstream frame 200 and virtual upstream frame 202, is shown in Figure 2, as reproduced below:



**FIG. 2**

Figure 2, as reproduced above, depicts an overall structure of downstream frame 200, virtual upstream frame 202, and upstream frame 224. For each

4

Appeal 2023-000477
Application 17/138,794

network period 218, NM 100 allocates each NCA 104 respective slots within which an NCA is able to transmit data, based on total upstream bandwidth requests communicated to NCAs 104 in downstream frame 200.  Spec. ¶ 35.

*Representative Claim*

Claims 1–24 are pending.  Claims 1, 23, and 24 are independent. Claim 1 is representative of Appellant's invention as reproduced below with bracketed letters added for clarity:

1.)    A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having a head end and one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of:

[A] an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength;

[B] at least one network interface for receiving user data; and

[C] a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and

[C1] wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information and

[C2] wherein the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and

[C3] wherein at least a portion of the user data is included in the upstream data information,

5

Appeal 2023-000477
Application 17/138,794

> [D] whereby the LAN client for a passive optical LAN
> communicates user data upstream responsive to an upstream
> bandwidth allocation.

Appeal Br. 1 (Claims App.).

REJECTIONS AND REFERENCES

(1)    Claims 1, 3–6, 11–14, 17, 18, 23, and 24 stand rejected under
35 U.S.C. § 103(a) as being obvious over the combined teachings of
Husbands et al. (US 4,781,427; issued Nov. 1, 1988; "Husbands") and Yuki
et al. (US 6,778,557 B1; issued Aug. 17, 2004; "Yuki"). Final Act. 11–34.

(2)    Claims 2 and 7 stand rejected under 35 U.S.C. § 103(a) as being
obvious over the combined teachings of Husbands, Yuki, and Marion R.
Finley, Jr. (*Optical Fibers in Local Area Networks*, 22 IEEE Comm. Mag.
22–35 (Aug. 1984) ("Finley")). Final Act. 34–36.

(3)    Claim 8 stands rejected under 35 U.S.C. § 103(a) as being
obvious over the combined teachings of Husbands, Yuki, and Xu et al. (US
7,181,142 B1; issued Feb. 20, 2007; "Xu"). Final Act. 36–37.

(4)    Claim 9 stands rejected under 35 U.S.C. § 103(a) as being
obvious over the combined teachings of Husbands, Yuki, and ITU-T
Recommendation G.983.1 (*Broadband Optical Access Systems based on
Passive Optical Networks (PON)* 1–110 (Oct. 1998) ("ITU-T")). Final Act.
37–39.

(5)    Claim 10 stands rejected under 35 U.S.C. § 103(a) as being
obvious over the combined teachings of Husbands, Yuki, and Warden et al.
(US 2003/0189935 A1; issued Oct. 9, 2003; "Warden"). Final Act. 39–40.

(6)    Claims 15, 16, 19, and 20 stand rejected under 35 U.S.C.
§ 103(a) as being obvious over the combined teachings of Husbands, Yuki,

6

Appeal 2023-000477
Application 17/138,794

Chang (US 2003/0020991 A1; published Jan. 30, 2003), and Masucci et al.
(US 6,498,667 B1; issued Dec. 24, 2002; "Masucci"). Final Act. 40–44.

(7)    Claim 21 stands rejected under 35 U.S.C. § 103(a) as being
obvious over the combined teachings of Husbands, Yuki, and Mahony et al.
(US 6,668,127 B1; issued Dec. 23, 2003; "Mahony"). Final Act. 44.

(8)    Claim 22 stands rejected under 35 U.S.C. § 103(a) as being
obvious over the combined teachings of Husbands, Yuki, Finley, and
Vujkovic-Cvijin et al. (US 2003/0039015 A1; published Feb. 27, 2003;
"Vujkovic-Cvijin"). Final Act. 44–46.


ANALYSIS
*§ 103(a) Rejection of Claims 1, 3–6, 11–14, 17, 18, 23, and 24*
*based on Husbands and Yuki*

In support of the obviousness rejection, the Examiner (1) finds the
combination of Husbands and Yuki teaches or suggests all the limitations of
Appellant's claim 1, and (2) articulates reasoning with rational underpinning
to combine Husbands and Yuki. Final Act. 12–17. In particular, the
Examiner finds Husbands teaches the claimed "Local Area Network (LAN)
client for a passive optical LAN, . . . [shown in Figures 4–5] having a head
end [24, shown in Figure 4] and one or more passive optical splitters [26, 28
shown in Figure 4] for coupling the LAN client over one or more optical
fibers to the head end of the passive optical LAN," including limitations
[A] "an optical interface" (FO XMTR and FO RCV, shown in Figure 4),
[B] "at least one network interface" (Port #1, Port #2, shown in Figure 5)
and [C] "a control module" (interface logic, shown in Figure 4) of
Appellant's claim 1 to perform part of limitations [C1], [C2], [C3], and [D]
relative to "the downstream electrical signal having downstream data

7

Appeal 2023-000477
Application 17/138,794

information" and "the upstream electrical signal having upstream control
and upstream data information." Final Act. 12–13 (citing Husbands 4:3–13,
40–42, 7:7–9, 50–54, Figs. 4, 5, 8).

   For example, Husbands teaches an optical local area network (LAN),
shown in Figure 4, including head-end unit 24 and passive optical splitters
26, 28 arranged to communicate with a plurality of user terminal devices
(LAN client) 14, via network adapter 18. Husbands' Figures 4–5 are
reproduced below with additional annotations for illustration.

8

Appeal 2023-000477
Application 17/138,794



Husbands' Figure 4, as reproduced above, depicts a LAN client including:
[A] "an optical interface" in the form of "*FO XMTR* [and] *FO RCV*," [B] "at
least one network interface" in the form of Port #1 and Port #2, shown in
Figure 5, and [C] "a control module" in the form of interface logic, shown in
Figure 4.  Husbands 2:44, 4:3–13, 40–42, 6:18–40, 7:7–9, 26–47.
According to Husbands, the network protocol selected for use with the
optical LAN is a carrier sense multiple access ("CSMA") with collision

9

Appeal 2023-000477
Application 17/138,794

detection ("CD"), also known as CSMA/CD, designed to support a large number of user devices 14. Husbands 2:29–35.

The Examiner acknowledges Husbands does not expressly teach, but relies upon Yuki for teaching missing limitations [C1]–[C3] and [D] of Appellant's claim 1 relative (1) "to recover an upstream bandwidth allocation" when processing "the downstream electrical signal having a downstream control and downstream data information" and (2) "responsive to the upstream bandwidth allocation" when generating "the upstream electrical signal having upstream control and upstream data information" in order to support the conclusion of obviousness, i.e.,

> it would have been obvious . . . to apply the dynamic bandwidth allocation approach as taught by Yuki . . . to the system/method of Husbands . . . so that . . . the buffer memory requirements can be relaxed, and the latency time elapsed before a slave/client unit transmits a signal can be reduced, and system capacity/throughput can be increased.

Final Act. 14–17.

For example, Yuki teaches a point-to-multipoint communication system such as an optical LAN, shown in Figure 1, in which "downstream data information" and "upstream data information" are allocated with time slots (e.g., bandwidth), shown in Figure 5. Yuki's Figure 1 is reproduced below:

10

Appeal 2023-000477
Application 17/138,794



Yuki's point-to-multipoint communication system including master unit 20
and multiple slave units 10-1 to 10-m such that transmission line 30 is
allocated among slaves units 10-1 to 10-m by master unit 20, via TDM
(Time Division Multiplex) and TDMA (Time Division Multiple Access)
protocols. Yuki 11:51–67, 29:65–30:4, 42:46–52. However, Yuki's access
protocol is not limited to TDM and TDMA, but is applicable to upstream
and downstream transmission in accordance with FDM (Frequency Division
Multiplex), FDMA (Frequency Division Multiple Access), CDMA (Code
Division Multiple Access), and the like. Yuki 12:46–54, 29:65–30:4, 42:46–
52.

    Appellant does not dispute the Examiner's factual findings regarding
Husbands and Yuki individually. *See* Appeal Br. 9. Instead, Appellant
presents several arguments against the combination of Husbands and Yuki.

    First, Appellant contends the Examiner's "combination of Husbands
and Yuki is fundamentally flawed" because (1) "Husbands operates in a
peer-to-peer manner that is the opposite of the master/slave operation in

Appeal 2023-000477
Application 17/138,794

Yuki"; (2) Husbands' "nodes and terminals . . . involve either . . . no
processing or . . . specialized functions, none of which are control of the
network in any manner"; and (3) "the operation of Yuki changes the
principle of operation of Husbands" and "makes the terminals of Husbands
unsuitable for their intended purpose" because Husbands has "no central
controller and any terminal [that] can initiate communications" whereas
"Yuki's system specifically requires a master and requires the slaves to ask
for permission to transmit data." Appeal Br. 9–12.

    Second, Appellant contends the Examiner's "alleged rationale to
combine Yuki with Husbands is not rational" (emphasis omitted) because
(1) "the system of Yuki . . . where CDMA is used does not provide a reason
to use Yuki's system in the CSMA system of Husbands"; (2) "[t]he
Examiner's reliance on the applicability of Yuki's system to master/slave
systems is misplaced as Husbands does not have a master/slave system"; and
(3) "[o]ne skilled in the art would not use Yuki's protocol that does not have
collisions to modify a CSMA/CD system that inherently has collisions." *Id.*
at 12–15.

    Third, Appellant contends "[t]he Examiner is relying on hindsight"
(emphasis omitted) because "Yuki discloses using time division
multiplexing (TDM) and time division multiple access (TDMA) as part of
the system" (Yuki 12:45–54) and "Yuki's access protocol may be used with
other types of access control such as CDMA, FDM, and FDMA" (Yuki
29:65–30:4) but "Yuki never mentions that the system may be used with
CSMA/CD," which as discussed above is the protocol used in Husbands. *Id.*
at 15–16. In other words, Appellant argues (1) "Yuki never discloses that
Yuki's protocol can be used in a CSMA/CD system" and, as such, Yuki's

12

Appeal 2023-000477
Application 17/138,794

access protocol cannot be used in Husbands' CSMA/CD system and
(2) "[t]here is no explanation how Yuki's protocol could be incorporated
without modifying Husbands to be a master/slave system" and "[d]oing so
would destroy the express feature of clients in Husbands to initiate
communications without a central controller." Reply Br. 4–5.

      Appellant's contentions are not persuasive to demonstrate reversible
error. *See In re Jung*, 637 F.3d 1356, 1365 (Fed. Cir. 2011). Instead, we
find the Examiner's findings are supported by a preponderance of the
evidence on this record. Ans. 39–54. At the outset, we note Appellant's
claim 1 broadly recites basic components of a LAN client (as described by
Husbands), including "an upstream bandwidth allocation" when processing
"the downstream electrical signal having a downstream control and
downstream data information" and "responsive to the upstream bandwidth
allocation" when generating "the upstream electrical signal having upstream
control and upstream data information" which are taught or suggested by
Yuki. As such, Appellant's arguments regarding (1) the alleged distinction
between Husbands' peer-to-peer system (without a central controller) and
Yuki's point-to-multipoint system, (2) the alleged incompatibility between
Yuki's access protocol for use in TDM, TDMA, CDMA, FDM, and FDMA
and Husbands' network that uses CSMA/CD are not commensurate in scope
with claim 1, and thus, for that reason, do not demonstrate error in the
Examiner's obviousness rejection of independent claims 1, 23, and 24. *See
In re Self*, 671 F.2d 1344, 1348 (CCPA 1982) (limitations not appearing in
the claims cannot be relied upon for patentability).

      For example, we are unpersuaded by Appellant's argument regarding
the alleged distinction between Husbands' peer-to-peer system (without a

Appeal 2023-000477
Application 17/138,794

central controller) and Yuki's point-to-multipoint system because both
Husbands and Yuki are directed to an optical local area network (LAN) (*see*
Husbands' Abstract and Yuki 1:16–23).

Likewise, we are equally unpersuaded by Appellant's argument
regarding the alleged incompatibility between Yuki's access protocol and
Husbands' access protocol because (1) both Yuki's access protocol and
Husbands' access protocol are directed to overcoming problems with
CSMA/CD and (2) Yuki's TDM (Time Division Multiplex) and TDMA
(Time Division Multiple Access) are known to be interchangeable with and
"easily adapted, for example, to FDM (Frequency Division Multiplex),
FDMA (Frequency Division Multiple Access), CDMA (Code Division
Multiple Access), and the like." Yuki 1:29–60, 2:29–34, 29:65–30:4,
42:46–52.

More importantly, we note that Appellant's arguments do not point to
any specific language within the claims to distinguish over the prior art
(Husbands and Yuki) and, as such, those arguments amount to a general
allegation that the claims define a patentable invention. Such allegations
will not be considered an argument for separate patentability. 37 C.F.R.
§ 41.37(c)(1)(iv) (2021). Instead, mere attorney arguments and conclusory
statements that are unsupported by factual evidence are entitled to little
probative value. *In re Geisler*, 116 F.3d 1465, 1470 (Fed. Cir. 1997); *see
also In re De Blauwe*, 736 F.2d 699, 705 (Fed. Cir. 1984); *Ex parte Belinne*,
No. 2009-004693, slip op. at 7–8 (BPAI Aug. 10, 2009) (informative),
*available at* https://www.uspto.gov/sites/default/files/ip/boards/bpai/
decisions/inform/fd09004693.pdf.

14

Appeal 2023-000477
Application 17/138,794

Although all the limitations [A]–[D] recited in Appellant's claim 1
were known as demonstrated by Husbands and Yuki, we recognize that the
Examiner must still articulate "reasoning with some rational underpinning to
support the legal conclusion of obviousness." *In re Kahn*, 441 F.3d 977, 988
(Fed. Cir. 2006). However, the Examiner's reasoning need not appear in, or
be suggested by, one or more of the references on which the Examiner relies
upon. Instead, a reason to combine teachings from the prior art "may be
found in explicit or implicit teachings within the references themselves, from
the ordinary knowledge of those skilled in the art, or from the nature of the
problem to be solved." *WMS Gaming Inc. v. Int'l Game Tech.*, 184 F.3d
1339, 1355 (Fed. Cir. 1999) (citing *In re Rouffet*, 149 F.3d 1350, 1355 (Fed.
Cir. 1998)). "Under the correct [obviousness] analysis, any need or problem
known in the field of endeavor at the time of invention and addressed by the
patent can provide a reason for combining the elements in the manner
claimed." *KSR Int'l Co. v. Teleflex Corp.*, 550 U.S. 398, 420 (2007).

For example, the Examiner has provided a rationale supporting
motivation by a person of ordinary skill in the art to achieve the claimed
subject matter, i.e., "to apply the dynamic bandwidth allocation approach as
taught by Yuki . . . to the system/method of Husbands . . . so that . . . the
buffer memory requirements can be relaxed, and the latency time elapsed
before a slave/client unit transmits a signal can be reduced, and system
capacity/throughput can be increased" is supported with sufficient rational
underpinning. Final Act. 14–17; Ans. 44–45. We agree with the
Examiner's findings. Appellant has not sufficiently demonstrated the
Examiner's proffered reason to combine is reached in error or why a person
of ordinary skill in the art *would not* have reached the conclusions reached

15

Appeal 2023-000477
Application 17/138,794

by the Examiner.  Consequently, we are not persuaded that the Examiner's
proffered reason to combine these references is incorrect.

We are also unpersuaded by Appellant's argument of impermissible
hindsight.  We see the hindsight question before us as asking (1) whether the
Examiner's proffered combination of references is merely "the predictable
use of prior art elements according to their established functions" (*KSR*, 550
U.S. at 417) and (2) whether an artisan reasonably would have combined the
cited references in the manner proffered by the Examiner without having the
benefit of the claim to use as a guide (i.e., impermissible hindsight).  After
reviewing the teachings and suggestions of the cited references, we find the
weight of the evidence shows that the proffered combination is merely a
"predictable use of prior art elements according to their established
functions[, i.e., substituting Yuki's access protocol with Husbands' access
protocol]."  *KSR*, 550 U.S. at 415–416; *see also In re Cree, Inc.*, 818 F.3d
694, 702 n.3 (Fed. Cir. 2016) (Appellant's hindsight argument is of no
moment where the Examiner provides a sufficient, non-hindsight reason to
combine the references).

Lastly, we note Appellant has not demonstrated the Examiner's
proffered combination of Husbands and Yuki would have been "uniquely
challenging or difficult for one of ordinary skill in the art."  *See Leapfrog
Enters., Inc. v. Fisher-Price, Inc.*, 485 F.3d 1157, 1162 (Fed. Cir. 2007)
(citing *KSR*, 550 U.S. at 418).  "Attorney argument is no substitute for
evidence."  *Enzo Biochem, Inc. v. Gen-Probe, Inc.*, 424 F.3d 1276, 1284
(Fed. Cir. 2005).  Nor has Appellant provided objective evidence of
secondary considerations which our reviewing court guides "operates as a

16

Appeal 2023-000477
Application 17/138,794

beneficial check on hindsight." *Cheese Sys., Inc. v. Tetra Pak Cheese & Powder Sys., Inc.*, 725 F.3d 1341, 1352 (Fed. Cir. 2013).

For these reasons, we are not persuaded of Examiner error. Accordingly, we sustain the Examiner's obviousness rejection of independent claim 1 and similarly, independent claims 23 and 24, and their respective dependent claims 3–6, 11–14, 17, and 18, which are not argued separately.

With respect to dependent claim 2, 7–10, 15, 16, and 19–22, Appellant simply states that the newly cited art, including: (1) Finley, (2) Xu, (3) ITU-T, (4) Warden, (5) Chang, (6) Masucci, (7) Mahony, and (8) Vujkovic-Cvijin, does not and cannot cure the deficiencies of Husbands and Yuki. Appeal Br. 16–20. However, such a skeletal argument as offered here is not an argument in support of separate patentability pursuant to 37 C.F.R. § 41.37(c)(1)(iv) and, therefore, need not be addressed. *In re Lovin*, 652 F.3d 1349, 1356–1357 (Fed. Cir. 2011). Even if Appellant's sole argument regarding claims 2, 7–10, 15, 16, and 19–22 is an argument in support of separate patentability, we still find it unavailing because Appellant fails to dispute the Examiner's factual findings regarding these references. Ans. 55–58.

For the reasons set forth above, Appellant has not persuaded us of error in the Examiner's rejections of claims 2, 7–10, 15, 16, and 19–22. Accordingly, we also sustain the Examiner's obviousness rejections of claims 2, 7–10, 15, 16, and 19–22.

17

Appeal 2023-000477
Application 17/138,794

CONCLUSION[3]

On the record before us, Appellant does not demonstrate that the
Examiner erred in rejecting: (1) claims 1, 3–6, 11–14, 17, 18, 23, and 24 as
obvious over the combined teachings of Husbands and Yuki; (2) claims 2
and 7 as obvious over the combined teachings of Husbands, Yuki, and
Finley; (3) claim 8 as obvious over the combined teachings of Husbands,
Yuki, and Xu; (4) claim 9 as obvious over the combined teachings of
Husbands, Yuki, and ITU-T; (5) claim 10 as obvious over the combined
teachings of Husbands, Yuki, and Warden; (6) claims 15, 16, 19, and 20 as
obvious over the combined teachings of Husbands, Yuki, Chang, and
Masucci; (7) claim 21 as obvious over the combined teachings of Husbands,
Yuki, and Mahony; and (8) claim 22 as obvious over the combined teachings
of Husbands, Yuki, Finley, and Vujkovic-Cvijin.

---

[3] In the event of further prosecution of this application, this panel suggests
the Examiner consider whether claims 1–24 should be rejected under the
obviousness-type double patenting over the claims in the related issued
patents, including (1) U.S. Pat. No. 10,917,176 B2, (2) U.S. Pat. No.
10,644,802 B1, (3) U.S. Pat. No. 10,892,828 B2, (4) U.S. Pat. No. 8,958,697
B2, (5) U.S. Pat. No. 8,238,754 B2, (6) U.S. Pat. No. 9,337,948 B2, (7) U.S.
Pat. No. 7,925,162 B2, and (8) U.S. Pat. No. 7,242,868 B2. Claims 1–24 as
pending may be significantly broader than the claims issued in those patents.
If necessary, a terminal disclaimer could be and should be filed to overcome
such a rejection.

18

Appeal 2023-000477
Application 17/138,794

## DECISION SUMMARY

In summary:

| Claim(s) Rejected | 35 U.S.C. § | Reference(s)/Basis | Affirmed | Reversed |
|---|---|---|---|---|
| 1, 3–6, 11–14, 17, 18, 23, 24 | 103(a) | Husbands, Yuki | 1, 3–6, 11–14, 17, 18, 23, 24 | |
| 2, 7 | 103(a) | Husbands, Yuki, Finley | 2, 7 | |
| 8 | 103(a) | Husbands, Yuki, Xu | 8 | |
| 9 | 103(a) | Husbands, Yuki, ITU-T | 9 | |
| 10 | 103(a) | Husbands, Yuki, Warren | 10 | |
| 15, 16, 19, 20 | 103(a) | Husbands, Yuki, Chang, Masucci | 15, 16, 19, 20 | |
| 21 | 103(a) | Husbands, Yuki, Mahony | 21 | |
| 22 | 103(a) | Husbands, Yuki, Finley, Vujkovic-Cvijin | 22 | |
| **Overall Outcome** | | | 1–24 | |

## TIME PERIOD FOR RESPONSE

No time period for taking any subsequent action in connection with this appeal may be extended under 37 C.F.R. § 1.136. *See* 37 C.F.R. § 1.136(a)(1)(iv).

## AFFIRMED

19

Form PTO 55 (12-80)

# U.S. DEPARTMENT OF COMMERCE
## United States Patent and Trademark Office

__July 24, 2023__
(Date)

**THIS IS TO CERTIFY** that the annexed is a list of the contents comprised of the electronic file of the Patent Application identified below, said contents list being a list of the papers comprising the record before the United States Patent and Trademark Office for the Patent Application of:

*Applicant(s):*  **Alexander Ivan Soto and Walter Glenn Soto**

*Date Filed:*  **12/30/2020**

*Serial No:*  **17/138,794**

*Title:*  ***Communication System and Method for an Optical Local Area Network***

By authority of the

**UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE**

/s/ Natasha M. Brotten

*Certifying Officer*



Appx0021

**Prosecution History Ser. No. 17/138,794**

| Date | Document |
|---|---|
| 12/30/2020 | Track 1 Request |
| 12/30/2020 | Utility or Design Patent Application |
| 12/30/2020 | Application Data Sheet |
| 12/30/2020 | Fee Worksheet |
| 01/15/2021 | Notice to File Corrected Application Papers |
| 01/15/2021 | Fee Worksheet |
| 01/15/2021 | Filing Receipt |
| 01/19/2021 | Applicant Response to Pre-Exam Formalities Notice |
| 01/19/2021 | Preliminary Amendment |
| 01/22/2021 | Letter Regarding a New Notice and/or the Status of the Application |
| 01/22/2021 | Filing Receipt - Updated |
| 01/22/2021 | Fee Worksheet |
| 01/22/2021 | Notice to File Corrected Application Papers |
| 01/22/2021 | Applicant Response to Pre-Exam Formalities Notice |
| 01/26/2021 | Notice of Incomplete Reply |
| 01/26/2021 | Fee Worksheet |
| 01/27/2021 | Applicant Response to Pre-Exam Formalities Notice |
| 01/29/2021 | Notice of Incomplete Reply |
| 01/29/2021 | Fee Worksheet |
| 01/29/2021 | Applicant Response to Pre-Exam Formalities Notice |
| 02/02/2021 | Fee Worksheet |
| 02/02/2021 | Letter Regarding a New Notice and/or the Status of the Application |
| 02/02/2021 | Filing Receipt - Updated |
| 02/04/2021 | Track 1 Request Granted |
| 03/18/2021 | Non-Final Office Action |
| 03/18/2021 | Bibliographic Data Sheet |
| 04/13/2021 | Electronic Request for Interview with Examiner |
| 04/23/2021 | Examiner Interview Summary |
| 05/13/2021 | Notice of Publication |
| 06/17/2021 | Information Disclosure Statement (IDS) |
| 06/17/2021 | Response after Non-Final Office Action |
| 07/13/2021 | Final Office Action |
| 09/07/2021 | Response after Final Office Action |
| 09/15/2021 | Response after Final Action |
| 09/15/2021 | Notice of Non-Compliant Amendment |
| 09/27/2021 | Examiner Interview Summary |
| 10/08/2021 | Non-Final Office Action |
| 01/09/2022 | Fee Worksheet |
| 01/09/2022 | Electronic Information Disclosure Statement |
| 01/09/2022 | Response after Non-Final Office Action |
| 02/02/2022 | Final Office Action |
| 05/02/2022 | Power of Attorney |

| | |
|---|---|
| 05/02/2022 | Fee Worksheet |
| 05/02/2022 | Notice of Appeal |
| 05/04/2022 | Acceptance of Power of Attorney |
| 08/04/2022 | Appeal Brief |
| 08/04/2022 | Fee Worksheet |
| 09/09/2022 | Examiner's Answer |
| 11/09/2022 | Reply Brief |
| 11/09/2022 | Request for Oral Hearing |
| 11/16/2022 | Patent Trial and Appeal Board Docketing Notice |
| 01/10/2023 | Notification of Appeal Hearing |
| 01/31/2023 | Confirmation of Video Hearing |
| 02/08/2023 | Decision Granting Video Hearing |
| 04/03/2023 | PTAB Decision on Appeal |
| 04/18/2023 | PTAB Oral Hearing Transcript |
| 04/19/2023 | Electronic Review |
| 04/19/2023 | Email Notification |
| 05/31/2023 | Notice of Appeal to Court of Appeals |

<u>LISTING OF CLAIMS ON APPEAL</u>

1.) A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having a head end and one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of:

an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength;

at least one network interface for receiving user data; and

a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information and wherein the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and wherein at least a portion of the user data is included in the upstream data information,

whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation.

2.) The LAN client for a passive optical LAN of claim 1, wherein the control module includes an Ethernet MAC.

3.) The LAN client for a passive optical LAN of claim 1, wherein the control module includes a passive optical LAN protocol processor.

4.) The LAN client for a passive optical LAN of claim 1, wherein the control module further adjusts timing of the generation of the upstream electrical signal responsive to receiving a response delay message.

5.) The LAN client for a passive optical LAN of claim 1, wherein the control module is configured to receive in the downstream electrical signal a network identification address assigned to the LAN client and wherein the network identification address can be used by the control module for receiving downstream data information addressed to the LAN client for a passive optical LAN.

6.) The LAN client for a passive optical LAN of claim 1, wherein the control module performs operation administration and maintenance (OAM) message processing.

7.) The LAN client for a passive optical LAN of claim 1, wherein the control module is configured to manage the transmission and reception of optical data link layer communications through the optical interface based on at least one optical data link layer address and wherein the control module includes an Ethernet Media Access Control (MAC) configured to enable Ethernet communications through the at least one network interface.

8.) The LAN client for a passive optical LAN of claim 1, wherein the LAN client adjusts the optical power level of the upstream optical signal responsive to receiving a message.

9.) The LAN client for a passive optical LAN of claim 1, wherein the LAN client receives a request for new LAN clients to identify themselves and the LAN client responds with a message including a serial number for identifying the LAN client.

10.)    The LAN client for a passive optical LAN of claim 1, wherein the downstream control information includes a consecutive sequence of bits for the LAN client to identify the beginning of a downstream frame, wherein the downstream frame includes the downstream control and data information.

11.)    The LAN client for a passive optical LAN of claim 1, wherein the upstream control information includes user data buffering status information.

12.)    The LAN client for a passive optical LAN of claim 1, wherein the control module processes the downstream electrical signal having successive downstream frames.

13.)    The LAN client for a passive optical LAN of claim 12, wherein a downstream frame includes a first number of downstream subframes having one or more downstream formats and wherein each downstream subframe includes a second number of downstream slots of time.

14.)    The LAN client for a passive optical LAN of claim 13, wherein a downstream subframe includes a downstream communication channel for communicating the upstream bandwidth allocation for provisioning upstream slots of time to the LAN client for a passive optical LAN.

15.)    The LAN client for a passive optical LAN of claim 12, wherein a downstream frame includes downstream packet data and wherein downstream packet data includes a downstream packet header and downstream packet payload and wherein the downstream packet header includes a field indicating the length of the downstream packet payload.

16.)    The LAN client for a passive optical LAN of claim 15, wherein the downstream packet payload includes at least a portion of an Ethernet frame or a Fibre Channel frame.

17.)     The LAN client for a passive optical LAN of claim 1, wherein the upstream optical signal is emitted in one or more upstream slots of time forming one or more upstream frames as governed by the upstream bandwidth allocation.

18.)     The LAN client for a passive optical LAN of claim 17, wherein upstream frames includes a first number of upstream subframes having one or more upstream formats.

19.)     The LAN client for a passive optical LAN of claim 17, wherein upstream frames includes an upstream packet header and an upstream packet payload and wherein the upstream packet header includes a field indicating an upstream packet payload length.

20.)     The LAN client for a passive optical LAN of claim 19, wherein the upstream packet payload includes at least a portion of an Ethernet frame or a Fibre Channel frame.

21.)     The LAN client for a passive optical LAN of claim 1, wherein the optical interface includes one or more optical fiber connectors selected from the group consisting essentially of:

Subscriber Connector (SC);

Lucent Connector (LC);

Fiber Channel (FC);

Straight TP (ST); and

Miniature Unit (MU).

22.)     The LAN client for a passive optical LAN of claim 1, wherein the at least one network interface is configured to communicate using a protocol from the group consisting essentially of:

IEEE 10Mbit Ethernet;

IEEE 100Mbit Ethernet;

IEEE 1000Mbit Ethernet;

Fibre Channel;

IEEE 802.11;

IEEE 802.16; and

Digital Subscriber Line (DSL)

23.)   A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having a head end and one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of:

> an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength;

> at least one network interface for receiving user data; and

> a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information wherein the upstream bandwidth allocation includes a start and end time slot number or a start time and length of time and wherein the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and wherein at least a portion of the user data is included in the upstream data information,

whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation.

24.)    A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having a head end and one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of:

an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength;

at least one network interface for receiving user data; and

a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information wherein the upstream bandwidth allocation includes a start and end time slot number or a start time and length of time and wherein the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and wherein at least a portion of the user data is included in the upstream data information,

whereby the LAN client for a passive optical LAN ends the optical upstream signal emissions responsive to the end time slot number or the end of the length of

time and whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation.

**Doc Code: TRACK1.REQ**
**Document Description: TrackOne Request**

PTO/AIA/424 (04-14)

## CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
## UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Alexander Soto | Nonprovisional Application Number (if known): | |
|---|---|---|---|
| Title of Invention: | Communication System and Method for an Optical Local Area Network | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. The processing fee set forth in 37 CFR 1.17(i)(1) and the prioritized examination fee set forth in 37 CFR 1.17(c) have been filed with the request. The publication fee requirement is met because that fee, set forth in 37 CFR 1.18(d), is currently $0. The basic filing fee, search fee, and examination fee are filed with the request or have been already been paid. I understand that any required excess claims fees or application size fee must be paid for the application.

2. I understand that the application may not contain, or be amended to contain, more than four independent claims, more than thirty total claims, or any multiple dependent claims, and that any request for an extension of time will cause an outstanding Track I request to be dismissed.

3. The applicable box is checked below:

   I. ☑ **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

   i. (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via EFS-Web.
   ---OR---
   (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

   ii. An executed inventor's oath or declaration under 37 CFR 1.63 or 37 CFR 1.64 for each inventor, **or** the application data sheet meeting the conditions specified in 37 CFR 1.53(f)(3)(i) is filed with the application.

   II. ☐ **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

   i. A request for continued examination has been filed with, or prior to, this form.
   ii. If the application is a utility application, this certification and request is being filed via EFS-Web.
   iii. The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
   iv. This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
   v. No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature /Alexander Soto/ | Date December 30, 2020 |
|---|---|
| Name (Print/Typed) Alexander Soto | Practitioner Registration Number |

**Note:** *This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required.* *

☑ *Total of __2__ forms are submitted.

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**Doc Code: TRACK1.REQ**
**Document Description: TrackOne Request**

PTO/AIA/424 (04-14)

## CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
## UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Alexander Soto | Nonprovisional Application Number (if known): | |
|---|---|---|---|
| Title of Invention: | Communication System and Method for an Optical Local Area Network | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. The processing fee set forth in 37 CFR 1.17(i)(1) and the prioritized examination fee set forth in 37 CFR 1.17(c) have been filed with the request. The publication fee requirement is met because that fee, set forth in 37 CFR 1.18(d), is currently $0. The basic filing fee, search fee, and examination fee are filed with the request or have been already been paid. I understand that any required excess claims fees or application size fee must be paid for the application.

2. I understand that the application may not contain, or be amended to contain, more than four independent claims, more than thirty total claims, or any multiple dependent claims, and that any request for an extension of time will cause an outstanding Track I request to be dismissed.

3. The applicable box is checked below:

   **I.**   ☑   **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

   i.   (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via EFS-Web.
   ---OR---
   (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

   ii.   An executed inventor's oath or declaration under 37 CFR 1.63 or 37 CFR 1.64 for each inventor, **or** the application data sheet meeting the conditions specified in 37 CFR 1.53(f)(3)(i) is filed with the application.

   **II.**   ☐   **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

   i.   A request for continued examination has been filed with, or prior to, this form.
   ii.   If the application is a utility application, this certification and request is being filed via EFS-Web.
   iii.   The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
   iv.   This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
   v.   No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature /Walter Soto/ | Date December 30, 2020 |
|---|---|
| Name (Print/Typed) Walter Soto | Practitioner Registration Number |

**Note:** *This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required.* *

☑  *Total of   2   forms are submitted.

Appx0033

Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Attorney Docket No.: UBI-005E

## ABSTRACT

An optical local area network includes a passive optical distribution fabric interconnecting a plurality of nodes including a first node and a plurality of remaining nodes, a hub that includes the first node and a control module, and a client network adapter coupled to each of the remaining nodes for responding to the control module. The control module controls timing for each of the client network adapters to transmit signals over the passive optical distribution fabric and distribution of signals to each of the nodes.

What is claimed is:

1.) A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of:

an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength;

at least one network interface for receiving user data; and

a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information and wherein the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and wherein at least a portion of the user data is included in the upstream data information,

whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation.

2.) The LAN client for a passive optical LAN of claim 1, wherein the control module includes an Ethernet MAC.

3.) The LAN client for a passive optical LAN of claim 1, wherein the control module includes a passive optical LAN protocol processor.

4.) The LAN client for a passive optical LAN of claim 1, wherein the control module further adjusts timing of the generation of the upstream electrical signal responsive to receiving a response delay message.

5.) The LAN client for a passive optical LAN of claim 1, wherein the control module is configured to receive in the downstream electrical signal a network identification address assigned to the LAN client and wherein the network identification address can be used by the control module for receiving downstream data information addressed to the LAN client for a passive optical LAN.

6.) The LAN client for a passive optical LAN of claim 1, wherein the control module performs operation administration and maintenance (OAM) message processing.

7.) The LAN client for a passive optical LAN of claim 1, wherein the control module is configured to manage the transmission and reception of optical data link layer communications through the optical interface based on at least one optical data link layer address and wherein the control module includes an Ethernet Media Access Control (MAC) configured to enable Ethernet communications through the at least one network interface.

8.) The LAN client for a passive optical LAN of claim 1, wherein the LAN client adjusts the optical power level of the upstream optical signal responsive to receiving a message.

9.) The LAN client for a passive optical LAN of claim 1, wherein the LAN client receives a request for new LAN clients to identify themselves and the LAN client responds with a message including a serial number for identifying the LAN client.

10.)    The LAN client for a passive optical LAN of claim 1, wherein the downstream control information includes a consecutive sequence of bits for the LAN client to identify the beginning of a downstream frame, wherein the downstream frame includes the downstream control and data information.

11.)    The LAN client for a passive optical LAN of claim 1, wherein the upstream control information includes user data buffering status information.

12.)    The LAN client for a passive optical LAN of claim 1, wherein the control module processes the downstream electrical signal having successive downstream frames.

13.)    The LAN client for a passive optical LAN of claim 12, wherein a downstream frame includes a first number of downstream subframes having one or more downstream formats and wherein each downstream subframe includes a second number of downstream slots of time.

14.)    The LAN client for a passive optical LAN of claim 13, wherein a downstream subframe includes a downstream communication channel for communicating the upstream bandwidth allocation for provisioning upstream slots of time to the LAN client for a passive optical LAN.

15.)    The LAN client for a passive optical LAN of claim 12, wherein a downstream frame includes downstream packet data and wherein downstream packet data includes a downstream packet header and downstream packet payload and wherein the downstream packet header includes a field indicating the length of the downstream packet payload.

16.)    The LAN client for a passive optical LAN of claim 15, wherein the downstream packet payload includes at least a portion of an Ethernet frame or a Fibre Channel frame.

17.)    The LAN client for a passive optical LAN of claim 1, wherein the upstream optical signal is emitted in one or more upstream slots of time forming one or more upstream frames as governed by the upstream bandwidth allocation.

18.)    The LAN client for a passive optical LAN of claim 17, wherein upstream frames includes a first number of upstream subframes having one or more upstream formats.

19.)    The LAN client for a passive optical LAN of claim 17, wherein upstream frames includes an upstream packet header and an upstream packet payload and wherein the upstream packet header includes a field indicating an upstream packet payload length.

20.)    The LAN client for a passive optical LAN of claim 19, wherein the upstream packet payload includes at least a portion of an Ethernet frame or a Fibre Channel frame.

21.)    The LAN client for a passive optical LAN of claim 1, wherein the optical interface includes one or more optical fiber connectors selected from the group consisting essentially of:

    Subscriber Connector (SC);

    Lucent Connector (LC);

    Fiber Channel (FC);

    Straight TP (ST); and

    Miniature Unit (MU).

22.)    The LAN client for a passive optical LAN of claim 1, wherein the at least one network interface is configured to communicate using a protocol from the group consisting essentially of:

    IEEE 10Mbit Ethernet;

    IEEE 100Mbit Ethernet;

    IEEE 1000Mbit Ethernet;

    Fibre Channel;

    IEEE 802.11;

    IEEE 802.16; and

    Digital Subscriber Line (DSL)

23.)    A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of:

    an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength;

    at least one network interface for receiving user data; and

a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information wherein the upstream bandwidth allocation includes a start and end time slot number or a start time and length of time and wherein the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and wherein at least a portion of the user data is included in the upstream data information,

whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation.

24.)    A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of:

an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength;

at least one network interface for receiving user data; and

a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information wherein the upstream bandwidth allocation includes a start and end time slot number or a start time and length of time and wherein the control module receives user data from the at least one network interface and the control module responsive to the

upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and wherein at least a portion of the user data is included in the upstream data information,

whereby the LAN client for a passive optical LAN ends the optical upstream signal emissions responsive to the end time slot number or the end of the length of time and whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation.



FIG. 1



**FIG. 2**



**FIG. 3A**



**FIG. 3B**



**Network Client (NCA)**

(NCA is powered ON.) 410

412 NCA Synchronizes to Downstream Frame

414 NCA Interprets Downstream message waiting for initial transmit power setting and request for serial number

416 NCA Transmits Serial ID Number

418 NCA waits for message to adjusts transmit power level and sets power accordingly

420 NCA waits for message to perform Response Delay process after which NCA aligns transmission to Network Period

422 NCA's Normal Operation
Transmits network data in the upstream
and
Receives network data in the downstream

Downstream

Upstream

**Network Manager (NM)**

(NM is powered ON.) 400

402 NM activates Clients by sending messages requesting new NCAs to identify themselves (report NCA serial number) and setting initial power level to transmit.

404 NM is aware of new Client and request new Client to adjust transmit power level by sending message

406 NM initiates Response Delay process by sending message

419 NM performs Response Delay process with NCA

408 NM's Normal Operation
Transmits network data in the downstream
and
Receives network data in the upstream

**FIG. 4**



**Determining Response Delay**

500  NM starts process with a Client

502  NM assigns no NCA slots generating a silence period

504  NM sends Response Delay message to specific NCA

506  NCA receives Response Delay message and transmits response message

508  NM receives NCA response message and calculates Network Period parameters

510  NM transmits Network Period parameters to NCA

512  NCA aligns transmission to Network Period

**FIG. 5**



FIG. 6A



**FIG. 6B**



**FIG. 6C**



FIG. 7A



**FIG. 7B**



**FIG. 7C**



FIG. 7D



FIG. 8



FIG. 9A

FIG. 9B

PTO/AIA/01 (06-12)
Approved for use through 11/30/2020.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☒  The attached application, or

☐  United States application or PCT international application number _____

filed on _____.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft.  Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application.  If this type of personal information is included in documents submitted to the  USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO.  Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent.  Furthermore, the record from an abandoned application may also be available to the public if the  application is referenced in a published application or an issued patent (see 37 CFR 1.14).  Checks and credit card  authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not  publicly available.

LEGAL NAME OF INVENTOR

Inventor: Alexander Soto                                    Date (Optional) : _____

Signature: /Alexander Soto/

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed.  Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/AIA/01 (06-12)
Approved for use through 11/30/2020.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

■ The attached application, or

☐ United States application or PCT international application number _____

filed on _____.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft.  Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application.  If this type of personal information is included in documents submitted to the  USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them  to the USPTO.  Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent.  Furthermore, the record from an abandoned application may also be available to the public if the  application is referenced in a published application or an issued patent (see 37 CFR 1.14).  Checks and credit card  authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not  publicly available.

LEGAL NAME OF INVENTOR

Inventor: Walter Soto                                    Date (Optional) : _____

Signature: /Walter Soto/

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed.  Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Attorney Docket No.: UBI-005E

# COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application is filed under 37 C.F.R. §1.53(b) as a continuation claiming the benefit under 35 U.S.C. §120 of the pending patent application Ser. No. 16/866,479, "Communication System and Method for an Optical Local Area Network", which was filed by the same inventors on May 4, 2020, claiming the benefit under 35 U.S.C. §120 of the pending patent application Ser. No. 16/734,270, "Communication System and Method for an Optical Local Area Network", which was filed by the same inventors on January 3, 2020, claiming the benefit under 35 U.S.C. §120 of the pending patent application Ser. No. 14/588,899, "System and Method for Optical Layer Management in Optical Modules and Remote Control of Optical Modules", which was filed by the same inventors on January 2, 2015, claiming the benefit under 35 U.S.C. §120 of the pending patent application Ser. No. 13/543,880, "System and Method for Optical Layer Management in Optical Modules and Remote Control of Optical Modules", which was filed by the same inventors on July 08, 2012, claiming the benefit under 35 U.S.C. §120 of the pending Patent application No. 12/ 982,872, "System and Method for Pluggable Optical Modules for Passive Optical Networks", which was filed by the same inventors on Dec. 30, 2010, claiming the benefit under 35 U.S.C. §120 of U.S. Patent No. 7,925,162 filed on July 6, 2004 claiming the benefit under 35 U.S.C. 119(e) of U.S. Provisional Application No. 60/485,072 filed July 03, 2003, now expired, and U.S. Provisional Application No. 60/515,836 filed Oct. 30, 2003, now expired; and claiming the benefit under 35 U.S.C. §120 of the pending Patent application No. 12/512,968, "System and Method For Performing High Speed Communications Over Fiber Optical Networks", which was filed by the same inventors on filed July 30, 2009 claiming the benefit under 35 U.S.C. §120 of U.S. Patent Application Ser. No. 11/772,187, which was filed by the same inventors on June 30, 2007, now abandoned, claiming the benefit under 35 U.S.C. §120 of commonly-assigned U.S. Patent Application Ser. No. 10/865,547 filed by the same inventors on June 10, 2004, now U.S. Pat. No. 7,242,868, which claims the benefit under 35 U.S.C. 119(e) of U.S. Provisional Application No. 60/477,845 filed June 10, 2003, now expired, and U.S. Provisional Application No. 60/480,488 filed June 21, 2003, now expired, and entirely incorporated herein by reference.

## FIELD OF THE INVENTION

[0002] The present invention relates to optical fiber networks.

## BACKGROUND OF THE INVENTION

[0003] A local-area network (LAN) is a computer network that spans a relatively small area or domain. Most LANs are confined to a single building or group of buildings. However, one LAN can be connected to other LANs over any distance often spanning an area greater than either LAN via telephone lines, coaxial cable, optical fiber, free-space optics and radio waves.  A system of LANs can be connected in this way via other networks that are commonly referred to as wide-area networks (WANs).

## SUMMARY OF THE INVENTION

[0004] In general, in one aspect, the invention includes a method for broadcasting data including receiving an incoming optical signal at a first port of a plurality of ports; converting the received incoming optical signal to an electrical signal; processing the electrical signal; converting the processed electrical signal to a broadcast optical signal; and coupling the broadcast optical signal to each of the plurality of ports.

[0005] Aspects of the invention may include one or more of the following features. Processing the electrical signal includes coupling the electrical signal to a device that processes the electrical signal according to an OSI layer-2 protocol.  Processing the electrical signal includes coupling the electrical signal to a device that processes the electrical signal according to an OSI layer-3 protocol. The method further includes converting an electrical client signal to the incoming optical signal. The method further includes adapting the electrical client signal from a signal conforming to an OSI layer-2 protocol. The OSI layer-2 protocol includes a media access control protocol. The media access control protocol is Ethernet or Fibre Channel. The method further includes transmitting the incoming optical signal from a network client adapter to one of the plurality of ports over an optical distribution fabric. The method further includes transmitting the broadcast optical signal from one of the plurality of ports over an optical distribution fabric; and receiving the broadcast optical signal at network client adapters in a plurality of clients. The method further includes converting the received broadcast optical signal to a second electrical signal in at least one of the clients. The method further includes selecting a frame within the second electrical signal associated with the network client adapter and adapting data in the selected frame for transmission over a network interface.

[0006] In general, in another aspect, the invention includes an apparatus including a plurality of ports; a passive optical coupler coupled to each of the plurality of ports; an optical-electrical converter in optical communication with the passive optical coupler; and a control module in electrical communication with the optical-electrical converter for scheduling slots for incoming and outgoing signals over the plurality of ports.

[0007] Aspects of the invention may include one or more of the following features. The control module is operable to schedule a slot for receiving a signal over one of the plurality of ports and to schedule a slot for broadcasting a signal over each of the plurality of ports. The apparatus

includes only a single optical-electrical converter in optical communication with the passive optical coupler. The control module is coupled to a device that is operable to process an electrical signal provided by the optical-electrical converter according to an OSI layer-2 protocol. The control module is coupled to a device that is operable to process an electrical signal provided by the optical-electrical converter according to an OSI layer-3 protocol.

[0008] In general, in another aspect, the invention includes an optical local area network including a plurality of optical waveguides; a network manager that includes an optical-electrical converter in optical communication with the plurality of optical waveguides; and a control module in electrical communication with the optical-electrical converter for scheduling slots for incoming and outgoing signals transmitted over the plurality of optical waveguides; and a plurality of network client adapters coupled to the plurality of optical waveguides, each network client adapter including an optical- electrical converter for processing transmitted and received optical signals at a client.

[0009] Aspects of the invention may include one or more of the following features. The optical local area network further includes a passive optical coupler coupled to each of the plurality of optical waveguides. The network manager further includes a passive optical coupler coupled to each of the plurality of optical waveguides. The control module is operable to schedule a slot for receiving a signal over one of the plurality of optical waveguides and to schedule a slot for broadcasting a signal over each of the plurality of optical waveguides. The control module is operable to dynamically schedule a slot for receiving a signal over one of the plurality of optical waveguides in response to a message from one of the network client adapters. The control module is operable to determine a response delay between the optical-electrical converter and one of the network client adapters. The control module is coupled to a device that is operable to process an electrical signal provided by the optical-electrical converter according to an OSI layer-2 protocol. The control module is coupled to a device that is operable to process an electrical signal provided by the optical-electrical converter according to an OSI layer-3 protocol. Each of the network client adapters is operable to convert an electrical client signal to an optical signal for transmission over one of the optical waveguides. Each of the network client adapters is operable to adapt the client signal from a signal conforming to an OSI layer-2 protocol. The OSI layer-2 protocol includes a media access control protocol. The media access control protocol used by a network client adapter is Ethernet or Fibre Channel. Each of the network client adapters is operable to convert a received optical signal to an electrical signal. Each network client adapter is operable to select a frame within the electrical signal associated with the network client adapter. The optical local area network further includes a client that includes a network interface card, the network interface card including one of the network client adapters. The client is selected from the group consisting of a workstation, a personal computer, a disk storage array, a server, a switch, and a router.

[0010] In general, in another aspect, the invention includes an optical local area network including a passive optical distribution fabric interconnecting a plurality of nodes including a

first node and a plurality of remaining nodes; a hub that includes the first node and a control module; and a client network adapter coupled to each of the remaining nodes for responding to the control module; wherein the control module controls timing for each of the client network adapters to transmit signals over the passive optical distribution fabric and distribution of signals to each of the nodes.

[0011] Aspects of the invention may include one or more of the following features. The control module is operable to schedule a slot for receiving a signal from one of the remaining nodes and to schedule a slot for broadcasting a signal to each of the remaining nodes. The control module is operable to dynamically schedule a slot for receiving a signal from one of the remaining nodes in response to a message from one of the network client adapters. The control module is operable to determine a response delay between the hub and one of the network client adapters. The control module is coupled to a device that is operable to process signals according to an OSI layer-2 protocol. The control module is coupled to a device that is operable to process signals according to an OSI layer-3 protocol. Each of the network client adapters is operable to convert an electrical signal to an optical signal for transmission over the passive optical transmission fabric. Each of the network client adapters is operable to adapt a signal conforming to an OSI layer-2 protocol. The OSI layer-2 protocol includes a media access control protocol. The media access control protocol used by a network client adapter is Ethernet or Fibre Channel. Each of the network client adapters is operable to convert a received optical signal to an electrical signal. Each network client adapter is operable to select a frame within the electrical signal associated with the network client adapter. The optical local area network further includes a client that includes a network interface card, the network interface card including one of the network client adapters. The client is selected from the group consisting of a workstation, a personal computer, a disk storage array, a server, a switch, and a router.

[0012] In general, in another aspect, the invention includes an optical local area network including a hub; a plurality of external nodes interconnected by a passive optical distribution fabric, wherein the external nodes are located external to the hub, and the hub is operable to control traffic across all nodes; adaptors at each external node responsive to hub instruction; and an interface coupled to the hub coupling signals received from any individual external node for distribution to all external nodes.

[0013] Aspects of the invention may include one or more of the following features. The hub includes an internal node coupled to the passive optical distribution fabric. The hub is operable to measure response delay between the hub and external nodes. The hub is operable to allocate slots for external nodes dynamically. Slot allocations are made to guarantee external nodes have a minimum bandwidth. The optical local area network further includes splitters coupled between the hub and external nodes. Traffic arriving at one or more external nodes includes Ethernet traffic. Traffic arriving at one or more external nodes includes Fibre channel traffic. The hub includes an optical module. At least one of the external nodes is located within an optical module external to the hub.

[0014] Implementations of the invention may include one or more of the following advantages. A network manager in an optical local area network can provide switching functions of a hub, a switch or a router. A switch configuration in which network managers are aggregated enables a high performance network in a compact apparatus. Connectivity of network managers and network client adapters to existing conventional routers and switches using industry standard form factor optical modules enables a high performance network upgrade with minimal new equipment. A network client switch can support multiple physical layer ports without necessarily requiring a Layer-2 MAC or switching elements and the associated routing tables and packet memory. The number of optical transceivers and switching elements used to sustain the same number of computing nodes in a LAN via a point-to-multipoint optically coupled network configuration is reduced, thus saving the majority of expense described above.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0015] FIG. 1 is a block diagram of an optical local area network.

[0016] FIGS. 2, 3A and 3B are schematic diagrams showing frame structures.

[0017] FIG. 4 is a flowchart for a network operating process.

[0018] FIG. 5 is a flowchart for a response delay process.

[0019] FIGS. 6A - 6C are diagrams of optical local area networks utilizing a hub configuration

[0020] FIGS. 7A-7D are diagrams of optical local area networks utilizing a switch configuration.

[0021] FIG. 8 is a diagram of an optical local area network.

[0022] FIGS. 9A and 9B are block diagrams of switches.

## DETAILED DESCRIPTION

[0023] Referring to _FIG. 1, a high-level schematic of an optical local area network **50** includes a network manager (NM) **100** at the head end of a passive optical distribution fabric (ODF) **102**. The NM **100** acts as a central transmission point and an overall controlling device for the optical local area network **50**. On another end, the ODF **102** is terminated by a plurality of (in one implementation, generally similar) network client adapters (NCAs) **104A**, **104B**, **104C**. Herein the NCA **104A**, NCA **104B**, NCA **104C**, are also referred to collectively as NCAs **104**. Though three NCAs **104** are shown more or fewer NCAs may be included in the optical local area network **50**.

[0024] The NM **100** transmits/receives data to/from the NCAs **104** in the form of modulated optical light signals of known wavelength through the ODF **102**. The transmission mode of the

data sent over the ODF **102** may be continuous, burst or both burst and continuous modes. Both NM **100** and NCAs **104** may transmit light signals having a same wavelength. In one implementation, the light signals are polarized and the polarization of light transmitted by the NM **100** is perpendicular to the polarization of the light transmitted by the NCAs **104**. Alternatively, the transmissions can be made in accordance with a time-division multiplexing scheme or similar protocol.

[0025] In another implementation, bi-directional wavelength-division multiplexing (WDM) may be used. Bi-directional WDM is herein defined as any technique by which two optical signals having different wavelengths may be simultaneously transmitted bi-directionally with one wavelength used in each direction over a single fiber. In yet another implementation, bi-directional dense wavelength- division multiplexing (DWDM) may be used. Bi-directional DWDM is herein defined as any technique by which more than two optical signals having different wavelengths may be simultaneously transmitted bi-directionally with more than one wavelength used in each direction over a single fiber with each wavelength unique to a direction. For example, if bi-directional WDM is used, the NM **100** may transmit data to an NCA **104A**, **104B**, **104C** utilizing a first wavelength of modulated light conveyed via a fiber **105A**, **105B**, **105C**, respectively, in the ODF **102** and, similarly, the NCAs **104A**, **104B**, **104C** may transmit data via the same fiber **105A**, **105B**, **105C**, respectively, in the ODF **102** to the NM **100** utilizing a second wavelength of modulated light. Because only a single fiber is used (e.g., between the NM **100** and each respective NCA **104**), this type of transmission system is commonly referred to as a bi-directional transmission system. Although the optical local area network **50** illustrated in FIG. 1 includes an NM **100** in communication with a plurality of NCAs **104** using a plurality of fibers, other implementations of optical local area networks **50** may be used. In some implementations, the NCAs **104** are generally similar. In other implementations, the NCAs **104** may differ in one or more aspects.

[0026] The NM **100** includes network management communication logic and memory (NM-CLM) **106** block, a network management optical interface (NM Optical Interface) **108** block and an optical distribution fabric interface (ODF Interface) **110** block. The NM-CLM **106** includes a network manager engine (NM Engine) **112** block, a transmit framer (Tx Framer) **114** block and a receive framer (Rx Framer) **115** block.

[0027] The NM Engine **112** is a control module that performs various processing and scheduling functions of an NM **100**. The Tx Framer **114** frames outgoing data from the NM Engine **112** in accordance with a framing protocol that is in-use. The Rx Framer **115** receives incoming frames and recovers appropriate data and messages to pass on to the NM Engine **112**. The NM Optical Interface **108** is controlled by the NM-CLM 106 using, for example, bus **109**. The NM Optical Interface **108** converts electrical signals carrying data from the Tx Framer **114** to optical signals, for example, by modulating a laser (not shown) included in the NM Optical Interface **108** and transmitting the laser output to the ODF interface **110**. The NM Optical Interface **108** also receives optical signals from the ODF interface **110** and converts the optical signals to electrical

signals carrying data that is then transferred to the Rx Framer **115**. Thus, the NM Optical Interface **108** functions as an "optical-electrical converter" that can convert a signal from an optical signal to electrical signal or from an electrical signal to an optical signal.

[0028] The ODF Interface **110** includes an optical splitter **116** and a plurality of ODF Ports **117A**, **117B**, **117C**, etc. For example, the optical splitter **116** can be a 1:n splitter (where n is at least 2) that splits light coming from the NM Optical Interface 108 into n portions of light coupled into n optical ports, respectively. The optical ports (e.g., ODF Ports **117**) can be coupled to one or more optical waveguides. In one implementation, each ODF Port **117** is coupled to an optical waveguide. The optical waveguides can be, for example, single mode or multimode fibers that guide received/transmitted light to/from respective ODF Ports **117A**, **117B**, **117C**, etc. The 1:n splitter (or equivalently, n:1 combiner) also directs light from any of the ODF Ports **117A**, **117B**, **117C**, etc. received over one of the optical waveguides to the NM Optical Interface **108**. ODF Ports **117A**, **117B**, **117C**, etc. include optical fiber connector sockets (e.g., SC, LC, FC, ST, or MU connector sockets) for coupling to the optical waveguides.

[0029] The ODF **102** can include any of a variety of passive optical components including optical fibers (e.g., single mode fibers, multimode fibers), optical connectors, fiber splices, passive branching components (e.g., passive splitters) and passive optical attenuators.

[0030] In this implementation, the NCAs **104** each include a network client communication logic and memory (NC-CLM) **120** block, a network client optical interface (NC Optical Interface) **122** block and an ODF port **124**. The NC-CLM **120** block includes an Adaptation Unit **126** block, a network client engine (NC Engine) **128** block, a transmit framer (Framer) **130** block and a receiver framer (Deframer) **131** block. The NC Engine **128** is a control module that performs various functions associated with an NCA **104**, such as responding to messages from the NM **100**. The Framer **130** frames outgoing data from the NC Engine **128** in accordance with a framing protocol that is in-use. The Deframer **131** receives incoming frames and recovers appropriate data and messages to pass on to the NC Engine **128**. The adaptation unit **126** receives and transmits data and messages in the form of frames, packets or cells according to one or more external protocol(s). External controls, data and messages can be received using the network interface **136**. The responsibilities of the adaptation unit **126** may include providing buffering, data and/or message filtering and translation between the external protocol(s) and the protocol of the optical local area network **50**. The adaptation Unit **126** includes egress queue **132** block and ingress queue **133** block. Egress and ingress queues **132**, **133** can be of the form of memory and are used for buffering receive and transmit data and messages, respectively. The adaptation unit **126** can filter out or drop data and/or messages that are not intended to egress through its network interface **136**. Filtering can be based on the destination address of the data and/or messages according to the external protocol in-use. Additionally, the adaptation unit **126** can filter out or drop data and/or messages that are not intended to ingress through its network interface **136**. Filtering can be based on equal values for the source and destination addresses of

the data and/or messages according to the external protocol in-use. The NC Optical Interface **122** is controlled by the NC-CLM **128** using bus **134**. The NC Optical Interface **122** converts

electrical signals carrying data from the Framer **130** block to optical signals, for example, by modulating a laser (not shown) included in the NC Optical Interface **122** and transmitting the laser output to the ODF port **124**. The NC Optical Interface **122** also receives optical signals from the ODF port **124** and converts the optical signals to electrical signals carrying data that is then transferred to the Deframer **131** block. The ODF port **124** includes an optical fiber connector socket (e.g., an SC, LC, FC ST, or MU connector socket).

[0031] The. NCAs **104** can be coupled to data link layer devices (not shown) or physical layer devices (not shown) using network interface **136**. The data link layer devices and physical layer devices are network devices that operate at a Layer-2 or Layer-I respectively, according to the Open Systems Interconnect (OSI) 7-layer reference model. Furthermore, these network devices may comply with industry standard specifications such as IEEE 802.3 and Fibre Channel (incorporated herein by reference). Consequently, the network interface **136** may be an MII, GMII, XGMII, XAUI or SPI type interface. Other Layer-2 and Layer-I type interface specifications may also be used.

[0032] The optical local area network **50** transfers data between an NM **100** and the NCAs **104** in the form of downstream frames (NM **100** to NCAs **104**) and upstream "virtual frames" (NCAs **100** to NM **104**). Downstream frames from the NM **100** are transmitted into the ODF **102** in an essentially continuous sequence of constant period frames. In one implementation, downstream frames have a period of 125 μs, and transfer data downstream at a rate of approximately 10 Gb/s, although other periods and rates may be used. The ODF Interface **110** and potentially the ODF **102** split the downstream transmissions passively so that all NCAs **104** receive the frames in a generally broadcast manner. In the upstream direction, separate transmissions from the plurality of NCAs **104** are transmitted as burst transmissions or in slots which are combined in a virtual frame so that the separate burst transmissions do not collide when they arrive at the NM **100**. In one implementation, the virtual upstream frames have essentially the same period as the downstream frames, and upstream data transmissions are transmitted at a rate approximately equal to the downstream rate. Alternatively, different upstream and downstream rates may be used.

[0033] FIG. 2 is a schematic timing and framing diagram, showing overall structure of a downstream frame **200**, and a virtual upstream frame **202** in an implementation of a framing protocol. Referring now to FIG.s 1 and 2, each downstream frame **200** includes a header **204** and a payload section **206**. The downstream header **204** includes a downstream synchronization (DS Sync) **208** section, a station management **210** section, two sections containing the number of NCAs **104** in communication with the NM **100** (# of NCAs) **212**, **214** and an upstream slot allocation (US slot allocation) **216** section. The DS Sync **208** section includes a consecutive sequence of bits that enables receiving NCAs **104** to identify a beginning of the downstream

frame **200** and thus acts as starting marker for frame timing throughout the optical local area network **50**. The number of NCAs **104** in communication with the NM is sent twice **212,214** to ensure correct interpretation of the US slot allocation section **216**. The order of downstream header sections **210,212,214,216** after a DS Sync **208** may differ in other implementations.

[0034] During each network period **218** defined by respective adjacent downstream headers, each NCA **104** is able to send upstream data. The virtual upstream frame **202** is partitioned into slots, where a "slot" corresponds to a fixed number of bits or a fixed length of time within a virtual frame. For each network period **218**, the NM **100** allocates each NCA **104** respective slots within which an NCA is able to transmit data upstream. Each slot allocation includes a start slot number and end slot number (also referred to as start time and end time), relative to the starting marker defined by a DS Sync **208** from the next network period after an NCA **104** receives a slot allocation. In alternative implementations, a start slot number and a length of time during which a specific NCA **104** is permitted to transmit may be sent instead of a start slot number and an end slot number. Slot allocation start and end numbers are allocated within the virtual upstream frame so that slot allocations do not overlap, ensuring that there are no collisions of data from different NCAs **104** at the NM **100**. The allocations can be determined by the NM Engine **112** based on total upstream bandwidth requests and can be communicated to NCAs **104** in the downstream frame US slot allocation **216** section. The US slot allocation **216** section includes start and end slot numbers pertaining to and identified to specific NCAs **104** (as shown in **220** and **222**). Slot allocations assigned to NCAs **104** can be dynamic and may be changed from network period to network period.

[0035] The upstream frame **224** includes header **226** and payload **228** sections. The header **226** includes a preamble **230** section, a frame delimiter (Delimiter) **232** section and a station management **234** section. The preamble **230** section includes a consecutive sequence of bits designed to aid an NM **100** in synchronizing to the bit clock of a respective transmitting NCA **104**. The Delimiter **232** includes a consecutive sequence of bits designed to aid an NM **100** in synchronizing to and recognizing the beginning of an upstream frame **224**.

[0036] Each downstream frame **200** and upstream frame **224** includes a payload section **206**, **228** respectively, in which data to and from NCAs **104** (from the network interface **136**) are transferred. FIG. 3A is a schematic showing the payload in downstream and upstream framing, showing that the payload of both upstream and downstream may contain a single adaptation data unit (ADU) **300**. ADUs **300** are output units of data from an adaptation unit **126**, where the adaptation unit **126** has processed data received from the network interface **136** for transfer across the optical local network **50**. For example, in one implementation the adaptation unit **126** receives Ethernet media access control frames (MAC frames) via a GMII interface (as an implementation for the network interface **136**) and removes the MAC frame's preamble and start of frame delimiter (SFD) fields with the remaining fields of the MAC frame encapsulated in an ADU **300**. Additionally, in one implementation the adaptation unit **126** receives Fibre Channel (FC) FC-2 frames through a serial interface (as an implementation of the network interface **136**)

and removes the FC-2 frame's start of frame and end of frame fields with the remaining fields of the FC-2 frame encapsulated in an ADU **300**.

[0037] In another example, the adaptation unit **126** can receive IEEE 802.3 MAC frames via a GMII interface and form an ADU **300** with the entire MAC frame included (i.e., encapsulate the entire MAC frame). In yet another example, the adaptation unit **126** can receive FC-2 frames through a serial interface (as an implementation for the network interface **136**) and form an ADU **300** with the entire FC-2 frame included (i.e., encapsulate the entire FC-2 frame).

[0038] In one implementation, the payload **204**, **232** of downstream frames **200** and upstream frames **224** may include multiple consecutive sub-frames. Referring to FIG.s 1 and 3B, a sub-frame includes a sub-frame header **302** section and a sub-frame payload **304** section. A sub-frame header **302** section includes a payload length indicator (PLI) **308** and cyclic redundancy check (CRC) **310** section that covers the PLI **308**. CRC sections, although not shown, may be used in the downstream **200** and upstream **224** frames as well. The sub-frame payload **304** section includes a type **312** section, a CRC **314** that relates to the type **312** section, a payload data unit (PDU) **316** and optionally a CRC **318** that relates to the PDU **316**. The PLI **308** gives an indication of the length, e.g., in bits, of the sub-frame payload **304** section immediately following the sub-frame header **302**. The type **312** section gives an indication of the type of data in the PDU **316**. An adaptation unit **126** may receive data from a mixture of protocols essentially simultaneously (as described below) and the use of sub-frames allows the data to be transferred across the network ensuring quality of service or class of service. An adaptation unit **126** uses sub-frames by placing received data in the PDU **316**, indicating the type of data received in the type **312** section and entering the length of the sub-frame payload **304** in the PLI **308** section.

[0039] The optical local area network **50** operates according to an exemplary process illustrated in FIG. 4. Referring now to FIG.s 1 and 4, after an NM **100** is powered on **400**, the NM **100** sends out **402** one or more message(s) requesting new NCAs 104 (NCAs **104** that the NM **100** is unaware of) to identity themselves by reporting to the NM 100 with their respective serial number. The NM **100** also sends out **402** network parameters including initial NCA transmit power levels using, for example, a station management message(s). The NCAs **104** respond using slot allocation(s) given by the NM **100** for new NCAs **104** to respond. After successfully receiving new NCA serial numbers, the NM **100** assigns each new NCA **104** a network identification number (NC-ID) and requests **404** the new NCA **104** to adjust its transmitting power level. In one implementation, the NM **100** sends these requests in a station management message. The respective new NCAs **104** use the assigned NC-ID to interpret specific messages of concern (i.e., addressed) to a given NCA **104**. The NM **100** initiates **406** a response delay process to determine the delay in responses between the new NCA and the NM **100**. After performing **419** the response delay process, the NM **100** enters normal operation in which network data is transmitted and received **408** across the optical local area network **50**.

[0040] When an NCA **104** is powered on **410**, the NCA **104** attempts to synchronize **412** to downstream frames by searching for the DS Sync **208**. After successful downstream synchronization, the NCA **104** interprets **414** network parameters received via downstream station management messages **404**, adjusts its initial transmit power level and awaits instructions (e.g., a message) for new NCAs **104**. The instructions include a slot allocation for new NCAs **104** to respond **416** to the NM **100** with the NCA's **104** serial number. Once the NCA **104** has sent its serial number the NCA **104** is then assigned an NC-ID by the NM **100**. The NCA **104** then enters a waiting loop (e.g., for a station management message from the NM **100** to adjust its transmit power level). In response to a request to set transmit power level, the NCA **104** adjusts the transmit power level **418**. The NCA **104** then enters a waiting loop again (e.g., until receipt of a message from the NM **100** to initiate a response delay process). Upon receipt of an instruction to begin a response delay process, the NCA **104** can, in cooperation with the NM **100**, determine the delay between the respective network elements (not shown as part of the process flow). The details of the response delay process are described in greater detail below. After the NCA **104** and NM **100** complete the response delay process, the NCA **104** may adjust **420** its alignment with the network period to account for downstream and upstream transmission delay. The NCA **104** then enters its normal operation state in which network data is received and transmitted **422**.

[0041] FIG. 5 shows one implementation for executing a response delay process **500**. The response delay process **500**, is a process to determine the delay in NM downstream transmission to NM upstream reception of a message or network data transmission. Referring now to FIG.s 1, 2 and 5, the NM **100** starts **501** the delay process with a new NCA **104** or with an NCA **104** that may cause upstream transmission collisions. The NM **100** assigns one or more slot(s) to the target NCA **104** (i.e., the new NCA or one NCA that may cause a collision in upstream communication) to respond with a response delay message. The NM **100** generates **502** a silence period in the upstream virtual frame **202** (e.g., by not assigning or granting any slots for that period) around the slot(s) assigned to the target NCA **104**. The silence period ensures no upstream collisions will occur. The NM **100** sends **504** a message to the NCA **104** to respond with a response delay message and informs the NCA **104** of its slot(s) assignment to respond. Thereafter, the NCA **104** responds **506** to the NM **100** at the appropriate slot time. The NM **100** receives the NCA **104** response delay message and calculates **508** the transmission delay. In one implementation, the NM **100** transmits **510** the result of the response delay calculation to the NCA **104** and the NCA **104** aligns **512** itself to the proper network period.

[0042] The NM **100** may assign, schedule or grant slot allocations in a number of ways (e.g. according to fixed time-division multiplex or statistical time-division multiplex schemes). In one implementation the slot allocations are scheduled to give the NCs **104** a guaranteed minimum upstream transfer rate. The rate may be determined by dividing the maximum upstream data rate by the number of NCAs **104**. In another implementation, the NM **100** receives status information about the NCAs **104** egress **132** and ingress **133** queue status. The NM **100** can schedule slot

Attorney Docket No.: UBI-005E

allocations that best minimize the depth of the egress **132** and ingress **133** queues to minimize transmission delays ensuring quality of service (QOS) or class of service (COS).

[0043] FIGs 6A-6C, 7A-7C and 8 are illustrations of implementations of the optical local area network **50**. In one implementation shown in FIG. 6A, an NM **100** may function in a hub configuration **600** networking clients including workstations **602**, personal computers (PC) **604** and Ethernet switches **618** together using the Ethernet protocol. The workstations **602** and PCs **604** are connected to the hub configuration **600** with a network interface card (NIC) **606** containing an NCA **104** and a NIC controller **608**. In one implementation of the NIC **606**, the NIC controller **608** includes a GMII interface, an Ethernet MAC and a peripheral component interconnect (PCI) bus interface. The NCA **104** communicates to the NIC controller **608** through the GMII interface. Ethernet switches **618** are connected to the hub configuration **600** with a network adaptor **621A** containing an NCA **104**. Ethernet switches **618** can be conventional Ethernet switches. In one implementation of the network adaptor **621A**, the network interface **136** is a GMII interface.

[0044] In another implementation shown in FIG. 6B, the hub configuration **600** can network disk storage array devices **612**, servers **614** and FC switches **619** together using the Fibre Channel (FC) protocol. This implementation may be described as a Storage Area Network (SAN). The disk. storage array devices **612** and servers **614** are connected to the hub configuration **600** with a host bust adaptor (HBA) **607**. In one implementation of HBA **607**, the HBA controller **609** includes a serial interface, FC controller and a PCI bus interface. FC switches **619** are connected to the hub configuration **600** with a network adaptor **621B** containing an NCA **104**. FC switches **619** can be conventional FC switches. In one implementation of the network adaptor **621B**, the network interface **136** is a serial interface.

[0045] In yet another implementation of the optical local area network **50** shown in FIG. 6C, the hub configuration **600** may network clients such as workstations **602**, PCs **604**, disk storage array devices **612**, servers **614** and switches **618,619** (FIG. 6B) using both Ethernet and FC protocols concurrently. NICs **606** can connect a particular client to the hub configuration **600** using the Ethernet protocol. HBAs **607** can connect a particular client to the hub configuration **600** using the FC protocol. For example, workstations **602**, PCs **604** and switches **618** can communicate with the hub configuration **600** using Ethernet protocol while disk storage array devices **612** and servers **614** can communicate with the hub configuration **600** using FC protocol. The ODF **102** (not shown) of the optical local area network **50** can include splitters **620**. Hub configuration **600** can also connect to a switch **618** using an adaptor card **621A**. Adaptor card 621A includes an NCA **104** with a respective network interface **136** (e.g., GMII, XAUI, Serial). Switch **618** may be, for example, a switch in a conventional Ethernet LAN **622**.

[0046] One or more NMs **100** can interface to a switching device (e.g., a Layer-2 switch or a Layer-3 switch) to process frames from the various NCAs **104** according to a communication protocol of the switching device. Referring to FIG. 7A, a switch configuration **704** includes

multiple NMs **100A**, **100B**, **100C** in communication with a Layer-2 switch device **700** which is in further communication with an uplink port **702**. In alternative implementations, the Layer-2 switch device **700** may be in communication with a plurality of uplink ports (not shown). Though three NMs **100A**, **100B**, **100C** are shown more or fewer NMs **100** may be in communication with a Layer-2 switch device **700** included in the switch configuration **704**. Each NM **100A**, **100B**, **100C** includes an adaptation unit **706** in communication with a NM Engine (not shown). The adaptation unit **706** receives and transmits data and messages in the form of frames, packets or cells according to the Layer-2 switch device **700** via a switch interface **708**. Adaptation unit **706** can provide buffering, data and/or message filtering and translation between the protocol of the Layer-2 switch device **700** and the protocol of the optical local area network **50**. The adaptation unit **706** includes an egress queue block (not shown) and an ingress queue block (not shown). Egress and ingress queues can be of the form of memory and are used for buffering receive and transmit data and messages, respectively. In one implementation of the NMs **100A**, **100B**, **100C**, all upstream traffic received by an NM **100** is passed through the switch interface **708** to the Layer-2 switch device **700**. All downstream traffic transmitted by an NM **100** is received by the NM **100** through the switch interface **708**. In another implementation upstream traffic received by an NM **100** can be filtered based on destination address to either pass data and/or messages back to one or more NCAs **104** multiplexed in downstream traffic (e.g. hairpinning) or to the Layer-2 switch device **700** through the switch interface **708**. The fiber connections **105** form a first ODF for connecting NM **100A** with one or more NCAs. The fiber connections **710** form a second ODF for cofnnecting NM **100B** with one or more NCAs. The fiber connections **712** form a third ODF for connecting NM **100C** with one or more NCAs.

[0047] In one implementation of an optical local area network **50** shown in FIG. 7A, the switch configuration **704** is used to network workstations **602**, PCs **604** and a Ethernet switch **618** together using the Ethernet protocol with appropriate NICs **606** as described above. The switch configuration **704** includes a Layer-2 switch (e.g., Layer-2 switch device **700**) that implements an Ethernet MAC and switching functions. The optical fibers **105**, **710**, **712** connecting the workstations **602**, PCs **604** and Ethernet switches **618** to the switch configuration **704** can be associated with different NMs **100A**, **100B**, **100C** depending on which fiber connections are used. The uplink port **702** of switch configuration **704** can connect to an Ethernet switch and/or router (not shown).

[0048] In another implementation of an optical local area network **50** shown in FIG. 7B, the switch configuration **704** is used to network one or more disk storage array devices **612**, servers **614** and FC-2 switches **619** using, for example, the FC protocol with appropriate HBAs **607** as described above. This implementation may also be described as a Storage Area Network (SAN). The switch configuration **704** includes a Layer-2 switch (e.g., Layer-2 switch device **700**) that implements an FC-2 controller and switching functions. The optical fibers **105**, **710**, **712** connecting the disk storage array devices **612**, servers **614** and FC-2 switch 619 to the switch configuration **704** can be associated with different NMs **100A**, **100B**, **100C** depending on which

fiber connections are used. The uplink port **702** of switch configuration **704** may connect to an FC-2 switch and/or router (not shown). FC-2 switches **619** can be a conventional FC-2 switch.

[0049] In yet another implementation of an optical local area network **50** shown in FIG. 7C, a switch configuration **704** is used to network workstations **602**, PCs **604**, 'disk storage array devices **612**, servers **614** and other switches (e.g. an Ethernet switch **618**) together using, for example, both Ethernet and FC protocols concurrently in a manner described previously. The switch configuration **704** includes a Layer-2 switch (e.g. Layer-2 switch device **700**) that implements both an Ethernet MAC and FC-2 controller with switching functions. Layer-2 switch device **700** can be implemented by a packet processor or network processor. The optical fibers **105**, **710**, **712** connecting the workstations **602**, PCs **604**, disk storage array devices **612**, servers **614** and t switches to the switch configuration 704 can be associated with different NMs **100A**, **100B**, **100C** depending on which fiber connections are used. The uplink port **702** of switch configuration **704** may connect to an Ethernet or FC-2 switch and/or router (not shown).

[0050] In yet another implementation of an optical local area network **50**, an implementation of switch configuration **705** containing an NM **100**, an adaptation unit **706** and an uplink port **702** is shown in FIG. 7D. Switch configuration **705** can be used to network workstations **602**, PCs **604** and other switches **618** in a manner described previously. The NM **100** is in communication with a Layer-2 switch device (not shown) through the uplink port **702** that is connected to a switch. The connection between uplink port **702** and switch **618** can be a physical layer connection **714** (e.g., 1000 BASE-SX,1000 BASE-LX). Ethernet switch **618** can be a conventional Ethernet switch.

[0051] In some implementations of switch configurations **704**, **705** the uplink port **702** can be an NCA adaptor (not shown) similar to **621A**, **621B** wherein the network interface **136** and switch interface **708** are coupled using the same interface standard (e.g., XAUI, Serial, Parallel), thus enabling the uplink port **702** to connect to other hub configurations **600** and switch configurations **704** (FIG.s 7A-7C), 705 (FIG. 7D).

[0052] In another implementation of an optical local area network **50** shown in FIG. 8, NM **100** and NCA **104** may be implemented in optical modules. A network manager in an optical module (NM-OM) **800** is provided that, in one implementation, conforms to an industry standard form factor and includes an NM-CLM **803** that includes an adaptation unit **706** to transfer data into and out of a network interface (e.g., switch interface **708**). The NM-OM **800** also includes a NM Optical interface **108** and an ODF port **117A**. In one implementation, the optical module NM-OM **800** conforms to an industry standard Multi-source agreement (MSA) form factor (e.g., 300pin, XENPAK, X2, XPAK, XFP or SFP). A network client adaptor in an optical module (NC-OM) **802** can be provided that, in one implementation, also conforms to an industry standard form factor and includes an NCA **104**. For example, the optical module NC-OM may conform to an MSA form factor (e.g., 300pin, XENPAK, X2, XPAK, XFP or SFP).

[0053] The NM-OM **800** can connect to a conventional router **804** that has optical module ports **806** using the router's switch interface (e.g., XAUI or Serial). The NM-OM **800** is in optical communication with an optical splitter **810** that splits light among and collects light from workstations **602**, PCs **604**, disk storage array devices **612**, servers **614** and switches using appropriate NICs **606** and/or NC-OM **802** as previously described. The Ethernet Layer-2/3 switch **808** may be of conventional design and include an uplink port, that in one implementation, conforms to an industry standard optical module form factor. The Ethernet Layer-2/3 switch **808** can communicate with the NM-OM **800** in router **804** by using an NC-OM **802** via network interface 136 (e.g., XAUI or Serial).

[0054] The Ethernet Layer-2/3 switch **808** is further detailed in FIG. 9A. In the Ethernet Layer-2/3 switch **808**, an NC-OM **802** is in communication with a Layer-2 switch **900** by means of a MAC (not shown) using a network interface **136** (e.g., XAUI or Serial). Ethernet Layer-2/3 switch **808** also includes physical layer ports (PHY ports) **902** that, in one implementation, form a conventional Ethernet LAN (e.g., Ethernet LAN **622** of FIG. 8) connecting network clients such as workstations **602** and PCs **604**.

[0055] An implementation of an alternative configuration for a switch is shown in FIG. 9B. FIG. 9B is an illustration of an NC-Switch **910**, in which no conventional Layer-2 switch and MAC is used. NC-Switch **910** includes an NCA **912** and multiple PHY ports **902**. Each PHY port may perform wireline (e.g., 10/100/1000 BASE-T, DSL) or wireless (e.g., IEEE 802.11, IEEE 802.16) physical layer communications with conventional LAN clients. In this implementation, the adaptation unit **126** supports multiple network interfaces **136**. The switching function previously performed by the Layer-2 switch (e.g., Layer-2 switch **900** of FIG. 9A) is consolidated to the switch or router in communication with an NM **100** in a switch configuration **704** (as described above) or an NM-OM **800** (e.g. as illustrated in FIG. 8 an NC-Switch **910** in communication with an NM-OM **800**). Alternatively, the switching function previously performed by the Layer-2 switch is consolidated to Layer-2 switches (not shown) in communication with other NCAs **104** networked in a hub configuration **600**.

[0056] In hub configuration **600** (e.g. FIG.s 6A-6C) of the optical local area network **50**, flow control, denial of service and other network administration functions are dependent on external Layer-2 devices in communication with NCAs **104** (for example, the Ethernet MAC or FC-2 controller in the NIC controller **608** dependent on the implementation as previously discussed). In switch configurations **704** (e.g. FIG.s 7A-7C) of the optical local area network **50**, flow control, denial of service and other network administration functions are further dependent on the external Layer-2 device **700** in communication with NMs **100**, in addition to the Layer-2 devices external and in communication with NCAs **104** as previously mentioned.

[0057] Although the invention has been described in terms of particular implementations, one of ordinary skill in the art, in light of this teaching, can generate additional implementations and modifications without departing from the spirit of or exceeding the scope of the claimed

Attorney Docket No.: UBI-005E

invention. Accordingly, it is to be understood that the drawings and descriptions herein are proffered by way of example to facilitate comprehension of the invention and should not be construed to limit the scope thereof.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
| **First Named Inventor/Applicant Name:** | Alexander Ivan Soto |
| **Filer:** | Alexander Ivan Soto |
| **Attorney Docket Number:** | UBI-005E |

Filed as Small Entity

**Filing Fees for** Track I Prioritized Examination - Nonprovisional Application under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY FILING FEE (ELECTRONIC FILING) | 4011 | 1 | 80 | 80 |
| UTILITY SEARCH FEE | 2111 | 1 | 350 | 350 |
| UTILITY EXAMINATION FEE | 2311 | 1 | 400 | 400 |
| REQUEST FOR PRIORITIZED EXAMINATION | 2817 | 1 | 2100 | 2100 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| CLAIMS IN EXCESS OF 20 | 2202 | 4 | 50 | 200 |
| **Miscellaneous-Filing:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| PUBL. FEE- EARLY, VOLUNTARY, OR NORMAL | 1504 | 1 | 0 | 0 |
| PROCESSING FEE, EXCEPT PROV. APPLS. | 2830 | 1 | 70 | 70 |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | **Total in USD ($)** | | | **3200** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 41528249 |
| **Application Number:** | 17138794 |
| **International Application Number:** | |
| **Confirmation Number:** | 1022 |
| **Title of Invention:** | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
| **First Named Inventor/Applicant Name:** | Alexander Ivan Soto |
| **Customer Number:** | 93749 |
| **Filer:** | Alexander Ivan Soto |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | UBI-005E |
| **Receipt Date:** | 30-DEC-2020 |
| **Filing Date:** | |
| **Time Stamp:** | 21:30:43 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $3200 |
| RAM confirmation Number | E2020BTL33068418 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | WebADS.pdf | 171541 <br><br> a2281c9ac4b41081125fbf74441c21578b3395e7 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | TrackOne Request | UBI-005E_track1_alex.pdf | 114581 <br><br> e0ea87a72db06e720de0ab60c05b02b95d30e658 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | TrackOne Request | UBI-005E_track1_walt.pdf | 114572 <br><br> b14832927b399c2224275e5e4bc9b9300eb62f8f | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Abstract | UBI-005E_abstract.pdf | 111907 <br><br> 23f406535f175e77983210e337fa41cb8e6a8d65 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Claims | UBI-005E_claims.pdf | 104788 <br><br> fd73ac8a21b83503d0c9a5732c7ca424f403b555 | no | 6 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Drawings-only black and white line drawings | UBI-005E_drawings.pdf | 473706 <br><br> 48bf233dffb84fa71753b361f672f9dce8d2425e | no | 14 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| 7 | Oath or Declaration filed | UBI-005E_oath_alex.pdf | 171437<br><br>1b333e1bae3fb60c9257bb865b7ce422ed3<br>3d59d | no | 2 |

**Warnings:**

**Information:**

| 8 | Oath or Declaration filed | UBI-005E_oath_walt.pdf | 171426<br><br>17766b3d0a6792e9f885e59975e69b62352<br>d3f13 | no | 2 |

**Warnings:**

**Information:**

| 9 | Specification | UBI-005E_specification.pdf | 222717<br><br>d25aa0278365b9bcba5b3bdce2c18aa01a3<br>79181 | no | 16 |

**Warnings:**

**Information:**

| 10 | Fee Worksheet (SB06) | fee-info.pdf | 41423<br><br>43e9b161bc98e618dea84c141b7159e8162<br>8dad6 | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 1698098 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | UBI-005E |
|---|---|---|
| | Application Number | |

| Title of Invention | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor       1**

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Alexander | Ivan | Soto | |

| **Residence Information (Select One)** | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | San Diego | State/Province | CA | Country of Residence [i] | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 7673 Hazard Center Dr | | |
|---|---|---|---|
| Address 2 | | | |
| City | San Diego | State/Province | CA |
| Postal Code | 92108 | Country [i] | US |

**Inventor       2**

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Walter | Glenn | Soto | |

| **Residence Information (Select One)** | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | San Clemente | State/Province | CA | Country of Residence [i] | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 2020 Costero Hermoso | | |
|---|---|---|---|
| Address 2 | | | |
| City | San Clemente | State/Province | CA |
| Postal Code | 92673 | Country [i] | US |

| All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Correspondence Information:

PTO/AIA/14 (08-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | UBI-005E |
|---|---|---|
| | Application Number | |

| Title of Invention | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
|---|---|

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 93749 | | |
|---|---|---|---|
| Email Address | wsoto555@gmail.com | Add Email | Remove Email |

## Application Information:

| Title of the Invention | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK | |
|---|---|---|
| Attorney Docket Number | UBI-005E | Small Entity Status Claimed ☒ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Total Number of Drawing Sheets (if any) | 14 | Suggested Figure for Publication (if any)    7 |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a).  Do not complete this section if application papers including a specification and any drawings are being filed.  Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐   Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐   **Request Not to Publish.** I hereby request that the attached application not be published under    35 U.S.C. 122(b) and certify  that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a  multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉  Customer Number | ◯  US Patent Practitioner | ◯  Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | | | |

Appx0082

WEB ADS 1.0

PTO/AIA/14 (08-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | UBI-005E |
|---|---|---|
| | Application Number | |

| Title of Invention | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix | Remove |
|---|---|---|---|---|---|
| | | | | | |

| Registration Number |
|---|
| |

| Prefix | Given Name | Middle Name | Family Name | Suffix | Remove |
|---|---|---|---|---|---|
| | | | | | |

| Registration Number |
|---|
| |

Additional Representative Information blocks may be generated within this form by selecting the **Add** button.

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove | |
|---|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing or 371(c) Date (YYYY-MM-DD)** | |
| | Continuation of | 16866479 | 2020-05-04 | |

| Prior Application Status | Patented | | | Remove |
|---|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** | **Patent Number** | **Issue Date (YYYY-MM-DD)** |
| 16866479 | Continuation of | 16734270 | 2020-01-03 | 10644802 | 2020-05-05 |

| Prior Application Status | Patented | | | Remove |
|---|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** | **Patent Number** | **Issue Date (YYYY-MM-DD)** |
| 16734270 | Continuation of | 14588899 | 2015-01-02 | 10892828 | 2021-01-12 |

| Prior Application Status | Patented | | | Remove |
|---|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** | **Patent Number** | **Issue Date (YYYY-MM-DD)** |
| 14588899 | Continuation of | 13543880 | 2012-07-08 | 8958697 | 2015-02-17 |

| Prior Application Status | Patented | | | Remove |
|---|---|---|---|---|
| **Application Number** | **Continuity Type** | **Prior Application Number** | **Filing Date (YYYY-MM-DD)** | **Patent Number** | **Issue Date (YYYY-MM-DD)** |
| 13543880 | Continuation in part of | 12982872 | 2010-12-30 | 8238754 | 2012-08-07 |

WEB ADS 1.0

PTO/AIA/14 (08-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | UBI-005E |
|---|---|---|
| | Application Number | |

| Title of Invention | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
|---|---|

| Prior Application Status | Patented | | | | Remove | |
|---|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | | Issue Date (YYYY-MM-DD) |
| 13543880 | Continuation in part of | 12512968 | 2009-07-30 | 9337948 | | 2016-05-10 |

| Prior Application Status | Patented | | | | Remove | |
|---|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | | Issue Date (YYYY-MM-DD) |
| 12982872 | Continuation of | 10886514 | 2004-07-06 | 7925162 | | 2011-04-12 |

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 10886514 | Claims benefit of provisional | 60485072 | 2003-07-03 |

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 10886514 | Claims benefit of provisional | 60515836 | 2003-10-30 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 12512968 | Continuation in part of | 11772187 | 2007-06-30 |

| Prior Application Status | Patented | | | | Remove | |
|---|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | | Issue Date (YYYY-MM-DD) |
| 11772187 | Continuation of | 10865547 | 2004-06-10 | 7242868 | | 2007-07-10 |

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 10865547 | Claims benefit of provisional | 60477845 | 2003-06-10 |

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 10865547 | Claims benefit of provisional | 60480488 | 2003-06-21 |

Appx0084

WEB ADS 1.0

PTO/AIA/14 (08-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | UBI-005E |
|---|---|---|
| | Application Number | |

| Title of Invention | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
|---|---|

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

WEB ADS 1.0

PTO/AIA/14 (08-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | UBI-005E |
|---|---|---|
| | Application Number | |

| Title of Invention | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
|---|---|

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE:** This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

Appx0086

PTO/AIA/14 (08-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | UBI-005E |
|---|---|---|
| | Application Number | |

| Title of Invention | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
|---|---|

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant    1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

○ Assignee        ○ Legal Representative under 35 U.S.C. 117        ○ Joint Inventor

○ Person to whom the inventor is obligated to assign.        ○ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here.        ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| **Address 1** | |
|---|---|
| Address 2 | |
| **City** | **State/Province** |
| **Country**[i] | Postal Code |
| Phone Number | Fax Number |
| Email Address | |

Additional Applicant Data may be generated within this form by selecting the Add button.

PTO/AIA/14 (08-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | UBI-005E |
|---|---|---|
| | Application Number | |

| Title of Invention | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
|---|---|

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

### Assignee     1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | |
|---|---|
| Address 2 | |
| City | | State/Province | |
| Country i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

WEB ADS 1.0

PTO/AIA/14 (08-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | UBI-005E |
|---|---|---|
| | Application Number | |

| Title of Invention | COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK |
|---|---|

## Signature:

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic   entity** (e. g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Alexander Soto/ | | | Date (YYYY-MM-DD) | |
|---|---|---|---|---|---|
| First Name | Alexander | Last Name | Soto | Registration Number | |

| Signature | /Walter Soto/ | | | Date (YYYY-MM-DD) | |
|---|---|---|---|---|---|
| First Name | Walter | Last Name | Soto | Registration Number | |

Additional Signature may be generated within this form by selecting the Add button.

### Notice of Pre-AIA or AIA Status

1.     The present application is being examined under the pre-AIA first to invent

provisions.


### Claim Rejections - 35 USC § 103

2.     The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis

for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described
> as set forth in section 102, if the differences between the subject matter sought to be patented
> and the prior art are such that the subject matter as a whole would have been obvious at the
> time the invention was made to a person having ordinary skill in the art to which said subject
> matter pertains. Patentability shall not be negatived by the manner in which the invention was
> made.

3.     Claims 1-7, 9-12, 15-17, 21, 23 and 24 are rejected under pre-AIA 35 U.S.C.

103(a) as being unpatentable over Umayabashi et al (JP 2003-92582. English Machine

Translation of the JP 2003-92582 provided) in view of Unitt et al (US 2002/0063932)

and Pfeiffer (US 6,011,637).

        1). With regard to claim 1,  Umayabashi et al discloses a Local Area Network

(LAN) client (1-3 in Figures 1 and 17; or 21-23 in Figure 20) for a passive optical LAN

(as shown in Figures 1 and 17, the base station or optical line terminal 4 is located after

the local switch 8, and "the public network of Ethernet (R) technology, which has been

developed as a technology for LAN (Local Area Network), especially the subscriber

access. Application to the network is progressing" [0002], that is, the devices/stations 1-

4 and fibers 100-103 and passive splitter 9 etc. form a passive optical LAN), the passive

optical LAN disposed to having one or more passive optical splitters (9) for coupling the

LAN client over one or more optical fibers (100-103) to the head end (the base station

4) of the passive optical LAN, the LAN client for a passive optical LAN comprising of:

an optical interface (transceiver 11) for converting a downstream optical signal on

a downstream optical wavelength (the wavelength for signal from the base station 4 to

to the local stations 1 – 3) a downstream electrical signal (electrical signals to address

filter 13) and for converting an upstream electrical signal (electrical signals from mux 16)

to an upstream optical signal (the optical signals sent to the base station 4) and emitting

the upstream optical signal on an upstream optical wavelength (a wavelength for the

upstream signals);

at least one network interface (e.g. interface 10) for receiving user data (from

client 5 etc.); and

a control module (the combination of the components of 12 to 18) electrically

coupled to the optical interface and electrically coupled to the at least one network

interface (Figures 1 and 17) and wherein the control module processes the downstream

electrical signal having a downstream control and downstream data information (Figures

2-12; especially Figures 11 and 12, "the Data field I2 is arranged in place of the Padding

field A6", [0119], and "A data length adjusting part adding circuit 487 performs padding

so that a frame length is equal to or larger than a minimum size of an Ethernet (R)

frame", [0149]) to recover an upstream bandwidth allocation from the downstream

control information ([0137]-[0145]; upstream bandwidths are allocated by the bandwidth

allocation unit 50, and sent from the base station 4 to the local stations 1-3) and wherein

the control module receives user data from the at least one network interface (interface

10) and the control module responsive to the upstream bandwidth allocation generates

the upstream electrical signal (from the Mux 16) having upstream control (control signal

from the stop-control frame generation unit 19) and upstream data information (from the

buffer 14) and wherein at least a portion of the user data is included in the upstream

data information ([0032], "A frame attribute part which describes the transmission

source address part, a frame type part which describes the type of the frame, and a

frame attribute part which describes the type of the frame which the remote station

device transmits after the stop of the frame transmission instructed by the control

frame", and [0061]; that is, at least a portion of the user data is included in the upstream

data information),

   whereby the LAN client for a passive optical LAN communicates user data

upstream responsive to an upstream bandwidth allocation ([0137]-[0145]).

   In Figures 1 and 17, Umayabashi et al shows a plurality of components to

perform the controlling, Umayabashi et al does not expressly state that those

components are integrated as "a control module", and in Figures 1 and 17, Umayabashi

et al does not show the details of the transmission/reception unit (11). However, Unitt et

al discloses a passive optical network (Figure 1), in which a control module (the medium

access logic in the outstations 12) can be used to perform the control, and Unitt et al

also shows that an optical transmitter (120), an optical receiver (112) and a wavelength

multiplexer (124) can be used as the optical interface to perform the O/E and E/O

conversion, and multiplexing/demultiplexing signals and convey the signals to/from the

fiber 15. Unitt et al discloses "customers tend to exist in groups situated geographically

close to each other (say, within a few hundred meters), but the head end (or central

office) may be some kilometers away" ([0023] and [0038]); that is the PON is relatively

"local". Also, another prior, Pfeiffer, discloses that the similar PON (Figure 1) can be

used as a passive optical local area network (Background and column 2 lines 50-54, "an

optical LAN can be constructed wherein the optical network units ONU communicate

with each other, for example transmit data, via the center OLT."). Therefore, it would

have been obvious to one of ordinary skill in the art before the effective filing date of the

claimed invention to combine the teachings of Unitt et al and Pfeiffer with the

system/method of Umayabashi et al so that a high capacity and high speed data flows

can be realized on an passive optical local area network.

2). With regard to claim 2, Umayabashi et al and Unitt et al and Pfeiffer disclose

all of the subject matter as applied to claim 1 above. And the combination of

Umayabashi et al and Unitt et al and Pfeiffer further discloses wherein the control

module includes an Ethernet MAC (Umayabashi: Ethernet frames are transmitted

between the local stations 1-3 and the base station 4; it is obvious to one skilled in the

art that an Ethernet MAC is in the control module. Unit: [0021] and [0048]).

3). With regard to claim 3, Umayabashi et al and Unitt et al and Pfeiffer disclose

all of the subject matter as applied to claim 1 above. And the combination of

Umayabashi et al and Unitt et al and Pfeiffer further discloses wherein the control

module includes a passive optical LAN protocol processor (the combination of

Umayabashi et al and Unitt et al and Pfeiffer discloses a PON LAN in which Ethernet

frames are transmitted/processed. It is common that Ethernet protocol is one kind of

LAN protocol. And Unit et al indicates "Ethernet is an established protocol used in

computer local area networks", [0018]. Therefore, the combination of Umayabashi et al



# Patent Translate
Powered by EPO and Google

# Notice

This translation is machine-generated. It cannot be guaranteed that it is intelligible, accurate, complete, reliable or fit for specific purposes. Critical decisions, such as commercially relevant or financial decisions, should not be based on machine-translation output.

# DESCRIPTION JP2003092582A

[0001]

*13* The present invention relates to a data transfer method and a control frame, a one-to-many common medium type communication system, a base station device, and a remote station device, and particularly a plurality of remote station devices for one base station device. The present invention relates to a technique for controlling transmission of a data frame transmitted from each remote station device onto the common medium, which is connected via a common communication medium.

[0002]

*22* Conventional Technology With the spread of multimedia communication services such as voice, images, and the Internet, there is an increasing demand for high-speed and low-cost networks.

*25* These demands are progressing not only in the backbone network but also in the subscriber access network, and the public network of Ethernet (R) technology, which has been developed as a technology for LAN (Local Area Network), especially the subscriber access. Application to the network is progressing.

[0003]

*32* As an example of application of Ethernet (R) technology to a subscriber access network, a point-to-multipoint PON (Passive Optical Network) configuration subscriber access network capable of reducing costs is drawing attention. ..

*35* The schematic configuration of this Ethernet (R) -based PON system is shown in FIG. Hereinafter, this PON system will be referred to as an EPON [Ethernet (R) -PON] system 20.

# REMARKS

**Interview with Examiner Summary:** On April 20, 2021, Applicant Alexander Soto and Examiner Li Liu participated in an applicant-initiated telephonic interview regarding issues relating to 35 U.S.C. § 103 rejections of Umayabashi et al (JP 2003-92582. English Machine Translation.) in view of Unitt et al (2002/0063932) and Pfieiffer (US 6,011,637) references. Applicant Alexander Soto and Examiner Li Liu additionally discussed that Local Area Networks (LANs) and Broadband Subscriber Access Networks are different types of networks and not equivalent in view of the references above as well as Umayabashi and Unitt bandwidth allocation teaching away from Applicants claims, however no agreement was reached.

**Request for Human translation of Umayabashi et al.**   MPEP states "*a request by the applicant for the examiner to obtain a human language translation should be granted if the applicant provides evidence showing the machine translation does not accurately represent the document's contents*".   The Umayabshi referenced used is a machine translation of the Japanese application and the translation itself gives notice that states:

   "*This translation is machine generated.  It cannot be guaranteed that it is intelligible, accurate, complete, reliable or fit for specific purposes.  Critical decisions, such as commercially relevant or financial decisions, should not be based on machine-translation output.*"

   Applicants hereby request a human translation of Umayabashi because machine-translated paragraphs of Umayabashi are incomplete and therefore the machine-translated version does not accurately represent the contents of Umayabashi's application.  For example, an important first sentence of paragraph [0003] is incomplete ending in "..." as well as the second sentence has no Figure number stated after "FIG.".  Missing "FIG." numbers are also present in paragraphs [0075], [0078], [0086-0087], [0093-0094], [0099-0100], [0102-0103], [0139], [0153], [0161], [0165], [0183], [0186], [0191-0192], and [0194-0195].  Paragraphs [0117] and [0169] also seem to end incomplete.  Additionally, the unit of time that Umayabashi offset and Pause_time fields use is described as "unit hours", for example in paragraph [0097] an example frame is described as turning off a remote station device stopping frame transmission for 1000 unit hours.  This would have remote stations not transmitting for over 40 days and therefore unit

2

hours are not a reasonable interpretation for units of time for these fields as an Ethernet frame is much less than an hour long. The smallest unit of time would be 1 unit hour would still leave the interpretation of the minimum remote station devices can be turned off is 1 hour which again is not a reasonable interpretation for these fields whose purpose is to control upstream transmissions for each upstream Ethernet frame period for each remote station device as again an Ethernet frame period is much less than an hour long.

**Failure to Address All Claims in Office Action.** Applicant respectfully note that all of the claims have not been addressed in the outstanding Office Action. Specifically, the Office Action failed to address claim 22. The failure to properly address claim 22 causes the status of the claim 22 to be uncertain and further renders the Office Action deficient.

Accordingly, Applicant respectfully requests that the Examiner issue a new Office Action properly addressing claim 22 as required by the MPEP and the C.F.R. Additionally, because the rejection of claim 22 would be presented for the first time on the record, Applicant respectfully notes that the new Office Action rejecting one or more of these claims cannot be made final per 37 C.F.R. § 1.113.

**Discussion regarding rejections to claims 1-7, 9-12, 15-17, 21, 23 and 24:** In the Office Action mailed on March 18, 2021, the Office Action rejected the Applicants' claims 1-7, 9-12, 15-17, 21, 23 and 24 as being unpatentable over Umayabashi in view of Unitt and Pfeiffer. Applicants respectfully traverse these rejections for at least the reasons below.

The rejections are improper because they are incorrect in the interpretation of the prior art references of Umayabashi, Unitt and Pfeiffer, and these references do not teach or disclose what the rejections contend.

Regarding Umayabashi, the rejections conflate Applicants' passive optical LAN with Umayabashi's EPON subscriber access network as equivalent. However, Umayabashi's EPON network is not a LAN as in Applicants' claims, but instead is a subscriber access network, which is a type of WAN and is described as such in Umayabashi paragraph [0003].

*"[0003] As an example of **[the]** application of Ethernet technology **to a subscriber access network**, a point-to-multipoint PON (Passive Optical Network) configuration **subscriber access network** capable of reducing costs is drawing attention **[i.e., shown]**. The schematic*

*configuration of this Ethernet based PON system is shown in Fig.  Hereinafter, this PON system will be referred to as an EPON [Ethernet PON] system 20."* (**emphasis added**)

Furthermore, Umayabashi's reference to "local switch" is another word for a class 5 switch in a Central Office supporting Umayabashi's EPON system 20 is a subscriber access network as Umayabashi describes in paragraph [0003] and not a LAN.  Umayabashi's base station apparatus 4 is connected to a local switch (i.e., a class 5 switch at a central office) and is therefore not equivalent to the head end of the passive optical LAN of Applicants' claims.  See reference Chapter 13: Local Switching Systems from Irwin Handbook of Telecommunications.  Since Umayabashi's network is a subscriber access network (i.e., a type of WAN) and not a LAN, Umayabashi's remote station devices are not LAN clients as equated in the rejections but are WAN clients.  For this reason alone, these rejections should be withdrawn.

Additionally, Umayabashi in at least FIG. 6-10 and related paragraphs [0093-0117] and [0169-0170] describe how the upstream communications are controlled through the use of stop control frames that tell Umayabashi's remote station devices (i.e, WAN clients and not LAN clients) to stop transmitting (i.e., Umayabashi's upstream bandwidth allocation).  The upstream bandwidth allocation are stopping transmissions from Umayabashi's remote station devices.  In Umayabashi, a remote station device stops transmitting responsive to receiving an upstream bandwidth allocation, which is opposite to and therefore teaches away from Applicants' claims of generating upstream signal responsive to upstream bandwidth allocation.  Again, for this reason alone, these rejections should be withdrawn.

Regarding Unitt, these rejections equate Unitt's medium access logic in outstations 12 to Applicants' control module.  However, Unitt paragraph [0026] describes the medium access logic as arranged to receive a pause request to pause transmission for a period of time, similar to Umayabashi, which is again opposite to and teaches away from Applicants' claims of generating upstream signal responsive to upstream bandwidth allocation.

Furthermore, the rejections state that "***customers tend to exist in groups situated geographically close to each other (say, within a few hundred meters), but the head end (or central office) may be some kilometers away***" ([0023] and [0038]) (**emphasis added**) as evidence that Unitt is a LAN.  However, Unitt in paragraph [0038] is clearly describing a Fiber to the Home (FTTH) access network and not a LAN as in Applicants' claims.  Unitt does nothing to overcome the deficiencies of Umayabashi in order to read in to Applicants' claims.  On the

4

contrary Unitt supports Umayabashi in teaching away from Applicants' claims.

Regarding Pfeiffer, the rejection states that "*Pfeiffer, discloses that the similar PON (Figure 1) can be used as a passive optical local area network (Background and column 2 lines 50-54, "an optical LAN can be constructed wherein the optical network units ONU communicate with each other, for example transmit data, via the center OLT.*" It is unclear what the suggested deficiency of Umayabashi and Unitt is that Pfeiffer is to modify and overcome in order to read into Applicants' claims. The rejection suggests that Pfeiffer's PON is similar to Umayabashi and Unitt, however other than they are technically PONs there is nothing similar about them. Pfeiffer's PON has only one transmitter (i.e., LAS) in the PON at the OLT, the ONU's have no transmitter they reflect light from the OLT and modulate asynchronously (i.e., without a bandwidth allocation) the reflection back to the OLT on a separate fiber distribution with a separate splitter. Again, Pfeiffer's PON is not "similar" to Unitt or Umayabashi.

Furthermore, the rejections support for Pfeiffer being a LAN is only found by a single keyword finding and incorrect interpretation in column 2 lines 50-54. The rejection takes the keyword finding of "optical LAN" out of context using hindsight reasoning and ignoring the rest of the specification of Pfeiffer to conclude that Pfeiffer's PON is a LAN.

Pfeiffer's PON is a broadband subscriber access network and not a LAN. Pfeiffer in column 3, lines 14-22 and lines 39-47, and column 4, lines 7-8 describes the use case of his broadband PON as carrying cable TV signals, video on demand signals, and video conferencing signals which at the time of Pfeiffer's invention in 1996 is clearly indicative of a subscriber access network and not a LAN. This is further supported in Hale et al (US 5,572,349) col. 2, lines 18-25, that describe recent (at the time) concept for video-on-demand being a service provided over Hale's subscriber access network.

Furthermore, the first "optical LAN" key word finding relied upon for the rejection is a reference not to Pfeiffer's PON but to an implementation of an "optical LAN" in an article in the Electronic Letters, Sep. 1, 1994, Vol. 30, No 18, pages 1506-1507, a copy of which the Applicants' have submitted with this response.

The second "optical LAN" key word finding that forms the basis of the support that Pfeiffer's PON is a LAN is mis-construed as it is referencing the optical LAN in the reference paper. Pfeiffer in column 2, lines 50-54 is suggesting that the optical LAN from the paper can be applied to a broadband network wherein ONUs communication to an OLT across a PON using

5

the same manner as the network in the optical LAN paper referenced in the background section. The optical LAN paper is the inspiration for Pfeiffer's invention as applied to a subscriber access network. So, column 2, lines 50-54 reads as:

*"The communication between the central 0LT and the optical network units ONU can be [a] broadband [network]. In this way, for example, an optical LAN [from the paper] can be constructed wherein the optical network units ONU communicate with each other, for example transmit data [over the broadband network from the previous sentence], via the center OLT."*
(emphasis added to clarify that Pfeiffer's PON is a broadband network)

The above reading supports that Pfeiffer's PON is a broadband subscriber access network based on the optical LAN journal paper and is a reading supported by the rest of Pfeiffer's discloser due to Pfeiffer's use case of his PON to carry cable TV and video on demand which is a use case for broadband subscriber access networks. The Examiner's incorrect interpretation of Pfeifer's column 2, lines 50-54 is at odds with this use case as described by Pfeiffer, while the interpretation above that these lines in Pfeiffer are suggesting applying the teaching of the optical LAN in the journal paper to construct a broadband subscriber access network is not at odds but consistent with the use case as described by Pfeiffer.

The Examiner must consider the prior art in its entirety; the prior art is good for everything it teaches, not just the invention it describes or claims. "It is impermissible within the framework of section 103 to pick and choose from any one reference only so much of it as will support a given position, to the exclusion of other parts necessary to the full appreciation of what such a reference fairly suggests to one of ordinary skill in the art." *In re Wesslau*, 353 F.2d 238, 241 (CCPA 1965) (holding that the district court, by failing to consider a prior art reference in its entirety, ignored portions of the reference that led away from obviousness).

It is respectfully submitted that any combination of the above-mentioned references fails to teach or suggest, at least, a LAN client for a passive optical LAN as in Applicants' claims, and therefore the pending rejections are improper and should be withdrawn because the rejections have not established a factual basis to support the legal conclusion of obviousness. *See In re Fine*, 837 F.2d 1071, 1073 (Fed. Cir. 1988). Moreover, the rejection does not possess a rational underpinning to support the legal conclusion of obviousness. *See KSR Int'l Co. v. Teleflex, Inc.*, 550 U.S. 398, 418 (2007).

Applicants respectfully request reconsideration and withdrawal of rejections to claims 1-

6

F.2d 238, 241 (CCPA 1965) (holding that the district court, by failing to consider a

prior art reference in its entirety, ignored portions of the reference that led away from

obviousness).

It is respectfully submitted that any combination of the above-mentioned

references fails to teach or suggest, at least, a LAN client for a passive optical LAN

as in Applicants' claims, and therefore the pending rejections are improper and

should be withdrawn because the rejections have not established a factual basis to

support the legal conclusion of obviousness. See In re Fine, 837 F.2d 1071, 1073

(Fed. Cir. 1988). Moreover, the rejection does not possess a rational underpinning to

support the legal conclusion of obviousness. See KSR Int'l Co. v. Teleflex, Inc., 550

U.S. 398, 418 (2007).

Examiner's response – As discussed above, the Examiner consider the prior

art in its entirety; and references in combination "teach or suggest" "a LAN client for a

passive optical LAN as in Applicants' claims".


### Claim Rejections - 35 USC § 103

3.      The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis

for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described
> as set forth in section 102, if the differences between the subject matter sought to be patented
> and the prior art are such that the subject matter as a whole would have been obvious at the
> time the invention was made to a person having ordinary skill in the art to which said subject
> matter pertains. Patentability shall not be negatived by the manner in which the invention was
> made.

4.      Claims 1-7, 9-12, 15-17, 22, 23 and 24 are rejected under pre-AIA 35 U.S.C.

103(a) as being unpatentable over Umayabashi et al (JP 2003-92582. English Machine

Translation of the JP 2003-92582 provided) in view of Unitt et al (US 2002/0063932)

and Pfeiffer (US 6,011,637).

1). With regard to claim 1,  Umayabashi et al discloses a Local Area Network

(LAN) client (1-3 in Figures 1 and 17; or 21-23 in Figure 20, after the local switch 8 or

29) for a passive optical LAN (as shown in Figures 1 and 17, the base station or optical

line terminal 4 is located after the local switch 8, and "The Ethernet(R) technology,

which has been developed as a technology for LAN (Local Area Network), is now being

applied to public networks, especially to subscriber access networks" [0002]; the

devices/stations 1-4 and fibers 100-103 and passive splitter 9 etc. form a passive optical

LAN), the passive optical LAN disposed to having one or more passive optical splitters

(9) for coupling the LAN client over one or more optical fibers (100-103) to the head end

(the base station 4) of the passive optical LAN, the LAN client for a passive optical LAN

comprising of:

an optical interface (transceiver 11) for converting a downstream optical signal on

a downstream optical wavelength (the wavelength for signal from the base station 4 to

to the local stations 1 – 3) a downstream electrical signal (electrical signals to address

filter 13) and for converting an upstream electrical signal (electrical signals from mux 16)

to an upstream optical signal (the optical signals sent to the base station 4) and emitting

the upstream optical signal on an upstream optical wavelength (a wavelength for the

upstream signals);

at least one network interface (e.g. interface 10) for receiving user data (from

client 5 etc.); and

a control module (the combination of the components of 12 to 18) electrically coupled to the optical interface and electrically coupled to the at least one network interface (Figures 1 and 17) and wherein the control module processes the downstream electrical signal having a downstream control and downstream data information (Figures 2-12; especially Figures 11 and 12, "the Data field I2 is arranged in place of the Padding field A6", [0119], and "A data length adjusting part adding circuit 487 performs padding so that a frame length is equal to or larger than a minimum size of an Ethernet (R) frame", [0149]) to recover an upstream bandwidth allocation from the downstream control information ([0137]-[0145]; upstream bandwidths are allocated by the bandwidth allocation unit 50, and sent from the base station 4 to the local stations 1-3) and wherein the control module receives user data from the at least one network interface (interface 10) and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal (from the Mux 16) having upstream control (control signal from the stop-control frame generation unit 19) and upstream data information (from the buffer 14) and wherein at least a portion of the user data is included in the upstream data information ([0032], "A frame attribute part which describes the transmission source address part, a frame type part which describes the type of the frame, and a frame attribute part which describes the type of the frame which the remote station device transmits after the stop of the frame transmission instructed by the control frame", and [0061]; that is, at least a portion of the user data is included in the upstream data information),

whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation ([0137]-[0145]).

In Figures 1 and 17, Umayabashi et al shows a plurality of components to

perform the controlling, Umayabashi et al does not expressly state that those

components are integrated as "a control module", and in Figures 1 and 17, Umayabashi

et al does not show the details of the transmission/reception unit (11). However, Unitt et

al discloses a passive optical network (Figure 1), in which a control module (the medium

access logic in the outstations 12) can be used to perform the control, and Unitt et al

also shows that an optical transmitter (120), an optical receiver (112) and a wavelength

multiplexer (124) can be used as the optical interface to perform the O/E and E/O

conversion, and multiplexing/demultiplexing signals and convey the signals to/from the

fiber 15. Unitt et al discloses "customers tend to exist in groups situated geographically

close to each other (say, within a few hundred meters), but the head end (or central

office) may be some kilometers away" ([0022] and [0038]); that is the PON is relatively

"local". Unitt et al does not expressly state that the network is a local area network. But,

another prior, Pfeiffer, discloses that a similar PON (Figure 1) can be used as a passive

optical local area network (Background and column 2 lines 50-54, "an optical LAN can

be constructed wherein the optical network units ONU communicate with each other, for

example transmit data, via the center OLT."). Therefore, it would have been obvious to

one of ordinary skill in the art before the effective filing date of the claimed invention to

combine the teachings of Unitt et al and Pfeiffer with the system/method of Umayabashi

et al so that a high capacity and high speed data flows can be realized on an passive

optical local area network.

    2). With regard to claim 2, Umayabashi et al and Unitt et al and Pfeiffer disclose

all of the subject matter as applied to claim 1 above. And the combination of

| *Applicant-Initiated Interview Summary* | Application No.<br>17/138,794 | | Applicant(s)<br>Soto et al. | | |
|---|---|---|---|---|---|
| | Examiner<br>LI LIU | | Art<br>Unit<br>2636 | AIA (First Inventor<br>to File) Status<br>No | Page<br>1 of 1 |

| All Participants (applicant, applicants representative, PTO personnel) | Title | Type |
|---|---|---|
| LI LIU | Primary Examiner | Telephonic |
| Alexander Soto | Inventor | |
| Ken Vanderpuye | SPE | |

**Date of Interview:** <u>22 September 2021</u>

**Issues Discussed:**

**Other**

On 9/7/2021, the inventor/applicant initiated an interview with SPE Vanderpuye regarding the Final-Office Action sent on 7/13. After the telephone interview, SPE Vanderpuye and Examiner discussed applicant's arguments; and SPE and Examiner agreed to withdraw the finality of the rejection; and more clarification and explanations will be put into a next office action. On 9/15/2021, Applicant's corrected After-Final Response was received. On 9/22/2021, the inventor/applicant called SPE again and wanted to know the status of this case. Examiner called the inventor/applicant, and informed him that SPE discussed the case with Examiner, and Examiner will withdraw the finality of the rejection. Examiner also informed the inventor/applicant that Examiner will update searches, and plan to cite two or more references in the next office action, which should be sent out near the end of September or early October.

| /LI LIU/<br>Primary Examiner, Art Unit 2636 | |
|---|---|

**Applicant is reminded that a complete written statement as to the substance of the interview must be made of record in the application file. It is the applicants responsibility to provide the written statement, unless the interview was initiated by the Examiner and the Examiner has indicated that a written summary will be provided. See MPEP 713.04**
Please further see:
MPEP 713.04
Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews, paragraph (b)
37 CFR § 1.2 Business to be transacted in writing

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

6.       Claims 1, 3-6, 11-14, 17, 18, 23 and 24 are rejected under pre-AIA 35 U.S.C.

103(a) as being unpatentable over Husbands et al (US 4,781,427) in view of Yuki et al

(US 6,778,557).

        1). With regard to claim 1, Husbands discloses a Local Area Network (LAN) client

(e.g., 18/16 in Figure 4, "fiber optic modem 18" and "Sytek local net 20/100 dual port

packet communication unit 16"; also shown in Figure 5. Figure 8: optic modem card 56

and Comm Card) for a passive optical LAN (as a convention in the art, in a passive

optical network (PON) the transmission facility between the transmitter and the

receivers consists of passive (i.e., un-powered) optical components; or what makes a

passive optical network passive is that it uses unpowered optical splitters. As shown in

Husbands' Figures 4 and 8, there is no "powered devices" between the

transmitter/receiver of the head-end and the receiver/transmitter (the optical modem) of

the LAN client; e.g., Figure 8, no powered devices between transmitter/receiver 64/66 of

the head-end 68 and the fiber optical modem card 56; the 8x8 star coupler is a passive

splitter/coupler. Therefore, the network shown in Figure 4 or Figure 8 is a passive

optical LAN), the passive optical LAN disposed to having one or more passive optical

splitters (e.g., Figure 4, "two 8x8 passive optical star couplers 26 and 28". Figure 8, "8x8

passive optical star coupler 62") for coupling the LAN client over one or more optical

fibers (Figure 4: "fiber optic cables 20 and 22". Figure 8, "a single fiber cable 60") to the

head end (the head end 24 in Figure 4; Head End in Figure 8) of the passive optical

LAN (Figures 4 and 8 etc.), the LAN client for a passive optical LAN comprising of:

        an optical interface (FO XMTR and FO RCV in Figures 4 and 8) for converting a

downstream optical signal on a downstream optical wavelength (column 4 lines 3-13

and 40-42, column 7 lines 7-9, around 850 nm; or 1300 nm as shown in Figure 10,

column 7 lines 50-54) to a downstream electrical signal and for converting an upstream

electrical signal to an upstream optical signal and emitting the upstream optical signal

on an upstream optical wavelength (column 4 lines 40-42, column 7 lines 7-9, around

850 nm);

     at least one network interface for receiving user data (Figure 5: PORT # 1 and

PORT # 2 of SYTEK COMM CARD 40 for receiving user data from user device 14.

Figure 8, COMM CARD for receiving user data from User Terminal Device); and

     a control module (interface logic in Figures 4 and 8 etc.; or Figure 5, column 4

lines 47-64) electrically coupled to the optical interface and electrically coupled to the at

least one network interface (Figures 4, 5 and 8 etc.) and wherein the control module

processes the downstream electrical signal having a downstream data information

(column 4 lines 3-13 and 40-42, and column 6 lines 18-40 etc.) and wherein the control

module receives user data from the at least one network interface (user data coming

from the User Terminal Devices as shown in Figures 4 and 8 etc.) and the control

module generates the upstream electrical signal having upstream data information

(column 4 lines 3-13 and 40-42 etc.) and wherein at least a portion of the user data is

included in the upstream data information (column 4 lines 3-13 and 40-42 etc.),

     whereby the LAN client for a passive optical LAN communicates user data

upstream (based on CSMA/CD "listen while talking", column 2 line 44, column 7 line 26-

27 and 47).

     But, Husbands et al does not expressly disclose wherein the control module

processes the downstream electrical signal having a downstream control information to

recover an upstream bandwidth allocation from the downstream control information and

the control module responsive to the upstream bandwidth allocation generates the

upstream electrical signal having upstream control and upstream data information,

whereby the LAN client for a passive optical LAN communicates user data upstream

responsive to an upstream bandwidth allocation.

However, as disclosed by Husbands et al, the fiber optical LAN uses CSMA/CD

"listen while talking" protocol, and the head-end can perform other functions, e.g.,

"technical control" (monitoring, signaling, and fault isolation etc.), and "[a] video

distribution service may also be provided on an unexpanded network by use of the

auxiliary ports 44 on the outbound star node 47" (column 5 line 42 to column 6 line 50

etc.); it is obvious to one skilled in the art that other protocols can be used for the fiber

optical LAN.

Yuki et al discloses a protocol that allocates bandwidth dynamically (or dynamic

bandwidth allocation. Abstract, and column 2 line 9 to column 5 line 55) for a point-to-

multipoint communication system (Figure 1 etc.), which comprises a master unit (20)

and slave units (10-i) coupled to the master unit by a passive optical splitter (40), and a

control module (17 in Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84

etc.) in the slave unit electrically coupled to the optical interface (13/14 in Figures 2, 65,

68 and 76 etc.) and electrically coupled to the at least one network interface (11/12 in

Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84 etc.) and wherein the

control module processes the downstream electrical signal having a downstream control

and downstream data information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure

78 etc.) to recover an upstream bandwidth allocation from the downstream control

information (Figures 8-10 and 31 etc. "On the basis of the reports from the slave units, the master unit determines an allowable amount of information for each slave unit and permits the slave units to transmit the stored signals according to the request from the master unit.") and wherein the control module receives user data from the at least one network interface (user data signal from input unit 11) and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure 78 etc.) and wherein at least a portion of the user data is included in the upstream data information (Figure 30, Figure 31, Figures 50-55, Figure 78 etc.), whereby the slave unit for the passive optical network communicates user data upstream responsive to an upstream bandwidth allocation (dynamic bandwidth allocation. Abstract, and column 2 line 9 to column 5 line 55 etc.).

Yuki et al indicates "[w]hen, for example, information signals generated in bursts of several megabytes are transmitted according to the CSMA/CD protocol, the information signals are separated into packets of about 64-1500 kB and repeatedly transmitted. Consequently, increased burst traffic results in a markedly lower throughput because of the higher frequency of retransmission due to packet collisions".

However, Yuki et al's approach/protocol "allows slave units to transmit signals in accordance with instructions from the master unit, no signal collisions occur in the transmission line and a throughput reduction such as that observed in the case of CSMA/CD is avoided when signals containing several megabytes of data are transmitted in bursts." (column 2 lines 28-34) and "allows the maximum amount of stored signal to be stabilized at a comparatively low level without the increase observed

in the access protocol based on TDMA or CSMA/CD, can easily accommodate burst

traffic, and is capable of reducing the buffer memory requirements of slave units when

the load factor of the transmission line is high and the burst traffic increases in volume"

(column 23 lines 14-22. And column 21 lines 49-60; column 30 lines 19 and 26).

Yuki's approach/protocol "can be easily adapted, for example, to FDM

(Frequency Division Multiplex), FDMA (Frequency Division Multiple Access), CDMA

(Code Division Multiple Access), and the like" (column 30 line 1-4); and "Point-to-

multipoint communication systems such as LANs, CATV networks, satellite

communication networks, and optical subscriber access networks are commonly

configured such that a master unit and a plurality of slave units communicate by

sharing, for example, transmission lines such as those used in coaxial communication,

optical-fiber communication, and radio communication"; that is, the point-to-multipoint

system shown in Figure 1 can be an optical LAN. Therefore, it would have been obvious

to one of ordinary skill in the art before the effective filing date of the claimed invention

to apply the dynamic bandwidth allocation approach as taught by Yuki et al to the

system/method of Husbands et al so that a throughput reduction observed in the case

of CSMA/CD is avoided, signal collisions can be eliminated, the buffer memory

requirements can be relaxed, and the latency time elapsed before a slave/client unit

transmits a signal can be reduced, and system capacity/throughput can be increased.

2). With regard to claim 3, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the control module includes a passive optical LAN

| | |
|---|---|
| LCF | Laser Control Field |
| LSB | Least Significant Bit |
| LT | Line Terminal |
| MAC | Media Access Control |
| MLM | Multi-Longitudinal Mode |
| MSB | Most Significant Bit |
| NRZ | Non Return to Zero |
| NT | Network Termination |
| O/E | Optical/Electrical |
| OAM | Operations, Administration and Maintenance |
| OAN | Optical Access Network |
| ODF | Optical Distribution Frame |
| ODN | Optical Distribution Network |
| OLT | Optical Line Termination |
| ONT | Optical Network Termination |
| ONU | Optical Network Unit |
| OpS | Operations System |
| ORL | Optical Return Loss |
| PLOAM | Physical Layer OAM |
| PON | Passive Optical Network |
| PRBS | Pseudo-Random Bit Sequence |
| PST | PON Section Trace |
| PSTN | Public Switched Telephone Network |
| QoS | Quality of Service |
| RAU | Request Access Unit |
| RMS | Root Mean Square |
| RXCF | Receiver Control Field |
| SDH | Synchronous Digital Hierarchy |
| SLM | Single-Longitudinal Mode |
| SN | Serial Number |
| SNI | Service Node Interface |
| TC | Transmission Convergence |
| TDMA | Time Division Multiple Access |
| UI | Unit Interval |
| UNI | User Network Interface |
| UPC | Usage Parameter Control |

| VC | Virtual Channel |
| VP | Virtual Path |
| VPI | Virtual Path Identifier |
| WDM | Wavelength Division Multiplexing |

## 4        Definitions

This Recommendation defines the following terms:

**4.1        churning**: Churning is a function which can be applied to the downstream user data from an OLT to its ONUs. Churning provides the necessary function of data scrambling and offers a low level of protection for data confidentiality. It is installed at TC layer of the ATM-PON system and can be activated for point-to-point downstream connections.

**4.2        diplex working**: Bidirectional communication using a different wavelength for each direction of transmission over a single fibre.

**4.3        duplex working**: Bidirectional communication using the same wavelength for both directions of transmission over a single fibre.

**4.4        grant**: OLT controls each upstream transmission from ONUs by sending a permission. Grant is a permission to transmit an upstream cell of each ONU when an ONU receives own grant.

**4.5        logical reach**: The logical reach is defined as the maximum length that can be achieved for a particular transmission system independent of optical budget.

**4.6        mean signal transfer delay**: The average upstream and downstream values between reference points "V" and "T", a given value is determined by measuring round-trip delay, then dividing by 2.

**4.7        Optical Access Network (OAN)**: The set of access links sharing the same network-side interfaces and supported by optical access transmission systems. The OAN may include a number of ODNs connected to the same OLT.

**4.8        Optical Distribution Network (ODN)**: An ODN provides the optical transmission means from the OLT towards the users, and vice versa. It utilises passive optical components.

**4.9        Optical Line Termination (OLT)**: An OLT provides the network-side interface of the OAN, and is connected to one or more ODNs.

**4.10        Optical Network Termination (ONT)**: An ONU used for FTTH and includes the User Port function.

**4.11        Optical Network Unit (ONU)**: An ONU provides (directly or remotely) the user-side interface of the OAN, and is connected to the ODN.

**4.12        ranging**: It is necessary to transmit an upstream cell without cell collision in this system. Ranging is a function to measure the logical distance between each ONU and OLT and decide the transmission timing when each ONU receives a grant.

**4.13        service port function**: The Service Port Function (SPF) adapts the requirements defined for a specific SNI to the common bearers handling and selects the relevant information for treatment in the AN system management function.

**4.14        Time Division Multiple Access (TDMA)**: Transmission technique involving the multiplexing of many time slots onto the same time payload.

**4.15     user port function**: The User Port Function (UPF) adapts the specific UNI requirements to the core and management functions. The AN may support a number of different accesses and user network interfaces which require specific functions according to the relevant interface specification and the access bearer capability requirements, i.e. bearers for information transfer and protocols.

**4.16     verification**: It is possible for a malicious user to masquerade as other ONU and use the network if the user knows that the ONU is power-off. Verification is a function to check whether the connected ONU is masqueraded by a malicious user.

**4.17     Wavelength Division Multiplexing (WDM)**: Bidirectional multiplexing using different optical wavelength for up and downstream signals.

## 5     Architecture of the optical access network

### 5.1     Network architecture

The optical section of a local access network system could be either a point-to-point, active, or passive point-to-multipoint architecture. Figure 1 shows the architectures considered, which range from Fibre to the Home (FTTH), through Fibre to the Building/Curb (FTTB/C) to Fibre to the Cabinet (FTTCab). The Optical Access Network (OAN) is common to all architectures shown in Figure 1, hence commonality in this system has the potential to generate large world-wide volumes.



| ONU | Optical Network Unit |
| ONT | Optical Network Termination |
| OLT | Optical Line Termination |
| NT | Network Termination |

**Figure 1/G.983.1 – Network architecture**

The FTTB/C and FTTCab network options are predominantly different only as a result of implementation, as a result they can be treated the same in this Recommendation.



| | |
|---|---|
| ONU | Optical Network Unit |
| ODN | Optical Distribution Network |
| OLT | Optical Line Termination |
| AF | Adaptation Function |
| S | Point on the optical fibre just after the OLT[Downstream]/ONU[Upstream] optical connection point (i.e. optical connector or optical splice). |
| R | Point on the optical fibre just before the ONU[Downstream]/OLT[Upstream] optical connection point (i.e. optical connector or optical splice). |
| (a) | Reference point – This reference point is added to differentiate the AF from the ONU. |

**Figure 2/G.983.1 – Reference configuration for an ATM based PON**

This subclause describes the reference architecture for supporting ATM over a PON. This system consists of Optical Line Termination (OLT), Optical Network Unit (ONU) and fibre cable which has a Passive Optical Network (PON) configuration with a passive optical splitter. One fibre is passively split between multiple ONU'S who share the capacity of one fibre. Because of the passive splitting, special actions are required with respect to privacy and security. Moreover, in the upstream direction a TDMA protocol is required.

### 5.2.1    Service Node Interface

See Recommendation G.902

### 5.2.2    Interface at the reference points S/R and R/S

This interface at the reference points S/R and R/S is defined as $IF_{PON}$. This is a PON-specific interface that supports all the protocol elements necessary to allow the transmission between OLT and ONUs.

## 5.3    Functional blocks

### 5.3.1    Optical Line Termination

The Optical Line Termination (OLT) interface is over the SNI to service nodes, and to the PON. The OLT is responsible for managing all the PON specific aspects of the ATM transport system. The ONU and OLT provide transparent ATM transport service between the UNIs and the SNI over the PON.

### 5.3.2    Optical Network Unit

The Optical Network Unit (ONU) interfaces over the $IF_{PON}$ to the OLT, and to the UNI. Together with the OLT, the ONU is responsible for providing transparent ATM transport service between the UNI and the SNI.

#### 8.3.6.2.5    Idle cells

The ONU sends an idle cell, as defined in Recommendation I.432, when it receives a data grant and has no cells available. Idle cells are inserted at the ONU and discarded at the OLT for cell rate decoupling.

#### 8.3.6.2.6    PLOAM cells

PLOAM cells received from the transport specific TC layer, which is an exceptional case, are discarded.

### 8.3.7    OAM functions

The OAM functions installed in the ONU and OLT are shown in Figure 21. It also shows the notification signals between OLT and ONU. These signals are mapped in the message fields of the PLOAM cells. The general principles as defined in Recommendation I.610 can be applied to the PON. However, due to the point-to-multipoint nature of the physical medium, some notifications from OLT to ONU are obsolete because principally the ONU slaves to the OLT and the ONU can not do anything with these notifications.



**Figure 21/G.983.1 – OAM functions**

# Optical Fibers in Local Area Networks

Marion R. Finley, Jr.

The burgeoning potentials of optical-fiber transmission technology in LAN's

IN THE following paragraphs, we will examine the application of optical transmission technology to the local interconnection structures that we call local area networks (LAN's). These networks are a singular technological development with an application scope which may eventually overlap that of older conventional network structures, such as the local subscriber loop in telephone systems.

By the term LAN we understand a data communications system that allows a number of independent, nonhomogeneous devices to communicate with each other [1]. LAN's are usually distinguished from other types of data networks in that communication is confined to a modestly sized geographic area such as a single office building or a complex of buildings and laboratories such as a university campus. LAN application environments include the commercial, the industrial, and the institutional. Perhaps the major thrust of LAN's will be in office applications. LAN's must, therefore, support services such as file transfer, graphics applications, word processing, electronic mail, distributed data bases, interconnection to other LAN's, digital telephony, and, eventually, some kind of video service. Moreover, LAN's must support a wide variety of data devices: computers of all vintages (micro, mini, and maxi), video terminals, mass storage devices, printers, plotters, facsimile printers, and gateways to other networks.

Some of the distinguishing features of LAN's are:

- Distances between network interfaces are typically less than 1 km; a network interface is a concentrator/deconcentrator interface which usually includes packetization/depacketization facilities as well, to which the various network devices may be connected.
- Aggregate bandwidth is modest, ranging from 1–20 Mb/s, although newer systems are now emerging in the range of 32–several hundreds of Mb/s, with one recent prototype potentially capable of achieving 1 Gb/s.
- Uniformly low bit error rates are assumed, usually less than $10^{-9}$.
- Network architecture is such that total connectivity is achieved and complex routing algorithms are not needed.
- The Open Systems Interconnection Reference Model (OSI/RM), proposed by the International Standards Organization (ISO) [2], is susceptible to simplifications as a consequence of the preceeding point. The IEEE Computer Society Project 802 has developed standards for three classes of LAN's, namely contention networks using CSMA-type protocols, token buses, and token rings [3]. It remains to be seen whether these will become industry standards, but they have at least forced designers to consider the issue.
- A high degree of connectability/reconnectability is required.

As a transmission medium, optical fibers have proven to be extremely effective in CATV and telephone trunking applications [4]. However, when one restricts attention to LAN's, optical fibers have yet to be exploited to the limits of their enormous information-carrying capacity. Such things as optical tap losses, optical transmitter-receiver pair behavior, and complexity of the medium-access mechanisms needed limit their applicability at the present stage of technology.

0163-6804/84/0800-0022 $01.00 ©1984 IEEE

Appx0985

Authorized licensed use limited to: United States Patent and Trademark Office. Downloaded on September 27,2021 at 18:13:28 UTC from IEEE Xplore. Restrictions apply.

Application/Control Number: 10/886,514                                      Page 18
Art Unit: 2613

> *Masucci. The only relevance Graves has to the Examiner's stated motivation is the*
>
> *keyword finding of 'hairpin' three times. Thus, Examiner appears to recite no basis for*
>
> *any reconstructions of Wang, Kuo and Masucci in view of Graves other than Appellants'*
>
> *claims, which is an improper hindsight reconstruction barred by the rule against*
>
> *improper hindsight rejections discussed in MPEP §§2142-3 and elsewhere.*

In response to applicant's argument that the examiner's conclusion of obviousness is based upon improper hindsight reasoning, it must be recognized that any judgment on obviousness is in a sense necessarily a reconstruction based upon hindsight reasoning. But so long as it takes into account only knowledge which was within the level of ordinary skill at the time the claimed invention was made, and does not include knowledge gleaned only from the applicant's disclosure, such a reconstruction is proper. See In re McLaughlin, 443 F.2d 1392, 170 USPQ 209 (CCPA 1971).

Furthermore, a combination of familiar elements according to known methods is likely to be obvious when it does no more than yield predictable results. KSR International Co. v. Teleflex Inc., 127 S. Ct. 1727, 82 USPQ2d 1385 (U.S. 2007).

**(11) Related Proceeding(s) Appendix**

No decision rendered by a court or the Board is identified by the examiner in the Related Appeals and Interferences section of this examiner's answer.

For the above reasons, it is believed that the rejections should be sustained.

Respectfully submitted,

/S. K. L./

Primary Examiner, Art Unit 2613

II-VI EXHIBIT 1014
Page 67 of 496

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/138,794 | 12/30/2020 | Alexander Ivan Soto | UBI-005E | 1022 |

93749        7590        02/02/2022
Alexander Soto
7673 Hazard Center Dr.
San Diego, CA 92108

| EXAMINER |
|---|
| LIU, LI |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2636 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/02/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

alexander.i.soto@gmail.com

PTOL-90A (Rev. 04/07)

| Office Action Summary | Application No. 17/138,794 | Applicant(s) Soto et al. | |
|---|---|---|---|
| | Examiner LI LIU | Art Unit 2636 | AIA (FITF) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on <u>1/9/2022</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☑ This action is **FINAL.**     2b) ☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>1-24</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>1-24</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

\* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
      a)☐ All   b)☐ Some**   c)☐ None of the:
         1.☐ Certified copies of the priority documents have been received.
         2.☐ Certified copies of the priority documents have been received in Application No. _____.
         3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

\*\* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
   Paper No(s)/Mail Date <u>1/9/2022</u>

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

## DETAILED ACTION

### *Information Disclosure Statement*

1.      The information disclosure statement (IDS) submitted on 1/9/2022 is being

considered by the examiner.

### *Response to Arguments*

2.      Applicant's arguments filed on 1/9/2022 have been fully considered but they are

not persuasive.

        1). Applicant's argument – Applicants respectfully submit that the combination of

the CSMA/CD discussed in Husbands with the master/slave access method of Yuki is

improper. Applicants respectfully submit that such a combination would result in a

bizarre situation where Husbands optic modem logic interface logic (Fig. 4 and Fig. 5)

that the rejections equate to Applicants control module would be unable to function as

they are designed to use CSMA/CD. The CSMA/CD access method is important to

Husbands network system and the removal thereof would frustrate the purpose of the

system discussed therein.

        …

        In the present case, the suggested modification of using Yuki's centralized

master/slave access method in Husbands system would frustrate Husbands principle of

operation of using CSMA/CD access method.

        Additionally, MPEP § 2143.01(VI) states "If the proposed modification or

combination of the prior art would change the principle of operation of the prior art

invention being modified, then the teachings of the references are not sufficient to

render the claims prima facie obvious. In re Ratti, 270 F.2d 810, 123 USPQ 349 (CCPA

1959)" (emphasis added).

In the present case, the suggested modification of using Yuki's centralized

master/slave access method in Husbands would change Husbands principle of

operation of using CSMA/CD. Indeed, Yuki teaches that CSMA/CD is a "basic principle

of operation", see Yuki col. 1, lines 29-32.

As such, Applicant respectfully submits that a person of ordinary skill in the art

would not have a reason to combine these features and that further, the combination

thereof would frustrate and change the principle of operation of Husbands. Therefore,

Applicant respectfully requests that the rejections be withdrawn.

Examiner's response – In response to applicant's argument that there is no

teaching, suggestion, or motivation to combine the references, the examiner recognizes

that obviousness may be established by combining or modifying the teachings of the

prior art to produce the claimed invention where there is some teaching, suggestion, or

motivation to do so found either in the references themselves or in the knowledge

generally available to one of ordinary skill in the art.  See In re Fine, 837 F.2d 1071, 5

USPQ2d 1596 (Fed. Cir. 1988), In re Jones, 958 F.2d 347, 21 USPQ2d 1941 (Fed. Cir.

1992), and KSR International Co. v. Teleflex, Inc., 550 U.S. 398, 82 USPQ2d 1385

(2007).

In this case, Husbands discloses a passive optical LAN, which has a head end,

passive optical splitters and LAN clients; in Husbands' LAN system, a CSMA/CD

protocol is used to control data transmissions "on a time shared transmission medium"

and to avoid "collision". The control logic in Husbands' LAN client can perform "listen

before talk" and "listen while talk" etc., and can determine when to transmit a signal.

And Husbands' head-end also can perform added functions: "technical control"

(monitoring, signaling, and fault isolation etc.), and "[a] video distribution service may

also be provided on an unexpanded network by use of the auxiliary ports 44 on the

outbound star node 47" etc. (column 5 line 42 to column 6 line 50 etc.).

     Yuki et al discloses "Point-to-multipoint communication systems such as LANs,

CATV networks, satellite communication networks, and optical subscriber access

networks are commonly configured such that a master unit and a plurality of slave units

communicate by sharing, for example, transmission lines such as those used in coaxial

communication, optical-fiber communication, and radio communication". Yuki et al

discloses that the conventional access protocols including CSMA/CD etc., have some

"drawbacks that make these protocols incapable of handling burst traffic containing

several megabytes of data, which is expected to grow even more in the future. When,

for example, information signals generated in bursts of several megabytes are

transmitted according to the CSMA/CD protocol, the information signals are separated

into packets of about 64-1500 kB and repeatedly transmitted. Consequently, increased

burst traffic results in a markedly lower throughput because of the higher frequency of

retransmission due to packet collisions. … the delay time increases and is not constant

any longer. …. Thus, conventional access protocols for point-to-multipoint

communication systems are disadvantageous in that an increase in burst traffic

containing several megabytes of data results in a lower throughput and makes it

impossible to comply with time requirements for downstream transmission".

Yuki et al clearly indicates the drawbacks of the CSMA/CD protocol used in the point-to-multipoint LAN systems. Yuki et al discloses an "access protocol for the point-to-multipoint communication system of the present invention, the main principle of operation is that "a report is issued regarding the information amount necessary for signal transmission+an instruction regarding transmission below a specific maximum value is issued on the basis of the information amount reported."". Yuki's approach/protocol "allows slave units to transmit signals in accordance with instructions from the master unit, no signal collisions occur in the transmission line and a throughput reduction such as that observed in the case of CSMA/CD is avoided when signals containing several megabytes of data are transmitted in bursts." (column 2 lines 28-34; column 3 lines 43-49; column 30 lines 5-14) and "allows the maximum amount of stored signal to be stabilized at a comparatively low level without the increase observed in the access protocol based on TDMA or CSMA/CD, can easily accommodate burst traffic, and is capable of reducing the buffer memory requirements of slave units when the load factor of the transmission line is high and the burst traffic increases in volume" (column 23 lines 14-22. And column 21 lines 49-60; column 30 lines 19 and 26). Yuki et al also states "the access protocol in accordance with the present invention can be easily adapted, for example, to FDM (Frequency Division Multiplex), FDMA (Frequency Division Multiple Access), CDMA (Code Division Multiple Access), and the like." (column 30 line 1-4).

That is, Yuki et al points out the drawbacks of OSMA/CD in the LAN, and present an access protocol that can avoid throughput reduction etc. Therefore, "a person of ordinary skill in the art would" "have a reason to combine these features" and "the

combination thereof would" not "frustrate and change the principle of operation of

Husbands".

Regarding Applicant's statement "Indeed, Yuki teaches that CSMA/CD is a "basic

principle of operation", see Yuki col. 1, lines 29-32". Yuki actually states "For example,

the CSMA/CD (Carrier Sense Multiple Access with Collision Detection) protocol is one

in which "carrier sense+multiaccess+collision detection" is the basic principle of

operation, and the DAMA (Demand Assign Multiple Access) protocol is one in which

"transmission start demand/end notification+transmission line sharing/release" is the

basic principle of operation. In such point-to-multipoint communication systems, burst

traffic in which signals containing several megabytes of data are generated in bursts is

rapidly becoming more widespread because of the increased popularity of personal

computers, a larger number of Internet users, and the development of various

multimedia services that blend communication and broadcasting." (column 1 lines 29-

43). That is, the CSMA/CD protocol is one in which "carrier sense+multiaccess+collision

detection" is the basic principle of operation.  Yuki never states that Yuki's access

protocol cannot be used in a LAN that had a CSMA/CD. As discussed above, Yuki et al

clearly indicates the drawbacks of the CSMA/CD; and in Figures 20 and 21 etc., Yuki et

al compares the result using CSMA/CD with the result using Yuki's protocol for a same

point-to-multipoint system; and Yuki et al clearly presents the advantages of using

Yuki's access protocol. The combination of Yuki et al with Husbands would not

"frustrate" the operating of Husbands.

2). Applicant's argument – Alternatively, the rejections lack any suggestion or supporting rationale of what in Husbands, the primary reference, is being modified to support the rejections of the subject matter of the Applicants claims. These rejections merely argue that Yuki's master/slave access method can be applied to Husbands, however, a person of ordinary skill is left to imagine how to modify Husbands to support the suggested function from Yuki. Therefore, the rejections have not articulated a reasonable expectation of success and should be withdrawn.

Indeed, in order to modify Husbands network with Yuki's master/slave access method one would have to replace Husbands optical baseband modem (i.e., what the rejection equates to Applicants LAN client) with Yuki's slave unit and replace Husbands head-end unit 24 with Yuki's master unit in order to realize the benefits of the suggested modification. There is little if anything left unique to Husbands in the suggested combination of Husbands and Yuki in order to read into Applicants' claims. Even less when considering the further suggested modifications to Yuki from additional suggested combinations used as basis of later rejections against the rest of Applicants' claims. Again, if the proposed modification or combination of the prior art would change the principle of operation of the prior art invention being modified, then the teachings of the references are not sufficient to render the claims prima facie obvious. In re Ratti, 270 F.2d 810, 813, 123 USPQ 349, 352 (CCPA 1959) (Claims were directed to an oil seal comprising a bore engaging portion with outwardly biased resilient spring fingers inserted in a resilient sealing member. The primary reference relied upon in a rejection based on a combination of references disclosed an oil seal wherein the bore engaging portion was reinforced by a cylindrical sheet metal casing. The seal construction taught

in the primary reference required rigidity for operation, whereas the seal in the claimed

invention required resiliency. The court reversed the rejection holding the "suggested

combination of references would require a substantial reconstruction and redesign of

the elements shown in [the primary reference] as well as a change in the basic principle

under which the [primary reference] construction was designed to operate.") (emphasis

added).

Examiner's response – As discussed above, Yuki et al points out the drawbacks

of the CSMA/CD, and Yuki et al presents the advantages of using Yuki's access

protocol. And in Figures 17, 18, 20, 21, 27, 28, Yuki et al presents "the results of a

comparison" of different test parameters between Yuki's access protocol and CSMA/CD

protocol for a same point-to-multipoint system. Therefore, examiner's "rejections" do not

lack "suggestion or supporting rationale of what in Husbands, the primary reference, is

being modified to support the rejections of the subject matter of the Applicants claims";

and "[t]hese rejections" do not "merely argue that Yuki's master/slave access method

can be applied to Husbands". Based on Yuki's teaching, a person of ordinary skill

knows "how to modify Husbands to support the suggested function from Yuki"; and "the

rejections have" "articulated a reasonable expectation of success".


3). Applicant's argument – Misleading and incorrect interpretations of the prior art

The office action mailed on Oct 8, 2021 contains many misleading and incorrect

interpretations of the prior art. For example, on page 7 it is argued that Husbands head-

end can perform other functions "technical control" (monitoring, signaling and fault

isolation) and a video distribution service. However, Husbands discloses these are not

part of the head-end but are external devices (e.g., activity monitor 48, OTDR in Fig. 7)

that gain access to Husbands network via auxiliary ports 44 on the outbound star node

47 (i.e., passive optical splitter).

Examiner's response – Examiner's office action does not have "[m]isleading and

incorrect interpretations of the prior art".

Husbands discloses "Technical control refers to monitoring system performance

and signaling alert conditions that may result in performance degradation or network

failure. As shown in FIG. 7, <u>the auxiliary optical ports 44 on the star node 46 may be</u>

<u>used to provide several functions associated with technical control. If the fiber optic</u>

<u>node is configured in the loop back mode, so that it functions as the network head-end</u>,

all information received from the terminals will appear at the auxiliary ports on the

inbound star. An activity monitor 48 connected to one of the ports 44 on the star can

provide useful network statistics during operation. The activity monitor 48 consists of an

optical detector followed by electronics for decoding packet headers (not shown). By

examining incident packet headers, information is obtained on all current virtual

connections, and statistics are acquired that can be used to reveal excessive numbers

of bad packets, retransmissions, or unexpected disruptions of virtual connections. This

information is displayed to a technical controller who initiates corrective maintenance as

necessary. …".

It can be seen that, for a system shown in Figure 7, Husbands does not

expressly call the star node 46 head-end; instead, the star node 46 together with the

auxiliary optical ports 44 etc. function "as the network head-end". That is, as shown in

Figure 7, the star node combined with auxiliary optical ports plus the monitor 48 and

OTDR etc. form a head-end.


   4). Applicant's argument – Another example is on OA page 9, wherein it is stated

Yuki's approach/protocol "can be easily adapted..." and "Point-to-multipoint

communications systems such as LANs... However, these statements are misleading as

Yuki col. 30 and lines 1-4 is speaking to access methods such as FDM, FDMA, CDMA

and not a type of network like a LAN. The presentation on page 9 is as if reference to

LAN immediately follows Yuki col. 30 lines 1-4, however, rejection is now referencing

the beginning of Yuki's background section in col. 1. Therefore, the rejection's

misleading conclusory statement that Yuki's Fig. 1 can be an optical LAN is faulty and is

an example of reconstruction of Yuki using hindsight reasoning. Indeed, Yuki discloses

the best mode of carrying out Yuki's invention is as an optical access network or

wireless access networks which are Wide Area Networks (WANs) and not LANs as

alleged in the OA, see Yuki col. 11 line 44 to col. 12 line 6 that discuss what Fig. 1 is.

   …

   Examiner's response – Examiner's statement "Yuki's approach/protocol "can be

easily adapted, for example, to FDM (Frequency Division Multiplex), FDMA (Frequency

Division Multiple Access), CDMA (Code Division Multiple Access), and the like"" is used

to indicate that Yuki's access protocol can be easily adapted to different protocols, and

"the like".

The statement "Point-to-multipoint communication systems such as LANs, CATV networks, satellite communication networks, ..." cited by Examiner is used to indicate "the point-to-multipoint system shown in Figure 1 can be an optical LAN".

Yuki et al never state that Figure 1 is "Wide Area Networks (WANs) and not LANs". In "Yuki col. 11 line 44 to col. 12 line 6" cited by Applicant, Yuki et al also states "the point-to-multipoint communication system of the present invention is also widely applicable to communication systems composed of a master unit and a plurality of slave units such that the transmission line band is allocated among the slave units by the master unit in a controlled manner." Figure 1 is a point-to-multipoint communication system, and in the background, Yuki et al clearly indicates "Point-to-multipoint communication systems such as LANs, ...". That is, Figure 1 can be an optical LAN, and Yuki's protocol is applicable to a LAN.


### *Claim Rejections - 35 USC § 103*

3.    The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

4.    Claims 1, 3-6, 11-14, 17, 18, 23 and 24 are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Husbands et al (US 4,781,427) in view of Yuki et al (US 6,778,557).

1). With regard to claim 1, Husbands discloses a Local Area Network (LAN) client (e.g., 18/16 in Figure 4, "fiber optic modem 18" and "Sytek local net 20/100 dual port packet communication unit 16"; also shown in Figure 5. Figure 8: optic modem card 56 and Comm Card) for a passive optical LAN (as a convention in the art, in a passive optical network (PON) the transmission facility between the transmitter and the receivers consists of passive (i.e., un-powered) optical components; or what makes a passive optical network passive is that it uses unpowered optical splitters. As shown in Husbands' Figures 4 and 8, there is no "powered devices" between the transmitter/receiver of the head-end and the receiver/transmitter (the optical modem) of the LAN client; e.g., Figure 8, no powered devices between transmitter/receiver 64/66 of the head-end 68 and the fiber optical modem card 56; the 8x8 star coupler is a passive splitter/coupler. Therefore, the network shown in Figure 4 or Figure 8 is a passive optical LAN), the passive optical LAN disposed to having a head end (the head end 24 in Figure 4; Figure 7, the star node 46 combined with auxiliary optical ports 44 plus the monitor 48 and OTDR etc. form a head-end, column 5 line 42 to column 6 line 50; Head End in Figure 8)  and one or more passive optical splitters (e.g., Figure 4, "two 8x8 passive optical star couplers 26 and 28". Figure 8, "8x8 passive optical star coupler 62") for coupling the LAN client over one or more optical fibers (Figure 4: "fiber optic cables 20 and 22". Figure 8, "a single fiber cable 60") to the head end of the passive optical LAN (Figures 4 and 8 etc.), the LAN client for a passive optical LAN comprising of:

an optical interface (FO XMTR and FO RCV in Figures 4 and 8) for converting a downstream optical signal on a downstream optical wavelength (column 4 lines 3-13 and 40-42, column 7 lines 7-9, around 850 nm; or 1300 nm as shown in Figure 10,

column 7 lines 50-54) to a downstream electrical signal and for converting an upstream

electrical signal to an upstream optical signal and emitting the upstream optical signal

on an upstream optical wavelength (column 4 lines 40-42, column 7 lines 7-9, around

850 nm);

at least one network interface for receiving user data (Figure 5: PORT # 1 and

PORT # 2 of SYTEK COMM CARD 40 for receiving user data from user device 14.

Figure 8, COMM CARD for receiving user data from User Terminal Device); and

a control module (interface logic in Figures 4 and 8 etc.; or Figure 5, column 4

lines 47-64) electrically coupled to the optical interface and electrically coupled to the at

least one network interface (Figures 4, 5 and 8 etc.) and wherein the control module

processes the downstream electrical signal having a downstream data information

(column 4 lines 3-13 and 40-42, and column 6 lines 18-40 etc.) and wherein the control

module receives user data from the at least one network interface (user data coming

from the User Terminal Devices as shown in Figures 4 and 8 etc.) and the control

module generates the upstream electrical signal having upstream data information

(column 4 lines 3-13 and 40-42 etc.) and wherein at least a portion of the user data is

included in the upstream data information (column 4 lines 3-13 and 40-42 etc.),

whereby the LAN client for a passive optical LAN communicates user data

upstream (based on CSMA/CD "listen while talking", column 2 line 44, column 7 line 26-

27 and 47).

But, Husbands et al does not expressly disclose wherein the control module

processes the downstream electrical signal having a downstream control information to

recover an upstream bandwidth allocation from the downstream control information and

the control module responsive to the upstream bandwidth allocation generates the

upstream electrical signal having upstream control and upstream data information,

whereby the LAN client for a passive optical LAN communicates user data upstream

responsive to an upstream bandwidth allocation.

However, as disclosed by Husbands et al, the fiber optical LAN uses CSMA/CD

"listen while talking" protocol, and the head-end can perform other functions, e.g.,

"technical control" (monitoring, signaling, and fault isolation etc.), and "[a] video

distribution service may also be provided on an unexpanded network by use of the

auxiliary ports 44 on the outbound star node 47" (column 5 line 42 to column 6 line 50

etc.; Figure 7 etc., the star node 46 together with the auxiliary optical ports 44 etc.

function "as the network head-end", or the star node combined with auxiliary optical

ports plus the monitor 48 and OTDR etc. form a head-end), and the control logic in

Husbands' LAN client can perform "listen before talk" and "listen while talk" etc. and

determine when to transmit a signal; it is obvious to one skilled in the art that other

protocols can be used for the fiber optical LAN.

Yuki et al discloses a protocol that allocates bandwidth dynamically (or dynamic

bandwidth allocation. Abstract, and column 2 line 9 to column 5 line 55) for a point-to-

multipoint communication system (Figure 1 etc.), which comprises a master unit (20)

and slave units (10-i) coupled to the master unit by a passive optical splitter (40), and a

control module (17 in Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84

etc.) in the slave unit electrically coupled to the optical interface (13/14 in Figures 2, 65,

68 and 76 etc.) and electrically coupled to the at least one network interface (11/12 in

Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84 etc.) and wherein the

control module processes the downstream electrical signal having a downstream control and downstream data information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure 78 etc.) to recover an upstream bandwidth allocation from the downstream control information (Figures 8-10 and 31 etc. "On the basis of the reports from the slave units, the master unit determines an allowable amount of information for each slave unit and permits the slave units to transmit the stored signals according to the request from the master unit.") and wherein the control module receives user data from the at least one network interface (user data signal from input unit 11) and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure 78 etc.) and wherein at least a portion of the user data is included in the upstream data information (Figure 30, Figure 31, Figures 50-55, Figure 78 etc.), whereby the slave unit for the passive optical network communicates user data upstream responsive to an upstream bandwidth allocation (dynamic bandwidth allocation. Abstract, and column 2 line 9 to column 5 line 55 etc.).

Yuki et al indicates "Conventional access protocols, however, have the following drawbacks that make these protocols incapable of handling burst traffic containing several megabytes of data, which is expected to grow even more in the future. When, for example, information signals generated in bursts of several megabytes are transmitted according to the CSMA/CD protocol, the information signals are separated into packets of about 64-1500 kB and repeatedly transmitted. Consequently, increased burst traffic results in a markedly lower throughput because of the higher frequency of retransmission due to packet collisions. ...  the delay time increases and is not constant

any longer. …. Thus, conventional access protocols for point-to-multipoint

communication systems are <u>disadvantageous in</u> that an increase in burst traffic

containing several megabytes of data results in a lower throughput and makes it

impossible to comply with time requirements for downstream transmission" (column 1

line 43 to column 2 line 6).

However, Yuki et al's approach/protocol "allows slave units to transmit signals in

accordance with instructions from the master unit, no signal collisions occur in the

transmission line and a throughput reduction such as that observed in the case of

CSMA/CD is avoided when signals containing several megabytes of data are

transmitted in bursts." (column 2 lines 28-34; column 3 lines 43-49; column 30 lines 5-

14) and "allows the maximum amount of stored signal to be stabilized at a

comparatively low level without the increase observed in the access protocol based on

TDMA or CSMA/CD, can easily accommodate burst traffic, and is capable of reducing

the buffer memory requirements of slave units when the load factor of the transmission

line is high and the burst traffic increases in volume" (column 23 lines 14-22. And

column 21 lines 49-60; column 30 lines 19 and 26).

Yuki et al also states "the access protocol in accordance with the present

invention can be easily adapted, for example, to FDM (Frequency Division Multiplex),

FDMA (Frequency Division Multiple Access), CDMA (Code Division Multiple Access),

and the like" (column 30 line 1-4); that is, Yuki's access protocol can be easily adapted

to different protocols, and "the like". And, Yuki et al states "<u>Point-to-multipoint</u>

<u>communication systems such as LANs</u>, CATV networks, satellite communication

networks, and optical subscriber access networks are commonly configured such that a

master unit and a plurality of slave units communicate by sharing, for example,

transmission lines such as those used in coaxial communication, optical-fiber

communication, and radio communication" (column 1 line 16-23), and "the point-to-

multipoint communication system of the present invention is also widely applicable to

communication systems composed of a master unit and a plurality of slave units such

that the transmission line band is allocated among the slave units by the master unit in a

controlled manner" (column 11 line 58 to column 12 line 6); Figure 1 is a point-to-

multipoint communication system; that is, the point-to-multipoint system shown in Figure

1 can be an optical LAN. Therefore, it would have been obvious to one of ordinary skill

in the art before the effective filing date of the claimed invention to apply the dynamic

bandwidth allocation approach as taught by Yuki et al to the system/method of

Husbands et al so that a throughput reduction observed in the case of CSMA/CD is

avoided, signal collisions can be eliminated, the buffer memory requirements can be

relaxed, and the latency time elapsed before a slave/client unit transmits a signal can be

reduced, and system capacity/throughput can be increased.

2). With regard to claim 3, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the control module includes a passive optical LAN

protocol processor (e.g., the control logic in Figures 4, 5 and 8 of Yuki. And

controller/processor in the slave unit of Yuki).

3). With regard to claim 4, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the control module further adjusts timing of the

generation of the upstream electrical signal responsive to receiving a response delay

message (Yuki: column 2 lines 41-63, "a time of td seconds is necessary for the

transmission if all the slave units transmit kilobit signals, making it possible to secure an

allowed delay time of td seconds for data transmission by all the slave units"; "The

control unit 17 issues instructions regarding time slot numbers and transmission timing";

"The control packet sent from the control unit 27 to the transmission unit 23 is

transmitted to the slave units 10-1 to 10-m by the time slots of a control region provided

inside the frame. Transmission timing and time slot numbers are controlled by the

control unit 28". Figure 30 and 52 etc., "delay control region").

      4). With regard to claim 5, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the control module is configured to receive in the

downstream electrical signal a network identification address assigned to the LAN client

and wherein the network identification address can be used by the control module for

receiving downstream data information addressed to the LAN client for a passive optical

LAN (Husbands: column 2 lines 39-64, "If the line is quiet, the source terminal sends out

a command packet followed by the message. The command packet contains both the

destination address and the source address. Upon hearing its address, the receiving

terminal copies the message" "The collision detection process can take several forms

such as summed energy or software comparisons on the flags or addresses in the

broadband mechanization". Yuki: column 5 lines 33-55, "the master unit divides

terminal-addressed input packets and attaches headers to create fixed-length cells.

Each header contains slave unit addresses for use in the point-to-multipoint

communication system and retrieved based on the terminal addresses contained in the

input packets. Because the slave units operate such that data is retrieved only if the

addresses contained in the aforementioned headers match the addresses of the local

stations, the transfer rate in the downstream direction for each of the slave units can be

varied in a simple manner using the master unit alone. In addition, short bit strings are

used and the transfer rate can be utilized efficiently because the addresses of the slave

units used in each header are those that have significance solely inside a point-to-

multipoint communication system. Furthermore, the address architecture used in the

point-to-multipoint communication system is hierarchized, and the addresses are set

such that a subnet is used and the slave units constitute a single network within the

entire point-to-multipoint communication system. The structure of the master unit can

thus be simplified because the portion of a terminal address for identifying the subnet

can be used directly as a slave unit address", and column 13 lines 19-25 and column 47

lines 1-10 etc.).

5). With regard to claim 6, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the control module performs operation

administration and maintenance (OAM) message processing (Yuki: Figures 4 and 5, 19

etc., PLOAM sent downstream; column 14 lines 8-12, "Described below with reference

to FIGS. 6 to 10 is a first embodiment aspect, which is configured such that the master

unit 20 uses PLOAM cells to instruct slave units 10 to issue reports regarding the

information amount necessary to transmit signals"; column 33 lines 23-39; and column

51 lines 5-22 etc.).

6). With regard to claim 11, Husbands et al and Yuki et al disclose all of the subject matter as applied to claim 1 above. And the combination of Husbands et al and Yuki et al further discloses wherein the upstream control information includes user data buffering status information (Yuki: refer claim 1 rejection; column 12 lines 15-27, and Figures 6, 8, 10 and 11 etc.).

7). With regard to claim 12, Husbands et al and Yuki et al disclose all of the subject matter as applied to claim 1 above. And the combination of Husbands et al and Yuki et al further discloses wherein the control module processes the downstream electrical signal having successive downstream frames (Yuki: e.g., Figure 4, 5, 30, 54 etc.).

8). With regard to claim 13, Husbands et al and Yuki et al disclose all of the subject matter as applied to claim 1 and 12 above. And the combination of Husbands et al and Yuki et al further discloses wherein a downstream frame includes a first number of downstream subframes having one or more downstream formats and wherein each downstream subframe includes a second number of downstream slots of time (Yuki: e.g., Figures 4, 5, 30 and 54 etc.).

9). With regard to claim 14, Husbands et al and Yuki et al disclose all of the subject matter as applied to claim 1 and 12-13 above. And the combination of Husbands et al and Yuki et al further discloses wherein a downstream subframe includes a downstream communication channel for communicating the upstream bandwidth allocation for provisioning upstream slots of time to the LAN client for a passive optical LAN (Yuki: e.g., Figures 5, 30, 54 etc.).

10). With regard to claim 17, Husbands et al and Yuki et al disclose all of the subject matter as applied to claim 1 above. And the combination of Husbands et al and Yuki et al further discloses wherein the upstream optical signal is emitted in one or more upstream slots of time forming one or more upstream frames as governed by the upstream bandwidth allocation (Yuki: e.g., Figures 4, 5, 12, 25, 29 and 31 etc.).

11). With regard to claim 18, Husbands et al and Yuki et al disclose all of the subject matter as applied to claims 1 and 17 above. And the combination of Husbands et al and Yuki et al further discloses wherein upstream frames includes a first number of upstream subframes having one or more upstream formats (Yuki: Figure 25 etc.; also Figures 5 and 50 etc.).

12). With regard to claim 23, Husbands discloses a Local Area Network (LAN) client (e.g., 18/16 in Figure 4, "fiber optic modem 18" and "Sytek local net 20/100 dual port packet communication unit 16"; also shown in Figure 5. Figure 8: optic modem card 56 and Comm Card) for a passive optical LAN (as a convention in the art, in a passive optical network (PON) the transmission facility between the transmitter and the receivers consists of passive (i.e., un-powered) optical components; or what makes a passive optical network passive is that it uses unpowered optical splitters. As shown in Husbands' Figures 4 and 8, there is no "powered devices" between the transmitter/receiver of the head-end and the receiver/transmitter (the optical modem) of the LAN client; e.g., Figure 8, no powered devices between transmitter/receiver 64/66 of the head-end 68 and the fiber optical modem card 56; the 8x8 star coupler is a passive splitter/coupler. Therefore, the network shown in Figure 4 or Figure 8 is a passive optical LAN), the passive optical LAN disposed to having a head end (the head end 24

in Figure 4; Figure 7, the star node 46 combined with auxiliary optical ports 44 plus the

monitor 48 and OTDR etc. form a head-end, column 5 line 42 to column 6 line 50; Head

End in Figure 8)  and one or more passive optical splitters (e.g., Figure 4, "two 8x8

passive optical star couplers 26 and 28". Figure 8, "8x8 passive optical star coupler 62")

for coupling the LAN client over one or more optical fibers (Figure 4: "fiber optic cables

20 and 22". Figure 8, "a single fiber cable 60") to the head end of the passive optical

LAN (Figures 4 and 8 etc.), the LAN client for a passive optical LAN comprising of:

    an optical interface (FO XMTR and FO RCV in Figures 4 and 8) for converting a

downstream optical signal on a downstream optical wavelength (column 4 lines 3-13

and 40-42, column 7 lines 7-9, around 850 nm; or 1300 nm as shown in Figure 10,

column 7 lines 50-54) to a downstream electrical signal and for converting an upstream

electrical signal to an upstream optical signal and emitting the upstream optical signal

on an upstream optical wavelength (column 4 lines 40-42, column 7 lines 7-9, around

850 nm);

    at least one network interface for receiving user data (Figure 5: PORT # 1 and

PORT # 2 of SYTEK COMM CARD 40 for receiving user data from user device 14.

Figure 8, COMM CARD for receiving user data from User Terminal Device); and

    a control module (interface logic in Figures 4 and 8 etc.; or Figure 5, column 4

lines 47-64) electrically coupled to the optical interface and electrically coupled to the at

least one network interface (Figures 4, 5 and 8 etc.) and wherein the control module

processes the downstream electrical signal having a downstream data information

(column 4 lines 3-13 and 40-42, and column 6 lines 18-40 etc.) and wherein the control

module receives user data from the at least one network interface (user data coming

from the User Terminal Devices as shown in Figures 4 and 8 etc.) and the control

module generates the upstream electrical signal having upstream data information

(column 4 lines 3-13 and 40-42 etc.) and wherein at least a portion of the user data is

included in the upstream data information (column 4 lines 3-13 and 40-42 etc.),

whereby the LAN client for a passive optical LAN communicates user data

upstream (based on CSMA/CD "listen while talking", column 2 line 44, column 7 line 26-

27 and 47).

But, Husbands et al does not expressly disclose wherein the control module

processes the downstream electrical signal having a downstream control information to

recover an upstream bandwidth allocation from the downstream control information

wherein the upstream bandwidth allocation includes a start and end time slot number or

a start time and length of time and the control module responsive to the upstream

bandwidth allocation generates the upstream electrical signal having upstream control

and upstream data information, whereby the LAN client for a passive optical LAN

communicates user data upstream responsive to an upstream bandwidth allocation.

However, as disclosed by Husbands et al, the fiber optical LAN uses CSMA/CD

"listen while talking" protocol, and the head-end can perform other functions, e.g.,

"technical control" (monitoring, signaling, and fault isolation etc.), and "[a] video

distribution service may also be provided on an unexpanded network by use of the

auxiliary ports 44 on the outbound star node 47" (column 5 line 42 to column 6 line 50

etc.; Figure 7 etc., the star node 46 together with the auxiliary optical ports 44 etc.

function "as the network head-end", or the star node combined with auxiliary optical

ports plus the monitor 48 and OTDR etc. form a head-end), and the control logic in

Husbands' LAN client can perform "listen before talk" and "listen while talk" etc. and

determine when to transmit a signal; it is obvious to one skilled in the art that other

protocols can be used for the fiber optical LAN.

Yuki et al discloses a protocol that allocates bandwidth dynamically (or dynamic

bandwidth allocation. Abstract, and column 2 line 9 to column 5 line 55) for a point-to-

multipoint communication system (Figure 1 etc.), which comprises a master unit (20)

and slave units (10-i) coupled to the master unit by a passive optical splitter (40), and a

control module (17 in Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84

etc.) in the slave unit electrically coupled to the optical interface (13/14 in Figures 2, 65,

68 and 76 etc.) and electrically coupled to the at least one network interface (11/12 in

Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84 etc.) and wherein the

control module processes the downstream electrical signal having a downstream control

and downstream data information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure

78 etc.) to recover an upstream bandwidth allocation from the downstream control

information (Figures 8-10 and 31 etc. "On the basis of the reports from the slave units,

the master unit determines an allowable amount of information for each slave unit and

permits the slave units to transmit the stored signals according to the request from the

master unit."), wherein the upstream bandwidth allocation includes a start and end time

slot number or a start time and length of time (column 5 lines 16-22, "the time slots for

transmitting information signals by slave units are calculated by the master unit

dynamically and efficiently on the basis of reports from slave units"; Figures 5, 25 and

29; and column 36 line 8 to column 39 line 6, "the time slot number for starting a data

packet transmission and the information amount ni for allowing these packets to be

transmitted are read from the information amount notification region of the control

packet" and "[t]he information signals sent from the buffer memory 15 are written in the

information signal region. Packet classification numbers 11h, which indicate that the

packets are for transmitting information signals, are written to a packet identification

region. Slave unit identification numbers assigned in advance to the slave units 10 are

written to a slave unit identification region. The necessary information is written to each

region of the data packet in the transmission unit 13, and this data packet is then sent to

the master unit 20 by the time slots of a data region provided inside the frame.

Transmission timing and time slot numbers are controlled by the control unit 17"; "FIG.

44 is a flowchart depicting a procedure for determining the time slot number according

to which a slave unit begins transmitting an information packet") and wherein the control

module receives user data from the at least one network interface (user data signal from

input unit 11) and the control module responsive to the upstream bandwidth allocation

generates the upstream electrical signal having upstream control and upstream data

information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure 78 etc.), whereby the

slave unit for a passive optical network communicates user data upstream responsive to

an upstream bandwidth allocation (dynamic bandwidth allocation. Abstract, and column

2 line 9 to column 5 line 55 etc.).

Yuki et al indicates "Conventional access protocols, however, have the following

drawbacks that make these protocols incapable of handling burst traffic containing

several megabytes of data, which is expected to grow even more in the future. When,

for example, information signals generated in bursts of several megabytes are

transmitted according to the CSMA/CD protocol, the information signals are separated

into packets of about 64-1500 kB and repeatedly transmitted. Consequently, increased

burst traffic results in a markedly lower throughput because of the higher frequency of

retransmission due to packet collisions. ...  the delay time increases and is not constant

any longer. .... Thus, conventional access protocols for point-to-multipoint

communication systems are <u>disadvantageous in</u> that an increase in burst traffic

containing several megabytes of data results in a lower throughput and makes it

impossible to comply with time requirements for downstream transmission" (column 1

line 43 to column 2 line 6).

However, Yuki et al's approach/protocol "allows slave units to transmit signals in

accordance with instructions from the master unit, no signal collisions occur in the

transmission line and a throughput reduction such as that observed in the case of

CSMA/CD is avoided when signals containing several megabytes of data are

transmitted in bursts." (column 2 lines 28-34; column 3 lines 43-49; column 30 lines 5-

14) and "allows the maximum amount of stored signal to be stabilized at a

comparatively low level without the increase observed in the access protocol based on

TDMA or CSMA/CD, can easily accommodate burst traffic, and is capable of reducing

the buffer memory requirements of slave units when the load factor of the transmission

line is high and the burst traffic increases in volume" (column 23 lines 14-22. And

column 21 lines 49-60; column 30 lines 19 and 26).

Yuki et al also states "the access protocol in accordance with the present

invention can be easily adapted, for example, to FDM (Frequency Division Multiplex),

FDMA (Frequency Division Multiple Access), CDMA (Code Division Multiple Access),

and the like" (column 30 line 1-4); that is, Yuki's access protocol can be easily adapted

to different protocols, and "the like". And, Yuki et al states "Point-to-multipoint

communication systems such as LANs, CATV networks, satellite communication

networks, and optical subscriber access networks are commonly configured such that a

master unit and a plurality of slave units communicate by sharing, for example,

transmission lines such as those used in coaxial communication, optical-fiber

communication, and radio communication" (column 1 line 16-23), and "the point-to-

multipoint communication system of the present invention is also widely applicable to

communication systems composed of a master unit and a plurality of slave units such

that the transmission line band is allocated among the slave units by the master unit in a

controlled manner" (column 11 line 58 to column 12 line 6); Figure 1 is a point-to-

multipoint communication system; that is, the point-to-multipoint system shown in Figure

1 can be an optical LAN. Therefore, it would have been obvious to one of ordinary skill

in the art before the effective filing date of the claimed invention to apply the dynamic

bandwidth allocation approach as taught by Yuki et al to the system/method of

Husbands et al so that a throughput reduction observed in the case of CSMA/CD is

avoided, signal collisions can be eliminated, the buffer memory requirements can be

relaxed, and the latency time elapsed before a slave/client unit transmits a signal can be

reduced, and system capacity/throughput can be increased.

13). With regard to claim 24, Husbands discloses a Local Area Network (LAN)

client (e.g., 18/16 in Figure 4, "fiber optic modem 18" and "Sytek local net 20/100 dual

port packet communication unit 16"; also shown in Figure 5. Figure 8: optic modem card

56 and Comm Card) for a passive optical LAN (as a convention in the art, in a passive

optical network (PON) the transmission facility between the transmitter and the

receivers consists of passive (i.e., un-powered) optical components; or what makes a

passive optical network passive is that it uses unpowered optical splitters. As shown in

Husbands' Figures 4 and 8, there is no "powered devices" between the

transmitter/receiver of the head-end and the receiver/transmitter (the optical modem) of

the LAN client; e.g., Figure 8, no powered devices between transmitter/receiver 64/66 of

the head-end 68 and the fiber optical modem card 56; the 8x8 star coupler is a passive

splitter/coupler. Therefore, the network shown in Figure 4 or Figure 8 is a passive

optical LAN), the passive optical LAN disposed to having a head end (the head end 24

in Figure 4; Figure 7, the star node 46 combined with auxiliary optical ports 44 plus the

monitor 48 and OTDR etc. form a head-end, column 5 line 42 to column 6 line 50; Head

End in Figure 8)  and one or more passive optical splitters (e.g., Figure 4, "two 8x8

passive optical star couplers 26 and 28". Figure 8, "8x8 passive optical star coupler 62")

for coupling the LAN client over one or more optical fibers (Figure 4: "fiber optic cables

20 and 22". Figure 8, "a single fiber cable 60") to the head end of the passive optical

LAN (Figures 4 and 8 etc.), the LAN client for a passive optical LAN comprising of:

an optical interface (FO XMTR and FO RCV in Figures 4 and 8) for converting a

downstream optical signal on a downstream optical wavelength (column 4 lines 3-13

and 40-42, column 7 lines 7-9, around 850 nm; or 1300 nm as shown in Figure 10,

column 7 lines 50-54) to a downstream electrical signal and for converting an upstream

electrical signal to an upstream optical signal and emitting the upstream optical signal

on an upstream optical wavelength (column 4 lines 40-42, column 7 lines 7-9, around

850 nm);

at least one network interface for receiving user data (Figure 5: PORT # 1 and

PORT # 2 of SYTEK COMM CARD 40 for receiving user data from user device 14.

Figure 8, COMM CARD for receiving user data from User Terminal Device); and

a control module (interface logic in Figures 4 and 8 etc.; or Figure 5, column 4

lines 47-64) electrically coupled to the optical interface and electrically coupled to the at

least one network interface (Figures 4, 5 and 8 etc.) and wherein the control module

processes the downstream electrical signal having a downstream data information

(column 4 lines 3-13 and 40-42, and column 6 lines 18-40 etc.) and wherein the control

module receives user data from the at least one network interface (user data coming

from the User Terminal Devices as shown in Figures 4 and 8 etc.) and the control

module generates the upstream electrical signal having upstream data information

(column 4 lines 3-13 and 40-42 etc.) and wherein at least a portion of the user data is

included in the upstream data information (column 4 lines 3-13 and 40-42 etc.),

whereby the LAN client for a passive optical LAN communicates user data

upstream (based on CSMA/CD "listen while talking", column 2 line 44, column 7 line 26-

27 and 47).

But, Husbands et al does not expressly disclose wherein the control module

processes the downstream electrical signal having a downstream control information to

recover an upstream bandwidth allocation from the downstream control information

wherein the upstream bandwidth allocation includes a start and end time slot number or

a start time and length of time and the control module responsive to the upstream

bandwidth allocation generates the upstream electrical signal having upstream control

and upstream data information, whereby the LAN client for a passive optical LAN ends

the optical upstream signal emissions responsive to the end time slot number or the end

of the length of time and whereby the LAN client for a passive optical LAN

communicates user data upstream responsive to an upstream bandwidth allocation.

However, as disclosed by Husbands et al, the fiber optical LAN uses CSMA/CD

"listen while talking" protocol, and the head-end can perform other functions, e.g.,

"technical control" (monitoring, signaling, and fault isolation etc.), and "[a] video

distribution service may also be provided on an unexpanded network by use of the

auxiliary ports 44 on the outbound star node 47" (column 5 line 42 to column 6 line 50

etc.; Figure 7 etc., the star node 46 together with the auxiliary optical ports 44 etc.

function "as the network head-end", or the star node combined with auxiliary optical

ports plus the monitor 48 and OTDR etc. form a head-end), and the control logic in

Husbands' LAN client can perform "listen before talk" and "listen while talk" etc. and

determine when to transmit a signal; it is obvious to one skilled in the art that other

protocols can be used for the fiber optical LAN.

Yuki et al discloses a protocol that allocates bandwidth dynamically (or dynamic

bandwidth allocation. Abstract, and column 2 line 9 to column 5 line 55) for a point-to-

multipoint communication system (Figure 1 etc.), which comprises a master unit (20)

and slave units (10-i) coupled to the master unit by a passive optical splitter (40), and a

control module (17 in Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84

etc.) in the slave unit electrically coupled to the optical interface (13/14 in Figures 2, 65,

68 and 76 etc.) and electrically coupled to the at least one network interface (11/12 in

Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84 etc.) and wherein the

control module processes the downstream electrical signal having a downstream control

and downstream data information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure

78 etc.) to recover an upstream bandwidth allocation from the downstream control

information (Figures 8-10 and 31 etc. "On the basis of the reports from the slave units,

the master unit determines an allowable amount of information for each slave unit and

permits the slave units to transmit the stored signals according to the request from the

master unit."), wherein the upstream bandwidth allocation includes a start and end time

slot number or a start time and length of time (column 5 lines 16-22, "the time slots for

transmitting information signals by slave units are calculated by the master unit

dynamically and efficiently on the basis of reports from slave units"; Figures 5, 25 and

29; and column 36 line 8 to column 39 line 6, "the time slot number for starting a data

packet transmission and the information amount ni for allowing these packets to be

transmitted are read from the information amount notification region of the control

packet" and "[t]he information signals sent from the buffer memory 15 are written in the

information signal region. Packet classification numbers 11h, which indicate that the

packets are for transmitting information signals, are written to a packet identification

region. Slave unit identification numbers assigned in advance to the slave units 10 are

written to a slave unit identification region. The necessary information is written to each

region of the data packet in the transmission unit 13, and this data packet is then sent to

the master unit 20 <u>by the time slots of a data region provided inside the frame</u>.

Transmission timing and time slot numbers are controlled by the control unit 17"; "FIG.

44 is a flowchart depicting a procedure for determining the time slot number according

to which a slave unit begins transmitting an information packet") and wherein the control

module receives user data from the at least one network interface (user data signal from

input unit 11) and the control module responsive to the upstream bandwidth allocation

generates the upstream electrical signal having upstream control and upstream data

information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure 78 etc.) and wherein

at least a portion of the user data is included in the upstream data information (Figure

30, Figure 31, Figures 50-55, Figure 78 etc.), whereby the slave unit for a passive

optical network ends the optical upstream signal emissions responsive to the end time

slot number or the end of the length of time (column 5 lines 16-22; Figures 5, 25, 29 and

44; and column 36 line 8 to column 39 line 6 etc.) and whereby the slave unit for a

passive optical network communicates user data upstream responsive to an upstream

bandwidth allocation (dynamic bandwidth allocation. Abstract, and column 2 line 9 to

column 5 line 55 etc.).

Yuki et al indicates "Conventional access protocols, however, have the following

drawbacks that make these protocols incapable of handling burst traffic containing

several megabytes of data, which is expected to grow even more in the future. When,

for example, information signals generated in bursts of several megabytes are

transmitted according to the CSMA/CD protocol, the information signals are separated

into packets of about 64-1500 kB and repeatedly transmitted. Consequently, increased

burst traffic results in a markedly lower throughput because of the higher frequency of

retransmission due to packet collisions. ...  the delay time increases and is not constant

any longer. .... Thus, conventional access protocols for point-to-multipoint

communication systems are disadvantageous in that an increase in burst traffic

containing several megabytes of data results in a lower throughput and makes it

impossible to comply with time requirements for downstream transmission" (column 1

line 43 to column 2 line 6).

However, Yuki et al's approach/protocol "allows slave units to transmit signals in

accordance with instructions from the master unit, no signal collisions occur in the

transmission line and a throughput reduction such as that observed in the case of

CSMA/CD is avoided when signals containing several megabytes of data are

transmitted in bursts." (column 2 lines 28-34; column 3 lines 43-49; column 30 lines 5-

14) and "allows the maximum amount of stored signal to be stabilized at a

comparatively low level without the increase observed in the access protocol based on

TDMA or CSMA/CD, can easily accommodate burst traffic, and is capable of reducing

the buffer memory requirements of slave units when the load factor of the transmission

line is high and the burst traffic increases in volume" (column 23 lines 14-22. And

column 21 lines 49-60; column 30 lines 19 and 26).

Yuki et al also states "the access protocol in accordance with the present

invention can be easily adapted, for example, to FDM (Frequency Division Multiplex),

FDMA (Frequency Division Multiple Access), CDMA (Code Division Multiple Access),

and the like" (column 30 line 1-4); that is, Yuki's access protocol can be easily adapted

to different protocols, and "the like". And, Yuki et al states "Point-to-multipoint

communication systems such as LANs, CATV networks, satellite communication

networks, and optical subscriber access networks are commonly configured such that a

master unit and a plurality of slave units communicate by sharing, for example,

transmission lines such as those used in coaxial communication, optical-fiber

communication, and radio communication" (column 1 line 16-23), and "the point-to-

multipoint communication system of the present invention is also <u>widely applicable</u> to

communication systems composed of <u>a master unit and a plurality of slave units</u> such

that the transmission line band is allocated among the slave units by the master unit in a

controlled manner" (column 11 line 58 to column 12 line 6); Figure 1 is a point-to-

multipoint communication system; that is, the point-to-multipoint system shown in Figure

1 can be an optical LAN. Therefore, it would have been obvious to one of ordinary skill

in the art before the effective filing date of the claimed invention to apply the dynamic

bandwidth allocation approach as taught by Yuki et al to the system/method of

Husbands et al so that a throughput reduction observed in the case of CSMA/CD is

avoided, signal collisions can be eliminated, the buffer memory requirements can be

relaxed, and the latency time elapsed before a slave/client unit transmits a signal can be

reduced, and system capacity/throughput can be increased.


5.      Claims 2 and 7 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Husbands et al and Yuki et al as applied to claim 1 above, and

further in view of Finley (Finley: "Optical Fibers in Local Area Networks", IEEE

Communications Magazine, Vol. 22, No. 8, August 1984, pages 22-34).

        1). With regard to claim 2, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. But, Husbands et al and Yuki et al do not

expressly disclose wherein the control module includes an Ethernet MAC.

        However, the CSMA/CD used in Husbands' system is a MAC method widely

used in Ethernet technology for LAN. And, Yuki et al discloses that the point-to-

multipoint system as shown in Figure 1 etc. can be used to transmit Ethernet packets

(column 13 lines 35-45, column 34 lines 19 and 26, column 39 line 47, and column 47 lines 13 and 22 etc.). And Finley discloses that OSI model (Figure 6) can be used in optical LANs (Figures 7-13), which can be Ethernet LANs (pages 28-34); that is, the MAC in Figure 6 can be an Ethernet MAC.

Therefore, it would have been obvious to one of ordinary skill in the art before the effective filing date of the claimed invention to combine Finley with Husbands et al and Yuki et al so that a high efficient Ethernet LAN can be obtained.

2). With regard to claim 7, Husbands et al and Yuki et al disclose all of the subject matter as applied to claim 1 above. And the combination of Husbands et al and Yuki et al further discloses wherein the control module is configured to manage the transmission and reception of optical data link layer communications through the optical interface based on at least one optical data link layer address (Husbands: the control logic in Figure 5 etc. performs CSMA/CD protocol (MAC layer), and the CSMA/CD frame format has data link layer address; that is, the combination of Husbands et al and Yuki et al teaches/suggests that the control logic manages the transmission and reception of optical data link layer communications through the optical interface based on at least one optical data link layer address).

But, Husbands et al and Yuki et al do not expressly disclose wherein the control module includes an Ethernet Media Access Control (MAC) configured to enable Ethernet communications through the at least one network interface.

However, the CSMA/CD used in Husbands' system is a MAC method widely used in Ethernet technology for LAN. And, Yuki et al discloses that point-to-multipoint system as shown in Figure 1 etc. can be used to transmit Ethernet packets (column 30

lines 19 and 26, column 39 line 47 etc.). And Finley discloses that OSI model (Figure 6)

can be used in optical LANs (Figures 7-13), which can be Ethernet LANs (pages 28-34);

that is, the MAC in Figure 6 can be an Ethernet MAC to enable Ethernet

communications through at least one network interface.

Therefore, it would have been obvious to one of ordinary skill in the art before the

effective filing date of the claimed invention to combine Finley with Husbands et al and

Yuki et al so that an Ethernet MAC is used to enable high efficient Ethernet LAN

communications.


6.      Claim 8 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over

Husbands et al and Yuki et al as applied to claim 1 above, and further in view of Xu et al

(US 7,181,142).

Husbands et al and Yuki et al disclose all of the subject matter as applied to

claim 1 above. But, Husbands et al and Yuki et al do not expressly disclose wherein the

LAN client adjusts the optical power level of the upstream optical signal responsive to

receiving a message.

However, to adjust an output of an optical unit based on a received message is

known in the art. E.g., Xu et al discloses a "local area networks (LAN)", "FIG. 8

illustrates that the architecture according to the present embodiment can be easily

extended to provide "local" networking services. As used herein, local network services

includes, for example, so-called local area networks (LAN), intranets, secure ("trusted")

networks, and virtual private networks (VPN). Such networking services may be

desirable, for example, in scenarios where the use of intranet is essential, such as in

business offices or other enterprises, community networking, and premises networking

cases. The operation of the local network 800 of the embodiment of <u>FIG. 8 is similar to

an Ethernet LAN</u>" (column 14 lines 11-21). As shown in Figures 7a and 7b etc., "the

ONUs to adjust their respective transmitter power based on OLT feedback such that

power levels received by the OLT from all the ONUs are the same" (column 4 lines 14-

54, and column 13 line 40 to column 14 line 10).

Therefore, it would have been obvious to one of ordinary skill in the art before the

effective filing date of the claimed invention to apply the teachings of Xu et al to the

system/method of Husbands et al and Yuki et al so that a desired output power level

can be obtained, and the reliability of the system is enhanced.


7.      Claim 9 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over

Husbands et al and Yuki et al as applied to claim 1 above, and further in view of ITU-T

(ITU-T Recommendation G.983.1 Broadband optical access systems based on Passive

Optical Networks (PON), October 1998).

Husbands et al and Yuki et al disclose all of the subject matter as applied to

claim 1 above. But, Husbands et al and Yuki et al do not expressly disclose wherein the

LAN client receives a request for new LAN clients to identify themselves and the LAN

client responds with a message including a serial number for identifying the LAN client.

However, first, Yuki et al discloses "The ID numbers of the slave units 10-1 to 10-

m are managed by the master unit 20, and these ID numbers are conveyed <u>during the

initial stage</u> to all the slave units 10-1 to 10-m participating in the operation of the

system. By virtue of these ID numbers, the master unit 20 can trace a cell to a particular

slave unit 10-1 to 10-m, and each of the slave units 10-1 to 10-m can determine

whether the cell it has received is addressed to this station" (column 13 lines 19-25) and

"The service class identifiers and ID numbers of the slave units 10-1 to 10-m are

managed by the master unit 20, and these service class identifiers and ID numbers are

conveyed <u>during the initial stage to all the slave units 10-1 to 10-m participating in the</u>

<u>operation of the system</u>. By virtue of these ID numbers and identifiers, the master unit

20 can trace an information signal within a service class to a particular slave unit 10-1 to

10-m, and each of the slave units 10-1 to 10-m can determine whether the information

signal it has received is indeed addressed to this station" (column 47 lines 1-10). That

is, during the initial stage, the slave units exchange information with the master units;

then it is obvious to one skilled in the art that specific identifications or numbers are

used by the slave units to identify themselves so that the master unit can assign the ID

numbers to the slave units. Second, ITU-T G.983.1 discloses that in passive optical

network, an optical network unit (ONU) can send its serial number to an optical line

terminal (OLT) in ranging mode, and "[t]he OLT extracts the serial number and can

assign a free PON_ID to this ONU" (page 53), and the serial number also can be used

to register an ONU (page 64 Section 8.4.1.1): "1) the network operator enables the

ranging process to start when it is known that a new ONU has been connected. After

successful ranging (or a time-out), ranging is automatically stopped; 2) the OLT

periodically and automatically initiates the ranging process, testing to see if any new

ONUs have been connected. The frequency of polling is programmable such that a

ranging window can be opened every millisecond or every second under instruction of

the OpS system."; and "When more grants are required for completion of the ONU

optical power set-up, the optical power set-up can be completed by allowing several

failures during ranging and repeated re-ranging. In the case that serial number

acquisition (binary tree mechanism stated in 8.4.4.1) is applied, the ONU may use

grants for the ONU optical power set-up. Also, if the OLT periodically initiate the ranging

process to check recently connected ONUs, it is useful for this purpose.".

Therefore, it would have been obvious to one of ordinary skill in the art before the

effective filing date of the claimed invention to apply the recommendation of the ITU-T

G.983.1 to the system/method of Husbands et al and Yuki et al so that a newly added or

powered-up LAN client can be properly identified and set-up.


8.      Claim 10 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over

Husbands et al and Yuki et al as applied to claim 1 above, and further in view of

Warden et al (US 2003/0189935).

Husbands et al and Yuki et al disclose all of the subject matter as applied to

claim 1 above. And the combination of Husbands et al and Yuki et al further discloses

wherein the downstream frame includes the downstream control and data information

(refer claim 1 rejection etc.)

But, Husbands et al and Yuki et al do not expressly disclose wherein the

downstream control information includes a consecutive sequence of bits for the LAN

client to identify the beginning of a downstream frame. However, to implement a field to

indicate a beginning of a frame is known in the art. E.g., Warden et al discloses a frame

transmitted between optical communicating devices (Figure 2 etc.), and as shown in

Figure 4, "the Start-of-Frame (SoF) delimiter is a specially encoded 10 bit byte character

otherwise known as an Ordered Set that uniquely identifies the start of frames".

Therefore, it would have been obvious to one of ordinary skill in the art before the

effective filing date of the claimed invention to apply the teaching of Warden et al to the

system/method of Husbands et al and Yuki et al so that the processing of the

downstream signal by the LAN client can be made easier.


9.      Claims 15, 16, 19 and 20 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Husbands et al and Yuki et al as applied to claims 1 and 12 above,

and further in view of Chang (US 2003/0020991) and Masucci et al (US 6,498,667).

1). With regard to claim 15, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claims 1 and 12 above. And the combination of Husbands

et al and Yuki et al further discloses wherein a downstream frame includes downstream

packet data and wherein downstream packet data includes a downstream packet

header and downstream packet payload (Yuki: column 5 line 33-47, Figure 32; column

38 lines 32-40, "In the slave unit 10 shown in FIG. 2, the packets from the master unit

20 are received by the reception unit 14 via the reception port. In the reception unit 14,

the header is removed, and it is then determined based on the slave unit numbers

written to the received packet whether the received packet is indeed addressed to this

slave unit 10"; column 73 line 62 to column 74 line 8, "Specifically, the point-to-

multipoint communication system according to the fifteenth embodiment aspect is such

that the master unit 20 segments terminal-addressed input packets and attaches

headers to create fixed-length cells. Each header contains the addresses of slave units

10-1 to 10-m for use in the point-to-multipoint communication system and retrieved

based on the terminal addresses contained in the input packets. Because the slave

units 10-1 to 10-m operate such that data is retrieved only when the addresses

contained in the aforementioned headers match the addresses of the local stations, the

transfer rate in the downstream direction for each of the slave units 10-1 to 10-m can be

varied in a simple manner using the master unit alone", and column 76 line 14-29 etc.).

But, Husbands et al and Yuki et al do not expressly disclose wherein the

downstream packet header includes a field indicating the length of the downstream

packet payload.

However, to use a field in a downstream packet header to indicate the length of a

payload is known in the art. E.g., Chang discloses a passive optical network, in which

downstream packet header includes a field indicating the length of the downstream

packet payload (Figure 12, downstream data packet 1209; [0061], "[t]he maximum

payload length for each data packet in the channel 1209 in this particular embodiment is

2048 bytes. The data packet channel 1209 further comprises a plurality of fields

including a data packet header (DPH), a priority (PRIO), a loopback (LPBK), a

residential gateway number (RGN), a payload length, a payload, and a bit interleaved

parity 32 (BIP-32).). Chang does not expressly state that the fields DPH, PRIO, LPBK,

RGN and payload length all together to be called a header. However, it is common in

the art to collectively call a group of fields as a header, e.g., Masucci et al discloses a

frame with a plurality of packets (Figures 6-8), and a group of fields including "payload

length" can be called header, e.g., header 303 in Figure 6.

Therefore, it would have been obvious to one of ordinary skill in the art before the effective filing date of the claimed invention to apply the teaching of Chang and Masucci et al to the system/method of Husbands et al and Yuki et al so to make the signal process and buffer management easier.

2). With regard to claim 16, Husbands et al and Yuki et al and Chang and Masucci et al disclose all of the subject matter as applied to claims 1, 12 and 15 above. And the combination of Husbands et al and Yuki et al and Chang and Masucci et al further discloses wherein the downstream packet payload includes at least a portion of an Ethernet frame (Yuki column 13 lines 35-45, column 34 lines 19 and 26, column 39 line 47, and column 47 lines 13 and 22 etc.; Figures 54-55. Also, Masucci et al teaches that Ethernet frame can be transmitted over the passive optical network. That is, the combination of Husbands et al and Yuki et al and Chang and Masucci et al teaches/suggests that the downstream packet payload includes at least a portion of an Ethernet frame) or a Fibre Channel frame.

3). With regard to claim 19, Husbands et al and Yuki et al disclose all of the subject matter as applied to claims 1 and 17 above. And the combination of Husbands et al and Yuki et al further discloses wherein upstream frames includes an upstream packet header and an upstream packet payload (Yuki: column 16 lines 26-29, "In the master unit 20 shown in FIG. 3, cells received from the slave units 10 via the reception port are identified based on the cell identifiers written to the cells. This is done after headers are removed in the reception unit 24"; column 32 line 62 to column 33 line 2; column 35 lines 6-12 and 39-43; column 38 line 18; column 49 lines 7-14; and column 76 line 14-29 etc.; and Figure 87).

But, Husbands et al and Yuki et al do not expressly disclose wherein the

upstream packet header includes a field indicating an upstream packet payload length.

However, to use a field in a downstream packet header to indicate the length of a

payload is known in the art. E.g., Chang discloses a passive optical network, in which

the upstream packet header includes a field indicating an upstream packet payload

length (Figure 11 etc.), "The upstream data packet channel 509 comprises a plurality of

fields including the data packet header (DPH) 1111, the priority (PRIO) 1113, the

loopback (LPBK) 1115, the residential gateway number (RGN) 1117, the payload length

1119, the payload 1121 and the bit interleaved parity 32 (BIP-32) 1123" ([0054]). Chang

does not expressly state that the fields DPH, PRIO, LPBK, RGN and payload length all

together to be called a header. However, it is common in the art to collectively call a

group of fields as a header, e.g., Masucci et al discloses a frame with a plurality of

packets (Figures 6-8), and a group of fields including "payload length" can be called

header, e.g., header 303 in Figure 6.

Therefore, it would have been obvious to one of ordinary skill in the art before the

effective filing date of the claimed invention to apply the teaching of Chang and Masucci

et al to the system/method of Husbands et al and Yuki et al so to make the signal

process and buffer management easier.

4). With regard to claim 20, Husbands et al and Yuki et al and Chang and

Masucci et al disclose all of the subject matter as applied to claims 1, 17 and 19 above.

And the combination of Husbands et al and Yuki et al and Chang and Masucci et al

further discloses wherein the upstream packet payload includes at least a portion of an

Ethernet frame (Yuki column 13 lines 35-45, column 34 lines 19 and 26, column 39 line

47, and column 47 lines 13 and 22 etc.; Figures 54-55. Also, Masucci et al teaches that

Ethernet frame can be transmitted over the passive optical network. That is, the

combination of Husbands et al and Yuki et al and Chang and Masucci et al

teaches/suggests that the upstream packet payload includes at least a portion of an

Ethernet frame) or a Fibre Channel frame.


10.      Claim 21 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over

Husbands et al and Yuki et al as applied to claim 1 above, and further in view of

Mahony et al (US 6,668,127).

        Husbands et al and Yuki et al disclose all of the subject matter as applied to

claim 1 above. But, Husbands et al and Yuki et al do not expressly disclose wherein the

optical interface includes one or more optical fiber connectors selected from the group

consisting essentially of: Subscriber Connector (SC); Lucent Connector (LC); Fiber

Channel (FC); Straight TP (ST); and Miniature Unit (MU).

        However, as disclosed by Mahony et al, the SC connector or ST connector is

well known connectors in the art. Therefore, it would have been obvious to one of

ordinary skill in the art before the effective filing date of the claimed invention to apply

one of these connectors to the system/method of Husbands and Yuki et al so that the

optical fiber/cable can be properly/securely connected with the optical

transmitting/receiving device (or transceiver module etc.) or the LAN client.


11.      Claim 22 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over

Husbands et al and Yuki et al as applied to claim 1 above, and further in view of Finley

(Finley: "Optical Fibers in Local Area Networks", IEEE Communications Magazine, Vol.

22, No. 8, August 1984, pages 22-34) and Cvijin et al (US 2003/0039015).

Husbands et al and Yuki et al disclose all of the subject matter as applied to

claim 1 above. But, Husbands et al and Yuki et al do not expressly disclose wherein the

at least one network interface is configured to communicate using a protocol from the

group consisting essentially of: IEEE 10 Mbit Ethernet; IEEE 100 Mbit Ethernet; IEEE

1000 Mbit Ethernet; Fibre Channel; IEEE 802.11; IEEE 802.16; and Digital Subscriber

Line (DSL).

However, first, the CSMA/CD used in Husbands' system is a MAC method widely

used in Ethernet technology for LAN. And, Yuki et al discloses that point-to-multipoint

system as shown in Figure 1 etc. can be used to transmit Ethernet packets (column 13

lines 35-45, column 34 lines 19 and 26, column 39 line 47, and column 47 lines 13 and

22 etc.). And Finley discloses that 10 Mbit Ethernet protocol (pages 28-34) can be used

in the optical LAN. Another prior art, Cvijin et al discloses "Implementation of fiber optic

communication at the local area network (LAN) level will enable users to break current

bottlenecks in the last mile of information transfer. A further attraction of fiber-optic

technology is its scalability. Most current fiber LAN products are Ethernet-based in a

range of 100-Mbit/second up to 1-Gbit/s. Fiber optical communication is easily scalable

up to 10 Gbits/s, and several equipment vendors have announced fiber-optic links that

can support transmission up to 1 terabit/s utilizing more than 128 DWDM." That is, a

network interface using a protocol from IEEE 10 Mbit Ethernet, IEEE 100 Mbit Ethernet,

or IEEE 1000 Mbit Ethernet is used in the optical LAN.

Therefore, it would have been obvious to one of ordinary skill in the art before the effective filing date of the claimed invention to apply the teachings of Finley and Cvijin et al to the system/method of Husbands et al and Yuki et al so that a high data rate Ethernet protocol can be used in the optical LAN, and a high efficient and high speed Ethernet LAN can be obtained.

### *Conclusion*

12.    **THIS ACTION IS MADE FINAL.**  Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of this final action.


13.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to LI LIU whose telephone number is (571)270-1084. The examiner can normally be reached 9 am - 6 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an

interview, applicant is encouraged to use the USPTO Automated Interview Request

(AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Kenneth Vanderpuye can be reached on 5712723078. The fax phone

number for the organization where this application or proceeding is assigned is 571-

273-8300.

Information regarding the status of published or unpublished applications may be

obtained from Patent Center. Unpublished application information in Patent Center is

available to registered users. To file and manage patent submissions in Patent Center,

visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-

center for more information about Patent Center and

https://www.uspto.gov/patents/docx for information about filing in DOCX format. For

additional questions, contact the Electronic Business Center (EBC) at 866-217-9197

(toll-free). If you would like assistance from a USPTO Customer Service

Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/LI LIU/
Primary Examiner, Art Unit 2636
January 28, 2022

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

| Application No. **17/138,794** | |
|---|---|
| Title:   COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK | |
| Inventor:  Alexander I. Soto et al. | Confirmation No. 1022 |
| Filing Date:  December 30, 2020 | Examiner:  Li Liu |
| Attorney Docket No. UBI-005E | Group Art Unit:  2636 |

**APPEAL BRIEF**

TO THE COMMISSIONER FOR PATENTS:

Pursuant to the Notice of Appeal filed May 2, 2022, the Applicant appeals from the final rejection of pending claims 1-24 set forth in the final Office action dated February 2, 2022 (herein the "Final Office Action" or simply "Office Action").

The Applicant petitions for a two-month extension of time.  If any additional fee is due with this appeal brief, the Office is authorized to charge Deposit Account No. 50-5836.

TABLE OF CONTENTS

I.      REAL PARTY IN INTEREST ...................................................1

II.     RELATED PROCEEDINGS..................................................1

III.    SUMMARY OF CLAIMED SUBJECT MATTER ................................1

IV.     ARGUMENTS .........................................................6

      A.      Rejections on Appeal ...............................................6

      B.      Standard for Obviousness Rejections...................................7

      C.      The § 103 Rejections of Claims 1, 3-6, 11-14, 17, 18, 23, and 24 Should
          be Reversed. ....................................................9

           1.      Incorporating the disclosure of Yuki into Husbands would
               change the principle of operation of Husbands and render
               Husbands unsuitable for its intended purpose. ........................9

           2.      The alleged rationale to combine Yuki with Husbands is not
               rational...................................................12

           3.      The Examiner is relying on hindsight. ..............................15

      D.      The § 103 Rejection of Claims 2 and 7 Should be Reversed.............16

      E.      The § 103 Rejection of Claim 8 Should be Reversed. .....................17

      F.      The § 103 Rejection of Claim 9 Should be Reversed. ......................17

      G.      The § 103 Rejection of Claim 10 Should be Reversed. ....................18

      H.      The § 103 Rejection of Claims 15, 16, 19, and 20 Should be Reversed.............18

      I.      The § 103 Rejection of Claim 21 Should be Reversed. ....................19

      J.      The § 103 Rejection of Claim 22 Should be Reversed. ....................19

V.      Conclusion.................................................20

# TABLE OF AUTHORITIES

**Cases**

*CFMT Inc. v. Yieldup Int'l Corp.*, 349 F.3d 1333 (Fed. Cir., 2003) ...................................... 7

*Graham v. John Deere Co.*, 383 U.S. 1 (1966) ....................................... 8

*In re Fine*, 837 F.2d 1071 (Fed. Cir. 1988) ......................................... 7, 16

*In re Gordon*,
    733 F.2d 900 (Fed. Cir. 1984) ....................................... 10

*In re McLaughlin*, 443 F.2d 1392 (CCPA 1971) ......................................... 9

*In re Ochiai*, 71 F.3d 1565 (Fed. Cir. 1995) ....................................... 7

*In re Piasecki,* 745 F.2d 1468 (Fed. Cir. 1984) ....................................... 7

*In re Ratti*,
    270 F.2d 810 (CCPA 1959) ....................................... 10

*In re Royka*, 490 F.2d 981 (CCPA 1974) ....................................... 7

In re Wada, No. 2007-3733 (BPAI Jan. 14, 2008) ....................................... 7

*In re Warner*, 379 F.2d 1011 (CCPA 1967) ....................................... 8

*In re Wilson*, 424 F.2d 1382 (CCPA 1970) ....................................... 7

*KSR Int'l v. Teleflex Inc.*, 550 U.S. 398 (2007) ....................................... 7, 8

*McGinley v. Franklin Sports, Inc.*, 262 F.3d 1339 (Fed. Cir. 2001) ....................................... 8

*Monroe Auto Equip. Co. v. Heckethorn Mfg. & Supply Co.*, 332 F.2d 406 (6th Cir. 1964) 8

*Power Integrations, Inc. v. Fairchild Semiconductor Int'l, Inc.*, 711 F.3d 1348 (Fed. Cir. 2013) ....................................... 8

**Statutes**

35 U.S.C. § 103(a) ............................................................................................ 6

**Rules**

37 C.F.R. § 41.37(c)(1)(iii) ............................................................................. 1

**Other Authorities**

MPEP § 2142 ............................................................................................... 7, 8

MPEP § 2143.01(V) ........................................................................................ 9

MPEP § 2143.03 ....................................................................................... 7, 16

MPEP § 2145(X)(A) ...................................................................................... 8

I.    REAL PARTY IN INTEREST

The real parties in interest are the named inventors.

II.    RELATED PROCEEDINGS

Appeal No. 2009-006986 in U.S. Patent App. No. 10/886,514 is related to the present application.  The present application claims priority to U.S. Patent App. No. 10/886,514.

No other appeal, interference or judicial proceeding is related to, would directly affect, or would be directly affected by or have a bearing on the Board's decision in this appeal.

III.    SUMMARY OF CLAIMED SUBJECT MATTER

Claims 1-24 are pending in the present application, of which claims 1, 23, and 24 are in independent form.

The following table summarizes independent claims 1, 23, and 24 as required by 37 C.F.R. § 41.37(c)(1)(iii), with citations to the application as filed.  These citations are provided in accordance with 37 C.F.R. § 41.37(c)(1)(iii) to illustrate specific examples and embodiments supporting the recited claim language, and not to limit the claims.  These citations are meant only to illustrate specific examples of support and are not meant to be exhaustive references of all possible support in the specification for particular claim language.

| Claim 1 | Illustrative Support in As-Filed Specification |
|---|---|
| A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having a head end and one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of: | Figure 1; ¶ 23 |
| an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength; | Figure 1; ¶¶ 25, 30 |
| at least one network interface for receiving user data; and | Figure 1; ¶ 30 |
| a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and | Figure 1; ¶ 30 |
| wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information and | Figure 2; ¶¶ 33-34 |
| wherein the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and | Figure 3A; ¶¶ 35-36 |
| wherein at least a portion of the user data is included in the upstream data information, | Figure 3A; ¶ 36 |

| whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation. | Figure 2; ¶¶ 34-36 |

| Claim 23 | Illustrative Support in As-Filed Specification |
|---|---|
| A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having a head end and one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of: | Figure 1; ¶ 23 |
| an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength; | Figure 1; ¶¶ 25, 30 |
| at least one network interface for receiving user data; and | Figure 1; ¶ 30 |
| a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and | Figure 1; ¶ 30 |
| wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information | Figure 2; ¶¶ 33-34 |
| wherein the upstream bandwidth allocation includes a start and end time slot number or a start time and length of time and | Figure 2; ¶ 34 |

| | |
|---|---|
| wherein the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and | Figure 3A; ¶¶ 35-36 |
| wherein at least a portion of the user data is included in the upstream data information, | Figure 3A; ¶ 36 |
| whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation. | Figure 2; ¶ 34-36 |

| Claim 24 | Illustrative Support in As-Filed Specification |
|---|---|
| A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having a head end and one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of: | Figure 1; ¶ 23 |
| an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength; | Figure 1; ¶¶ 25, 30 |
| at least one network interface for receiving user data; and | Figure 1; ¶ 30 |

| | |
|---|---|
| a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and | Figure 1; ¶ 30 |
| wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information | Figure 2; ¶¶ 33-34 |
| wherein the upstream bandwidth allocation includes a start and end time slot number or a start time and length of time and | Figure 2; ¶ 34 |
| wherein the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and | Figure 3A; ¶¶ 35-36 |
| wherein at least a portion of the user data is included in the upstream data information, | Figure 3A; ¶ 36 |
| whereby the LAN client for a passive optical LAN ends the optical upstream signal emissions responsive to the end time slot number or the end of the length of time and | Figure 2; ¶ 34-36 |
| whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation. | Figure 2; ¶ 34-36 |

IV.    ARGUMENTS

A.    Rejections on Appeal

The Final Office Action rejected claims 1, 3-6, 11-14, 17, 18, 23, and 24 under 35 U.S.C. § 103(a) as allegedly being unpatentable over Husbands (U.S. Patent No. 4,781,427) in view of Yuki (U.S. Patent No. 6,778,557).

Claims 2 and 7 were rejected as allegedly being unpatentable over Husbands in view of Yuki and further in view of Finley ("Optical Fibers in Local Area Networks," IEEE Communications Magazine, Vol. 22, No. 8, August 1984, pp. 22-34).

Claim 8 is rejected as allegedly being unpatentable over Husbands in view of Yuki and further in view of Xu (U.S. Patent No. 7,181,142).

Claim 9 is rejected as allegedly being unpatentable over Husbands in view of Yuki and further in view of ITU-T (ITU-T Recommendation G.983.1 Broadband optical access systems based on Passive Optical Networks (PON), October 1998).

Claim 10 is rejected as allegedly being unpatentable over Husbands in view of Yuki and further in view of Warden (U.S. Patent App. Pub. No. 2003/0189935).

Claims 15, 16, 19, and 20 are rejected as allegedly being unpatentable over Husbands in view of Yuki and further in view of Chang (U.S. Patent App. Pub. No. 2003/0020991) and Masucci (U.S. Patent No. 6,498,667).

Claim 21 is rejected as allegedly being unpatentable over Husbands in view of Yuki and further in view of Mahony (U.S. Patent No. 6,668,127).

Claim 22 is rejected as allegedly being unpatentable over Husbands in view of Yuki and further in view of Finley and Vujkovic-Cvijin (U.S. Patent App. Pub. No. 2003/0039015).

B.    Standard for Obviousness Rejections.

"The PTO has the burden under section 103 to establish a *prima facie* case of obviousness." *In re Fine*, 837 F.2d 1071, 1074 (Fed. Cir. 1988) (citing *In re Piasecki,* 745 F.2d 1468, 1471-72 (Fed. Cir. 1984)).  "[O]bviousness requires a suggestion of <u>all</u> limitations in a claim." *CFMT Inc. v. Yieldup Int'l Corp.*, 349 F.3d 1333, 1342 (Fed. Cir., 2003) (citing *In re Royka*, 490 F.2d 981, 985 (CCPA 1974) (emphasis added)); *see also In re Wilson*, 424 F.2d 1382, 1385 (CCPA 1970) ("All words in a claim must be considered in judging the patentability of that claim against the prior art" under § 103); *see also* MPEP § 2143.03 (same).  Thus, when determining whether a claim is obvious, an examiner must make "a searching comparison of the claimed invention – <u>including all its limitations</u> – with the teaching of the prior art." *In re Wada*, No. 2007-3733, slip op. at 7 (BPAI Jan. 14, 2008) (*quoting In re Ochiai*, 71 F.3d 1565, 1572 (Fed. Cir. 1995)) (emphasis added).

It is also well-settled that, to establish a *prima facie* case of obviousness, the Office must set forth an explicit analysis supporting the rejection.  MPEP § 2142.  That analysis must include "some articulated reasoning with some rational underpinning to support the legal conclusion of obviousness." *KSR Int'l v. Teleflex Inc.*, 550 U.S. 398, 418 (2007) (*quoting In re Kahn*, 441 F.3d 977, 988 (Fed. Cir. 2006)).  In addition, "the Patent Office has the initial duty of supplying the factual basis for its rejection [and] may not resort to speculation, unfounded assumptions or hindsight reconstruction to supply deficiencies in its factual basis." *In re Warner*, 379 F.2d 1011, 1017 (CCPA 1967).

Finally, obviousness cannot be established by hindsight combination to produce the claimed invention.  The Supreme Court has emphasized that examiners must avoid hindsight reconstruction of an applicant's invention:

> A factfinder should be aware, of course, of the distortion caused by hindsight bias and must be cautious of arguments reliant upon *ex post* reasoning. *See Graham [v. John Deere Co.],*

383 U.S. [1,] 36, 86 S. Ct. 684, 15 L. Ed. 2d 545 [(1966)] (warning against a "temptation to read into the prior art the teachings of the invention in issue" and instructing courts to "'guard against slipping into use of hindsight'" (*quoting Monroe Auto Equip. Co. v. Heckethorn Mfg. & Supply Co.*, 332 F.2d 406, 412 (6th Cir. 1964))).

*KSR*, 550 U.S. at 421.  The Federal Circuit has reiterated this point:

> We have observed that "the prejudice of hindsight bias" often overlooks that the "genius of invention is often a combination of known elements which in hindsight seems preordained." *Power Integrations, Inc. v. Fairchild Semiconductor Int'l, Inc.*, 711 F.3d 1348, 1368 (Fed. Cir. 2013) (quoting *McGinley v. Franklin Sports, Inc.*, 262 F.3d 1339, 1351 (Fed. Cir. 2001)).  We have also recognized that, "[w]hen the art in question is relatively simple, as is the case here, the opportunity to judge by hindsight is particularly tempting." *McGinley*, 262 F.3d at 1351 (citations omitted).

*Polaris Indus.*, 882 F.3d at 1068.  The MPEP reiterates this point.  MPEP § 2142 states that "impermissible hindsight must be avoided and the legal conclusion must be reached on the basis of the facts gleaned from the prior art."  MPEP § 2145(X)(A) also states, "'Any judgment on obviousness is in a sense necessarily a reconstruction based on hindsight reasoning, but so long as it takes into account only knowledge which was within the level of ordinary skill in the art at the time the claimed invention was made and does not include knowledge gleaned only from applicant's disclosure, such a reconstruction is proper'" (*quoting In re McLaughlin*, 443 F.2d 1392, 1395 (CCPA 1971)).

C.    The § 103 Rejections of Claims 1, 3-6, 11-14, 17, 18, 23, and 24 Should be Reversed.

Independent claim 1 recites that "the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information," "the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information," and "the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation." Independent claims 23 and 24 include similar limitations.

The Examiner recognized that these limitations were not disclosed by Husbands and instead relied on Yuki. Office Action at 13-17. The combination of Husbands and Yuki is fundamentally flawed. Husbands operates in a peer-to-peer manner that is the opposite of the master/slave operation in Yuki. Husbands' does not even have the processing for performing the operations from Yuki. The Examiner's rationale to modify Husbands ignores these deficiencies, relies on logical errors, and is based on hindsight.

1.    Incorporating the disclosure of Yuki into Husbands would change the principle of operation of Husbands and render Husbands unsuitable for its intended purpose.

A modification or combination must not "require a substantial reconstruction and redesign of the elements" in a reference or "a change in the basic principles under which [a reference] was designed to operate." *In re Ratti*, 270 F.2d 810, 813 (CCPA 1959). "If [the] proposed modification would render the prior art invention being modified unsatisfactory for its intended purpose, then there is no suggestion or motivation to make the proposed modification." MPEP § 2143.01(V) (citing *In re Gordon*, 733 F.2d 900 (Fed. Cir. 1984)).

Husbands is a peer-to-peer network, not a master slave network as in Yuki. Husbands network uses carrier sense multiple access (CSMA) with collision detection (CD) or CSMA/CD. Husbands at 2:29-31. "**This protocol features no central controller** and any terminal can initiate communications to other terminals." *Id.* at 2:35-37, emphasis added.

The architecture of the prior art to Husbands and the embodiments described in Husbands confirms this communication technique. In Figures 1 and 2, any terminal T can communicate with another through a repeater or star coupler without a master. *Id.* at Figures 1 and 2, and 3:2-52. The "head-end repeater R" of Figure 1 does not include any processing. It only compensates for the different optical loss between near and far terminals T. *Id.* at 3:15-19. Figure 2 uses a passive star coupler. *Id.* at 3:30-33.

Figure 3 introduces an improvement to the passive star coupler of Figure 2. All transmitters T transmit to a fiber optic star 10, which combines the signals together. Id. at 3:60-61. "The resulting signal is amplified and distributed through a second outbound star 12." *Id.* at 61-63. No processing is included in the stars 10 and 12. As illustrated in Figure 4, only receivers 32 and 84 and transmitters 30 and 82 are illustrated to propagate the signals. *Id.* at Figure 4.

> Each of the 8 ports on one side of the star couplers 26 and 28 are dedicated to terminal interconnections. On the other side of the star couplers, one port is terminated through a connecter ether to the optical receiver 32 or to the optical transmitter 30. Optical transmissions from a terminal 14 enter the input star coupler 26 and are detected by the receiver 32. The electrical output of this receiver 32 drives the head-end transmitter 30, which launches light back into the output star 28. This light is divided by the star 28 and broadcast to all of the terminals.

*Id.* at 19-30. This is the foundation of the operation in Husbands. A signal from a terminal enters a star coupler. One output of the star coupler is received by a receiver R, electrically transmitted to transmitter T, and split to all of the devices through the output star coupler.

Figure 5 does not add any details to the star coupler operation. Figure 5 only provides the details on the terminals, that is, the fiber optic modem 18 of Figure 4. *Id.* at 4:47-49. Figure 6 illustrates the expandability of the network where a terminal is replaced with the dual star coupler of Figure 4. *Id.* 5:15-16.

Figure 7 adds no control of the network to the node. The activity detector 48 provides statistics and provides information to be displayed. *Id.* at 5:53-64. The babble detector 50 only "monitors the incident optical Manchester waveform of the packets and signals excessive collision counts. *Id.* at 5:64-6:2. The optical time domain reflectometer (OTDR) measures reflections to monitor continuity of the fiber optic cables. *Id.* at 6:10-17. Finally, Husbands discloses a video distribution service that may be input into an auxiliary port 44. *Id.* at 6:18-20. However, this is merely a way of transmitting a video channel to the terminals. *Id.* at 6:21-25 and 6:41-43.

The change to Figure 8 is the use of the star coupler 62 to use a single fiber between the star coupler and the terminals. The head-end receiver 66 merely receives transmissions and retransmits them back into the star coupler 62 to operate bidirectionally. *Id.* at 7:1-6. Figure 9 is the cascading of the devices of Figure 8 similar to that of Figure 6. Finally, Figure 10 discloses a system similar to that of Figure 8 but with a change in wavelength at the head-end node 74. *Id.* at 7:48-54.

The nodes and terminals of Husbands involve either (1) no processing or (2) specialized functions, none of which are control of the network in any manner. The receivers and transmitters merely repeat signals and perform no processing. The babble detector 50 and activity monitor 48 merely provide information, not control of the network.

Finally, the video distribution service merely provides video channels and is out of band for the main network communication.

In stark contrast, Yuki requires a master that manages the network. The slave units issue reports on an amount of data needed. Yuki 2:21-23. The master unit instructs the slave units on a maximum number of bits that may be transmitted. *Id.* 2:23-27.

The operation of Yuki changes the principle of operation of Husbands. First, this is a fundamental change from the terminals of Husbands that may transmit at any time, only stopping if the network is being used. No terminal in Husbands gives others permission to transmit data. Second, a master-slave network necessarily needs some processing. The nodes of Husbands themselves have none. The transmitters and receivers are merely repeaters.

Any remaining terminals in Husbands are fundamentally different from a network master. The babble detector has a specific purpose to detect collisions. The OTDR checks the continuity of fibers. The activity detector provides statistics. A video distribution service provides out-of-band video channels to the normal network communications. No device has any network control functionality.

Finally, the operation of Yuki makes the terminals of Husbands unsuitable for their intended purpose. As described above, it is a feature of Husbands that there is no central controller and any terminal can initiate communications. Yuki's system specifically requires a master and requires the slaves to ask for permission to transmit data.

Accordingly, there is no rational basis to modify the peer-to-peer system of Husbands with the master/slave system of Yuki.

### 2. The alleged rationale to combine Yuki with Husbands is not rational.

The Examiner's rationales to combine Yuki with Husbands do not support the combination. First, the Examiner appears to confuse CSMA with CDMA. As an alleged rationale to combine Yuki with Husbands, the office alleges that "FDM (Frequency Division

Multiplex), FDMA (Frequency Division Multiple Access), CDMA (Code Division Multiple Access), and the like" can be easily adapted to different protocols. Office Action at 16. However, CDMA and CSMA are not the same. In CSMA collisions are both inherent and detected to control access. Husbands at 2:49-54. After data is garbled by a collision, the data must be retransmitted. *Id.* at 2:54-58. Frequency division or code division access systems allow for simultaneous transmission. For example, in CDMA "a signal string characteristic for each optical network unit ONU is generated so that all signal strings can be detected even in the event that there is an overlap between several signal strings received simultaneously at the center OLT." U.S. Patent No. 6,011,637 ("Pfeiffer") at 4:41-46. That the system of Yuki may be used where CDMA is used does not provide a reason to use Yuki's system in the CSMA system of Husbands.

The Examiner also irrationally relied on Yuki's applicability to master/slave systems. The Examiner argued that "point-to-multipoint communication systems such as LANs ... are commonly configured such that a master unit and a plurality of slave units communicate by sharing, for example, transmission lines[.]" Office Action at 16-17. The Examiner argued that the point-to-multipoint system of Yuki was widely applicable to systems with a master unit and slave units. *Id.* at 17. The Examiner's reliance on the applicability of Yuki's system to master/slave systems is misplaced as Husbands does not have a master/slave system. Thus, any argument that Yuki's system may be incorporated into an existing master/slave system is inapplicable to Husbands.

The Examiner's modifications are premised on the head end of Husbands including the head end 24 of Figure 4 and "the monitor 48 and OTDR etc." Office Action at 12. Husbands does not refer to this combination as the head end. The activity monitor and OTDR are separate from the head end 24 of Figure 4 or the star node 46 of Figure 7. Husbands at Figures 4 and 7. The activity monitor 48 is effectively another terminal. It could be placed anywhere on the network as all traffic is transmitted to all terminals. It is

not necessarily part of the head end 24 or the star node 46. As described above, the OTDR is a piece of test equipment to test the optical fibers. Nothing discloses that one skilled in the art would include the activity monitory 48 or OTDR in a head end or even consider the combination to be a head end.

The Examiner implies that Yuki's access protocol can be used in a LAN that has CSMA/CD. Office Action at 6. However, Yuki is a wholesale replacement for a CSMA/CD based system. CSMA/CD inherently has collisions. Husbands 2:49-54. Yuki's system eliminates collisions, particularly, the ones from CSMA/CD. Yuki at 2:29-34. One skilled in the art would not use Yuki's protocol that does not have collisions to modify a CSMA/CD system that inherently has collisions.

The Examiner's logic with respect to point-to-multipoint communication systems and LANs in Yuki is flawed. The Examiner alleges that point-to-multipoint communication systems may be a LAN. *Id.* at 11 and 16, citing Yuki at 1:17-23. Yuki only mentions a LAN in one location. Yuki at 1:17-23. However, this LAN is a configuration with "master unit and a plurality of slave units." *Id.* Thus, it is not applicable to the peer-to-peer system of Husbands.

Next, the Examiner relies on a logical fallacy to allege that Figure 1 of Yuki is a LAN and that the protocol is applicable to a LAN. The Examiner's logic is that (1) Figure 1 is a point to multipoint system, (2) some point-to-multipoint communication systems are LANs, and therefore (3) Figure 1 of Yuki is a LAN and (4) Yuki's system may be applied to any LAN. This logic requires that all point-to-multipoint communication systems are LANs. Without that, the logic fails at (2). Unfortunately, Yuki only discloses that some point-to-multipoint communication systems are LANs.

Reinforcing this point, Yuki discloses that Figure 1 is "an optical access network[,]" not a LAN. Yuki at 11:58-59. Yuki lists an optical subscriber access network as a different

type of communication system from a LAN, CATV network, and a satellite communication network. *Id.* at 1:17-19. In access networks, data flows in a downstream direction from a head-end to terminals and in an upstream direction from the terminals to the head end. *See* U.S. Patent No. 6,023,467 at 3:44-51. The head-end and terminals are not peer entities. *Id.* at 3:54-58. This matches the upstream and downstream direction of data in Yuki. *See* Yuki at Figure 4 and 12:43-59 (describing the upstream and downstream transmission frames). This is in contrast to the peer-to-peer LAN of Husbands where "any terminal can initiate communications to other terminals." Husbands at 2:35-37.

The Examiner's repeated attempts to connect Yuki to a LAN are explained by the previous rejections. The Examiner previously rejected the claims based on Umayabashi, Unitt, and Pfeiffer. Office Action dated July 13, 2021 at 17-18. As explained in the Response, Umayabashi, Unitt, and Pfeiffer are access networks and not LANs. Response dated September 15, 2021 at 2-4.

The Examiner needed to find a reference with a passive optical LAN with the functions recited in the claims. That led to the use of Husbands in the next office action. Non-final Office Action dated October 8, 2021 at 5. However, Husbands was missing the recited functions. The Examiner then attempted to incorporate Yuki by any way possible. As described above, the reasons to incorporate Yuki are not sufficient.

### 3. The Examiner is relying on hindsight.

Here, the Examiner has been unable to find a reference that would be combined with Husbands CSMA/CD based system. Yuki discloses using time division multiplexing (TDM) and time division multiple access (TDMA) as part of the system. Yuki at 12:45-54. Yuki discloses that although TDM and TDMA may be used, Yuki's access protocol may be used with other types of access control such as CDMA, FDM, and FDMA. *Id.* at 29:65-30:4.

Conspicuously absent from the list of access control protocols is CSMA/CD. CSMA/CD appears over 39 times in Yuki, including Figures 18 20 21 27 and 28 comparing CSMA/CD to Yuki's system. However, Yuki never mentions that the system may be used with CSMA/CD.

Accordingly, the combination of Husbands and Yuki does not disclose or suggest each and every limitation of claims 1, 23, and 24 and the rejections should be reversed. Claims 1, 3-6, 11-14, 17, and 18 depend from claim 1, and the rejections should be reversed for at least the reason that claim 1. *See In re Fine*, 837 F.2d at 1076 (allowing dependent claims that depend from and further limit allowable base claims); *see also* MPEP § 2143.03 (same).

D.    The § 103 Rejection of Claims 2 and 7 Should be Reversed.

Claims 2 and 7 were rejected based on Husbands and Yuki and further in view of Finley. However, Finley does not cure the deficiencies of Husbands and Yuki. Finley focuses on "the application of optical transmission technology to the local interconnection structures that we call local area networks (LAN's)." Finley at 1. Finley does not disclose adding a master to a peer-to-peer CSMA/CD based network and modifying attached terminals to act as slaves to the master. In fact, Finley emphasizes that a LAN is "a data communication system that allows a number of **independent, non-homogenous** devices to communicate with each other[.]" *Id.*, emphasis added. Finley lists the distinguishing features of a LAN, none of which involve aspects of a master/slave system. *Id.*

Accordingly, the combination of Husbands, Yuki, and Finley does not disclose or suggest each and every limitation of claim 1. The rejection of dependent claims 2 and 7 should be reversed.

E.    **The § 103 Rejection of Claim 8 Should be Reversed.**

Claim 8 was rejected based on Husbands and Yuki and further in view of Xu. Xu does not cure the deficiencies of Husbands and Yuki. Xu focuses on adding local networking services to a conventional passive optical network (PON) using Ethernet CSMA/CD MAC. Xu at 7:52-57. A symmetric coupler arrangement provides this functionality. *Id.* at 56-57. Xu's system "enables a simplified (e.g., CSMA/CD) MAC to be implemented in the optical domain such that no other complicated MAC protocol is required." *Id.* at 8:2-4. Thus, Xu teaches against making the modification to a CSMA/CD based system to remove the CSMA/CD system and incorporate the complicated protocol of Yuki as proposed by the Examiner.

Accordingly, the combination of Husbands, Yuki, and Xu does not disclose or suggest each and every limitation of claim 1. The rejection of dependent claims 8 should be reversed.

F.    **The § 103 Rejection of Claim 9 Should be Reversed.**

Claim 9 was rejected based on Husbands and Yuki and further in view of ITU-T. ITU-T does not cure the deficiencies of Husbands and Yuki. ITU-T focuses on an optical access network, not a LAN. ITU-T at 5. ITU-T does not disclose adding a master to a peer-to-peer CSMA/CD based network and modifying attached terminals to act as slaves to the master.

Accordingly, the combination of Husbands, Yuki, and ITU-T does not disclose or suggest each and every limitation of claim 1. The rejection of dependent claim 9 should be reversed.

### G.    The § 103 Rejection of Claim 10 Should be Reversed.

Claim 10 was rejected based on Husbands and Yuki and further in view of Warden. Warden does not cure the deficiencies of Husbands and Yuki. Warden focuses on adding quality of service (QoS) to a system that does not support QoS. Warden ¶ 3. Warden adds QoS processing to the processing in the processor 26 that already exists in a Fibre Channel switch 20. *Id.* ¶ 105-109, describing the routing of frames by the processor 26 and the additional QoS scheduling. Warden does not disclose adding processing where processing did not exist, adding a master to a peer-to-peer CSMA/CD based network, and modifying attached terminals to act as slaves to the master.

Accordingly, the combination of Husbands, Yuki, and Warden does not disclose or suggest each and every limitation of claim 1. The rejection of dependent claim 10 should be reversed.

### H.    The § 103 Rejection of Claims 15, 16, 19, and 20 Should be Reversed.

Claims 15, 16, 19, and 20 were rejected based on Husbands and Yuki and further in view of Chang and Masucci. Chang and Masucci do not cure the deficiencies of Husbands and Yuki. Chang focuses on an access network similar to Yuki where optical network units (ONUs) communication with an optical line terminal (OLT), which is connected to an IP network. Chang ¶¶ 8 and 27. Masucci focuses on a PON 16 between a wide area network (WAN) 39 and a LAN 33. Masucci at 3:32-34, 3:46-49, 5:9-14, and Figure 1. Chang and Masucci do not disclose adding a master to a peer-to-peer CSMA/CD based network and modifying attached terminals to act as slaves to the master.

Accordingly, the combination of Husbands, Yuki, Chang, and Masucci does not disclose or suggest each and every limitation of claim 1. The rejection of dependent claims 15, 16, 19, and 20 should be reversed.

I.      **The § 103 Rejection of Claim 21 Should be Reversed.**

Claim 21 was rejected based on Husbands and Yuki and further in view of Mahony. Mahony does not cure the deficiencies of Husbands and Yuki.  Mahony focuses on a fiber optic drop that includes various physical components and fittings.  Mahony at Abstract. Mahony does not disclose adding a master to a peer-to-peer CSMA/CD based network and modifying attached terminals to act as slaves to the master.

Accordingly, the combination of Husbands, Yuki, and Mahony does not disclose or suggest each and every limitation of claim 1.  The rejection of dependent claim 21 should be reversed.

J.      **The § 103 Rejection of Claim 22 Should be Reversed.**

Claim 22 was rejected based on Husbands and Yuki and further in view of Finley and Vujkovic-Cvijin.  Finley and Vujkovic-Cvijin do not cure the deficiencies of Husbands and Yuki.  Vujkovic-Cvijin focuses on a dense wavelength division multiplexing transmitter using low cost discrete optical components.  Vujkovic-Cvijin at Abstract.  As described above, Finley discloses independent, non-homogenous devices communicating on a LAN. Neither discloses adding a master to a peer-to-peer CSMA/CD based network and modifying attached terminals to act as slaves to the master.

Accordingly, the combination of Husbands, Yuki, Finley, and Vujkovic-Cvijin does not disclose or suggest each and every limitation of claim 1.  The rejection of dependent claim 22 should be reversed.

V.    CONCLUSION

Based at least on the foregoing, the Applicant respectfully requests that the Board reverse the Examiner's rejections of all pending claims 1-24.

Respectfully submitted,

Date: _2022 Aug. 4_          By: _/Derek Meeker/_
                                 Derek Meeker
                                 Registration No. 53,313

                                 Laurence & Phillips IP Law
                                 2200 Pennsylvania Ave., N.W., 4th Floor East
                                 Washington, D.C. 20037-1701
                                 Telephone:  (202) 558-6968
                                 Facsimile:  (202) 558-6081

                                 Attorney Docket No. UBI-005E

LISTING OF CLAIMS ON APPEAL

1.) A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having a head end and one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of:

> an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength;
> at least one network interface for receiving user data; and
> a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information and wherein the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and wherein at least a portion of the user data is included in the upstream data information,
> whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation.

2.) The LAN client for a passive optical LAN of claim 1, wherein the control module includes an Ethernet MAC.

3.) The LAN client for a passive optical LAN of claim 1, wherein the control module includes a passive optical LAN protocol processor.

4.) The LAN client for a passive optical LAN of claim 1, wherein the control module further adjusts timing of the generation of the upstream electrical signal responsive to receiving a response delay message.

5.) The LAN client for a passive optical LAN of claim 1, wherein the control module is configured to receive in the downstream electrical signal a network identification address assigned to the LAN client and wherein the network identification address can be used by the control module for receiving downstream data information addressed to the LAN client for a passive optical LAN.

6.) The LAN client for a passive optical LAN of claim 1, wherein the control module performs operation administration and maintenance (OAM) message processing.

7.) The LAN client for a passive optical LAN of claim 1, wherein the control module is configured to manage the transmission and reception of optical data link layer communications through the optical interface based on at least one optical data link layer address and wherein the control module includes an Ethernet Media Access Control (MAC) configured to enable Ethernet communications through the at least one network interface.

8.) The LAN client for a passive optical LAN of claim 1, wherein the LAN client adjusts the optical power level of the upstream optical signal responsive to receiving a message.

9.) The LAN client for a passive optical LAN of claim 1, wherein the LAN client receives a request for new LAN clients to identify themselves and the LAN client responds with a message including a serial number for identifying the LAN client.

Appx3540

10.)    The LAN client for a passive optical LAN of claim 1, wherein the downstream control information includes a consecutive sequence of bits for the LAN client to identify the beginning of a downstream frame, wherein the downstream frame includes the downstream control and data information.

11.)    The LAN client for a passive optical LAN of claim 1, wherein the upstream control information includes user data buffering status information.

12.)    The LAN client for a passive optical LAN of claim 1, wherein the control module processes the downstream electrical signal having successive downstream frames.

13.)    The LAN client for a passive optical LAN of claim 12, wherein a downstream frame includes a first number of downstream subframes having one or more downstream formats and wherein each downstream subframe includes a second number of downstream slots of time.

14.)    The LAN client for a passive optical LAN of claim 13, wherein a downstream subframe includes a downstream communication channel for communicating the upstream bandwidth allocation for provisioning upstream slots of time to the LAN client for a passive optical LAN.

15.)    The LAN client for a passive optical LAN of claim 12, wherein a downstream frame includes downstream packet data and wherein downstream packet data includes a downstream packet header and downstream packet payload and wherein the downstream packet header includes a field indicating the length of the downstream packet payload.

16.)    The LAN client for a passive optical LAN of claim 15, wherein the downstream packet payload includes at least a portion of an Ethernet frame or a Fibre Channel frame.

17.)   The LAN client for a passive optical LAN of claim 1, wherein the upstream optical signal is emitted in one or more upstream slots of time forming one or more upstream frames as governed by the upstream bandwidth allocation.

18.)   The LAN client for a passive optical LAN of claim 17, wherein upstream frames includes a first number of upstream subframes having one or more upstream formats.

19.)   The LAN client for a passive optical LAN of claim 17, wherein upstream frames includes an upstream packet header and an upstream packet payload and wherein the upstream packet header includes a field indicating an upstream packet payload length.

20.)   The LAN client for a passive optical LAN of claim 19, wherein the upstream packet payload includes at least a portion of an Ethernet frame or a Fibre Channel frame.

21.)   The LAN client for a passive optical LAN of claim 1, wherein the optical interface includes one or more optical fiber connectors selected from the group consisting essentially of:

Subscriber Connector (SC);

Lucent Connector (LC);

Fiber Channel (FC);

Straight TP (ST); and

Miniature Unit (MU).

22.)   The LAN client for a passive optical LAN of claim 1, wherein the at least one network interface is configured to communicate using a protocol from the group consisting essentially of:

IEEE 10Mbit Ethernet;

IEEE 100Mbit Ethernet;

IEEE 1000Mbit Ethernet;

Fibre Channel;

IEEE 802.11;

IEEE 802.16; and

Digital Subscriber Line (DSL)

23.)     A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having a head end and one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of:

an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength;

at least one network interface for receiving user data; and

a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information wherein the upstream bandwidth allocation includes a start and end time slot number or a start time and length of time and wherein the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and wherein at least a portion of the user data is included in the upstream data information,

whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation.

24.)    A Local Area Network (LAN) client for a passive optical LAN, the passive optical LAN disposed to having a head end and one or more passive optical splitters for coupling the LAN client over one or more optical fibers to the head end of the passive optical LAN, the LAN client for a passive optical LAN comprising of:

an optical interface for converting a downstream optical signal on a downstream optical wavelength to a downstream electrical signal and for converting an upstream electrical signal to an upstream optical signal and emitting the upstream optical signal on an upstream optical wavelength;

at least one network interface for receiving user data; and

a control module electrically coupled to the optical interface and electrically coupled to the at least one network interface and wherein the control module processes the downstream electrical signal having a downstream control and downstream data information to recover an upstream bandwidth allocation from the downstream control information wherein the upstream bandwidth allocation includes a start and end time slot number or a start time and length of time and wherein the control module receives user data from the at least one network interface and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information and wherein at least a portion of the user data is included in the upstream data information,

whereby the LAN client for a passive optical LAN ends the optical upstream signal emissions responsive to the end time slot number or the end of the length of

time and whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation.



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/138,794 | 12/30/2020 | Alexander Ivan Soto | UBI-005E | 1022 |

12998          7590          09/09/2022
Laurence & Phillips IP Law
Derek Meeker
2200 Pennsylvania Ave., N.W.
4th Floor East
Washington, DC 20037

| EXAMINER |
|---|
| LIU, LI |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2636 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/09/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

dmeeker@lpiplaw.com
dwmeeker@comcast.net
eofficeaction@appcoll.com

PTOL-90A (Rev. 04/07)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

# BEFORE THE PATENT TRIAL AND APPEAL BOARD

Application Number: 17/138,794
Filing Date: 30 Dec 2020
Appellant(s): Soto et al.

_____

Derek Meeker
For Appellant

## EXAMINER'S ANSWER

This is in response to the appeal brief filed on August 4, 2022.

**(1) Grounds of Rejection to be Reviewed on Appeal**

Every ground of rejection set forth in the Office action dated February 2, 2022

from which the appeal is taken is being maintained by the examiner except for the

grounds of rejection (if any) listed under the subheading "WITHDRAWN REJECTIONS."

New grounds of rejection (if any) are provided under the subheading "NEW GROUNDS

OF REJECTION."

The following ground(s) of rejection are applicable to the appealed claims.


*Claim Rejections - 35 USC § 103*

1.     The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis

for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described
> as set forth in section 102, if the differences between the subject matter sought to be patented
> and the prior art are such that the subject matter as a whole would have been obvious at the
> time the invention was made to a person having ordinary skill in the art to which said subject
> matter pertains. Patentability shall not be negatived by the manner in which the invention was
> made.

2.     Claims 1, 3-6, 11-14, 17, 18, 23 and 24 are rejected under pre-AIA 35 U.S.C.

103(a) as being unpatentable over Husbands et al (US 4,781,427) in view of Yuki et al

(US 6,778,557).

1). With regard to claim 1, Husbands discloses a Local Area Network (LAN) client

(e.g., 18/16 in Figure 4, "fiber optic modem 18" and "Sytek local net 20/100 dual port

packet communication unit 16"; also shown in Figure 5. Figure 8: optic modem card 56

and Comm Card) for a passive optical LAN (as a convention in the art, in a passive

optical network (PON) the transmission facility between the transmitter and the

receivers consists of passive (i.e., <u>un-powered</u>) optical components; or what makes a

passive optical network passive is that it uses unpowered optical splitters. As shown in

Husbands' Figures 4 and 8, there is no "powered devices" between the

transmitter/receiver of the head-end and the receiver/transmitter (the optical modem) of

the LAN client; e.g., Figure 8, no powered devices between transmitter/receiver 64/66 of

the head-end 68 and the fiber optical modem card 56; the 8x8 star coupler is a passive

splitter/coupler. Therefore, the network shown in Figure 4 or Figure 8 is a passive

optical LAN), the passive optical LAN disposed to having a head end (the head end 24

in Figure 4; Figure 7, the star node 46 combined with auxiliary optical ports 44 plus the

monitor 48 and OTDR etc. form a head-end, column 5 line 42 to column 6 line 50; Head

End in Figure 8)  and one or more passive optical splitters (e.g., Figure 4, "two 8x8

passive optical star couplers 26 and 28". Figure 8, "8x8 passive optical star coupler 62")

for coupling the LAN client over one or more optical fibers (Figure 4: "fiber optic cables

20 and 22". Figure 8, "a single fiber cable 60") to the head end of the passive optical

LAN (Figures 4 and 8 etc.), the LAN client for a passive optical LAN comprising of:

     an optical interface (FO XMTR and FO RCV in Figures 4 and 8) for converting a

downstream optical signal on a downstream optical wavelength (column 4 lines 3-13

and 40-42, column 7 lines 7-9, around 850 nm; or 1300 nm as shown in Figure 10,

column 7 lines 50-54) to a downstream electrical signal and for converting an upstream

electrical signal to an upstream optical signal and emitting the upstream optical signal

on an upstream optical wavelength (column 4 lines 40-42, column 7 lines 7-9, around

850 nm);

at least one network interface for receiving user data (Figure 5: PORT # 1 and

PORT # 2 of SYTEK COMM CARD 40 for receiving user data from user device 14.

Figure 8, COMM CARD for receiving user data from User Terminal Device); and

a control module (interface logic in Figures 4 and 8 etc.; or Figure 5, column 4

lines 47-64) electrically coupled to the optical interface and electrically coupled to the at

least one network interface (Figures 4, 5 and 8 etc.) and wherein the control module

processes the downstream electrical signal having a downstream data information

(column 4 lines 3-13 and 40-42, and column 6 lines 18-40 etc.) and wherein the control

module receives user data from the at least one network interface (user data coming

from the User Terminal Devices as shown in Figures 4 and 8 etc.) and the control

module generates the upstream electrical signal having upstream data information

(column 4 lines 3-13 and 40-42 etc.) and wherein at least a portion of the user data is

included in the upstream data information (column 4 lines 3-13 and 40-42 etc.),

whereby the LAN client for a passive optical LAN communicates user data

upstream (based on CSMA/CD "listen while talking", column 2 line 44, column 7 line 26-

27 and 47).

But, Husbands et al does not expressly disclose wherein the control module

processes the downstream electrical signal having a downstream control information to

recover an upstream bandwidth allocation from the downstream control information and

the control module responsive to the upstream bandwidth allocation generates the

upstream electrical signal having upstream control and upstream data information,

whereby the LAN client for a passive optical LAN communicates user data upstream

responsive to an upstream bandwidth allocation.

However, as disclosed by Husbands et al, the fiber optical LAN uses CSMA/CD

"listen while talking" protocol, and the head-end can perform other functions, e.g.,

"technical control" (monitoring, signaling, and fault isolation etc.), and "[a] video

distribution service may also be provided on an unexpanded network by use of the

auxiliary ports 44 on the outbound star node 47" (column 5 line 42 to column 6 line 50

etc.; Figure 7 etc., the star node 46 together with the auxiliary optical ports 44 etc.

function "as the network head-end", or the star node combined with auxiliary optical

ports plus the monitor 48 and OTDR etc. form a head-end), and the control logic in

Husbands' LAN client can perform "listen before talk" and "listen while talk" etc. and

determine when to transmit a signal; it is obvious to one skilled in the art that other

protocols can be used for the fiber optical LAN.

Yuki et al discloses a protocol that allocates bandwidth dynamically (or dynamic

bandwidth allocation. Abstract, and column 2 line 9 to column 5 line 55) for a point-to-

multipoint communication system (Figure 1 etc.), which comprises a master unit (20)

and slave units (10-i) coupled to the master unit by a passive optical splitter (40), and a

control module (17 in Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84

etc.) in the slave unit electrically coupled to the optical interface (13/14 in Figures 2, 65,

68 and 76 etc.) and electrically coupled to the at least one network interface (11/12 in

Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84 etc.) and wherein the

control module processes the downstream electrical signal having a downstream control

and downstream data information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure

78 etc.) to recover an upstream bandwidth allocation from the downstream control

information (Figures 8-10 and 31 etc. "On the basis of the reports from the slave units,

the master unit determines an allowable amount of information for each slave unit and

permits the slave units to transmit the stored signals according to the request from the

master unit.") and wherein the control module receives user data from the at least one

network interface (user data signal from input unit 11) and the control module

responsive to the upstream bandwidth allocation generates the upstream electrical

signal having upstream control and upstream data information (Figure 5, Figure 30,

Figure 31, Figures 50-55, Figure 78 etc.) and wherein at least a portion of the user data

is included in the upstream data information (Figure 30, Figure 31, Figures 50-55,

Figure 78 etc.), whereby the slave unit for the passive optical network communicates

user data upstream responsive to an upstream bandwidth allocation (dynamic

bandwidth allocation. Abstract, and column 2 line 9 to column 5 line 55 etc.).

     Yuki et al indicates "Conventional access protocols, however, have the following

drawbacks that make these protocols incapable of handling burst traffic containing

several megabytes of data, which is expected to grow even more in the future. When,

for example, information signals generated in bursts of several megabytes are

transmitted according to the CSMA/CD protocol, the information signals are separated

into packets of about 64-1500 kB and repeatedly transmitted. Consequently, increased

burst traffic results in a markedly lower throughput because of the higher frequency of

retransmission due to packet collisions. ... the delay time increases and is not constant

any longer. .... Thus, conventional access protocols for point-to-multipoint

communication systems are <u>disadvantageous in</u> that an increase in burst traffic

containing several megabytes of data results in a lower throughput and makes it

impossible to comply with time requirements for downstream transmission" (column 1

line 43 to column 2 line 6).

However, Yuki et al's approach/protocol "allows slave units to transmit signals in

accordance with instructions from the master unit, no signal collisions occur in the

transmission line and a throughput reduction such as that observed in the case of

CSMA/CD is avoided when signals containing several megabytes of data are

transmitted in bursts." (column 2 lines 28-34; column 3 lines 43-49; column 30 lines 5-

14) and "allows the maximum amount of stored signal to be stabilized at a

comparatively low level without the increase observed in the access protocol based on

TDMA or CSMA/CD, can easily accommodate burst traffic, and is capable of reducing

the buffer memory requirements of slave units when the load factor of the transmission

line is high and the burst traffic increases in volume" (column 23 lines 14-22. And

column 21 lines 49-60; column 30 lines 19 and 26).

Yuki et al also states "the access protocol in accordance with the present

invention can be easily adapted, for example, to FDM (Frequency Division Multiplex),

FDMA (Frequency Division Multiple Access), CDMA (Code Division Multiple Access),

and the like" (column 30 line 1-4); that is, Yuki's access protocol can be easily adapted

to different protocols, and "the like". And, Yuki et al states "Point-to-multipoint

communication systems such as LANs, CATV networks, satellite communication

networks, and optical subscriber access networks are commonly configured such that a

master unit and a plurality of slave units communicate by sharing, for example,

transmission lines such as those used in coaxial communication, optical-fiber

communication, and radio communication" (column 1 line 16-23), and "the point-to-

multipoint communication system of the present invention is also <u>widely applicable</u> to

communication systems composed of <u>a master unit and a plurality of slave units</u> such

that the transmission line band is allocated among the slave units by the master unit in a

controlled manner" (column 11 line 58 to column 12 line 6); Figure 1 is a point-to-

multipoint communication system; that is, the point-to-multipoint system shown in Figure

1 can be an optical LAN. Therefore, it would have been obvious to one of ordinary skill

in the art before the effective filing date of the claimed invention to apply the dynamic

bandwidth allocation approach as taught by Yuki et al to the system/method of

Husbands et al so that a throughput reduction observed in the case of CSMA/CD is

avoided, signal collisions can be eliminated, the buffer memory requirements can be

relaxed, and the latency time elapsed before a slave/client unit transmits a signal can be

reduced, and system capacity/throughput can be increased.

     2). With regard to claim 3, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the control module includes a passive optical LAN

protocol processor (e.g., the control logic in Figures 4, 5 and 8 of Yuki. And

controller/processor in the slave unit of Yuki).

     3). With regard to claim 4, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the control module further adjusts timing of the

generation of the upstream electrical signal responsive to receiving a response delay

message (Yuki: column 2 lines 41-63, "a time of td seconds is necessary for the

transmission if all the slave units transmit kilobit signals, making it possible to secure an

allowed delay time of td seconds for data transmission by all the slave units"; "The

control unit 17 issues instructions regarding time slot numbers and transmission timing";

"The control packet sent from the control unit 27 to the transmission unit 23 is

transmitted to the slave units 10-1 to 10-m by the time slots of a control region provided

inside the frame. Transmission timing and time slot numbers are controlled by the

control unit 28". Figure 30 and 52 etc., "delay control region").

4). With regard to claim 5, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the control module is configured to receive in the

downstream electrical signal a network identification address assigned to the LAN client

and wherein the network identification address can be used by the control module for

receiving downstream data information addressed to the LAN client for a passive optical

LAN (Husbands: column 2 lines 39-64, "If the line is quiet, the source terminal sends out

a command packet followed by the message. The command packet contains both the

destination address and the source address. Upon hearing its address, the receiving

terminal copies the message" "The collision detection process can take several forms

such as summed energy or software comparisons on the flags or addresses in the

broadband mechanization". Yuki: column 5 lines 33-55, "the master unit divides

terminal-addressed input packets and attaches headers to create fixed-length cells.

Each header contains slave unit addresses for use in the point-to-multipoint

communication system and retrieved based on the terminal addresses contained in the

input packets. Because the slave units operate such that data is retrieved only if the

addresses contained in the aforementioned headers match the addresses of the local

stations, the transfer rate in the downstream direction for each of the slave units can be

varied in a simple manner using the master unit alone. In addition, short bit strings are

used and the transfer rate can be utilized efficiently because the addresses of the slave

units used in each header are those that have significance solely inside a point-to-

multipoint communication system. Furthermore, the address architecture used in the

point-to-multipoint communication system is hierarchized, and the addresses are set

such that a subnet is used and the slave units constitute a single network within the

entire point-to-multipoint communication system. The structure of the master unit can

thus be simplified because the portion of a terminal address for identifying the subnet

can be used directly as a slave unit address", and column 13 lines 19-25 and column 47

lines 1-10 etc.).

5). With regard to claim 6, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the control module performs operation

administration and maintenance (OAM) message processing (Yuki: Figures 4 and 5, 19

etc., PLOAM sent downstream; column 14 lines 8-12, "Described below with reference

to FIGS. 6 to 10 is a first embodiment aspect, which is configured such that the master

unit 20 uses PLOAM cells to instruct slave units 10 to issue reports regarding the

information amount necessary to transmit signals"; column 33 lines 23-39; and column

51 lines 5-22 etc.).

6). With regard to claim 11, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the upstream control information includes user data

buffering status information (Yuki: refer claim 1 rejection; column 12 lines 15-27, and

Figures 6, 8, 10 and 11 etc.).

7). With regard to claim 12, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the control module processes the downstream

electrical signal having successive downstream frames (Yuki: e.g., Figure 4, 5, 30, 54

etc.).

8). With regard to claim 13, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 and 12 above. And the combination of Husbands et

al and Yuki et al further discloses wherein a downstream frame includes a first number

of downstream subframes having one or more downstream formats and wherein each

downstream subframe includes a second number of downstream slots of time (Yuki:

e.g., Figures 4, 5, 30 and 54 etc.).

9). With regard to claim 14, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 and 12-13 above. And the combination of

Husbands et al and Yuki et al further discloses wherein a downstream subframe

includes a downstream communication channel for communicating the upstream

bandwidth allocation for provisioning upstream slots of time to the LAN client for a

passive optical LAN (Yuki: e.g., Figures 5, 30, 54 etc.).

10). With regard to claim 17, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the upstream optical signal is emitted in one or more

upstream slots of time forming one or more upstream frames as governed by the

upstream bandwidth allocation (Yuki: e.g., Figures 4, 5, 12, 25, 29 and 31 etc.).

11). With regard to claim 18, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claims 1 and 17 above. And the combination of Husbands

et al and Yuki et al further discloses wherein upstream frames includes a first number of

upstream subframes having one or more upstream formats (Yuki: Figure 25 etc.; also

Figures 5 and 50 etc.).

12). With regard to claim 23, Husbands discloses a Local Area Network (LAN)

client (e.g., 18/16 in Figure 4, "fiber optic modem 18" and "Sytek local net 20/100 dual

port packet communication unit 16"; also shown in Figure 5. Figure 8: optic modem card

56 and Comm Card) for a passive optical LAN (as a convention in the art, in a passive

optical network (PON) the transmission facility between the transmitter and the

receivers consists of passive (i.e., un-powered) optical components; or what makes a

passive optical network passive is that it uses unpowered optical splitters. As shown in

Husbands' Figures 4 and 8, there is no "powered devices" between the

transmitter/receiver of the head-end and the receiver/transmitter (the optical modem) of

the LAN client; e.g., Figure 8, no powered devices between transmitter/receiver 64/66 of

the head-end 68 and the fiber optical modem card 56; the 8x8 star coupler is a passive

splitter/coupler. Therefore, the network shown in Figure 4 or Figure 8 is a passive

optical LAN), the passive optical LAN disposed to having a head end (the head end 24

in Figure 4; Figure 7, the star node 46 combined with auxiliary optical ports 44 plus the

monitor 48 and OTDR etc. form a head-end, column 5 line 42 to column 6 line 50; Head

End in Figure 8)  and one or more passive optical splitters (e.g., Figure 4, "two 8x8

passive optical star couplers 26 and 28". Figure 8, "8x8 passive optical star coupler 62")

for coupling the LAN client over one or more optical fibers (Figure 4: "fiber optic cables

20 and 22". Figure 8, "a single fiber cable 60") to the head end of the passive optical

LAN (Figures 4 and 8 etc.), the LAN client for a passive optical LAN comprising of:

an optical interface (FO XMTR and FO RCV in Figures 4 and 8) for converting a

downstream optical signal on a downstream optical wavelength (column 4 lines 3-13

and 40-42, column 7 lines 7-9, around 850 nm; or 1300 nm as shown in Figure 10,

column 7 lines 50-54) to a downstream electrical signal and for converting an upstream

electrical signal to an upstream optical signal and emitting the upstream optical signal

on an upstream optical wavelength (column 4 lines 40-42, column 7 lines 7-9, around

850 nm);

at least one network interface for receiving user data (Figure 5: PORT # 1 and

PORT # 2 of SYTEK COMM CARD 40 for receiving user data from user device 14.

Figure 8, COMM CARD for receiving user data from User Terminal Device); and

a control module (interface logic in Figures 4 and 8 etc.; or Figure 5, column 4

lines 47-64) electrically coupled to the optical interface and electrically coupled to the at

least one network interface (Figures 4, 5 and 8 etc.) and wherein the control module

processes the downstream electrical signal having a downstream data information

(column 4 lines 3-13 and 40-42, and column 6 lines 18-40 etc.) and wherein the control

module receives user data from the at least one network interface (user data coming

from the User Terminal Devices as shown in Figures 4 and 8 etc.) and the control

module generates the upstream electrical signal having upstream data information

(column 4 lines 3-13 and 40-42 etc.) and wherein at least a portion of the user data is included in the upstream data information (column 4 lines 3-13 and 40-42 etc.),

whereby the LAN client for a passive optical LAN communicates user data upstream (based on CSMA/CD "listen while talking", column 2 line 44, column 7 line 26-27 and 47).

But, Husbands et al does not expressly disclose wherein the control module processes the downstream electrical signal having a downstream control information to recover an upstream bandwidth allocation from the downstream control information wherein the upstream bandwidth allocation includes a start and end time slot number or a start time and length of time and the control module responsive to the upstream bandwidth allocation generates the upstream electrical signal having upstream control and upstream data information, whereby the LAN client for a passive optical LAN communicates user data upstream responsive to an upstream bandwidth allocation.

However, as disclosed by Husbands et al, the fiber optical LAN uses CSMA/CD "listen while talking" protocol, and the head-end can perform other functions, e.g., "technical control" (monitoring, signaling, and fault isolation etc.), and "[a] video distribution service may also be provided on an unexpanded network by use of the auxiliary ports 44 on the outbound star node 47" (column 5 line 42 to column 6 line 50 etc.; Figure 7 etc., the star node 46 together with the auxiliary optical ports 44 etc. function "as the network head-end", or the star node combined with auxiliary optical ports plus the monitor 48 and OTDR etc. form a head-end), and the control logic in Husbands' LAN client can perform "listen before talk" and "listen while talk" etc. and

determine when to transmit a signal; it is obvious to one skilled in the art that other

protocols can be used for the fiber optical LAN.

Yuki et al discloses a protocol that allocates bandwidth dynamically (or dynamic

bandwidth allocation. Abstract, and column 2 line 9 to column 5 line 55) for a point-to-

multipoint communication system (Figure 1 etc.), which comprises a master unit (20)

and slave units (10-i) coupled to the master unit by a passive optical splitter (40), and a

control module (17 in Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84

etc.) in the slave unit electrically coupled to the optical interface (13/14 in Figures 2, 65,

68 and 76 etc.) and electrically coupled to the at least one network interface (11/12 in

Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84 etc.) and wherein the

control module processes the downstream electrical signal having a downstream control

and downstream data information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure

78 etc.) to recover an upstream bandwidth allocation from the downstream control

information (Figures 8-10 and 31 etc. "On the basis of the reports from the slave units,

the master unit determines an allowable amount of information for each slave unit and

permits the slave units to transmit the stored signals according to the request from the

master unit."), wherein the upstream bandwidth allocation includes a start and end time

slot number or a start time and length of time (column 5 lines 16-22, "the time slots for

transmitting information signals by slave units are calculated by the master unit

dynamically and efficiently on the basis of reports from slave units"; Figures 5, 25 and

29; and column 36 line 8 to column 39 line 6, "the time slot number for starting a data

packet transmission and the information amount ni for allowing these packets to be

transmitted are read from the information amount notification region of the control

packet" and "[t]he information signals sent from the buffer memory 15 are written in the

information signal region. Packet classification numbers 11h, which indicate that the

packets are for transmitting information signals, are written to a packet identification

region. Slave unit identification numbers assigned in advance to the slave units 10 are

written to a slave unit identification region. The necessary information is written to each

region of the data packet in the transmission unit 13, and this data packet is then sent to

the master unit 20 <u>by the time slots of a data region provided inside the frame</u>.

Transmission timing and time slot numbers are controlled by the control unit 17"; "FIG.

44 is a flowchart depicting a procedure for determining the time slot number according

to which a slave unit begins transmitting an information packet") and wherein the control

module receives user data from the at least one network interface (user data signal from

input unit 11) and the control module responsive to the upstream bandwidth allocation

generates the upstream electrical signal having upstream control and upstream data

information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure 78 etc.), whereby the

slave unit for a passive optical network communicates user data upstream responsive to

an upstream bandwidth allocation (dynamic bandwidth allocation. Abstract, and column

2 line 9 to column 5 line 55 etc.).

Yuki et al indicates "Conventional access protocols, however, have the following

drawbacks that make these protocols incapable of handling burst traffic containing

several megabytes of data, which is expected to grow even more in the future. When,

for example, information signals generated in bursts of several megabytes are

transmitted according to the CSMA/CD protocol, the information signals are separated

into packets of about 64-1500 kB and repeatedly transmitted. Consequently, increased

burst traffic results in a markedly lower throughput because of the higher frequency of

retransmission due to packet collisions. ...  the delay time increases and is not constant

any longer. .... Thus, conventional access protocols for point-to-multipoint

communication systems are <u>disadvantageous in</u> that an increase in burst traffic

containing several megabytes of data results in a lower throughput and makes it

impossible to comply with time requirements for downstream transmission" (column 1

line 43 to column 2 line 6).

    However, Yuki et al's approach/protocol "allows slave units to transmit signals in

accordance with instructions from the master unit, no signal collisions occur in the

transmission line and a throughput reduction such as that observed in the case of

CSMA/CD is avoided when signals containing several megabytes of data are

transmitted in bursts." (column 2 lines 28-34; column 3 lines 43-49; column 30 lines 5-

14) and "allows the maximum amount of stored signal to be stabilized at a

comparatively low level without the increase observed in the access protocol based on

TDMA or CSMA/CD, can easily accommodate burst traffic, and is capable of reducing

the buffer memory requirements of slave units when the load factor of the transmission

line is high and the burst traffic increases in volume" (column 23 lines 14-22. And

column 21 lines 49-60; column 30 lines 19 and 26).

    Yuki et al also states "the access protocol in accordance with the present

invention can be easily adapted, for example, to FDM (Frequency Division Multiplex),

FDMA (Frequency Division Multiple Access), CDMA (Code Division Multiple Access),

and the like" (column 30 line 1-4); that is, Yuki's access protocol can be easily adapted

to different protocols, and "the like". And, Yuki et al states "<u>Point-to-multipoint</u>

communication systems such as LANs, CATV networks, satellite communication

networks, and optical subscriber access networks are commonly configured such that a

master unit and a plurality of slave units communicate by sharing, for example,

transmission lines such as those used in coaxial communication, optical-fiber

communication, and radio communication" (column 1 line 16-23), and "the point-to-

multipoint communication system of the present invention is also widely applicable to

communication systems composed of a master unit and a plurality of slave units such

that the transmission line band is allocated among the slave units by the master unit in a

controlled manner" (column 11 line 58 to column 12 line 6); Figure 1 is a point-to-

multipoint communication system; that is, the point-to-multipoint system shown in Figure

1 can be an optical LAN. Therefore, it would have been obvious to one of ordinary skill

in the art before the effective filing date of the claimed invention to apply the dynamic

bandwidth allocation approach as taught by Yuki et al to the system/method of

Husbands et al so that a throughput reduction observed in the case of CSMA/CD is

avoided, signal collisions can be eliminated, the buffer memory requirements can be

relaxed, and the latency time elapsed before a slave/client unit transmits a signal can be

reduced, and system capacity/throughput can be increased.

13). With regard to claim 24, Husbands discloses a Local Area Network (LAN)

client (e.g., 18/16 in Figure 4, "fiber optic modem 18" and "Sytek local net 20/100 dual

port packet communication unit 16"; also shown in Figure 5. Figure 8: optic modem card

56 and Comm Card) for a passive optical LAN (as a convention in the art, in a passive

optical network (PON) the transmission facility between the transmitter and the

receivers consists of passive (i.e., un-powered) optical components; or what makes a

passive optical network passive is that it uses unpowered optical splitters. As shown in

Husbands' Figures 4 and 8, there is no "powered devices" between the

transmitter/receiver of the head-end and the receiver/transmitter (the optical modem) of

the LAN client; e.g., Figure 8, no powered devices between transmitter/receiver 64/66 of

the head-end 68 and the fiber optical modem card 56; the 8x8 star coupler is a passive

splitter/coupler. Therefore, the network shown in Figure 4 or Figure 8 is a passive

optical LAN), the passive optical LAN disposed to having a head end (the head end 24

in Figure 4; Figure 7, the star node 46 combined with auxiliary optical ports 44 plus the

monitor 48 and OTDR etc. form a head-end, column 5 line 42 to column 6 line 50; Head

End in Figure 8)  and one or more passive optical splitters (e.g., Figure 4, "two 8x8

passive optical star couplers 26 and 28". Figure 8, "8x8 passive optical star coupler 62")

for coupling the LAN client over one or more optical fibers (Figure 4: "fiber optic cables

20 and 22". Figure 8, "a single fiber cable 60") to the head end of the passive optical

LAN (Figures 4 and 8 etc.), the LAN client for a passive optical LAN comprising of:

  an optical interface (FO XMTR and FO RCV in Figures 4 and 8) for converting a

downstream optical signal on a downstream optical wavelength (column 4 lines 3-13

and 40-42, column 7 lines 7-9, around 850 nm; or 1300 nm as shown in Figure 10,

column 7 lines 50-54) to a downstream electrical signal and for converting an upstream

electrical signal to an upstream optical signal and emitting the upstream optical signal

on an upstream optical wavelength (column 4 lines 40-42, column 7 lines 7-9, around

850 nm);

at least one network interface for receiving user data (Figure 5: PORT # 1 and

PORT # 2 of SYTEK COMM CARD 40 for receiving user data from user device 14.

Figure 8, COMM CARD for receiving user data from User Terminal Device); and

a control module (interface logic in Figures 4 and 8 etc.; or Figure 5, column 4

lines 47-64) electrically coupled to the optical interface and electrically coupled to the at

least one network interface (Figures 4, 5 and 8 etc.) and wherein the control module

processes the downstream electrical signal having a downstream data information

(column 4 lines 3-13 and 40-42, and column 6 lines 18-40 etc.) and wherein the control

module receives user data from the at least one network interface (user data coming

from the User Terminal Devices as shown in Figures 4 and 8 etc.) and the control

module generates the upstream electrical signal having upstream data information

(column 4 lines 3-13 and 40-42 etc.) and wherein at least a portion of the user data is

included in the upstream data information (column 4 lines 3-13 and 40-42 etc.),

whereby the LAN client for a passive optical LAN communicates user data

upstream (based on CSMA/CD "listen while talking", column 2 line 44, column 7 line 26-

27 and 47).

But, Husbands et al does not expressly disclose wherein the control module

processes the downstream electrical signal having a downstream control information to

recover an upstream bandwidth allocation from the downstream control information

wherein the upstream bandwidth allocation includes a start and end time slot number or

a start time and length of time and the control module responsive to the upstream

bandwidth allocation generates the upstream electrical signal having upstream control

and upstream data information, whereby the LAN client for a passive optical LAN ends

the optical upstream signal emissions responsive to the end time slot number or the end

of the length of time and whereby the LAN client for a passive optical LAN

communicates user data upstream responsive to an upstream bandwidth allocation.

However, as disclosed by Husbands et al, the fiber optical LAN uses CSMA/CD

"listen while talking" protocol, and the head-end can perform other functions, e.g.,

"technical control" (monitoring, signaling, and fault isolation etc.), and "[a] video

distribution service may also be provided on an unexpanded network by use of the

auxiliary ports 44 on the outbound star node 47" (column 5 line 42 to column 6 line 50

etc.; Figure 7 etc., the star node 46 together with the auxiliary optical ports 44 etc.

function "as the network head-end", or the star node combined with auxiliary optical

ports plus the monitor 48 and OTDR etc. form a head-end), and the control logic in

Husbands' LAN client can perform "listen before talk" and "listen while talk" etc. and

determine when to transmit a signal; it is obvious to one skilled in the art that other

protocols can be used for the fiber optical LAN.

Yuki et al discloses a protocol that allocates bandwidth dynamically (or dynamic

bandwidth allocation. Abstract, and column 2 line 9 to column 5 line 55) for a point-to-

multipoint communication system (Figure 1 etc.), which comprises a master unit (20)

and slave units (10-i) coupled to the master unit by a passive optical splitter (40), and a

control module (17 in Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84

etc.) in the slave unit electrically coupled to the optical interface (13/14 in Figures 2, 65,

68 and 76 etc.) and electrically coupled to the at least one network interface (11/12 in

Figures 2, 65, 68 and 76 etc.; also refer Figures 79, 82 and 84 etc.) and wherein the

control module processes the downstream electrical signal having a downstream control

and downstream data information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure

78 etc.) to recover an upstream bandwidth allocation from the downstream control

information (Figures 8-10 and 31 etc. "On the basis of the reports from the slave units,

the master unit determines an allowable amount of information for each slave unit and

permits the slave units to transmit the stored signals according to the request from the

master unit."), wherein the upstream bandwidth allocation includes a start and end time

slot number or a start time and length of time (column 5 lines 16-22, "the time slots for

transmitting information signals by slave units are calculated by the master unit

dynamically and efficiently on the basis of reports from slave units"; Figures 5, 25 and

29; and column 36 line 8 to column 39 line 6, "the time slot number for starting a data

packet transmission and the information amount ni for allowing these packets to be

transmitted are read from the information amount notification region of the control

packet" and "[t]he information signals sent from the buffer memory 15 are written in the

information signal region. Packet classification numbers 11h, which indicate that the

packets are for transmitting information signals, are written to a packet identification

region. Slave unit identification numbers assigned in advance to the slave units 10 are

written to a slave unit identification region. The necessary information is written to each

region of the data packet in the transmission unit 13, and this data packet is then sent to

the master unit 20 by the time slots of a data region provided inside the frame.

Transmission timing and time slot numbers are controlled by the control unit 17"; "FIG.

44 is a flowchart depicting a procedure for determining the time slot number according

to which a slave unit begins transmitting an information packet") and wherein the control

module receives user data from the at least one network interface (user data signal from

input unit 11) and the control module responsive to the upstream bandwidth allocation

generates the upstream electrical signal having upstream control and upstream data

information (Figure 5, Figure 30, Figure 31, Figures 50-55, Figure 78 etc.) and wherein

at least a portion of the user data is included in the upstream data information (Figure

30, Figure 31, Figures 50-55, Figure 78 etc.), whereby the slave unit for a passive

optical network ends the optical upstream signal emissions responsive to the end time

slot number or the end of the length of time (column 5 lines 16-22; Figures 5, 25, 29 and

44; and column 36 line 8 to column 39 line 6 etc.) and whereby the slave unit for a

passive optical network communicates user data upstream responsive to an upstream

bandwidth allocation (dynamic bandwidth allocation. Abstract, and column 2 line 9 to

column 5 line 55 etc.).

Yuki et al indicates "Conventional access protocols, however, have the following

drawbacks that make these protocols incapable of handling burst traffic containing

several megabytes of data, which is expected to grow even more in the future. When,

for example, information signals generated in bursts of several megabytes are

transmitted according to the CSMA/CD protocol, the information signals are separated

into packets of about 64-1500 kB and repeatedly transmitted. Consequently, increased

burst traffic results in a markedly lower throughput because of the higher frequency of

retransmission due to packet collisions. ... the delay time increases and is not constant

any longer. .... Thus, conventional access protocols for point-to-multipoint

communication systems are <u>disadvantageous in</u> that an increase in burst traffic

containing several megabytes of data results in a lower throughput and makes it

impossible to comply with time requirements for downstream transmission" (column 1

line 43 to column 2 line 6).

However, Yuki et al's approach/protocol "allows slave units to transmit signals in

accordance with instructions from the master unit, no signal collisions occur in the

transmission line and a throughput reduction such as that observed in the case of

CSMA/CD is avoided when signals containing several megabytes of data are

transmitted in bursts." (column 2 lines 28-34; column 3 lines 43-49; column 30 lines 5-

14) and "allows the maximum amount of stored signal to be stabilized at a

comparatively low level without the increase observed in the access protocol based on

TDMA or CSMA/CD, can easily accommodate burst traffic, and is capable of reducing

the buffer memory requirements of slave units when the load factor of the transmission

line is high and the burst traffic increases in volume" (column 23 lines 14-22. And

column 21 lines 49-60; column 30 lines 19 and 26).

Yuki et al also states "the access protocol in accordance with the present

invention can be easily adapted, for example, to FDM (Frequency Division Multiplex),

FDMA (Frequency Division Multiple Access), CDMA (Code Division Multiple Access),

and the like" (column 30 line 1-4); that is, Yuki's access protocol can be easily adapted

to different protocols, and "the like". And, Yuki et al states "Point-to-multipoint

communication systems such as LANs, CATV networks, satellite communication

networks, and optical subscriber access networks are commonly configured such that a

master unit and a plurality of slave units communicate by sharing, for example,

transmission lines such as those used in coaxial communication, optical-fiber

communication, and radio communication" (column 1 line 16-23), and "the point-to-

multipoint communication system of the present invention is also <u>widely applicable</u> to

communication systems composed of <u>a master unit and a plurality of slave units</u> such

that the transmission line band is allocated among the slave units by the master unit in a

controlled manner" (column 11 line 58 to column 12 line 6); Figure 1 is a point-to-

multipoint communication system; that is, the point-to-multipoint system shown in Figure

1 can be an optical LAN. Therefore, it would have been obvious to one of ordinary skill

in the art before the effective filing date of the claimed invention to apply the dynamic

bandwidth allocation approach as taught by Yuki et al to the system/method of

Husbands et al so that a throughput reduction observed in the case of CSMA/CD is

avoided, signal collisions can be eliminated, the buffer memory requirements can be

relaxed, and the latency time elapsed before a slave/client unit transmits a signal can be

reduced, and system capacity/throughput can be increased.


3.      Claims 2 and 7 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Husbands et al and Yuki et al as applied to claim 1 above, and

further in view of Finley (Finley: "Optical Fibers in Local Area Networks", IEEE

Communications Magazine, Vol. 22, No. 8, August 1984, pages 22-34).

        1). With regard to claim 2, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. But, Husbands et al and Yuki et al do not

expressly disclose wherein the control module includes an Ethernet MAC.

        However, the CSMA/CD used in Husbands' system is a MAC method widely

used in Ethernet technology for LAN. And, Yuki et al discloses that the point-to-

multipoint system as shown in Figure 1 etc. can be used to transmit Ethernet packets

(column 13 lines 35-45, column 34 lines 19 and 26, column 39 line 47, and column 47

lines 13 and 22 etc.). And Finley discloses that OSI model (Figure 6) can be used in

optical LANs (Figures 7-13), which can be Ethernet LANs (pages 28-34); that is, the

MAC in Figure 6 can be an Ethernet MAC.

Therefore, it would have been obvious to one of ordinary skill in the art before the

effective filing date of the claimed invention to combine Finley with Husbands et al and

Yuki et al so that a high efficient Ethernet LAN can be obtained.

2). With regard to claim 7, Husbands et al and Yuki et al disclose all of the

subject matter as applied to claim 1 above. And the combination of Husbands et al and

Yuki et al further discloses wherein the control module is configured to manage the

transmission and reception of optical data link layer communications through the optical

interface based on at least one optical data link layer address (Husbands: the control

logic in Figure 5 etc. performs CSMA/CD protocol (MAC layer), and the CSMA/CD

frame format has data link layer address; that is, the combination of Husbands et al and

Yuki et al teaches/suggests that the control logic manages the transmission and

reception of optical data link layer communications through the optical interface based

on at least one optical data link layer address).

But, Husbands et al and Yuki et al do not expressly disclose wherein the control

module includes an Ethernet Media Access Control (MAC) configured to enable

Ethernet communications through the at least one network interface.

However, the CSMA/CD used in Husbands' system is a MAC method widely

used in Ethernet technology for LAN. And, Yuki et al discloses that point-to-multipoint

system as shown in Figure 1 etc. can be used to transmit Ethernet packets (column 30

lines 19 and 26, column 39 line 47 etc.). And Finley discloses that OSI model (Figure 6)

can be used in optical LANs (Figures 7-13), which can be Ethernet LANs (pages 28-34);

that is, the MAC in Figure 6 can be an Ethernet MAC to enable Ethernet

communications through at least one network interface.

Therefore, it would have been obvious to one of ordinary skill in the art before the

effective filing date of the claimed invention to combine Finley with Husbands et al and

Yuki et al so that an Ethernet MAC is used to enable high efficient Ethernet LAN

communications.

4.      Claim 8 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over

Husbands et al and Yuki et al as applied to claim 1 above, and further in view of Xu et al

(US 7,181,142).

Husbands et al and Yuki et al disclose all of the subject matter as applied to

claim 1 above. But, Husbands et al and Yuki et al do not expressly disclose wherein the

LAN client adjusts the optical power level of the upstream optical signal responsive to

receiving a message.

However, to adjust an output of an optical unit based on a received message is

known in the art. E.g., Xu et al discloses a "local area networks (LAN)", "FIG. 8

illustrates that the architecture according to the present embodiment can be easily

extended to provide "local" networking services. As used herein, local network services

includes, for example, so-called local area networks (LAN), intranets, secure ("trusted")

networks, and virtual private networks (VPN). Such networking services may be

desirable, for example, in scenarios where the use of intranet is essential, such as in

business offices or other enterprises, community networking, and premises networking cases. The operation of the local network 800 of the embodiment of <u>FIG. 8 is similar to an Ethernet LAN</u>" (column 14 lines 11-21). As shown in Figures 7a and 7b etc., "the ONUs to adjust their respective transmitter power based on OLT feedback such that power levels received by the OLT from all the ONUs are the same" (column 4 lines 14-54, and column 13 line 40 to column 14 line 10).

Therefore, it would have been obvious to one of ordinary skill in the art before the effective filing date of the claimed invention to apply the teachings of Xu et al to the system/method of Husbands et al and Yuki et al so that a desired output power level can be obtained, and the reliability of the system is enhanced.


5.      Claim 9 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Husbands et al and Yuki et al as applied to claim 1 above, and further in view of ITU-T (ITU-T Recommendation G.983.1 Broadband optical access systems based on Passive Optical Networks (PON), October 1998).

Husbands et al and Yuki et al disclose all of the subject matter as applied to claim 1 above. But, Husbands et al and Yuki et al do not expressly disclose wherein the LAN client receives a request for new LAN clients to identify themselves and the LAN client responds with a message including a serial number for identifying the LAN client.

However, first, Yuki et al discloses "The ID numbers of the slave units 10-1 to 10-m are managed by the master unit 20, and these ID numbers are conveyed <u>during the initial stage</u> to all the slave units 10-1 to 10-m participating in the operation of the system. By virtue of these ID numbers, the master unit 20 can trace a cell to a particular

slave unit 10-1 to 10-m, and each of the slave units 10-1 to 10-m can determine

whether the cell it has received is addressed to this station" (column 13 lines 19-25) and

"The service class identifiers and ID numbers of the slave units 10-1 to 10-m are

managed by the master unit 20, and these service class identifiers and ID numbers are

conveyed <u>during the initial stage to all the slave units 10-1 to 10-m participating in the</u>

<u>operation of the system</u>. By virtue of these ID numbers and identifiers, the master unit

20 can trace an information signal within a service class to a particular slave unit 10-1 to

10-m, and each of the slave units 10-1 to 10-m can determine whether the information

signal it has received is indeed addressed to this station" (column 47 lines 1-10). That

is, during the initial stage, the slave units exchange information with the master units;

then it is obvious to one skilled in the art that specific identifications or numbers are

used by the slave units to identify themselves so that the master unit can assign the ID

numbers to the slave units. Second, ITU-T G.983.1 discloses that in passive optical

network, an optical network unit (ONU) can send its serial number to an optical line

terminal (OLT) in ranging mode, and "[t]he OLT extracts the serial number and can

assign a free PON_ID to this ONU" (page 53), and the serial number also can be used

to register an ONU (page 64 Section 8.4.1.1): "1) the network operator enables the

ranging process to start when it is known that a new ONU has been connected. After

successful ranging (or a time-out), ranging is automatically stopped; 2) the OLT

periodically and automatically initiates the ranging process, testing to see if any new

ONUs have been connected. The frequency of polling is programmable such that a

ranging window can be opened every millisecond or every second under instruction of

the OpS system."; and "When more grants are required for completion of the ONU

optical power set-up, the optical power set-up can be completed by allowing several

failures during ranging and repeated re-ranging. In the case that serial number

acquisition (binary tree mechanism stated in 8.4.4.1) is applied, the ONU may use

grants for the ONU optical power set-up. Also, if the OLT periodically initiate the ranging

process to check recently connected ONUs, it is useful for this purpose.".

Therefore, it would have been obvious to one of ordinary skill in the art before the

effective filing date of the claimed invention to apply the recommendation of the ITU-T

G.983.1 to the system/method of Husbands et al and Yuki et al so that a newly added or

powered-up LAN client can be properly identified and set-up.


6.      Claim 10 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over

Husbands et al and Yuki et al as applied to claim 1 above, and further in view of

Warden et al (US 2003/0189935).

Husbands et al and Yuki et al disclose all of the subject matter as applied to

claim 1 above. And the combination of Husbands et al and Yuki et al further discloses

wherein the downstream frame includes the downstream control and data information

(refer claim 1 rejection etc.)

But, Husbands et al and Yuki et al do not expressly disclose wherein the

downstream control information includes a consecutive sequence of bits for the LAN

client to identify the beginning of a downstream frame. However, to implement a field to

indicate a beginning of a frame is known in the art. E.g., Warden et al discloses a frame

transmitted between optical communicating devices (Figure 2 etc.), and as shown in

Figure 4, "the Start-of-Frame (SoF) delimiter is a specially encoded 10 bit byte character otherwise known as an Ordered Set that uniquely identifies the start of frames".

Therefore, it would have been obvious to one of ordinary skill in the art before the effective filing date of the claimed invention to apply the teaching of Warden et al to the system/method of Husbands et al and Yuki et al so that the processing of the downstream signal by the LAN client can be made easier.

7.      Claims 15, 16, 19 and 20 are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Husbands et al and Yuki et al as applied to claims 1 and 12 above, and further in view of Chang (US 2003/0020991) and Masucci et al (US 6,498,667).

        1). With regard to claim 15, Husbands et al and Yuki et al disclose all of the subject matter as applied to claims 1 and 12 above. And the combination of Husbands et al and Yuki et al further discloses wherein a downstream frame includes downstream packet data and wherein downstream packet data includes a downstream packet header and downstream packet payload (Yuki: column 5 line 33-47, Figure 32; column 38 lines 32-40, "In the slave unit 10 shown in FIG. 2, the packets from the master unit 20 are received by the reception unit 14 via the reception port. In the reception unit 14, the header is removed, and it is then determined based on the slave unit numbers written to the received packet whether the received packet is indeed addressed to this slave unit 10"; column 73 line 62 to column 74 line 8, "Specifically, the point-to-multipoint communication system according to the fifteenth embodiment aspect is such that the master unit 20 segments terminal-addressed input packets and attaches headers to create fixed-length cells. Each header contains the addresses of slave units

10-1 to 10-m for use in the point-to-multipoint communication system and retrieved

based on the terminal addresses contained in the input packets. Because the slave

units 10-1 to 10-m operate such that data is retrieved only when the addresses

contained in the aforementioned headers match the addresses of the local stations, the

transfer rate in the downstream direction for each of the slave units 10-1 to 10-m can be

varied in a simple manner using the master unit alone", and column 76 line 14-29 etc.).

But, Husbands et al and Yuki et al do not expressly disclose wherein the

downstream packet header includes a field indicating the length of the downstream

packet payload.

However, to use a field in a downstream packet header to indicate the length of a

payload is known in the art. E.g., Chang discloses a passive optical network, in which

downstream packet header includes a field indicating the length of the downstream

packet payload (Figure 12, downstream data packet 1209; [0061], "[t]he maximum

payload length for each data packet in the channel 1209 in this particular embodiment is

2048 bytes. The data packet channel 1209 further comprises a plurality of fields

including a data packet header (DPH), a priority (PRIO), a loopback (LPBK), a

residential gateway number (RGN), a payload length, a payload, and a bit interleaved

parity 32 (BIP-32).). Chang does not expressly state that the fields DPH, PRIO, LPBK,

RGN and payload length all together to be called a header. However, it is common in

the art to collectively call a group of fields as a header, e.g., Masucci et al discloses a

frame with a plurality of packets (Figures 6-8), and a group of fields including "payload

length" can be called header, e.g., header 303 in Figure 6.

Therefore, it would have been obvious to one of ordinary skill in the art before the effective filing date of the claimed invention to apply the teaching of Chang and Masucci et al to the system/method of Husbands et al and Yuki et al so to make the signal process and buffer management easier.

2). With regard to claim 16, Husbands et al and Yuki et al and Chang and Masucci et al disclose all of the subject matter as applied to claims 1, 12 and 15 above. And the combination of Husbands et al and Yuki et al and Chang and Masucci et al further discloses wherein the downstream packet payload includes at least a portion of an Ethernet frame (Yuki column 13 lines 35-45, column 34 lines 19 and 26, column 39 line 47, and column 47 lines 13 and 22 etc.; Figures 54-55. Also, Masucci et al teaches that Ethernet frame can be transmitted over the passive optical network. That is, the combination of Husbands et al and Yuki et al and Chang and Masucci et al teaches/suggests that the downstream packet payload includes at least a portion of an Ethernet frame) or a Fibre Channel frame.

3). With regard to claim 19, Husbands et al and Yuki et al disclose all of the subject matter as applied to claims 1 and 17 above. And the combination of Husbands et al and Yuki et al further discloses wherein upstream frames includes an upstream packet header and an upstream packet payload (Yuki: column 16 lines 26-29, "In the master unit 20 shown in FIG. 3, cells received from the slave units 10 via the reception port are identified based on the cell identifiers written to the cells. This is done after headers are removed in the reception unit 24"; column 32 line 62 to column 33 line 2; column 35 lines 6-12 and 39-43; column 38 line 18; column 49 lines 7-14; and column 76 line 14-29 etc.; and Figure 87).

But, Husbands et al and Yuki et al do not expressly disclose wherein the

upstream packet header includes a field indicating an upstream packet payload length.

However, to use a field in a downstream packet header to indicate the length of a

payload is known in the art. E.g., Chang discloses a passive optical network, in which

the upstream packet header includes a field indicating an upstream packet payload

length (Figure 11 etc.), "The upstream data packet channel 509 comprises a plurality of

fields including the data packet header (DPH) 1111, the priority (PRIO) 1113, the

loopback (LPBK) 1115, the residential gateway number (RGN) 1117, the payload length

1119, the payload 1121 and the bit interleaved parity 32 (BIP-32) 1123" ([0054]). Chang

does not expressly state that the fields DPH, PRIO, LPBK, RGN and payload length all

together to be called a header. However, it is common in the art to collectively call a

group of fields as a header, e.g., Masucci et al discloses a frame with a plurality of

packets (Figures 6-8), and a group of fields including "payload length" can be called

header, e.g., header 303 in Figure 6.

Therefore, it would have been obvious to one of ordinary skill in the art before the

effective filing date of the claimed invention to apply the teaching of Chang and Masucci

et al to the system/method of Husbands et al and Yuki et al so to make the signal

process and buffer management easier.

4). With regard to claim 20, Husbands et al and Yuki et al and Chang and

Masucci et al disclose all of the subject matter as applied to claims 1, 17 and 19 above.

And the combination of Husbands et al and Yuki et al and Chang and Masucci et al

further discloses wherein the upstream packet payload includes at least a portion of an

Ethernet frame (Yuki column 13 lines 35-45, column 34 lines 19 and 26, column 39 line

47, and column 47 lines 13 and 22 etc.; Figures 54-55. Also, Masucci et al teaches that

Ethernet frame can be transmitted over the passive optical network. That is, the

combination of Husbands et al and Yuki et al and Chang and Masucci et al

teaches/suggests that the upstream packet payload includes at least a portion of an

Ethernet frame) or a Fibre Channel frame.


8.      Claim 21 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over

Husbands et al and Yuki et al as applied to claim 1 above, and further in view of

Mahony et al (US 6,668,127).

        Husbands et al and Yuki et al disclose all of the subject matter as applied to

claim 1 above. But, Husbands et al and Yuki et al do not expressly disclose wherein the

optical interface includes one or more optical fiber connectors selected from the group

consisting essentially of: Subscriber Connector (SC); Lucent Connector (LC); Fiber

Channel (FC); Straight TP (ST); and Miniature Unit (MU).

        However, as disclosed by Mahony et al, the SC connector or ST connector is

well known connectors in the art. Therefore, it would have been obvious to one of

ordinary skill in the art before the effective filing date of the claimed invention to apply

one of these connectors to the system/method of Husbands and Yuki et al so that the

optical fiber/cable can be properly/securely connected with the optical

transmitting/receiving device (or transceiver module etc.) or the LAN client.


9.      Claim 22 is rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over

Husbands et al and Yuki et al as applied to claim 1 above, and further in view of Finley

(Finley: "Optical Fibers in Local Area Networks", IEEE Communications Magazine, Vol.

22, No. 8, August 1984, pages 22-34) and Cvijin et al (US 2003/0039015).

Husbands et al and Yuki et al disclose all of the subject matter as applied to

claim 1 above. But, Husbands et al and Yuki et al do not expressly disclose wherein the

at least one network interface is configured to communicate using a protocol from the

group consisting essentially of: IEEE 10 Mbit Ethernet; IEEE 100 Mbit Ethernet; IEEE

1000 Mbit Ethernet; Fibre Channel; IEEE 802.11; IEEE 802.16; and Digital Subscriber

Line (DSL).

However, first, the CSMA/CD used in Husbands' system is a MAC method widely

used in Ethernet technology for LAN. And, Yuki et al discloses that point-to-multipoint

system as shown in Figure 1 etc. can be used to transmit Ethernet packets (column 13

lines 35-45, column 34 lines 19 and 26, column 39 line 47, and column 47 lines 13 and

22 etc.). And Finley discloses that 10 Mbit Ethernet protocol (pages 28-34) can be used

in the optical LAN. Another prior art, Cvijin et al discloses "Implementation of fiber optic

communication at the local area network (LAN) level will enable users to break current

bottlenecks in the last mile of information transfer. A further attraction of fiber-optic

technology is its scalability. Most current fiber LAN products are Ethernet-based in a

range of 100-Mbit/second up to 1-Gbit/s. Fiber optical communication is easily scalable

up to 10 Gbits/s, and several equipment vendors have announced fiber-optic links that

can support transmission up to 1 terabit/s utilizing more than 128 DWDM." That is, a

network interface using a protocol from IEEE 10 Mbit Ethernet, IEEE 100 Mbit Ethernet,

or IEEE 1000 Mbit Ethernet is used in the optical LAN.

Therefore, it would have been obvious to one of ordinary skill in the art before the effective filing date of the claimed invention to apply the teachings of Finley and Cvijin et al to the system/method of Husbands et al and Yuki et al so that a high data rate Ethernet protocol can be used in the optical LAN, and a high efficient and high speed Ethernet LAN can be obtained.

## NEW GROUNDS OF REJECTION

None

## WITHDRAWN REJECTIONS

The following grounds of rejection are not presented for review on appeal because they have been withdrawn by the examiner.  None.

### (2) Response to Argument

1). Regarding Argument C.1. (a), the Appellant argues on pages 9-10 of the Brief:

*1. Incorporating the disclosure of Yuki into Husbands would change the principle of operation of Husbands and render Husbands unsuitable for its intended purpose.*

*…*

*Husbands is a peer-to-peer network, not a master slave network as in Yuki. Husbands network uses carrier sense multiple access (CSMA) with collision detection (CD) or CSMA/CD. Husbands at 2:29-31. "**This protocol features no central controller** and any terminal can initiate communications to other terminals." Id. at 2:35-37, emphasis added.*

*The architecture of the prior art to Husbands and the embodiments described in*

*Husbands confirms this communication technique. In Figures 1 and 2, any terminal T*

*can communicate with another through a repeater or star coupler without a master. Id. at*

*Figures 1 and 2, and 3:2-52. The "head-end repeater R" of Figure 1 does not include any*

*processing. It only compensates for the different optical loss between near and far*

*terminals T. Id. at 3:15-19. Figure 2 uses a passive star coupler. Id. at 3:30-33.*

Appellant's argument is not persuasive. First, Examiner does not rely on

Husbands' Figures 1 and 2 to reject applicant's claims (Husbands' Figures 1 and 2 are

"prior art"). Second, Appellant's argument "*The "head-end repeater R" of Figure 1 does*

*not include any processing*" is incorrect. As admitted by Appellant, the repeater R

"compensates for the different optical loss between near and far terminals T"; Husbands

also discloses "the head-end repeater R must have <u>the capability to rapidly adjust</u>

between optical signals received from the closest transmitter T and those from the most

distant transmitter. To compensate for this process it is possible to engineer an optically

balanced system by tapering the coupler tap ratios." That is, the head-end repeater R

has a processing component to perform monitoring/detection and the compensation etc.

2). Regarding Argument C.1. (b), the Appellant argues on pages 10-12 of the

Brief:

*Figure 3 introduces an improvement to the passive star coupler of Figure 2. All*

*transmitters T transmit to a fiber optic star 10, which combines the signals together. Id.*

*at 3:60-61. "The resulting signal is amplified and distributed through a second outbound*

*star 12." Id. at 61-63. No processing is included in the stars 10 and 12. As illustrated in*

*Figure 4, only receivers 32 and 84 and transmitters 30 and 82 are illustrated to*

*propagate the signals. Id. at Figure 4.*

*…*

*Id, at 19-30. This is the foundation of the operation in Husbands. A signal from a terminal*

*enters a star coupler. One output of the star coupler is received by a receiver R,*

*electrically transmitted to transmitter T, and split to all of the devices through the output*

*star coupler.*

*…*

*The nodes and terminals of Husbands involve either (1) no processing or (2)*

*specialized functions, none of which are control of the network in any manner. The*

*receivers and transmitters merely repeat signals and perform no processing. The babble*

*detector 50 and activity monitor 48 merely provide information, not control of the*

*network. Finally, the video distribution service merely provides video channels and is out*

*of band for the main network communication.*

*In stark contrast, Yuki requires a master that manages the network. The slave*

*units issue reports on an amount of data needed. Yuki 2:21-23. The master unit instructs*

*the slave units on a maximum number of bits that may be transmitted. Id. 2:23-27.*

*The operation of Yuki changes the principle of operation of Husbands. First, this*

*is a fundamental change from <u>the terminals of Husbands that may transmit at any time</u>,*

*only stopping if the network is being used. No terminal in Husbands gives others*

*permission to transmit data. Second, a master-slave network necessarily needs some*

*processing. The nodes of Husbands themselves have none. The transmitters and*

*receivers are merely repeaters.*

*Any remaining terminals in Husbands are fundamentally different from a network*

*master. The babble detector has a specific purpose to detect collisions. The OTDR*

*checks the continuity of fibers. The activity detector provides statistics. A video*

*distribution service provides out-of-band video channels to the normal network*

*communications. No device has any network control functionality.*

> *Finally, the operation of Yuki makes the terminals of Husbands unsuitable for*

*their intended purpose. As described above, it is a feature of Husbands that there is no*

*central controller and any terminal can initiate communications. Yuki's system*

*specifically requires a master and requires the slaves to ask for permission to transmit*

*data.*

> *Accordingly, there is no rational basis to modify the peer-to-peer system of*

*Husbands with the master/slave system of Yuki.*


Appellant's argument is not persuasive. First, Husbands' head-end is not a

simple "star coupler", and does not "merely repeat signals and perform no processing".

Husbands' head-end is actually "an active star" (column 3 line 56, and column 4 line

16); and the head-end can perform amplification, switching, monitoring/detection and

technical control etc. functions (column 3 line 62, column 4 line 37, column 4 line 67 to

column 5 line 2, column 5 line 42 to column 6 line 17), and also "[a] video distribution

service may also be provided on an unexpanded network by use of the auxiliary ports

44 on the outbound star node 47" etc. (column 5 line 42 to column 6 line 50 etc.). The

functions performed by the head-end are different from the functions performed by the

user terminals (T) each having optical modem (18). The head-end (24 in Figure 4, left

side of Figure 7, and head-end in Figure 8) monitors/controls the powers sent to the

plurality of terminals, also the babble detector in node 46 "monitors the incident optical

Manchester waveform of the packets".

In Husbands' optical local area network (LAN) system, a CSMA/CD protocol is

used to control data transmissions "on a time shared transmission medium" and to

attempt to avoid/reduce "collision" (column 2 line 62; also refer column 5 line 68 to

column 6 line 2, "[i]n the event of an optical collision, this waveform will be distorted, but

such collision should persist for only a short duration. If a terminal modem malfunctions

in the "on" state, and begins to optically jam the network ("babbling"), an excessive

collision count is signaled); the Collision Detection CD is used, and the CSMA/CD

avoids collisions by waiting for an idle signal before sending data. The control logic in

Husbands' LAN client (user terminal) can perform "listen while talk" etc., and can

determine when to transmit a signal.

However, the CSMA/CD protocol has some disadvantage; and the second

reference, Yuki et al, discloses that the conventional access protocols including

CSMA/CD etc., have some "drawbacks that make these protocols <u>incapable of handling</u>

burst traffic <u>containing several megabytes of data</u>, which is expected to grow even more

in the future. When, for example, information signals generated in bursts of several

megabytes are transmitted according to the CSMA/CD protocol, the information signals

are separated into packets of about 64-1500 kB and repeatedly transmitted.

Consequently, <u>increased burst traffic results in a markedly lower throughput because of</u>

<u>the higher frequency of retransmission due to packet collisions</u>. ... the <u>delay time</u>

<u>increases and is not constant any longer</u>. .... Thus, conventional access protocols for

point-to-multipoint communication systems are <u>disadvantageous in</u> that an increase in

burst traffic containing several megabytes of data results in a lower throughput and

makes it impossible to comply with time requirements for downstream transmission"

(column 1 line 29 to column 2 line 6 etc.).

Yuki et al discloses "Point-to-multipoint communication systems such as LANs,

CATV networks, satellite communication networks, and optical subscriber access

networks are commonly configured such that a master unit and a plurality of slave units

communicate by sharing, for example, transmission lines such as those used in coaxial

communication, optical-fiber communication, and radio communication". Yuki et al

discloses an "access protocol for the point-to-multipoint communication system of the

present invention, the main principle of operation is that "a report is issued regarding the

information amount necessary for signal transmission + an instruction regarding

transmission below a specific maximum value is issued on the basis of the information

amount reported."" (column 2 lines 14-20). Yuki's approach/protocol "allows slave units

to transmit signals in accordance with instructions from the master unit, no signal

collisions occur in the transmission line and a throughput reduction such as that

observed in the case of CSMA/CD is avoided when signals containing several

megabytes of data are transmitted in bursts." (column 2 lines 28-34; column 3 lines 43-

49; column 30 lines 5-14) and "allows the maximum amount of stored signal to be

stabilized at a comparatively low level without the increase observed in the access

protocol based on TDMA or CSMA/CD, can easily accommodate burst traffic, and is

capable of reducing the buffer memory requirements of slave units when the load factor

of the transmission line is high and the burst traffic increases in volume" (column 23

lines 14-22. And column 21 lines 49-60; column 30 lines 19 and 26). Yuki et al also

states "the access protocol in accordance with the present invention can be easily

adapted, for example, to FDM (Frequency Division Multiplex), FDMA (Frequency

Division Multiple Access), CDMA (Code Division Multiple Access), and the like."

(column 30 line 1-4). That is, Yuki's access protocol can be easily adapted to different

protocols and "the like".

Husbands et al discloses a passive optical LAN that has a head end, and the

head-end can perform multiple "active" functions/processes, but the optical LAN uses

CSMA/CD protocol. However, as discussed above, Yuki et al clearly indicates the

drawbacks of the CSMA/CD protocol used in an optical LAN system. And in Figures 17,

18, 20, 21, 27 and 28 etc., Yuki et al shows the results of comparisons for the same

system according to "present protocol" and according to the access protocols based on

conventional TDMA and CSMA/CD; and Yuki's access protocol performs substantially

better than the CSMA/CD protocol (e.g., "At a load factor of 80%, the maximum

transmission latency time according to the access protocol of the present invention is

about 1/3 that provided by the TDMA-based access protocol, and about 1/9 that

provided by the CSMA/CD-based access protocol", column 20 line 40-52 etc.).

Husbands et al discloses to use CSMA/CD to attempt avoiding/reducing

"collision" and Yuki discloses an access protocol "completely eliminating signal

collisions in the transmission line and preventing the throughput from decreasing in the

manner observed with CSMA/CD (column 2 lines 29-34, column 13 lines 10-11, column

30 lines 5-14, and column 14 lines 31-37). That is, Yuki's access protocol not only avoid

collision but also increase throughput. A person of ordinary skill in the art before the

effective filing date of the claimed invention would have recognized that Yuki's access

protocol could have been substituted for the CSMA/CD protocol of Husbands et al

because both the CSMA/CD and Yuki's access protocol try to resolve issues of

collisions in the transmission line, but Yuki's access protocol increases signal

throughput and performs significantly better. Furthermore, a person of ordinary skill in

the art would have been able to carry out the substitution, and Husbands' <u>active</u> head-

end can be modified to perform the transmission controlling, or as a "master unit".

Finally, the substitution achieves the predictable result of increasing the throughput

significantly.

Therefore, it would have been obvious to one of ordinary skill in the art before the

effective filing date of the claimed invention to substitute Yuki's access protocol for the

CSMA/CD protocol of Husbands et al according to known method to yield the

predictable result of increasing throughput, relaxing the buffer memory requirements,

reducing the latency time elapsed before a slave/client unit transmits a signal, and

increasing system capacity.

Then, Appellant's arguments "there is no rational basis to modify the peer-to-peer

system of Husbands with the master/slave system of Yuki...., the operation of Yuki

makes the terminals of Husbands unsuitable for their intended purpose" are incorrect.


3). Regarding Argument C.2. (a), the Appellant argues on pages 12-13 of the

Brief:

> *2. The alleged rationale to combine Yuki with Husbands is not rational.*
>
> *The Examiner's rationales to combine Yuki with Husbands do not support the*
>
> *combination. First, the Examiner appears to confuse CSMA with CDMA. As an alleged*
>
> *rationale to combine Yuki with Husbands, the office alleges that "FDM (Frequency*
>
> *Division Multiplex), FDMA (Frequency Division Multiple Access), CDMA (Code Division*

*Multiple Access), and the like" can be easily adapted to different protocols. Office Action*

*at 16. However, CDMA and CSMA are not the same. In CSMA collisions are both*

*inherent and detected to control access. Husbands at 2:49-54. After data is garbled by a*

*collision, the data must be retransmitted. Id. at 2:54-58. Frequency division or code*

*division access systems allow for simultaneous transmission. For example, in CDMA "a*

*signal string characteristic for each optical network unit ONU is generated so that all*

*signal strings can be detected even in the event that there is an overlap between several*

*signal strings received simultaneously at the center OLT." U.S. Patent No. 6,011,637*

*("Pfeiffer") at 4:41-46. That the system of Yuki may be used where CDMA is used does*

*not provide a reason to use Yuki's system in the CSMA system of Husbands.*


Appellant's argument is not persuasive.

First, Examiner does not "confuse CSMA with CDMA". One skilled in the art fully

understands that CSMA and CDMA are different protocols. In page 16 of the Final-

Action, Examiner states "*Yuki et al's approach/protocol "allows slave units to transmit*

*signals in accordance with instructions from the master unit, no signal collisions occur in*

*the transmission line and a throughput reduction such as that observed in the case of*

*CSMA/CD is avoided when signals containing several megabytes of data are*

*transmitted in bursts." (column 2 lines 28-34; column 3 lines 43-49; column 30 lines 5-*

*14) and "allows the maximum amount of stored signal to be stabilized at a*

*comparatively low level without the increase observed in the access protocol based on*

*TDMA or CSMA/CD, can easily accommodate burst traffic, and is capable of reducing*

*the buffer memory requirements of slave units when the load factor of the transmission*

*line is high and the burst traffic increases in volume" (column 23 lines 14-22. And*

*column 21 lines 49-60; column 30 lines 19 and 26).*

    *Yuki et al <u>also</u> states "the access protocol in accordance with the present*

*invention can be <u>easily adapted</u>, for example, to FDM (Frequency Division Multiplex),*

*FDMA (Frequency Division Multiple Access), CDMA (Code Division Multiple Access),*

*and the like" (column 30 line 1-4); that is, Yuki's access protocol can be easily adapted*

*to different protocols, and "the like"."* (emphasis added).

    As can be seen above, Examiner first indicates that Yuki's access protocol has

been applied to the system where the CSMA/CD or TDMA is used, and comparisons

are made, and improvements over the CSMA/CD or TDMA are observed: "throughput

reduction such as that observed in the case of CSMA/CD is avoided" and "allows the

maximum amount of stored signal to be stabilized at a comparatively low level without

the increase observed in the access protocol based on TDMA or CSMA/CD" etc.. And

then, Examiner points out that Yuki et al also discloses that Yuki's access protocol can

be easily adapted to FDM, FDMA, CDMA and the like systems.

    That is, Yuki's access protocol can be used not only in TDMA or CSMA/CD

system but also in FDM, FDMA, CDMA and the like system. The Examiner does not

"confuse CSMA with CDMA". Appellant's arguments *"the Examiner appears to confuse*

*CSMA with CDMA. ... That the system of Yuki may be used where CDMA is used does*

*not provide a reason to use Yuki's system in the CSMA system of Husbands"* is

incorrect.

4). Regarding Argument C.2. (b), the Appellant argues on pages 13-14 of the

Brief:

*The Examiner also irrationally relied on Yuki's applicability to master/slave*

*systems. The Examiner argued that "point-to-multipoint communication systems such as*

*LANs ... are commonly configured such that a master unit and a plurality of slave units*

*communicate by sharing, for example, transmission lines[.]" Office Action at 16-17. The*

*Examiner argued that the point-to-multipoint system of Yuki was widely applicable to*

*systems with a master unit and slave units. Id at 17. The Examiner's reliance on the*

*applicability of Yuki's system to master/slave systems is misplaced as Husbands does*

*not have a master/slave system. Thus, any argument that Yuki's system may be*

*incorporated into an existing master/slave system is inapplicable to Husbands.*

*The Examiner's modifications are premised on the head end of Husbands*

*including the head end 24 of Figure 4 and "the monitor 48 and OTDR etc." Office Action*

*at 12. Husbands does not refer to this combination as the head end. The activity monitor*

*and OTDR are separate from the head end 24 of Figure 4 or the star node 46 of Figure*

*7. Husbands at Figures 4 and 7. The activity monitor 48 is effectively another terminal. It*

*could be placed anywhere on the network as all traffic is transmitted to all terminals. It is*

*not necessarily part of the head end 24 or the star node 46. As described above, the*

*OTDR is a piece of test equipment to test the optical fibers. Nothing discloses that one*

*skilled in the art would include the activity monitory 48 or OTDR in a head end or even*

*consider the combination to be a head end.*

*The Examiner implies that Yuki's access protocol can be used in a LAN that has*

*CSMA/CD. Office Action at 6. However, Yuki is a wholesale replacement for a*

*CSMA/CD based system. CSMA/CD inherently has collisions. Husbands 2:49-54. Yuki's*

*system eliminates collisions, particularly, the ones from CSMA/CD. Yuki at 2:29-34. One*

> *skilled in the art would not use Yuki's protocol that does not have collisions to modify a*
>
> *CSMA/CD system that inherently has collisions.*

Appellant's argument is not persuasive. First, as discussed above, Husbands's head-end is an <u>active</u> head-end; that is, the head-end can be viewed as a "point", and the plurality of user terminals can be viewed as "multipoint".

Second, Husbands never state that the activity monitor 48 is <u>another terminal</u>. Husbands discloses "the auxiliary optical ports 44 on the star node 46 may be used to provide several functions associated with technical control. If the fiber optic node is configured in the loop back mode, so that it functions as the network head-end, all information received from the terminals will appear at the auxiliary ports on the inbound star. An activity monitor 48 connected to one of the ports 44 on the star can provide useful network statistics during operation. The activity monitor 48 consists of an optical detector followed by electronics for decoding packet headers (not shown). By examining incident packet headers, information is obtained on all current virtual connections, and statistics are acquired that can be used to reveal excessive numbers of bad packets, retransmissions, or unexpected disruptions of virtual connections" (column 5 lines 42-62). The ports 44 are part of the node 46; and as shown in Figure 7, a Babble Detector is also implemented in the node 46. The combination of the node 46 (Babble Detector inside), activity monitor 48 and OTDR etc. can be viewed as a head-end.

Regarding Appellant's arguments "CSMA/CD inherently has collisions". As discussed in Section "2). Regarding Argument C.1. (b)", Husbands uses CSMA/CD protocol to attempt to avoid/reduce "collision", and the Collision Detection CD is used, and the CSMA/CD avoids collisions by waiting for an idle signal before sending data.

That is, the main purpose of the CSMA/CD is to avoid/reduce collisions. Yuki's access

protocol not only avoid collision but also increase throughput. As discussed in Section

"2). Regarding Argument C.1. (b)"above, a person of ordinary skill in the art before the

effective filing date of the claimed invention would have recognized that Yuki's access

protocol could have been substituted for the CSMA/CD protocol of Husbands et al

because both the CSMA/CD and Yuki's access protocol try to resolve issues of

collisions in the transmission line; and a person of ordinary skill in the art would have

been able to carry out the substitution, and Husbands' active head-end can be modified

to perform the transmission controlling, or as a "master unit". Finally, the substitution

achieves the predictable result of increasing the throughput significantly, relaxing the

buffer memory requirements, reducing the latency time elapsed before a slave/client

unit transmits a signal, and increasing system capacity.


     5). Regarding Argument C.2. (c), the Appellant argues on pages 14-15 of the

Brief:

> The Examiner's logic with respect to point-to-multipoint communication systems
>
> and LANs in Yuki is flawed. The Examiner alleges that point-to-multipoint communication
>
> systems may be a LAN. Id. at 11 and 16, citing Yuki at 1:17-23. Yuki only mentions a
>
> LAN in one location. Yuki at 1:17-23. However, this LAN is a configuration with "master
>
> unit and a plurality of slave units." Id. Thus, it is not applicable to the peer-to-peer system
>
> of Husbands.
>
> Next, the Examiner relies on a logical fallacy to allege that Figure 1 of Yuki is a
>
> LAN and that the protocol is applicable to a LAN. The Examiner's logic is that (1) Figure
>
> 1 is a point to multipoint system, (2) some point-to-multipoint communication systems

*are LANs, and therefore (3) Figure 1 of Yuki is a LAN and (4) Yuki's system may be
applied to any LAN. This logic requires that all point-to-multipoint communication
systems are LANs. Without that, the logic fails at (2). Unfortunately, Yuki only discloses
that some point-to-multipoint communication systems are LANs.*

*Reinforcing this point, Yuki discloses that Figure 1 is "an optical access
network[,]" not a LAN. Yuki at 11:58-59. Yuki lists an optical subscriber access network
as a different type of communication system from a LAN, CATV network, and a satellite
communication network. Id. at 1:17-19. In access networks, data flows in a downstream
direction from a head-end to terminals and in an upstream direction from the terminals to
the head end. See USS. Patent No. 6,023,467 at 3:44-51. The head-end and terminals
are not peer entities. Id. at 3:54-58. This matches the upstream and downstream
direction of data in Yuki. See Yuki at Figure 4 and 12:43-59 (describing the upstream
and downstream transmission frames). This is in contrast to the peer-to-peer LAN of
Husbands where "any terminal can initiate communications to other terminals."
Husbands at 2:35-37.*

Appellant's argument is not persuasive. First, as admitted by Appellant, Yuki's
point-to-multipoint communication can be a LAN ("*Yuki only discloses that some point-
to-multipoint communication systems are LANs*"). And Yuki's access protocol can be
used in a point-to-multipoint LAN system. Examiner's "logic" never "<u>requires</u> that <u>all</u>
point-to-multipoint communication systems are LANs".

Based on Appellant's argument "*This logic requires that <u>all</u> point-to-multipoint
communication systems <u>are LANs</u>. Without that, the logic fails at (2)*", Appellant's logic
is: *without* "all point-to-multipoint communication systems are LANs", the logic fails at
"*some point-to-multipoint communication systems are LANs*". Appellant's this logic "is

flawed". If I say "five amplifiers in the optical link are erbium-doped fiber amplifiers

(EDFAs)", does that require that all amplifiers in the optical link are EDFAs? If five

EDFAs and three semiconductor amplifiers (SOAs) are in the optical link, can I say "five

amplifiers in the optical link are EDFAs"? Certainly, the statement "five amplifiers in the

optical link are EDFAs" does not require that all amplifiers in the optical link are EDFAs.

Yuki et al discloses that point-to-multipoint communication systems can be

"LANs, CATV networks, satellite communication networks etc.", that is, some point-to-

multipoint communication systems are LANs.

Second, as discussed in Section "2). Regarding Argument C.1. (b)" to Section

"4). Regarding Argument C.2. (b)" above, Husbands' head-end is an active head-end,

which can be viewed as a "point", and the user terminals (having optical modems) can

be viewed as "multipoint". And both the CSMA/CD and Yuki's access protocol try to

resolve issues of collisions in the transmission line, and Husbands' active head-end can

be modified to perform the transmission controlling, or as a "master unit", and the

substitution of the CSMA/CD protocol in Husbands with Yuki's access protocol achieves

the predictable result of increasing the throughput significantly, relaxing the buffer

memory requirements, reducing the latency time elapsed before a slave/client unit

transmits a signal, and increasing system capacity.


6). Regarding Argument C.3., the Appellant argues on pages 15-16 of the Brief:

   *3. The Examiner is relying on hindsight.*

   *Here, the Examiner has been unable to find a reference that would be combined*

*with Husbands CSMA/CD based system. Yuki discloses using time division multiplexing*

*(TDM) and time division multiple access (TDMA) as part of the system. Yuki at 12:45-54.*

*Yuki discloses that although TDM and TDMA may be used, Yuki's access protocol may be used with other types of access control such as CDMA, FDM, and FDMA. Id. at 29:65-30:4.*

*Conspicuously absent from the list of access control protocols is CSMA/CD. CSMA/CD appears over 39 times in Yuki, including Figures 18 20 21 27 and 28 comparing CSMA/CD to Yuki's system. However, Yuki never mentions that the system may be used with CSMA/CD.*

*Accordingly, the combination of Husbands and Yuki does not disclose or suggest each and every limitation of claims 1, 23, and 24 and the rejections should be reversed. Claims 1, 3-6, 11-14, 17, and 18 depend from claim 1, and the rejections should be reversed for at least the reason that claim 1. See Jn re Fine, 837 F.2d at 1076 (allowing dependent claims that depend from and further limit allowable base claims); see also MPEP § 2143.03 (same).*

Appellant's argument is not persuasive. First, in response to applicant's argument that the examiner's conclusion of obviousness is based upon improper hindsight reasoning, it must be recognized that any judgment on obviousness is in a sense necessarily a reconstruction based upon hindsight reasoning.  But so long as it takes into account only knowledge which was within the level of ordinary skill at the time the claimed invention was made, and does not include knowledge gleaned only from the applicant's disclosure, such a reconstruction is proper.  See *In re McLaughlin*, 443 F.2d 1392, 170 USPQ 209 (CCPA 1971). Refer to Section "2). Regarding Argument C.1. (b)" to Section "5). Regarding Argument C.2. (c)" above, Examiner's reasoning "takes into account only knowledge which was within the level of ordinary skill at the time the

claimed invention was made, and does not include knowledge gleaned only from the

applicant's disclosure".

Second, if according to Appellant's argument "*Yuki never mentions that the*

*system may be used with CSMA/CD*", how all the results of comparison shown in Yuki's

Figures 17, 18, 20, 21, 27, 28 come from?

As shown in Figures 17, 18, 20, 21, 27, 28, Yuki et al presents "the results of a

comparison" of different test parameters among Yuki's access protocol, TDMA and

CSMA/CD protocols for a same point-to-multipoint system. The results shown in solid

triangles are for the CSMA/CD protocol. That is, Yuki clearly and concretely discloses

that "the system can be used with CSMA/CD". Appellant's argument "*Yuki never*

*mentions that the system may be used with CSMA/CD*" is incorrect.


7). Regarding Argument D., the Appellant argues on page 16 of the Brief:

> *Finley does not disclose adding a master to a peer-to-peer CSMA/CD based*
> *network and modifying attached terminals to act as slaves to the master. ...*

> *Accordingly, the combination of Husbands, Yuki, and Finley does not disclose or*
> *suggest each and every limitation of claim 1. The rejection of dependent claims 2 and 7*
> *should be reversed.*


Appellant's argument is not persuasive. Examiner respectively maintains, for the

reasons provided above and previously, that the limitations appear in parent claim 1 are

in fact properly taught by Husbands and Yuki, and have been addressed in connection

with that claim. As such, Appellant's argument is moot since Finley is not relied upon to

teach that limitations.

8). Regarding Argument E, the Appellant argues on page 17 of the Brief:

*Xu teaches against making the modification to a CSMA/CD based system to remove the CSMA/CD system and incorporate the complicated protocol of Yuki as proposed by the Examiner.*

*Accordingly, the combination of Husbands, Yuki, and Xu does not disclose or suggest each and every limitation of claim 1. The rejection of dependent claims 8 should be reversed.*

Appellant's argument is not persuasive. First, Xu is cited mainly for teaching power adjustment of the upstream signal. Nowhere in the disclosure does Xu "teaches against making the modification to a CSMA/CD based system to remove the CSMA/CD system and incorporate" another protocol (note: the applicant did not present this argument in the "Response Under 37 C.F.R. 1.111", submitted on 1/9/2022, in "Responsive to the Office Action mailed on October 08, 2021"). Second, Examiner respectively maintains, for the reasons provided above and previously, that the limitations appear in parent claim 1 are in fact properly taught by Husbands and Yuki, and have been addressed in connection with that claim. As such, Appellant's argument is moot since Xu is not relied upon to teach that limitations.

9). Regarding Argument F, the Appellant argues on page 17 of the Brief:

*ITU-T does not disclose adding a master to a peer- to-peer CSMA/CD based network and modifying attached terminals to act as slaves to the master.*

> *Accordingly, the combination of Husbands, Yuki, and ITU-T does not disclose or suggest each and every limitation of claim 1. The rejection of dependent claim 9 should be reversed.*

Appellant's argument is not persuasive. Examiner respectively maintains, for the reasons provided above and previously, that the limitations appear in parent claim 1 are in fact properly taught by Husbands and Yuki, and have been addressed in connection with that claim. As such, Appellant's argument is moot since ITU-T is not relied upon to teach that limitations.

10). Regarding Argument G, the Appellant argues on page 18 of the Brief:

> *Warden does not disclose adding processing where processing did not exist, adding a master to a peer-to-peer CSMA/CD based network, and modifying attached terminals to act as slaves to the master.*

> *Accordingly, the combination of Husbands, Yuki, and Warden does not disclose or suggest each and every limitation of claim 1. The rejection of dependent claim 10 should be reversed.*

Appellant's argument is not persuasive. Examiner respectively maintains, for the reasons provided above and previously, that the limitations appear in parent claim 1 are in fact properly taught by Husbands and Yuki, and have been addressed in connection with that claim. As such, Appellant's argument is moot since Warden et al is not relied upon to teach that limitations.

11). Regarding Argument H, the Appellant argues on page 18 of the Brief:

*Chang and Masucci do not disclose adding a master to a peer-to-peer CSMA/CD based network and modifying attached terminals to act as slaves to the master.*

*Accordingly, the combination of Husbands, Yuki, Chang, and Masucci does not disclose or suggest each and every limitation of claim 1. The rejection of dependent claims 15, 16, 19, and 20 should be reversed.*

Appellant's argument is not persuasive. Examiner respectively maintains, for the reasons provided above and previously, that the limitations appear in parent claim 1 are in fact properly taught by Husbands and Yuki, and have been addressed in connection with that claim. As such, Appellant's argument is moot since Chang and Masucci are not relied upon to teach that limitations.

12). Regarding Argument I, the Appellant argues on page 19 of the Brief:

*Mahony does not disclose adding a master to a peer-to-peer CSMA/CD based network and modifying attached terminals to act as slaves to the master.*

*Accordingly, the combination of Husbands, Yuki, and Mahony does not disclose or suggest each and every limitation of claim 1. The rejection of dependent claim 21 should be reversed.*

Appellant's argument is not persuasive. Examiner respectively maintains, for the reasons provided above and previously, that the limitations appear in parent claim 1 are in fact properly taught by Husbands and Yuki, and have been addressed in connection

with that claim. As such, Appellant's argument is moot since Mahony is not relied upon

to teach that limitations.

13). Regarding Argument J, the Appellant argues on page 19 of the Brief:

*Vujkovic-Cvijin focuses on a dense wavelength division multiplexing transmitter*

*using low cost discrete optical components. Vujkovic-Cvijin at Abstract. As described*

*above, Finley discloses independent, non-homogenous devices communicating on a*

*LAN. Neither discloses adding a master to a peer-to-peer CSMA/CD based network and*

*modifying attached terminals to act as slaves to the master.*

*Accordingly, the combination of Husbands, Yuki, Finley, and Vujkovic-Cvijin does*

*not disclose or suggest each and every limitation of claim 1. The rejection of dependent*

*claim 22 should be reversed.*

Appellant's argument is not persuasive. Examiner respectively maintains, for the

reasons provided above and previously, that the limitations appear in parent claim 1 are

in fact properly taught by Husbands and Yuki, and have been addressed in connection

with that claim. As such, Appellant's argument is moot since Finley and Vujkovic-Cvijin

are not relied upon to teach that limitations.

For the above reasons, it is believed that the rejections should be sustained.

Respectfully submitted,

/LI LIU/
Primary Examiner, Art Unit 2636

Application/Control Number: 17/138,794                                                    Page 59
Art Unit: 2636

Conferees:

/KENNETH N VANDERPUYE/
Supervisory Patent Examiner, Art Unit 2636

/CHIEH M FAN/
Supervisory Patent Examiner, Art Unit 2632

**Requirement to pay appeal forwarding fee.**  In order to avoid dismissal of the instant appeal in any application or ex parte reexamination proceeding, 37 CFR 41.45 requires payment of an appeal forwarding fee within the time permitted by 37 CFR 41.45(a), unless appellant had timely paid the fee for filing a brief required by 37 CFR 41.20(b) in effect on March 18, 2013.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

| Application No. **17/138,794** | |
|---|---|
| Title:  COMMUNICATION SYSTEM AND METHOD FOR AN OPTICAL LOCAL AREA NETWORK | |
| Inventor:  Alexander I. Soto et al. | Confirmation No. 1022 |
| Filing Date:  December 30, 2020 | Examiner:  Li Liu |
| Attorney Docket No. UBI-005E | Group Art Unit:  2636 |

<u>**REPLY BRIEF**</u>

TO THE COMMISSIONER FOR PATENTS:

The Applicant submits this timely Reply Brief, pursuant to 37 C.F.R. § 41.41, in response to the Examiner's Answer dated September 9, 2022 ("Examiner's Answer" or simply "Answer" herein) and in support of the Applicant's Appeal Brief filed August 4, 2022 ("Appeal Brief" herein).

If the Office believes any additional fee is due, it is authorized to charge Deposit Account No. 50-5836.

## TABLE OF CONTENTS

I.    Introduction ......................................................................................................1

II.   Arguments in reply to examiner's answer.....................................................1

    A.    Examiner's misunderstandings of Husbands. ........................................1

    B.    Examiner's Arguments Regarding Yuki and the Combination with
        Husbands ................................................................................................4

        1.    Yuki does not disclose that the protocol is used in a CSMA/CD
              system ..........................................................................................4

        2.    The Examiner ignores the required wholesale modification and
              elimination of express features of Husbands to incorporate
              Yuki's protocol ..........................................................................5

        3.    The Examiner continues to use flawed logic............................6

    C.    Additional References .........................................................................6

III.  Conclusion .....................................................................................................7

## I.    INTRODUCTION

The Answer has several flaws.  The Examiner continues to misunderstand the operation of Husbands.  In addition, the Examiner misunderstands Yuki's analysis of its protocol.  Finally, the combination of Husbands with Yuki would necessarily be a wholesale modification of Husbands and an elimination of express features of Husbands' system.

## II.    ARGUMENTS IN REPLY TO EXAMINER'S ANSWER

### A.    Examiner's misunderstandings of Husbands.

The Examiner misunderstands the purpose of the repeaters R in the various networks of Husbands to argue that some form of processing is performed.  Answer at 39.  The Examiner also misunderstands the rapid adjustment to different optical signals as a feature instead of a problem that is solved by the network architecture.  *Id.*

The repeaters R are used to compensate for optical power losses as more couplers are used.  Husbands at 3:7-11.  As more couplers are used for more terminals, the optical loss increases, requiring a repeater R.  *Id.*  Reproduced below is Figure 1 of Husbands.



*Id.* at Figure 1.  The repeater R may compensate for the difference in power level.  *Id.* at 3:16-19.  In addition, the tap ratio of the couplers may be adjusted to compensate for the different optical losses due to different distances from the repeater R.  *Id.* at 3:19-21.  There is no

processing of any information within the optical signals by the repeater R disclosed in Husbands. Its sole function is to attempt to equalize the optical power level.

The Examiner alleges that Husbands head end is not a simple star coupler. Answer at 41. That is exactly what Husbands discloses for Figures 2 and 3. Star couplers S or stars 10 and 12 are simple star couplers. Husbands at 3:33-35; 3:58-63. Figure 3 adds a repeater R to "compensate for optical power losses." *Id.* at 3:56-58. No processing of data encoded in the optical signals is performed. The star is only active as it includes a repeater R. *Id.* It is not active because it performs some processing of the data. The "active" label only indicates that a repeater is present.

The Examiner alleges that "the head-end can perform amplification, switching, monitoring/detection and technical control etc. functions." Answer at 41. However, the various citations provided by the Examiner do not disclose any processing. For example, the citation to col. 3, line 62 is merely the amplification and distribution of the optical signal through the outbound star coupler 12. Husbands at 3:61-63. No processing of the data is disclosed.

The citations to col. 4, line 37 and col. 4 line 67 to col. 5, line 2 disclose no processing. Those sections merely disclose switching on the electrical connection of the transmitter 82 and receiver 84 to the receiver 32 and transmitter 30, respectively, to repeat the signals. *Id.* at 3:36-39. The purpose of switching on this electrical connection is to enable to the cascaded structure of Figure 6. It is a "switch selectable mode of operation to either serve as a repeater or to loop back incoming traffic." *Id.* at 4:67-5:1. There is no switching of data, no analysis of data in packet, or the like. The connection is turned on or off based on the position of the node 24 in the cascaded configuration of Figure 6. A node 24 is either set to be in loop-back mode at the highest level or set to be in the repeater mode for the lower levels. *Id.* 5:7-12.

The remainder of the citations are to the various secondary terminals that may be attached to the node 24. These were addressed in the Appeal Brief at 11. The Examiner provided no evidence that any performed processing or network control beyond mere monitoring.

The "technical control" cited by the Examiner is performed by a person. "[I]nformation is **displayed** to a technical controller **who** initiates corrective maintenance." Husbands at 5:62-64, emphasis added. A terminal may be connected to the inbound and outbound stars 47 and 49 to allow "the technical controller to query any of the terminal devices in the network[.]" *Id.* at 6:3-9.

The Examiner even recognizes that in Husbands, it is the terminals that perform the network control of CSMA/CD. Answer at 42. "Husbands' LAN client (user terminal) can perform "listen while talk" etc., and can determine when to transmit a signal." *Id.* In other words, the network access control is in the terminals, not in a node. Husbands' nodes 24, 46, 70, 71, 72, 74, or the like merely form a repeater network. A terminal's communications are repeated to the other terminals without modification. *See* Appeal Brief at 10-11 describing the various configurations of Husbands' network.

The Examiner alleges that the combination of a node 46 with a babble detector 50, activity monitor 48, and OTDR can be viewed as a head end. Answer at 49. Husbands does not use the term head end to describe that combination. This is pure hindsight by the Examiner in an attempt to bring in some form of processing. Regardless, as described in the Appeal Brief at pp. 10-11, the devices attached to the node 24 do not perform processing or network control.

The alleged improvement of the replacement suggested by the Examiner rests on the assumption that the head end of Husbands has processing. The Examiner argues that Husbands' "head end can perform multiple "active" functions/processes" and that Husbands'

"<u>active</u> head-end can be modified to perform the transmission controlling, or as a "master unit"." *See* Answer at 44-45, emphasis in original. As described above, Husbands head end does not perform processing or any network control. The "active" aspect is the mere use of a repeater whether an optical repeater R as in Figures 1 and 3 or an optical to electrical to optical conversion of the receiver R and transmitter T in Figure 4 and onward. The "activeness" of Husbands is merely in the repeating of an optical signal which requires power and thus active as opposed to the passive optical splitters, not in any processing or network control.

## B. Examiner's Arguments Regarding Yuki and the Combination with Husbands

### 1. Yuki does not disclose that the protocol is used in a CSMA/CD system

The Examiner alleges that "Yuki clearly and concretely discloses that "the system can be used with CDMA/CD"." Answer at 54. The Examiner's argument appears to be that Figures 17, 18, 20, 21, 27, and 28 show Yuki's access protocol being applied to a CSMA/CD system. This is false.

Yuki expressly discloses that Figure 17 compares an embodiment of Yuki's access protocol with "access protocols of <u>conventional</u> TDMA or CSMA/CD." Yuki at 20:40-44, emphasis added. Similarly, Yuki expressly discloses that Figure 18 compares "the access protocol of the first embodiment aspect of the present invention and according to access protocols based on <u>conventional</u> TDMA and CSMA/CD." *Id.* At 20:56-58, emphasis added. "FIG. 20 depicts the results of a comparison between the access protocol based on the second embodiment aspect of the present invention and access protocols based on <u>conventional</u> TDMA and CSMA/CD." *Id.* At 22:48-51, emphasis added. Results of Figure 21 are "obtained using the same simulation" as Figure 20 showing the results of the second embodiment. *Id.* At 23:9-16. Yuki introduces Figures 27 and 28 as "a description of comparison results obtained by simulating access protocols based on <u>conventional</u> TDMA and CSMA/CD, and an access

protocol based on the fourth embodiment aspect of the present invention described above." *Id*. At 28:28-32., emphasis added.

Yuki clearly and unambiguously distinguishes various embodiments of Yuki's protocol with conventional CSMA/CD. Yuki's protocol is not described as being used in a CSMA/CD system.

### 2. The Examiner ignores the required wholesale modification and elimination of express features of Husbands to incorporate Yuki's protocol

Yuki is a wholesale replacement for a CSMA/CD system. The Examiner's arguments listed drawbacks of a CSMA/CD system and described how Yuki's system is better. *See* Answer at 42-44. However, Yuki never discloses that Yuki's protocol can be used in a CSMA/CD system. The Examiner argued that Yuki's protocol could be adapted to a variety different system. Answer at 44 and 47. However, none of those are a CSMA/CD system. The system must be replaced.

In addition, the Examiner did not address the requirement of Yuki to have a master/slave relationship with the clients. Understandably, Husbands discloses a peer-to-peer system with no central controller where any terminal can initiate communication to another terminal. *See* Appeal Brief at 10, citing Husbands at 2:29-31. Husbands literally uses the word "feature" to describe this concept. *Id*. The Examiner recognizes this, stating that "Husbands' LAN client (user terminal) can perform "listen while talk" etc., and can determine when to transmit a signal." Answer at 42. Each client makes the determination on when to transmit on the network.

The Examiner's arguments require that Husbands is modified to be a master/slave system. Answer at 50. There is no explanation how Yuki's protocol could be incorporated without modifying Husbands to be a master/slave system. Doing so would destroy the express feature of clients in Husbands to initiate communications without a central controller.

### 3. The Examiner continues to use flawed logic

The Examiner misinterprets the logical argument. The Examiner argues that "as admitted by Appellant, Yuki's point-to-multipoint communication can be a LAN." Answer at 51. This is incorrect and replaces the argument with the Examiner's flawed logic. Yuki's Figure 1 is not a LAN. This is clear from the argument from the Appeal Brief at pp. 14-15 that is quoted on pp. 50-51 of the Answer. It is not true that if Figure 1 of Yuki is a point-to-multipoint network and some point-to-multipoint networks are LANs then Figure 1 of Yuki is must be a LAN. The Examiner's logic would only be correct if all point-to-multipoint networks are LANs. As explained in the Appeal Brief at pp. 14-15 that is quoted on p. 51 of the Answer, Yuki's Figure 1 is an access network, not a LAN.

The Examiner's analogy again illustrates the flaw. *See* Answer at 52. Using the Examiner's analogy, the error would be in arguing that (1) Yuki has an optical amplifier, (2) some optical amplifiers are EDFAs, and therefore (3) Yuki's optical amplifier is an EDFA. This is incorrect as it could be an SOA.

### C.    Additional References

In general, the Examiner relies on the disclosures of Husbands and Yuki even when combined with other references. Answer at 54-58. The only variation is the Examiner's argument that "Nowhere in the disclosure does Xu "teach[] against making the modification to a CSMA/CD based system to remove the CSMA/CD system and incorporate another protocol." *Id.* at 55. As explained in the Appeal Brief at p. 17, Xu's system, enables a simplified system such that no other complicated MAC protocol is required. Xu teaches that the simple CSMA/CD system of Husbands would not be replaced with the complicated protocol of Yuki. The Examiner had no response. Answer at 55.

III.    CONCLUSION

Based at least on the foregoing, the Applicant respectfully requests that the Board reverse the Examiner's rejections of all pending claims 1-24.

Respectfully submitted,

Date: _2022 Nov. 9_               By: _/Derek Meeker/_
                                  Derek Meeker
                                  Registration No. 53,313

                                  Laurence & Phillips IP Law
                                  1050 Connecticut Ave., N.W., Suite 500
                                  Washington, D.C. 20036
                                  Telephone:  (202) 558-6968
                                  Facsimile:  (202) 558-6081

                                  Attorney Docket No. UBI-005E



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/138,794 | 12/30/2020 | Alexander Ivan Soto | UBI-005E | 1022 |

12998          7590          04/18/2023
Laurence & Phillips IP Law
Derek Meeker
2200 Pennsylvania Ave., N.W.
4th Floor East
Washington, DC 20037

| EXAMINER |
|---|
| LIU, LI |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2636 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/18/2023 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

dmeeker@lpiplaw.com
dwmeeker@comcast.net
eofficeaction@appcoll.com

PTOL-90A (Rev. 04/07)

RECORD OF ORAL HEARING

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

*Ex parte* ALEXANDER IVAN SOTO, and WALTER SOTO

---

Appeal 2023-000477
Application 17/138,794
Technology Center 2600

---

Oral Hearing Held: March 23, 2023

---

Before HUNG H. BUI, ERIC B. CHEN, and MICHAEL J. ENGLE,
*Administrative Patent Judges.*

APPEARANCES:

ON BEHALF OF THE APPELLANT:

DEREK MEEKER, ESQ.
Of: Laurence & Phillips IP Law
2200 Pennsylvania Ave., N.W.
4th Floor East
Washington, DC 20037
(202) 558-6968
dmeerker@lpiplaw.com

 The above-entitled matter came on for hearing Thursday,
March 23, 2023, commencing at 3:08 p.m. EDT, via Video-
conference.

Appeal 2023-000477
Application 17/138,794

1          P-R-O-C-E-E-D-I-N-G-S

2                                                      3:08 p.m.

3          JUDGE BUI:  Good afternoon, Mr. Soto?

4          MR. MEEKER:  I am Derek Meeker.  I'm representing

5    Alexander Ivan Soto.

6          JUDGE BUI:  Oh, okay.  I'm sorry about that.  But, good

7    afternoon.  I am Judge Bui.  I'm on the Panel.  With me, we also have

8    Judge Chen and Judge Engle.

9          So, just to tell you, that this is a public hearing.  So, the public

10   might be listening to your presentation.  So, please introduce yourself

11   to our Court Reporter, and your law firm.

12         And, you will have 20 minutes.  And this case might take a little

13   bit more than that.  We allocate a few extra minutes for questioning.

14         You have -- and, we also save a few minutes for, toward the end

15   of the presentation so you can, so our Court Reporter can ask

16   additional spelling of the references.

17         So, with that, please proceed.  The floor is yours.

18         MR. MEEKER:  Thank you, Your Honors.  My name is Derek

19   Meeker.  I'm from Lawrence and Phillips.  May it please the Board,

20   this is a case about a flawed combination.

21         So, the Examiner was unable in previous rejections, to create a

22   combination that has both a passive optical LAN, that has the

23   functionality recited in the claims.

24         Now, the previous rejections all used references that disclosed

25   access networks, not LANs.  In response, the Examiner came up with

Appeal 2023-000477
Application 17/138,794

1    the current rejection with Husbands', which had an optical LAN, but,

2    without the function recited in the claims.

3        The Examiner then tried to shoehorn Yuki into Husbands in

4    order to reach the claimed invention.  And, there are several problems

5    with that.

6        Now first, I'd like to begin with the functional opposite

7    structures of Husbands and Yuki.  Husbands is a peer-to-peer network.

8        Husbands expressly discloses that it is a feature of its protocol

9    that there is no central controller and that any terminal can initiate

10   communications.  So, you can see this.  It's in Husbands, Column 2,

11   lines 35 through 37.

12       Yuki on the other hand, requires a master.  The slaves need to

13   request an amount of data.  Then the master can instruct the slaves on

14   the maximum amount of data that they are permitted to use.

15       Incorporating Yuki and forcing Husbands to be a master/slave

16   network, would not only be a fundamental redesign of Husbands'

17   network, but it would also eliminate that express feature of Husbands.

18       Now, I'd like to turn to the processing, because the Examiner

19   relies on alleged processing in Husbands in order to try to further

20   justify his combination.

21       And, there is not processing present in Husbands that can

22   perform the operations described in Yuki.  So, no embodiment of

23   Husbands has processing that controls the network like a master in

24   Yuki.

Appeal 2023-000477
Application 17/138,794

1       If you look at the various embodiments of Yuki, you can see

2    that Figure 2 of Yuki, it's completely passive, there's no processing.

3    Figures 1 and 3 show architects where the repeater are and it may be

4    used to compensate for optical losses.

5       But, the adjustment there is merely to the tap ratios of the

6    couplers that couple a terminal to the repeater R so that terminals that

7    are further away, where there maybe more attenuation before it gets to

8    the repeater.

9       And, can have their tab coupling ratio increased so that by the

10   time it gets there, it's at about the same optical level. There is no

11   processing of data, it's merely amplification.

12      Now, Figure 4 and onward are the main embodiments of

13   Husbands. And, they also do not include processing at the head-end.

14   At best, there's monitoring, but no control, no command, nothing

15   that's even close to network control.

16      So, now the Examiner attempts to argue that there's processing

17   shown in four different aspects. One is through amplification. The

18   second is switching. A third is monitoring and detection. And then a

19   fourth is technical control functions.

20      So, amplification is not processing of data. We've kind of

21   already touched on that with the optical amplification. Switching, you

22   might think oh, switching, I think I might have heard of that in the

23   context of data.

24      This is not packet switching. It's not network switching. It is

25   taking a node and literally flipping a switch to have it operate in loop-

Appeal 2023-000477
Application 17/138,794

1    back mode or repeater mode.  And, you can see this in Figure 6 of

2    Husbands where it has different nodes with the switch in a different

3    position.

4          So, the loop-back node is node 42.  You can see the arrow going

5    from the R back to the T in node 42.  That's in the loop-back node so

6    that data that comes in, loops back around, and then gets sent back out.

7          All of the other nodes are in repeater mode.  All the nodes 41, I

8    think it's node 1 through node 8 is there, they're all in the repeater

9    mode.  And so, it's a switch so that the data that comes in doesn't get

10   looped back, it goes right up the chain.

11         This is not some function that's switched back and forth during

12   operations.  It's just provisioning of the network.  If you switch one of

13   those nodes, you destroyed a node.

14         If you switch the functions of node 42 into the repeater node,

15   then the data does not loop back to the other nodes.  No node will see,

16   or no terminal will get communications from the others.

17         If you switch one of the nodes 1 to 8 there into loop-back mode,

18   so those nodes that are connected, the chart, those terminals that are

19   connected to that node may see each other.  But, they are effectively

20   removed from that node.

21         So, there's not going to be switching back and forth.  That's not

22   network control.  It's not any processing that occurs.  It's just when

23   you provision the network.

Appeal 2023-000477
Application 17/138,794

1    The next part, the monitoring and detection, these are all just

2    passive collection of information.  The activity detector just detects

3    some activity to provide the statistics to be displayed.

4    The same thing with the babble detector, it just monitors for

5    collisions.  The OTDR monitors the fibers and measures reflections.

6    The video service is just content.  It's not network control.

7    And, so this information ties into the fourth part, the technical

8    control function.  The technical control is not performed by any

9    processing.

10    And, Husbands disclosed that information is displayed to a

11    technical controller.  It's displayed to a person, and that person, that

12    technical controller who initiates corrective maintenance.

13    It's not any processing in Husbands that can do any kind of

14    network control.  And, there's not going to be a replacement of a

15    person with the functions in Yuki.

16    So, what Husbands does not have, is processing, where Yuki

17    could just be a simple replacement.  But, Husbands does not need it.

18    It's not that kind of architecture.

19    Now, I'd like to address a couple of other arguments that the

20    Examiner has.  So, the Examiner argues that Yuki can be applied to all

21    sorts of different protocols.

22    And, it's true, Yuki lists several different protocols that Yuki's

23    protocols can be displayed.  Some of these like FDM, FDMA, CDMA,

24    there's a bunch of different ones.

Appeal 2023-000477
Application 17/138,794

1      Notably missing from that list is CSMA. CSMA is what's used
2   in Husbands. Husbands relies on that. And, Yuki clearly knew about
3   CSMA.
4      Yuki is mentioned in CSMA. Yuki distinguishes its system and
5   its protocol from CSMA. Yuki knew about it. But, in spite of that,
6   when Yuki said, look, you can use it with all these protocols, missing
7   from that list was CDMA.
8      So, to note for –
9      JUDGE BUI: So, I mean – counsel, you know, you make
10  several points regarding the protocol, the difference between Yuki and
11  Husbands.
12     MR. MEEKER: Um-hum.
13     JUDGE BUI: But, if you would turn your attention back to
14  Claim 1, how is that relevant in contact with Claim 1?
15     Because Claim 1 doesn't really talk about any requirement for
16  any protocol between Yuki and Husbands. What you simply have here
17  is a very broad claim regarding a local LAN and a LAN device,
18  including three basic elements, which is the optical interface, the level
19  interface, which every – every LAN would likely have all those
20  interfaces by necessity.
21     Now, the control module, that's just nothing more than your
22  processor, right? And here, if you go back to the Claim 1 again, the
23  two, the two wherein clauses, is really the meat of this claim.
24     Every other limitation recited in Claim 1 is taught by Husbands.
25   Right?

Appeal 2023-000477
Application 17/138,794

1    The basic, at least the basic component of Claim 1 is taught by
2    Husbands. And, you're not disputing the Examiner's finding
3    regarding the three basic elements, right?
4    So, what the Examiner is doing here, is incorporating the
5    functionality, the functionality of that control module, right?
6    And, he allegedly, he's relying on Yuki for those limitations.
7    MR. MEEKER: Um-hum.
8    JUDGE BUI: Okay. So, the first wherein clause is where the
9    control module processes that electrical -- the downstream electrical
10   signal, that's meaning -- the electrical signal to be transmitted, right?
11   To recover the upstream bandwidth allocation, I have a few
12   questions regarding that limitation. The first wherein clause, the
13   second wherein clause that he's talking about, responds to that
14   upstream bandwidth allocation to generate certain information,
15   electrical information about that. Okay?
16   So, the question I have for you is that, are those wherein clause
17   limitations described in Yuki?
18   What is your position regarding Yuki teaching? Relative to
19   those two wherein clauses.
20   MR. MEEKER: So, I believe Yuki does have a problem with
21   tracking of bandwidth calculations.
22   JUDGE BUI: Um-hum.
23   MR. MEEKER: The problem is in the (inaudible.)
24   JUDGE BUI: I'm losing your audio.
25   MR. MEEKER: Oh, you can't hear me?

Appeal 2023-000477
Application 17/138,794

1       JUDGE BUI:  Yes.

2       MR. MEEKER:  Is that any better?

3       JUDGE BUI:  Yes.  It --

4       MR. MEEKER:  Let me move up a little bit.

5           So, the problem is really in the combination.  So, if Yuki

6   discloses, and you're assuming for the sake of argument, it discloses

7   all of the limitations that the Examiner says that functionality is there,

8   it's all there in Yuki.

9       JUDGE BUI:  Yes.

10      MR. MEEKER:  You still need to have a reason, you know, so

11  with the rational underpinnings to combine it with the optical LAN in

12  Husbands.

13      JUDGE BUI:  Right.

14      MR. MEEKER:  And, this is a problem that the Examiner had

15  with the previous rejections.  All of the times that the Examiner may

16  have found something that was close, it was all in the context of access

17  nodes.

18          And so, there's this fundamental problem.  As the Examiner

19  needs to find some teaching that says, take what's here in Yuki, and

20  there needs to be some reason to take Husbands and modify it in order

21  to bring that functionality to term.

22      JUDGE BUI:  Okay.

23      MR. MEEKER:  And, the problem here is really twofold.  One,

24  you can't just change the head-end of Husbands, which seems like

25  Yuki's trying to argue to put in some functionality there.

Appeal 2023-000477
Application 17/138,794

1      You have to both change the head-end, and you have to change
2   all of the terminals.  That's a wholesale redesign of Husbands' system.
3      And, you eliminate, the second part you eliminate the express
4   feature in Husbands that the terminals can decide when and how they
5   communicate with each other.  You have to get rid of that entirely.
6      JUDGE BUI:  Our concern is that if those -- if you turn your
7   attention back to Claim 1, Claim 1 is very broad in the context of local
8   area network device.  Right?
9      MR. MEEKER:  Uh-huh.
10      JUDGE BUI:  It has the basic component that every LAN
11   device would have.  It would have an optical interface, which you're
12   not contesting, which you're not disputing.
13      It has a network interface, which you are not disputing.  And, it
14   has a control module, right?
15      MR. MEEKER:  Uh-hum.
16      JUDGE BUI:  And, where it's a processor, it has a control
17   module.  Or, anything, any control, you know, mechanism building
18   through the, your LAN device, it would have that control module.
19      So, the only question here is that, does that control module
20   perform the way in, the limitation recited in the way in clause?
21      MR. MEEKER:  Um-hum.  Yes.  And that's --
22      JUDGE BUI:  So, --
23      MR. MEEKER:  That's why the Examiner relies on Yuki.
24      JUDGE BUI:  Right.  So, if Yuki were to teach the use of -- but
25   any new.  Any time you have a device A communicating with device B

Appeal 2023-000477
Application 17/138,794

1    over the network, allocate, bandwidth would have to be allocated,

2    whether that's upstream or downstream.  Right?

3        Otherwise, you wouldn't be able to come through a transmission

4    -- to complete that chain of transmission.  Right?

5        MR. MEEKER:  Um-hum.

6        JUDGE BUI:  So, the bandwidth information, bandwidth

7    allocation would be necessary to ensure data is transmitted from point

8    A to point B.  Why wouldn't that be obvious?

9        MR. MEEKER:  So, I would disagree with that, because

10   Husbands does not have that.  Husbands does not have bandwidth

11   allocation.

12       And, that's part of the problem.  Husbands doesn't have that, so

13   that every, every client can do -- this is a feature, they can

14   communicate with each other.

15       JUDGE BUI:  That's right.  And, the Examiner is relying on

16   Yuki for that limitation though.  Isn't he?

17       MR. MEEKER:  Right.

18       JUDGE BUI:  He's not relying on Husbands for that limitation.

19       MR. MEEKER:  Yes.  So, we're eliminating that express

20   feature.

21       JUDGE BUI:  Um-hum.

22       MR. MEEKER:  Which, you know, if you eliminate, you know,

23   a -- you make some modification that makes it unsatisfactory for its

24   intended purpose.  And, there's no suggestion or motivation to make

25   that proposed modification.

Appeal 2023-000477
Application 17/138,794

1    JUDGE BUI:  But, can you tell that in the wherein clause?

2    MR. MEEKER:  Well, let's step back.  I want to – I want to

3  address something that you mentioned.  Because you need to have a

4  teaching somewhere that says in Yuki, look, you can -- you can apply

5  these to a master/slave -- or sorry, you can apply these teachings and

6  use this in a system that is not a master/slave system and it's a LAN.

7    And, Yuki just does not have that.  Yuki does not disclose that

8  its system can be used in a system that is not a master/slave system.

9  So, you have to modify Husbands' system in order to be a master/slave

10  system.

11    And, on top of that, the Examiner tries to rely on Figure 1, and

12  say, that that's a LAN.  But, it's not.  Yuki expressly states that that

13  Figure 1 of Yuki is an access network.

14    And, we have the same problem that we had before, that you

15  still do not  have a combination that has a LAN, a passive optical LAN

16  that also has the functionality that from what we seem to have in Yuki,

17  only appears in access networks.

18    You need to have some rationale to make that modification.

19  And, it's not present here.  And, there's all these signposts that say,

20  don't do it.

21    You know, I look at --

22    JUDGE BUI:  To be fair -- to be fair to the Examiner, the

23  Examiner didn't provide a reason for making the combinations, right?

24    Here -- in the final office action on page 17, he's saying that

25  look, the reason why you want to incorporate the dynamic bandwidth

1    allocation approach as described by Yuki is so that you can, you can

2    relax about the memory requirement.

3         You can handle the, you know, minimize the latency time, and

4    reuse that.  And, increase the system capacity.  Why wouldn't that

5    reason be sufficient?

6         It would be supported by a rational underpinning required by

7    KSR.

8         MR. MEEKER:  Because number one, you have to eliminate

9    functionality that's in Husbands that Husbands expressly says is a

10    feature.

11         But, number two, I'd like to point out that there's secondary

12    reference.  I think it's called Xu.  It teaches that a simple CSMA

13    system like Husbands would not be replaced by a complicated media

14    access control or MAC protocol like in Yuki.

15         We pointed this out in the Appeal Brief.  It's on page 17 of the

16    Appeal Brief.  The Examiner had no response to this.  And, we pointed

17    that out again in the Reply Brief on page six.

18         So, we have these situations where yes, there is an optical LAN.

19     But, you know, there are these signposts that say, look, you're not

20    going to make the combination because it's using a different protocol.

21         You're not going to make the combination because it's making

22    it more complicated.  You're not going to make the combination

23    because you're removing a fundamental feature of that system.

24         So, all these signposts that say don't make the combination.

Appeal 2023-000477
Application 17/138,794

1    JUDGE BUI:  Okay.  I do have -- how much more time do we
2    have Judge Chen?  I think that we have like five, ten more -- five, ten
3    minutes?
4        JUDGE CHEN:  Oh, sorry.  About five minutes.  I was on mute.
5        JUDGE BUI:  Five minutes.  Right.  So, let me -- let me save
6    the last five minutes, and talk about the procedure history of this case.
7        Okay.  So, in the -- this data sheet, you have -- this application is
8    a continuation of a string of cases that have priority that date back in
9    2003.  Right?
10    MR. MEEKER:  Correct.
11    JUDGE BUI:  And, you already have, the inventors, or the
12    patent owners already obtained, I think it's, if my -- if my accurate
13    counting, you have eight patents already issued.
14        And, I -- we've been reviewing the claim in the issue patents,
15    and we know that the claims that you have pending on this appeal are
16    somewhat much broader than the claim that we'll allow.  Okay?
17        So, the question I have for you is, that you were in charge of the
18    prosecution of all those earlier patents.  Was there a restriction
19    requirement?  I mean, which I couldn't find any.
20        So, there was no restriction requirement, correct?
21    MR. MEEKER:  I'm not aware of it.  But, I don't believe I've
22    looked for one.
23    JUDGE BUI:  Okay.  So, you know, for example, that you have
24    pending on this appeal are more significantly broader than the claim
25    that was identified in the second, in the second patent that was issued.

Appeal 2023-000477
Application 17/138,794

1      And, I'm wondering, I'm wondering the reason why? Why
2  would those claims be patently distinct from the claims that were
3  previously allowed in those eight patents?

4      That's my number one question.  And the number two question I
5  have for you is, is whether -- if this claim were to be issued, okay, you
6  have -- because your priority is all the way back to 2003.

7      Would that also mean, I think the earliest priority date is June
8  10, 2003.  And, right now we are March 23, 2023.  You practically
9  have almost only three months left in the patent term.

10      Were you -- are you aware of that issue?

11      MR. MEEKER:  Yes.  Yes, Your Honor.  We're aware of the
12  timing.  But, through patent term extension, I believe when we worked
13  it out, I would be, you know, maybe a year of term.  There would be
14  some term left.  I don't believe this is a case where it's a petition with
15  no term remaining.

16      Going back to your first point about the, you know, the scope of
17  the claims in the earlier patents, you know, this is not an issue that's
18  come up.  Or, maybe there would be a double patenting rejection.

19      But, we haven't had to deal with that.  And so, you know, if that
20  comes up then, you know, we could deal with that at that point in time.

21      JUDGE BUI:  So, we would instruct the Examiner to issue a
22  restriction.  Are you prepared to file a disclaimer?

23      MR. MEEKER:  If it's a, you know, a valid double patenting
24  rejection than, you know, I believe so.  I'd still have to consult with
25  my clients about that.

Appeal 2023-000477
Application 17/138,794

1        JUDGE BUI:  All right.  Judge Chen and Judge Engle, do you

2   have any questions?

3        JUDGE CHEN:  This is Judge Chen, I have no questions.

4        JUDGE ENGLE:  This is Judge Engle, no further questions

5   from me.  Thank you.

6        JUDGE BUI:  So, with that, thank you very much, Mr. Meeker.

7   I appreciate your presentation.

8        MR. MEEKER:  Thank you, Your Honors.

9        (Whereupon, the above-entitled matter went off the record at

10  3:30 p.m.)

UNITED STATES PATENT AND TRADEMARK OFFICE

———————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————————

In re Patent Application of:
Alexander I. Soto and Walter G. Soto

———————————

Appeal No. 2023-000477
Application No. 17/138,794

———————————

## NOTICE OF APPEAL

Pursuant to 35 U.S.C. §§ 141(a) and 142, the Appellants, Alexander I. Soto and Walter G. Soto hereby give notice that they appeal to the United States Court of Appeals for the Federal Circuit from the Decision on Appeal entered by the Patent Trial and Appeal Board on April 3, 2023 in which the PTAB affirmed the obviousness rejections of claims 1-24 of the above-referenced application.  Issues on appeal may include the Board's claim interpretations, factual findings, and legal conclusions.  A copy of the Decision on Appeal is attached to this notice of appeal.

This notice of appeal is timely filed within the time limits prescribed by 35 U.S.C. § 142 and 37 C.F.R. §§ 90.3(a)(1).

Respectfully submitted,

Date: *2023 May 31*                      By: */s/ Derek Meeker*

Derek Meeker
Registration No. 53,313
1050 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
Telephone:  (202) 558-6968
Facsimile:  (202) 558-6081

# CERTIFICATE OF FILING AND SERVICE

I certify that on May 31, 2023, copies of the foregoing NOTICE OF APPEAL and all documents filed with it are being filed with the Director of the United States Patent and Trademark Office (USPTO) via Priority Mail Express®, at the following address:

Office of Solicitor
United States Patent & Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, VA 22313-1450

I further certify that on May 31, 2023, copies of the foregoing NOTICE OF APPEAL and all documents filed with it are being electronically filed with the Patent Trial and Appeal Board via the USPTO's Patent Center's electronic filing system.

I further certify that, pursuant to Federal Circuit Rules 15(a)(1) and 25(b)(1), on May 31, 2023, a true and correct copy of the foregoing NOTICE OF APPEAL, and all documents filed with it, as well as payment of the required fee, are being filed with the United States Court of Appeals for the Federal Circuit via the CM/ECF electronic filing system.

*/s/ Derek Meeker*
Derek Meeker
Registration No. 53,313

# United States Patent [19]

## Husbands et al.

[11] Patent Number: **4,781,427**

[45] Date of Patent: **Nov. 1, 1988**

[54] **ACTIVE STAR CENTERED FIBER OPTIC LOCAL AREA NETWORK**

[75] Inventors: **Charles R. Husbands**, Acton; **Bruce D. Metcalf**, Carlisle, both of Mass.

[73] Assignee: **The MITRE Corporation**, Bedford, Mass.

[21] Appl. No.: **777,934**

[22] Filed: **Sep. 19, 1985**

[51] Int. Cl.⁴ .............................................. G02B 6/28
[52] U.S. Cl. .................................. **350/96.16**; 455/612
[58] Field of Search .......................... 350/96.15, 96.16; 455/600, 601, 606, 607, 612

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,227,260 | 10/1980 | Vojvodich et al. | 455/601 |
| 4,528,695 | 7/1985 | Khoe | 455/612 |
| 4,573,215 | 2/1986 | Oates et al. | 455/607 |
| 4,580,872 | 4/1986 | Bhatt et al. | 350/96.16 |

*Primary Examiner*—Eugene R. Laroche
*Assistant Examiner*—Steven J. Mottola
*Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks

[57]                     **ABSTRACT**

The local area optical network interconnects a plurality of user terminals. The local area network includes an interface unit for receiving information from the user terminals and an active star node connected to the interface unit by fiber optic cables. In one embodiment, the active star centered node includes a passive optical star coupler having a plurality of ports for interconnecting the terminals. An optical receiver receives optical signals from the star coupler and is interconnected with an optical transmitter which transmits the signal from the receiver back into the star for distribution to the plurality of ports. In either embodiment, the star node includes an expansion port and an optically associated transmitter and receiver to allow multiple nodes to be connected to one another in an hierarchial, branching architecture. In another embodiment, the active star centered node includes a passive input star coupler and a passive output star coupler. The local area networks organized around the active stars are portable, flexible and expandable.

**10 Claims, 5 Drawing Sheets**





# FIG. 1
### (PRIOR ART)



# FIG. 2
### (PRIOR ART)



# FIG. 3



FIG. 4

□ OPTICAL CONNECTORS

FIG. 5



FIG. 6

FIG. 7



*FIG. 8*



*FIG. 9*



*FIG. 10*

△ *850 nm DEVICES*

△ *1300 nm DEVICES*

1

# ACTIVE STAR CENTERED FIBER OPTIC LOCAL AREA NETWORK

## BACKGROUND OF THE INVENTION

The present invention relates to local area networks and more particularly to a local area network organized around a fiber optic active star node.

A local area network (LAN) for use in emergency command center communications should satisfy requirements for portability, flexibility and expandability. The portability requirement suggests that the LAN be lightweight, self-contained and rapidly deployable. In certain emergency situations, the command center may have to be relocated. In this case, the LAN must be retrieved, packed in a truck or helicopter for transport to the new site, and there rapidly deployed. The light weight and small size of fiber optics meet this portability requirement. In addition, a fiber optic medium offers well known benefits of immunity to electrical interference and lightning strikes, elimination of ground loops, and no catastrophic shorting in the event of a damaged cable section.

The requirement of LAN flexibility refers to the network's capability to support a wide variety of terminal devices for data services. Such flexibility may be provided by the utilization of standard electrical data interface units. In addition to data transmission, the distribution of one or more video channels is also desired for the transmission of images or maps to monitor the status of the emergency situation.

The requirement for expandability relates to the size of the LAN as measured by the number of terminal devices that may be interconnected by the network. The network must be balanced and should operate with various deployments ranging from a few to many subscriber stations. Furthermore, growth in the number of network subscribers should be modular. A dynamic reconfiguration to add additional subscribers to an operating network should not interfere with the communications between active terminals originally connected to the LAN.

It is therefore an object of the present invention to provide a local area network which is light in weight for portability.

Another object of the invention is a local area network capable of supporting a wide variety of terminal devices for data services.

Still another object of the invention is such a local area network which is expandable in a modular fashion to permit the interconnection of numerous terminal users.

## SUMMARY OF THE INVENTION

The local area networks of the present invention are based on an active star node. In one embodiment, the active star node consists of a pair of passive, transmissive optical star couplers and active LED and PIN diode transmitter/receiver modules. In another embodiment a single active star centered node is utilized in a bidirectional fashion. The active star centered nodes of the present invention allow a modular expansion of the network, using an expansion port and provide auxiliary optical ports that can furnish vedeo distribution services and technical control access points.

2

## BRIEF DESCRIPTION OF THE DRAWING

The invention disclosed herein will be understood better with reference to the following drawing of which:

FIG. 1 is a prior art linear bus configuration;

FIG. 2 is a prior art passive star coupler configuration;

FIG. 3 is a schematic diagram of an active star node of the present invention;

FIG. 4 is a diagram of the local area network elements of the present invention;

FIG. 5 is a diagram of fiber optic baseband modem logic of the present invention;

FIG. 6 is a schematic diagram of the modular expansion concepts of the present invention;

FIG. 7 is a diagram of the technical control capability with the present local area network;

FIG. 8 is a diagram illustrating a bidirectional local area network;

FIG. 9 is a schematic diagram illustrating the modular expansion concept for use with the configuration of FIG. 8; and

FIG. 10 is a schematic diagram of a dual wavelength bidirectional single fiber local area network.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

The network protocol selected for use with the local area network of the present invention is carrier sense multiple access (CSMA) with collision detection (CD). The CSMA protocol has evolved from decentralized contention techniques. This protocol is designed to support a large number of bursty users on a time shared transmission medium. This protocol features no central controller and any terminal can initiate communications to other terminals. To accomplish this task, the initiating terminal first listens to determine the availability of the transmission medium. If the line is quiet, the source terminal sends out a command packet followed by the message. The command packet contains both the destination address and the source address. Upon hearing its address, the receiving terminal copies the message. This process is termed "listen before talk" (LBT). In addition to the command packet containing the header information, additional packets are exchanged between the terminals to acknowledge valid receipt of the information.

Because of inherent delays in the transmission medium, two terminals located some distance from one another can initiate almost simultaneous transmissions based on each hearing a quiet line. This simultaneous transmission creates a collision on the line, producing garbled data. If simple LBT is employed, an invalid message can be detected through the use of check sums. Requests for retransmission of the invalid message can then be made through the acknowledgment process. As the transmission medium becomes more heavily loaded or the packet size is increased, the requirement for retransmission rapidly increases. To abort the transmission of an invalid packet upon detection of a collision, a technique called "listen while talk" (LWT) has been developed. The collision detection process can take several forms such as summed energy or software comparisons on the flags or addresses in the broadband mechanization.

In examining network structures to support the CSMA protocol with collision detection, the linear bus

4,781,427

3

4

configuration known in the prior art (FIG. 1) appears to be a logical choice. This bus structure has been used successfully in coaxial mechanizations for both wideband and baseband data transmission in dual and single cable configurations. However, when this type of structure is mechanized in fiber optics, a series of problems become evident. One problem is the optical power loss associated with cascading couplers. As the losses increase linearly with the number of couplers involved, only a small number of terminals can be supported before repeaters are required.

A second problem associated with the linear bus configuration of FIG. 1 is the dynamic range requirements imposed on some of the optical receivers in the system. In FIG. 1, the optical receiver associated with the head-end repeater R must have the capability to rapidly adjust between optical signals received from the closest transmitter T and those from the most distant transmitter. To compensate for this process it is possible to engineer an optically balanced system by tapering the coupler tap ratios. Data bus designs successfully implementing this technique are known in the prior art. However, in a portable system repeatedly being disassembled and deployed, this tapering technique becomes impractical. Because of the requirements for modular expandability and portability, linear bus architecture is not suitable for use in the present invention.

The most popular method of mechanizing CSMA/CD fiber optic local area networks utilize the passive star coupler. The known passive star architecture is shown in FIG. 2 and uses a passive, transmissive star coupler as the key component. As is well known, a star coupler is an optical device which can combine and distribute optical signals. Such couplers are oftentimes constructed by wrapping optical fibers around one another so that light energy couples into each of the fibers. In the structure of FIG. 2, all of the optical transmitters are interfaced to one side of the star, while the optical receivers are connected to the opposite side of the star. The star acts as an optical combiner for the sources and then as an optical distribution network to the receivers. Since the optical loss of a star increases as the log of the number of ports, a greater number of terminals can be supported by this structure than by the linear bus of FIG. 1. Although the structure is inherently balanced, manufacturing variability in larger star couplers has caused dynamic range problems when collision detection is implemented. A major constraint on this type of architecture is expandability. Having once exceeded the limits of the original star node, the addition of star nodes through the use of repeaters is complicated by recirculation problems.

A variety of network configurations to support CSMA/CD protocol have been developed with active stars. In an active star network, some form of repeater function takes place at the star node to compensate for optical power losses. A mechanization of a star network according to the present invention is shown in FIG. 3. In this configuration, a fiber optic star 10 is used to combine the inbound optical signals. The resulting signal is amplified and distributed through a second outbound star 12. This configuration can be mechanized with reflective as well as transmissive stars and is modularly expandable through the application of repeaters. An architecture of this type is the network selected for use in the present invention and requires two optical stars per node. The system is inherently balanced and

can be expanded or contracted to meet the immediate needs of the user.

The network components of the fiber optic LAN of the present invention are illustrated in FIG. 4. In this implementation, user terminal devices 14 are interfaced to the optical transmission network through a modified Sytek local net 20/100 dual port packet communication unit 16. For operation on a coaxial network, these units contain a communications card (or bus interface unit) and a frequency shift keyed (FSK) RF modem. The communications card includes the firmware for performing the CSMA/CD protocol, data packet formating, and error detection.

In FIG. 4 a fiber optic modem 18 transmits and receives light through a pair of fiber optic cables 20 and 22 connected to an active star or head-end unit 24. The active star node 24 of the LAN consists of two $8 \times 8$ passive optical star couplers 26 and 28, an LED transmitter 30, and a PIN photo diode receiver 32. Each of the 8 ports on one side of the star couplers 26 and 28 are dedicated to terminal interconnections. On the other side of the star couplers, one port is terminated through a connector either to the optical receiver 32 or to the optical transmitter 30. Optical transmissions from a terminal 14 enter the input star coupler 26 and are detected by the receiver 32. The electrical output of this receiver 32 drives the head-end transmitter 30, which launches light back into the output star 28. This light is divided by the star 28 and broadcast to all of the terminals. The star node 24 is therefore used unidirectionally. The remaining seven ports of the star couplers are terminated in connectors and may be used as auxiliary ports for additional services. While the star node 24 is shown connected in a head end mode, it should be noted that the node 24 includes an optical expansion port 80 and associated transmitter 82 and receiver 84 which can be switched into electrical connection with the receiver 32 and transmitter 30, respectively, to provide operation in a repeater mode.

All optical sources and detectors used in this implementation operate in the short wavelength range (i.e., around 850 nm). Because collision detection (CD) is used in this implementation (e.g., when the terminals listen for the return of their own start-of-transmission flags), a dual fiber cable is required for interconnectivity between units.

The logic to interface the communications card of the Sytek local net 20/100 communication unit 16 to the fiber optic transmission medium is shown in FIG. 5. When the terminal senses that the line is quiet, transmission is achieved by presenting the data to be transmitted to the optical modem together with the carrier key line 34. The carrier key line 34 acts as an enabler and gates the transmit data and clock signals to a Manchester encoder 35 associated with the optical transmitter. The optical signal is transmitted by way of the head-end to all other terminals in the system. Optical energy is detected by an optical receiver 36. The resulting electrical signal is sent to a Manchester decoder 37 to recover data and clock. A portion of the encoded signal is used to stimulate an activity counter 38 that detects the sustained presence of data transmissions. This counter 38 establishes the presence of carrier and is used to gate valid data to the communications card 40.

To provide connectivity to large subscriber populations, the method of network expansion is illustrated in FIG. 6. Each star node 41 is provided with a switch-selectable mode of operation either to serve as a re-

**5**

peater or to loop back incoming traffic. With the appropriate switch settings, a hierarchy of star nodes is formed. At the lowest level of hierarchy the terminals connect to nodes 41 set for the repeater function. Traffic incident from the terminals is photodetected and then retransmitted via a transmitter 82 and an expansion port 80 toward a higher level. The lower level nodes act as a repeater. The highest level node 42 detects all incoming traffic and then broadcasts this traffic back through the star coupler to all lower order nodes through the expansion ports 80 and the associated receivers 84. The expansion node 42 consists of two pairs of fiber optic transmitter (T) and receiver (R) modules, and a pair of 8×8 star couplers 43.

The expansion concept of FIG. 6 is modular in that all nodes in the system are identical. The optical link budget and dynamic range of an expanded configuration are essentially identical to a single node system since lower order nodes have the same optical configuration as the terminal modems.

An operational single node system may be expanded without interruption of communications if one of the eight terminal ports of a star coupler is dedicated to an expansion. In this case, seven terminals initially operate into a node set for the loop back mode of operation. When expansion is required, a second node (in the repeater mode) is connected to the dedicated expansion port on the original node. For a configuration consisting of N tiers (two tiers are shown in FIG. 6), an optical signal would be regenerated 2N−1 times before final detection in the terminals. The overall system bit error rate (BER) would then be degraded by a factor of approximately 2N compared to the BER of a single optical receiver. A further performance degradation would occur as a result of timing jitter if timing recovery were not employed at the nodes. Timeout periods associated with acknowledgments in the network protocol may impose further limitations. This limitation is determined from propagation delay in the system and is a function of fiber cable lengths and signal regeneration processing delays in the nodes.

The technical control capability of the present invention will now be described in conjunction with FIG. 7. Technical control refers to monitoring system performance and signaling alert conditions that may result in performance degradation or network failure. As shown in FIG. 7, the auxiliary optical ports 44 on the star node 46 may be used to provide several functions associated with technical control. If the fiber optic node is configured in the loop back mode, so that it functions as the network head-end, all information received from the terminals will appear at the auxiliary ports on the inbound star. An activity monitor 48 connected to one of the ports 44 on the star can provide useful network statistics during operation. The activity monitor 48 consists of an optical detector followed by electronics for decoding packet headers (not shown). By examining incident packet headers, information is obtained on all current virtual connections, and statistics are acquired that can be used to reveal excessive numbers of bad packets, retransmissions, or unexpected disruptions of virtual connections. This information is displayed to a technical controller who initiates corrective maintenance as necessary. A babble detector 50 monitors the incident optical Manchester waveform of the packets. In the event of an optical collision, this waveform will be distorted, but such collision should persist for only a short duration. If a terminal modem malfunctions in the

**6**

"on" state, and begins to optically jam the network ("babbling"), an excessive collision count is signaled.

Also note that a terminal modem connected to transmit into any of the auxiliary ports 44 on the outbound star 47 and receive on any of the auxiliary ports on the inbound star 49 may communicate with any other terminal on the network. This allows the technical controller to query any of the terminal devices in the network and may be used for fault isolation to a particular terminal.

To monitor the continuity of the fiber optic cable plant, an optical time domain reflectometer (OTDR) may be launced into any one of the auxiliary ports 44. To resolve continuity on each leg of the node, the set of fiber optic cable assemblies 52 is cut to form a sequence of differential lengths Δl. In this manner, reflections from the cable ends are staggered in time and may be resolved with the OTDR.

A video distribution service may also be provided on an unexpanded network by use of the auxiliary ports 44 on the outbound star node 47. Two multiplexing techniques may be considered for this purpose. The first technique is electrical frequency division multiplexing (FDM) in which the video channel is heterodyned by an electrical subcarrier before analog modulation of an optical source. The optical source emits in the same wavelength region as the data sources. The optical analog signal is launched into one of the auxiliary ports 44 on the outbound star 47. This technique differs from conventional FDM approaches in that the RF video and baseband data channels are summed optically instead of electrically. The outbound star coupler, therefore, serves both as a multiplexing summing point and as a branching point for distribution to all users. At the user stations, filtering is performed electrically within the receivers for selecting either the data or the video channel. At the terminal stations, the additional light level from the dc bias of the analog optical source causes an imperfect extinction ratio on data reception; however, no noticeable degradation in data terminal communication is observed.

The second technique is wavelength division multiplexing in which the data and video channel light sources are at distinct wavelengths. The star coupler serves as the wavelength multiplexer. At the expense of optical power margin (or possible cable lengths) a wavelength demultiplexer at the terminal stations separates the data and video wavelengths. In this technique both channels may be baseband modulated. For a multiple video channel transmission, a tunable wavelength demultiplexer may be used to select either the data or any one of the video signals.

With reference now to FIG. 8, a bidirectional active star network 54 is shown. In this structure, the star node consists of a passive star used for both inbound (combining) and outbound (broadcast) functions. Using the star in this bidirectional manner reduces by half the number of stars required to implement this type of architecture. In FIG. 8, a fiber optic modem card 56 transmits and receives light through a passive "Y" coupler 58 onto a single fiber cable 60. The active star node (or head-end) of the LAN consists of an 8×8 passive optical star coupler 62, an LED transmitter 64 and a PIN photodiode receiver 66. Eight ports on one side of the star coupler 62 are dedicated to terminal interconnections. On the other side of the star coupler 62 one port is terminated, through a connector, to the optical receiver 66, and one port is connected to the transmitter 64. Optical transmissions from a terminal's modem enter

4,781,427

7                                                    8

the star coupler **62** and are detected by the head-end receiver **66**. The electrical output of this receiver drives the head-end transmitter **64**, which launches light back into the star coupler **62**. This light is divided by the star coupler **62** and broadcast to all terminals **68**. The star coupler is therefore used bidirectionally.

All optical sources and detectors used in this implementation operate in the short wavelength range (i.e., around 850 nm). The use of common wavelength bidirectional transmission on a single fiber with an optical "Y" coupler leads to considerations of optical crosstalk from the terminal modem's transmitter to its collocated receiver. Although the isolation of fused biconical tape couplers is greater than 35 dB when the output port is optically terminated, the use of a non-indexed matched connector on the output port gives rise to reflections at the air/glass interfaces of the connector. For an optical "Y" coupler with an excess loss of 0.5 dB, the near end reflections from a connector on the output port result in only 18 dB of optical isolation. In addition, there will be reflections from other connectors in the system and, to a lesser degree, backscatter from the fiber cable and the star coupler. The optical receiver on the terminal modem card **56** will detect this crosstalk. With the implementation of the architecture in FIG. 8, it is not possible because of the single fiber optic cable to "listen while talking".

Modular expansion similar to that shown in FIG. 6 in connection with dual fiber cables, can be achieved with the single fiber embodiment of FIG. 8. This modular expansion concept is shown in FIG. 9. Each of the star nodes **70** is provided with a switch selectable mode of operation to serve either as a repeater or to loop back incoming traffic. With the appropriate switch settings, a hierarchy of star nodes is formed. At the lowest level of the hierarchy the terminals connect to nodes set for the repeater function. Traffic incident from the terminals is photodetected and then retransmitted by a transmitter **82** toward a higher level node **71** on a single fiber through a "Y" coupler feeding an expansion port **80**. The lower level nodes act as a repeater. The highest level node **71** detects all incoming traffic and then rebroadcasts this traffic back through the star coupler to all lower order nodes through the expansion port **80** and an associated receiver **80**.

FIG. 10 shows an embodiment of the present invention capable of "listen while talk" and requiring only a single fiber optic cable. In this case, each of the terminals **72** transmit at one wavelength and receive on another. The architecture of FIG. **10** thus involves bidirectional wavelength division multiplexing (WDM). The head end node **74** in this case would provide the required wavelength translation with the appropriate photodetector and transmitter. In this implementation only one star coupler **76** would be employed in the LAN node and a single fiber **78** would be employed between the LAN node and each terminal **72**. The modular expansion scheme described earlier may still be used in this WDM implementation with, for example, short wavelength transmission used on the ascending path from the lower to the higher level nodes, and long wavelength transmission on the descending path.

It is thus seen that the objects of this invention have been achieved in that there has been disclosed a fiber optic local area network architecture based on the use of active star couplers. In one implementation, each star node consists of two star couplers and employs unidirectional fiber optic connections. In another architecture, the active node consists of a single star coupler and a single fiber optic cable is utilized.

The local area networks disclosed herein are portable, flexible and expandable. Growth in the number of network subscribers is modular and additional subscribers can be added to an operating network without interfering with communications between active terminals originally connected to the LAN.

It is recognized that modifications and variations of the present invention will occur to those skilled in the art and it is intended that all such modifications and variations be included within the scope of the appended claims.

What is claimed is:

1. An active star centered optical node for interconnecting a plurality of user terminals comprising:

at least one passive star coupler including a plurality of first ports for interconnecting the user terminals located at a first side of the star coupler and a like plurality of second ports located at a second, head-end side of the star coupler;

an optical expansion part located at said second side of the star coupler;

at least two pairs of optical transmitters and receivers, and,

selection means movable between a first position which connects said at least two pairs of optical transmitters and receivers in a loop back mode in which an optical input from at least one of said second ports is directed to one of said receivers whose output is directed to one of said transmitters which in turn is directed back to at least one of said second ports and a second position which connects said at least two pairs of optical transmitters and receivers in a repeater mode where the output of at least one of said second ports is directed to the receiver of one of said receiver and transmitter pairs whose transmitter output is directed to said expansion port, and the other of said receiver and transmitter pairs receives an optical signal input to said optical node at said expansion port and transmits it into at least one of said second ports.

2. The active star of claim 1 wherein said selection means is switch-selectable.

3. The active star of claim 1 wherein said at least one passive star coupler is one star coupler and said first and second ports act as both input and output ports for optical information combined or distributed by said passive star coupler.

4. The active star of claim 3 further including a connector which optically connects said expansion port with the transmitter of one of said pairs of transmitters and receivers to produce an output signal at said expansion port that combines the input signals at any of said second ports and with the receiver of the other said pair of transmitters and receivers to produce a multi-channel output at said second ports of a signal input at the expansion port.

5. The active star of claim 1 where said at least passive star comprises a passive input star and a passive output star.

6. A local area optical network comprising:

a plurality of active star nodes each including:

(i) at least one passive star having a plurality of ports for interconnecting the terminals, said ports being arrayed both on a terminal side of said passive star and a head-end side of said passive star,

4,781,427

**9**

(ii) an expansion port disposed at the head-end side of said star, and

(iii) two pairs of optical transmitters and receivers located at the head-end side of said star with electrical communication between the optical receivers and transmitters of each said pair and with optical communication via selected ones of said receivers and transmitters between said expansion port and at least one of said ports at the head-end side of said star, said electrical communication being selectable between a first position in which said star node operates in and a second position in which said star node operates in a loop-back mode,

said star nodes being arrayed in hierarchical order with a first order in direct connection with the terminals with their expansion ports connected to the ports of a star in a next higher order, the stars in the first order being set in the repeater mode, and

**10**

the highest order having an active star node set in the loop back mode so that it receives all the optical signals from all levels of the network and re-broadcasts them to all levels of the network.

**7.** The local area network of claim **6** wherein said at least one star includes a passive input star and a passive output star.

**8.** The local area network of claim **6** wherein said at least one star includes a single star and the active star is bi-directional.

**9.** The local area network of claim **6** wherein said transmitters and receivers are switchable between said loop-back and repeater modes so that all of said active stars in said local area optical network are interchangeable.

**10.** The local area network of claim **6** further comprising at least one interface unit that provides signal transmission between said terminals and said terminal side ports.

* * * * *

US006778557B1

(12) **United States Patent**
Yuki et al.

(10) **Patent No.:** **US 6,778,557 B1**
(45) **Date of Patent:** **Aug. 17, 2004**

(54) **POINT-TO-MULTIPOINT COMMUNICATION SYSTEM**

(75) Inventors: **Yoshinori Yuki**, Fuchu (JP); **Masatoshi Nakao**, Hino (JP); **Hiroyuki Ibe**, Yokohama (JP); **Yoshio Hatate**, Musashino (JP)

(73) Assignee: **Kabushiki Kaisha Toshiba**, Kawasaki (JP)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/381,580**

(22) PCT Filed: **Jan. 25, 1999**

(86) PCT No.: **PCT/JP99/00272**

§ 371 (c)(1),
(2), (4) Date: **Sep. 22, 1999**

(87) PCT Pub. No.: **WO99/38292**

PCT Pub. Date: **Jul. 29, 1999**

(30) **Foreign Application Priority Data**

Jan. 23, 1998  (JP) ............................................. 10/11429
Jun. 30, 1999  (JP) ........................................... 10/184337

(51) **Int. Cl.$^7$** ............................................... **H04J 3/16**
(52) **U.S. Cl.** ...................... **370/468**; 370/235; 370/230
(58) **Field of Search** ................................ 370/230–231, 370/235, 241.1, 351, 395.1, 398, 395.21, 395.41, 395.72, 400, 422, 437–439, 468, 252–253, 409, 379, 419, 229, 395, 396, 465, 389, 413

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| JP | 9-233101 | 9/1997 |
| JP | 10-23055 | 1/1998 |
| JP | 10-126430 | 5/1998 |
| JP | 10-336188 | 12/1998 |
| JP | 11-41269 | 2/1999 |

OTHER PUBLICATIONS

M. Miyabe et al., "A Study of Dynamic Bandwidth Allocations for ATM–PON", The Institute of Electronics, Information and Communication Engineers, vol. 97, No. 471, pp. 65–70, (1988).
S. Karasawa et al., "A study of the Access Method for Bursty Traffic on ATM–PON System", The Institute of Electronics, Information and Communication Engineers, vol. 97, No. 127, pp. 7–12, (1997).
A. Iwamura et al., "A Study of Dynamic Bandwidths Allocation Technique for ATM–PON System", The Institute of Electronics, Information and Communication Engineers, vol. 97, No. 535, pp. 25–30, (1998).
B. Miah et al., "An Economic ATM Passive Optical Network", IEEE Communications Magazine, vol. 35, No. 3, pp. 62–68, (1997).
O. Casals et al., "A Medium Access Control Protocol for an ATM Access Network", IFIP Transactions C–21, High Speed Networks and Their Performance, pp. 289–308, (1994).
Y. Kajiyama et al., "ATM–PON TC Sublayer Specification Based on ITU–T Draft New Recommendations G.983", The Institute of Electronics, Information and Communication Engineers, vol. 98, No. 147, pp. 49–54, (1998).

*Primary Examiner*—Dang Ton
*Assistant Examiner*—Phuc Tran
(74) *Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

(57) **ABSTRACT**

A point-to-multipoint communication system that is well operative for transmitting megabytes of information in the form of a signal burst. Each slave unit temporarily stores a signal and measures the amount of the signal information before transmitting the signal. A master unit requests that slave units report the measured amounts of information, and they give reports to the master unit. On the basis of the reports from the slave units, the master unit determines an allowable amount of information for each slave unit and permits the slave units to transmit the stored signals according to the request from the master unit. The interval between the reports from the slave units to the master unit can be varied.

**36 Claims, 88 Drawing Sheets**



Case: 23-2008    Document: 28    Page: 299    Filed: 02/20/2024

# FIG.1





FIG.2



FIG.3

# FIG.4





FIG.5

# FIG.6



# FIG.7

MASTER UNIT PROCESSING



# FIG.8



SLAVE UNIT PROCESSING

# FIG.9



MASTER UNIT PROCESSING

# FIG.10



SLAVE UNIT PROCESSING

START

VALUE
OF GRANT #n MATCHES
ID NUMBER OF SLAVE
UNIT                          *231*          NO

YES

VALUE
OF ADDITIONAL AREA
MATCHES #n                    *232*          NO

YES

REPORT ON INFORMATION
AMOUNT ISSUED                 *233*

SIGNAL TRANSMITTED            *234*

END



**ENABLING AMOUNT TABLE** 400

| SLAVE UNIT NUMBER (i) | ENABLING AMOUNT (Gi) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ...... | ...... |
| m | 0 |

**FIG. 11b**

**INFORMATION AMOUNT TABLE** 300

| SLAVE UNIT NUMBER (i) | INFORMATION AMOUNT (Ri) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ...... | ...... |
| m | 0 |

**FIG. 11a**

# FIG.12



# FIG.13



# FIG.14



# FIG.15



# FIG.16



# FIG.17



# FIG.18



Case: 23-2008    Document: 28    Page: 317    Filed: 02/20/2024

# FIG.19



START

INSTRUCTIONS FOR INFORMATION AMOUNT
REPORTING ARE ENTERED INTO PLOAM CELL
GRANTS ACCORDING TO FLOWCHARTS FIG.6 TO 10 — 611

SIGNAL TRANSMISSION INSTRUCTIONS ARE
ENTERED INTO PLOAM CELL GRANTS
ACCORDING TO FLOWCHARTS IN FIGS. 13 TO 16 — 612

PLOAM CELLS
CONTAIN UNUSED GRANTS — 613     NO

YES

INSTRUCTIONS FOR SLAVE UNIT i
TO ISSUE INFORMATION AMOUNT
REPORT ARE ENTERED INTO UNUSED GRANTS — 614

SLAVE UNIT i INSTRUCTED TO
SUBMIT INFORMAIONT AMOUNT REPORT IS
UPDATED (1 ≦ i ≦ m, WHERE m IS THE TOTAL
NUMBER OF SLAVE UNITS) — 615

END

# FIG.20



# FIG.21



# FIG.22



# FIG.23



# FIG.24



# FIG.25

UPSTREAM TRANSMISSION FRAME Tframe = 53 SLOTS × 56 BYTES

| SLOT 1 | SLOT 2 | ... | SLOT | ... | SLOT 52 | SLOT 53 |

SLOT — 56 BYTE

1 SLOT = 8 MINI-SLOTS × 7 BYTES

| MINI-SLOT 1 | MINI-SLOT 2 | ... | MINI-SLOT | ... | MINI-SLOT 7 | MINI-SLOT 8 |

MINI-SLOT — 7 BYTE

MINI-CELL

OVERHEAD — 3 BYTE

DATA — 4 BYTE



**FIG. 26**

# FIG.27



# FIG.28



# FIG.29



# FIG.30



# FIG.31



$R_i$ (BIT) : STORAGE AMOUNT OF SLAVE UNIT i

$N_i$ (BIT) : INFORMATION AMOUNT FOR ALLOWING
SLAVE UNIT i TO TRANSMIT SIGNALS

$n_i$ (BIT) : INFORMATION AMOUNT FOR NOTIFYING
SLAVE UNIT i EACH FRAME PERIOD

I : DATA REGION
C : CONTROL REGION
DM : DELAY CONTROL REGION

# FIG.32



# FIG.33

| PACKET TYPE | PACKET TYPE NUMBER |
|---|---|
| STORAGE AMOUNT REPORT | 01h |
| INFORMATION AMOUNT NOTIFICATION | 02h |
| INFORMATION SIGNAL | 11h |

# FIG.34

| SLAVE UNIT NAME | SLAVE UNIT NUMBER |
|---|---|
| SLAVE UNIT 1 | 01h |
| SLAVE UNIT 2 | 02h |
| ⋮ | ⋮ |
| SLAVE UNIT 32 | 32h |

# FIG.35



# FIG.36





NOTIFICATION TABLE

| SLAVE UNIT (i) | $(n_i)$ |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ...... | ...... |
| 32 | 0 |

FIG. 37c

INFORMATION AMOUNT TABLE

| SLAVE UNIT (i) | INFORMATION AMOUNT ($N_i$) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ...... | ...... |
| 32 | 0 |

FIG. 37b

STORAGE AMOUNT TABLE

| SLAVE UNIT (i) | STORAGE AMOUNT ($R_i$) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ...... | ...... |
| 32 | 0 |

FIG. 37a

# FIG.38



# FIG.39

CALCULATION OF INFORMATION AMOUNT



# FIG.40

## INITIALIZATION OF INFORMATION AMOUNT CONVEYED TO SLAVE UNITS



# FIG.41



CALCULATION OF INFORMATION AMOUNT
CONVEYED TO SLAVE UNITS

# FIG.42



# FIG.43



# FIG.44



## FIG.45



$R_i$ : STORAGE AMOUNT OF SLAVE UNIT i
$N_i$ : INFORMATION AMOUNT OF SLAVE UNIT i
$n_i$ : INFORMATION AMOUNT FOR NOTIFYING SLAVE UNIT i

I : DATA REGION
C : CONTROL REGION
DM : DELAY CONTROL REGION

# FIG.46



**FIG.47**

# FIG.48



STORAGE AMOUNT TABLE

| SLAVE UNIT (i) | SERVICE CLASS 1 STORAGE AMOUNT ($R_{i1}$) | SERVICE CLASS 2 STORAGE AMOUNT ($R_{i2}$) | | SERVICE CLASS sc STORAGE AMOUNT ($R_{isc}$) |
|---|---|---|---|---|
| 1 | 0 | 0 | | 0 |
| 2 | 0 | 0 | .......... | 0 |
| ⋮ | ⋮ | ⋮ | | ⋮ |
| 32 | 0 | 0 | | 0 |

## FIG. 49a

INFORMATION AMOUNT TABLE

| SLAVE UNIT (i) | SERVICE CLASS 1 INFORMATION AMOUNT ($N_{i1}$) | SERVICE CLASS 2 INFORMATION AMOUNT ($N_{i2}$) | | SERVICE CLASS sc INFORMATION AMOUNT ($N_{isc}$) |
|---|---|---|---|---|
| 1 | 0 | 0 | | 0 |
| 2 | 0 | 0 | .......... | 0 |
| ⋮ | ⋮ | ⋮ | | ⋮ |
| 32 | 0 | 0 | | 0 |

## FIG. 49b

NOTIFICATION TABLE

| SLAVE UNIT (i) | SERVICE CLASS 1 $n_{i1}$ | SERVICE CLASS 2 $n_{i2}$ | | SERVICE CLASS sc $n_{isc}$ |
|---|---|---|---|---|
| 1 | 0 | 0 | | 0 |
| 2 | 0 | 0 | .......... | 0 |
| ⋮ | ⋮ | ⋮ | | ⋮ |
| 32 | 0 | 0 | | 0 |

## FIG. 49c

# FIG.50

# FIG.51



# FIG.52



# FIG.53





FIG.54

# FIG.55





FIG.56



FIG.57

INFORMATION
AMOUNT TABLE 1

| SLAVE UNIT NUMBER (i) | INFORMATION CONTENT (Rvi) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ⋮ | ⋮ |
| m | 0 |

## FIG. 58a

ENABLING
AMOUNT TABLE 1

| SLAVE UNIT NUMBER (i) | ENABLING AMOUNT (Gvi) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ⋮ | ⋮ |
| m | 0 |

## FIG. 58c

INFORMATION
AMOUNT TABLE 2

| SLAVE UNIT NUMBER (i) | INFORMATION CONTENT (Rdi) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ⋮ | ⋮ |
| m | 0 |

## FIG. 58b

ENABLING
AMOUNT TABLE 2

| SLAVE UNIT NUMBER (i) | ENABLING AMOUNT (Gdi) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ⋮ | ⋮ |
| m | 0 |

## FIG. 58d

# FIG.59



START → GENERATION OF UPSTREAM PLOAM CELL (631) → PERIOD-MEASURING TIMER (632) → CALCULATION OF TRANSMISSION-ENABLING AMOUNT (633) → GENERATION OF TRANSMISSION INSTRUCTIONS (634) → END

# FIG.60

**PROCEDURE FOR CALCULATING ENABLING AMOUNT Gdi**



# FIG.61

PROCEDURE FOR CALCULATING ENABLING AMOUNT Gdi



# FIG.62

GRANT-GENERATIING PROCEDURE



# FIG.63

PROCEDURE FOR ISSUING INSTRUCTIONS
TO TRANSMIT VOICE SIGNALS



# FIG.64

PROCEDURE FOR GENERATING INSTRUCTIONS
TO TRANSMIT VOICE SIGNALS





FIG.65



FIG.66

# FIG.67



START

641 GENERATION OF UPSTREAM PLOAM CELL

642 PERIOD-MEASURING TIMER

643 CALCULATION OF DATA TRANSMISSION-ENABLING AMOUNT

644 CALCULATION OF VIDEO TRANSMISSION-ENABLING AMOUNT

645 GENERATION OF TRANSMISSION INSTRUCTIONS

END



**FIG.68**

INFORMATION
AMOUNT TABLE 1

| SLAVE UNIT NUMBER (i) | INFORMATION CONTENT (R0i) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ⋮ | ⋮ |
| m | 0 |

**FIG. 69a**

INFORMATION
AMOUNT TABLE 2

| SLAVE UNIT NUMBER (i) | INFORMATION CONTENT (R1i) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ⋮ | ⋮ |
| m | 0 |

**FIG. 69b**

INFORMATION
AMOUNT TABLE 3

| SLAVE UNIT NUMBER (i) | INFORMATION CONTENT (R2i) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ⋮ | ⋮ |
| m | 0 |

**FIG. 69c**

ENABLING
AMOUNT TABLE 1

| SLAVE UNIT NUMBER (i) | ENABLING AMOUNT (G0i) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ⋮ | ⋮ |
| m | 0 |

**FIG. 69d**

ENABLING
AMOUNT TABLE 2

| SLAVE UNIT NUMBER (i) | ENABLING AMOUNT (G1i) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ⋮ | ⋮ |
| m | 0 |

**FIG. 69e**

ENABLING
AMOUNT TABLE 3

| SLAVE UNIT NUMBER (i) | ENABLING AMOUNT (G2i) |
|---|---|
| 1 | 0 |
| 2 | 0 |
| ⋮ | ⋮ |
| m | 0 |

**FIG. 69f**



FIG.70

# FIG.71

**PERIOD-MEASURING TIMER PROCEDURE FOR SERVICE CLASS 1**



# FIG.72



ENTIRE PROCEDURE FOR ISSUING
TRANSMISSION INSTRUCTIONS

# FIG.73

PROCEDURE FOR ISSUING TRANSMISSION
INSTRUCTIONS FOR SERVICE CLASS s0



# FIG.74

PROCEDURE FOR ISSUING INSTRUCTIONS TO
TRANSMIT DATA SIGNALS OF SERVICE CLASS s1





FIG.75



FIG.76



**FIG. 77**



# FIG.78



**FIG.79**

# FIG.80



**FIG.81**



FIG.82

# FIG.83



# FIG.84





FIG.85

# FIG.86





FIG.87



FIG.88

US 6,778,557 B1

1

# POINT-TO-MULTIPOINT COMMUNICATION SYSTEM

## TECHNICAL FIELD

The present invention relates to a point-to-multipoint communication system in which communication is performed between a single master unit and a plurality of slave units along a transmission line, and more particularly to a point-to-multipoint communication system in which adequate communication can be achieved even when signals containing several megabytes of data are transmitted in bursts.

## BACKGROUND ART

Point-to-multipoint communication systems such as LANs, CATV networks, satellite communication networks, and optical subscriber access networks are commonly configured such that a master unit and a plurality of slave units communicate by sharing, for example, transmission lines such as those used in coaxial communication, optical-fiber communication, and radio communication.

Here, an access protocol for allocating the use of a shared transmission line among slave units is important for ensuring smooth communication between the master unit and the slave units via this transmission line. There are various types of access protocols.

For example, the CSMA/CD (Carrier Sense Multiple Access with Collision Detection) protocol is one in which "carrier sense+multiaccess+collision detection" is the basic principle of operation, and the DAMA (Demand Assign Multiple Access) protocol is one in which "transmission start demand/end notification+transmission line sharing/release" is the basic principle of operation.

In such point-to-multipoint communication systems, burst traffic in which signals containing several megabytes of data are generated in bursts is rapidly becoming more widespread because of the increased popularity of personal computers, a larger number of Internet users, and the development of various multimedia services that blend communication and broadcasting.

Conventional access protocols, however, have the following drawbacks that make these protocols incapable of handling burst traffic containing several megabytes of data, which is expected to grow even more in the future.

When, for example, information signals generated in bursts of several megabytes are transmitted according to the CSMA/CD protocol, the information signals are separated into packets of about 64–1500 kB and repeatedly transmitted. Consequently, increased burst traffic results in a markedly lower throughput because of the higher frequency of retransmission due to packet collisions.

Probability calculations conducted under conditions corresponding to a collision of about 15 packets show a throughput of about 40%, and a period that is 1.5–2.5 times the normal time is needed for data transmission accompanied by collisions. As a result, the delay time increases and is not constant any longer.

On the other hand, transmitting information signals generated in bursts according to a TDMA protocol increases the time needed to complete the transmission when the information signals being transmitted contain several megabytes of data, so an increase in burst traffic sometimes makes a transmission-awaiting slave unit to miss its time slot and to fail to operate within the delay time allowed for data

2

transmission. Thus, conventional access protocols for point-to-multipoint communication systems are disadvantageous in that an increase in burst traffic containing several megabytes of data results in a lower throughput and makes it impossible to comply with time requirements for downstream transmission.

## DISCLOSURE OF THE INVENTION

With the foregoing in view, it is an object of the present invention to provide a point-to-multipoint communication system in which adequate communication can be achieved even when signals containing several megabytes of data are transmitted in bursts.

According to the access protocol for the point-to-multipoint communication system of the present invention, the main principle of operation is that "a report is issued regarding the information amount necessary for signal transmission+an instruction regarding transmission below a specific maximum value is issued on the basis of the information amount reported."

First, slave units about to transmit signals issue reports on the information amount needed to transmit the signals in accordance with instructions from the master unit. The master unit, upon receipt of the reports from the slave units, issues instructions for the slave units to transmit the signals at no more than a specific maximum number of kilobits on the basis of the reported information amount.

Because such an arrangement allows slave units to transmit signals in accordance with instructions from the master unit, no signal collisions occur in the transmission line and a throughput reduction such as that observed in the case of CSMA/CD is avoided when signals containing several megabytes of data are transmitted in bursts.

Another feature is that because signal transmission instructions are issued dynamically and efficiently on the basis of the information amount reported by slave units, high throughput can be obtained even under complex conditions created by greater burst traffic or an increased number of slave units.

The aforementioned specific maximum number of kilobits is set such that the following relation is satisfied:

$$k \le (r \times td) \div (\alpha \times m),$$

where m is the total number of slave units (m is an integer), $\alpha$ is the proportion of currently active slave units ($0 < \alpha \le 1.0$), r (b/s) is the data transfer rate, and td (s) is the delay time allowed for data transmission and determined by the system.

A slave unit can therefore continuously transmit large signals because it has exclusive use of the upstream transmission line during the transmission of signals whose maximum size is measured in k (bits).

Another feature is that when the maximum value is determined on the basis of the above equation and signal transmission instructions are issued for the slave units, a time of td seconds is necessary for the transmission if all the slave units transmit kilobit signals, making it possible to secure an allowed delay time of td seconds for data transmission by all the slave units.

Fairness is also ensured because all the slave units can invariably transmit their signals within the allowed delay time of td seconds.

Yet another feature is that the master unit can instruct the slave units to issue information amount reports in a dynamic mode in accordance with changes in the transmission line load, the information amount reported, and the like.

US 6,778,557 B1

3

In the case of low transmission line load, for example, variations in information amount can be identified by the master unit at a higher speed by reducing the interval between the instructions for information amount reporting.

The master unit can therefore be more flexible in issuing signal transmission instructions under conditions of varying information amount from slave units, making it possible to reduce the latency time elapsed before a slave unit transmits a signal and to lower the capacity of the buffer memory required by the slave unit to temporarily store the signal.

In the converse case of high transmission line load, the band that can be used to transmit signals along a transmission line by increasing the interval between the instructions for information amount reporting, making it possible to increase the throughput even further.

Instructions for a slave unit to report information amount can thus be given in a dynamic mode, making it possible to reduce the latency time elapsed before the slave unit can transmit a signal, to reduce the capacity of the buffer memory required for the slave unit to temporarily store signals, and to increase throughput.

Another feature is that when no instructions have been issued for a slave unit to transmit a signal, the same effect can be obtained by issuing instructions for reporting the information amount of the slave unit and performing a look-ahead procedure for the information amount of each slave unit.

Yet another feature of the present invention is that slave units about to transmit information signals temporarily store these information signals in an information signal storage means, and the storage amounts of the stored information signals are reported to the master unit. Upon receipt of the reports from the slave units, the master unit calculates, based on the storage amounts thus reported, the information amount (information amount allowed for transmission) that can be transmitted by each slave unit at no more than a specific maximum value, and each slave unit is notified of the information amount thus calculated.

Upon receipt of the notification from the master unit, the slave units transmit to the master unit the stored information signals at no more than the information amount specified in the notification.

Because such an arrangement allows slave units to transmit information signals in accordance with the information amount specified in the notification from the master unit, no signal collisions at all occur in the transmission line, and a throughput reduction such as that observed i n the case of CSMA/CD is avoided when signals containing several megabytes of data are transmitted in bursts.

Here, the information amount that allows information signals to be transmitted can be calculated dynamically and efficiently on the basis of reports from slave units such that the data transfer rate is utilized with 100% efficiency, so high throughput can be obtained even under complex conditions created by greater burst traffic or an increased number of slave units.

Another feature of the present invention is that the master unit instructs the slave units to transmit signals successively when the information amount reported by all the slave units still has a transfer rate margin after the signal transmission instructions have been issued.

In such an arrangement, the master unit constantly instructs slave units to transmit signals when the information amount reported by the slave units is of low volume and the communications traffic is slow, making it possible to reduce the latency time elapsed before the slave unit can transmit a signal, to lower the capacity of the buffer memory required

4

to temporarily store the signal, and to further enhance communications efficiency.

Here, instructions concerning signal transmission are issued in accordance with the present invention such that individual procedures are executed independently from each other, making it possible to ensure that access fairness is ensured and delay requirements concerning data transmission are satisfied for all the slave units in the same manner as in the above-described invention.

In addition, the point-to-multipoint communication system of the present invention operates on the following basic principle: the information amount needed for transmission is reported for each service class in accordance with instructions from the master unit, and transmission by service class is enabled by the master unit.

In each service class, slave units about to transmit information signals issue reports for the master unit regarding the information amount needed to transmit the information signals in accordance with the instructions from the master unit. Upon receipt of the reports from the slave units, the master unit issues transmission instructions for the slave units in each service class on the basis of the information amount reported for each service class. At this time, the master unit issues instructions to transmit data in sequence from higher-priority service classes.

Upon receipt of transmission instructions from the master unit regarding a certain service class, the slave units transmit the data for the corresponding service class to the master unit.

Such an arrangement involves reporting information amount by service class and issuing transmission instructions in sequence from higher-priority service classes, so the stringent delay requirements imposed on higher-priority service classes can be satisfied because the transmission instructions are issued independently for the higher-priority service classes even when several megabytes or more are transmitted in bursts for a lower-priority service class.

Another feature of the point-to-multipoint communication system of the present invention is that it operates on the basic principle that "a report is issued regarding the information amount necessary for signal transmission in all service classes+an instruction regarding signal transmission below a specific maximum value is issued on the basis of the information amount reported."

First, the master unit establishes a plurality of service classes on the basis of differences in the delay time allowed for data transmission, and signals to be transmitted to the master unit are classified by service class and stored in the buffer memory. Before transmitting the signals stored in the buffer memory, slave units inform the master unit about the information amount needed to transmit the signals for all the service classes in accordance with the instructions from the master unit.

Upon receipt of the reports from the slave units, the master unit instructs the slave units to transmit signals at a specific maximum kilobit value on the basis of the information amount reported.

In addition, the slave units transmit signals in accordance with the instructions from the master unit, starting from signals that are classified as belonging to a higher-priority service class and requiring shorter allowed delay times for data transmission.

With such an arrangement, the master unit issues signal transmission instructions in a dynamic mode in accordance with the information amount reported by the slave units, and the slave units transmit signals in accordance with the instructions from the master unit, making it possible to

US 6,778,557 B1

5

prevent signal collisions in the transmission line and to maintain high throughput even under conditions of increased traffic. Limitations are imposed on the time during which a signal can be continuously transmitted by a slave unit, so the traffic of one slave unit has no effect on another slave unit. Because the slave units transmit signals in accordance with instructions from the master unit, starting from signals that are classified as belonging to a higher-priority service class and having shorter allowed delay times, it is possible to provide a real-time service such as that employed in telephony or video transmission, a non-real time service such as that employed in file transfer, or other type of communication involving a plurality of classes having different traffic characteristics or requiring different allowed delay times for data transmission, performed simultaneously and with high efficiency.

Another feature of the present invention is that the time slots for transmitting information signals by slave units are calculated by the master unit dynamically and efficiently on the basis of reports from slave units to ensure efficient utilization of data transfer rate, making it possible to obtain high throughput even under complex conditions created by greater burst traffic or an increased number of slave units.

Yet another feature is that because the maximum number of time slots that can secure a circuit in a single session is defined in advance, any slave unit can transmit data within a period based on the product of the maximum number of time slots and the number of the slave units even when different amounts of data are stored in the slave units. Specifically, the maximum data transfer delay time can be specified, and access fairness ensured.

In addition, telephone voice transmission and other types of guaranteed service can be performed simultaneously.

Another feature of the present invention is that the master unit divides terminal-addressed input packets and attaches headers to create fixed-length cells. Each header contains slave unit addresses for use in the point-to-multipoint communication system and retrieved based on the terminal addresses contained in the input packets. Because the slave units operate such that data is retrieved only if the addresses contained in the aforementioned headers match the addresses of the local stations, the transfer rate in the downstream direction for each of the slave units can be varied in a simple manner using the master unit alone. In addition, short bit strings are used and the transfer rate can be utilized efficiently because the addresses of the slave units used in each header are those that have significance solely inside a point-to-multipoint communication system.

Furthermore, the address architecture used in the point-to-multipoint communication system is hierarchized, and the addresses are set such that a subnet is used and the slave units constitute a single network within the entire point-to-multipoint communication system. The structure of the master unit can thus be simplified because the portion of a terminal address for identifying the subnet can be used directly as a slave unit address.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram depicting an embodiment aspect of the point-to-multipoint communication system in accordance with the present invention;

FIG. 2 is a block diagram depicting a detailed structure of a slave unit shown in FIG. 1;

FIG. 3 is a block diagram depicting a detailed structure of the master unit shown in FIG. 1;

FIG. 4 is a frame block diagram depicting upstream and downstream transmission frames in the transmission line shown in FIG. 1;

6

FIG. 5 is a diagram illustrating the correlation between the slots of the upstream transmission frame and the grants of the PLOAM cells shown in FIG. 4;

FIG. 6 is a flowchart depicting the procedure whereby the master unit shown in FIG. 1 instructs PLOAM cells to issue information amount reports;

FIG. 7 is a flowchart depicting the procedure whereby the master unit shown in FIG. 1 instructs a slave unit to report information amount;

FIG. 8 is a flowchart depicting the procedure performed when a slave unit shown in FIG. 1 has received instructions from the master unit for reporting information amount;

FIG. 9 is a flowchart depicting another example of the procedure whereby the master unit shown in FIG. 1 instructs a slave unit to report information amount;

FIG. 10 is a flowchart depicting another example of the procedure performed when a slave unit shown in FIG. 1 has received instructions from the master unit for reporting information amount;

FIG. 11a is a diagram depicting an exemplary information amount table as part of the structure of the storage unit in the master unit shown in FIG. 3;

FIG. 11b is a diagram depicting an exemplary enabling amount table as part of the structure of the storage unit in the master unit shown in FIG. 3;

FIG. 12 is a diagram depicting band allocation in the point-to-multipoint communication system shown in FIG. 1;

FIG. 13 is a flowchart depicting the procedure for calculating the enabling amounts Gi in the master unit shown in FIG. 1;

FIG. 14 is a flowchart depicting the procedure for initializing an instructional amount gi for instructing a slave unit to transmit a signal during transmission of a PLOAM cell in the master unit shown in FIG. 1;

FIG. 15 is a flowchart depicting the procedure for calculating the instructional amount gi for instructing a slave unit to transmit a signal during transmission of a PLOAM cell in the master unit shown in FIG. 1;

FIG. 16 is a flowchart depicting the procedure for issuing signal transmission instructions for the PLOAM cells in the master unit shown in FIG. 1;

FIG. 17 is a diagram depicting the results of a comparison of maximum transmission latency times elapsed before signals are transmitted from a slave unit and a terminal in accordance with the transmission line load factor when bursty signals are generated by the slave unit and the terminal in the access protocol based on a first embodiment aspect of the present invention and in the access protocols based on conventional TDMA and CSMA/CD;

FIG. 18 is a diagram depicting the results of a comparison of the times needed for the master unit and a terminal to receive a 90-Mb signal at a transmission line load factor of 50% according to the access protocol of the present invention and access protocols based on conventional TDMA and CSMA/CD;

FIG. 19 is a flowchart depicting the sequence according to which transmission instructions are set for the grants of PLOAM cells according to a second embodiment aspect of the present invention, and the procedure whereby instructions for submitting information amount reports are issued for the unused grants of the PLOAM cells;

FIG. 20 is a diagram depicting the results of a comparison between an access protocol based on the second embodiment aspect of the present invention, and access protocols based on conventional TDMA and CSMA/CD;

7

FIG. **21** is a diagram depicting the results of a comparison between the amounts of signals stored in the buffer memories of a slave unit and a terminal in the second embodiment aspect of the present invention;

FIG. **22** is a flowchart depicting the method of a third embodiment aspect of the present invention for setting signal transmission instructions for slave units with the aid of the grants of PLOAM cells;

FIG. **23** is a diagram depicting the results of a comparison of maximum transmission latency times elapsed before signals are transmitted from slave units in accordance with the transmission line load factor when bursty signals are generated by the slave units according to the access protocol based on the third embodiment aspect of the present invention and according to TDMA with fixed slot allocation;

FIG. **24** is a diagram depicting the results of a comparison obtained by simulating mean transmission latency times in a case in which no signal transmission instructions are issued by means of unused grants and in a case involving the use of the access protocol pertaining to the third embodiment aspect of the present invention;

FIG. **25** is a diagram depicting an example in which a single slot of the upstream transmission frame according to the third embodiment aspect of the present invention is split into eight mini-slots;

FIG. **26** is a diagram depicting the correlation between the ID numbers and the numbers #s of mini-slots according to a fourth embodiment aspect of the present invention;

FIG. **27** is a diagram depicting the results of a comparison between the access protocol based on the fourth embodiment aspect of the present invention and the access protocols based on conventional TDMA and CSMA/CD;

FIG. **28** is a diagram depicting the results of a comparison of the amounts of signals stored in the buffer memory of a terminal and a slave unit according to the fourth embodiment aspect of the present invention;

FIG. **29** is a diagram depicting band allocation according to a fifth embodiment aspect in the point-to-multipoint communication system of the present invention;

FIG. **30** is a diagram illustrating the frame periods for TDM and TDMA, which are the packet multiplexing protocols adopted in a sixth embodiment aspect of the point-to-multipoint communication system according to the present invention;

FIG. **31** is a sequence diagram depicting a control routine for the access protocol in the point-to-multipoint communication system according to the sixth embodiment aspect of the present invention;

FIG. **32** is a diagram illustrating the frame periods for TDM and TDMA, which are the packet multiplexing protocols adopted in the sixth embodiment aspect of the present invention;

FIG. **33** is a diagram depicting the relation between the packet types and packet type numbers adopted in the sixth embodiment aspect of the present invention;

FIG. **34** is a diagram depicting the relation between the slave unit names and slave unit numbers adopted in the sixth embodiment aspect of the present invention;

FIG. **35** is a diagram depicting an example of an information packet adopted in the sixth embodiment aspect of the present invention;

FIG. **36** is a diagram depicting an example of a control packet adopted in the sixth embodiment aspect of the present invention;

8

FIG. **37***a* is a diagram depicting an exemplary storage amount table for storing the storage amounts reported by slave units according to the sixth embodiment aspect of the present invention;

FIG. **37***b* is a diagram depicting an exemplary information amount table for storing the information amount that allows the slave units to transmit signals;

FIG. **37***c* is a diagram depicting an exemplary notification table for storing the information amount used for notifying the slave unit during each frame period;

FIG. **38** is a diagram illustrating the storage amount of information signals stored in the buffer memory of a slave unit according to the sixth embodiment aspect of the present invention, and the manner in which the storage amount table is updated after the master unit has received a control packet;

FIG. **39** is a flowchart depicting the procedure for calculating information amounts whereby slave units are allowed to transmit data by the master unit in the sixth embodiment aspect of the present invention, with all the slave units actively operating;

FIG. **40** is a flowchart depicting the procedure for initializing information amounts for notifying the slave units by the master unit in the sixth embodiment aspect of the present invention;

FIG. **41** is a flowchart depicting the procedure for calculating information amounts for notifying the slave units by the master unit in the sixth embodiment aspect of the present invention;

FIG. **42** is a diagram depicting an example of a control packet transmitted to a slave unit by the master unit in the sixth embodiment aspect of the present invention;

FIG. **43** is a diagram depicting a specific example of data loaded in the information amount reporting region of the control packet shown in FIG. **42**;

FIG. **44** is a flowchart depicting a procedure for determining the time slot number according to which a slave unit begins transmitting an information packet in the sixth embodiment aspect of the present invention;

FIG. **45** is a sequence diagram depicting the manner in which information signals stored in a slave unit are transmitted to the master unit in the sixth embodiment aspect of the present invention;

FIG. **46** is a diagram depicting an example of the buffer memory structure of a slave unit for a case in which the band allocation illustrated in FIG. **29** is adopted in the sixth embodiment aspect of the present invention;

FIG. **47** is a diagram depicting another example of the buffer memory structure of a slave unit for a case in which the band allocation illustrated in FIG. **29** is adopted in the sixth embodiment aspect of the present invention;

FIG. **48** is a diagram depicting an example of the control packet used when information amount is reported by a slave unit to the master unit in a case in which the band allocation illustrated in FIG. **29** is adopted in the sixth embodiment aspect of the present invention;

FIG. **49***a* is a diagram depicting an exemplary storage amount table for a case in which the band allocation illustrated in FIG. **29** is adopted in the sixth embodiment aspect of the present invention;

FIG. **49***b* is a diagram depicting an exemplary information amount table for a case in which the band allocation illustrated in FIG. **29** is adopted in the sixth embodiment aspect of the present invention;

FIG. **49***c* is a diagram depicting an exemplary notification table for a case in which the band allocation illustrated in

FIG. 29 is adopted in the sixth embodiment aspect of the present invention;

FIG. 50 is a diagram illustrating an example of a frame period for a case in which the band allocation illustrated in FIG. 29 is adopted in the sixth embodiment aspect of the present invention;

FIG. 51 is a diagram depicting an example of a control packet transmitted by the master unit to a slave unit for a case in which the band allocation illustrated in FIG. 29 is adopted in the sixth embodiment aspect of the present invention;

FIG. 52 is a diagram depicting an example of a frame format for a case in which information amount used for notification purposes is multicast by the master unit to the slave units in the sixth embodiment aspect of the present invention;

FIG. 53 is a diagram depicting an example of a control packet transmitted by the master unit to the slave units in the case of the structure illustrated in FIG. 52;

FIG. 54 is a diagram depicting another example of a frame format for a case in which information amount used for notification purposes is multicast by the master unit to the slave units in the sixth embodiment aspect of the present invention;

FIG. 55 is a diagram depicting another example of a frame format for a case in which information amount used for notification purposes is multicast by the master unit to the slave units in the sixth embodiment aspect of the present invention;

FIG. 56 is a block diagram depicting the structure of a slave unit for accommodating voice signals as a service class requiring periodic fixed-length data transmissions, and for accommodating data signals as a service class with sporadic transmission of variable-length data in a seventh embodiment aspect of the present invention;

FIG. 57 is a frame block diagram depicting the upstream transmission frame for the point-to-multipoint communication system according to the seventh embodiment aspect of the present invention, in which voice signals are stored in a service class requiring periodic fixed-length data transmissions, and data signals are accommodated by a service class with sporadic transmission of variable-length data;

FIG. 58a is a diagram depicting information amount table 1 corresponding to the structure of the storage unit in the master unit shown in FIG. 3 in connection with the seventh embodiment aspect of the present invention;

FIG. 58b is a diagram depicting information amount table 2 corresponding to the structure of the storage unit in the master unit shown in FIG. 3 in connection with the seventh embodiment aspect of the present invention;

FIG. 58c is a diagram depicting enabling amount table 1 corresponding to the structure of the storage unit in the master unit shown in FIG. 3 in connection with the seventh embodiment aspect of the present invention;

FIG. 58d is a diagram depicting enabling amount table 2 corresponding to the structure of the storage unit in the master unit shown in FIG. 3 in connection with the seventh embodiment aspect of the present invention;

FIG. 59 is a flowchart depicting the overall relation among the procedures pertaining to transmission instructions in the seventh embodiment aspect of the present invention;

FIG. 60 is a flowchart depicting the procedure for measuring the period with which instructions are issued to

transmit voice signals in the seventh embodiment aspect of the present invention;

FIG. 61 is a flowchart depicting the procedure for calculating the enabling amount Gdi in the seventh embodiment aspect of the present invention;

FIG. 62 is a flowchart depicting the procedure for issuing transmission instructions, or grants, in the seventh embodiment aspect of the present invention;

FIG. 63 is a flowchart depicting the procedure for issuing voice signal transmission instructions in the seventh embodiment aspect of the present invention;

FIG. 64 is a flowchart depicting the procedure for issuing data signal transmission instructions in the seventh embodiment aspect of the present invention;

FIG. 65 is a block diagram depicting a slave unit pertaining to an eighth embodiment aspect of the point-to-multipoint communication system according to the present invention, in which voice signals generated by a variable-rate signal compression protocol are stored as a service class in which variable-length data must be transmitted with a prescribed period T, and in which information signals are stored as a service class in which data is sporadically transmitted;

FIG. 66 is a frame block diagram depicting an upstream transmission frame for the point-to-multipoint communication system according to the eighth embodiment aspect of the present invention;

FIG. 67 is a flowchart depicting the overall relation among the procedures pertaining to transmission instructions in a ninth embodiment aspect of the present invention;

FIG. 68 is a block diagram depicting a slave unit for a tenth embodiment aspect of the present invention;

FIG. 69a is a block diagram depicting information amount table 1 corresponding to the structure of the storage unit in the tenth embodiment aspect of the present invention;

FIG. 69b is a block diagram depicting information amount table 2 corresponding to the structure of the storage unit in the tenth embodiment aspect of the present invention;

FIG. 69c is a block diagram depicting information amount table 3 corresponding to the structure of the storage unit in the tenth embodiment aspect of the present invention;

FIG. 69d is a block diagram depicting enabling amount table 1 corresponding to the structure of the storage unit in the tenth embodiment aspect of the present invention;

FIG. 69e is a block diagram depicting enabling amount table 2 corresponding to the structure of the storage u nit in the tenth embodiment aspect of the present invention;

FIG. 69f is a block diagram depicting enabling amount table 3 corresponding to the structure of the storage unit in the tenth embodiment aspect of the present invention;

FIG. 70 is a flowchart depicting the overall relation among the procedures pertaining to transmission instructions in the tenth embodiment aspect of the present invention;

FIG. 71 is a flowchart depicting the period-measuring timer procedure for service class 1 shown in FIG. 70;

FIG. 72 is a flowchart depicting the entire procedure for issuing transmission instructions according to FIG. 70;

FIG. 73 is a flowchart depicting the instructions to transmit data signals for the service class s0 according to FIG. 72;

FIG. 74 is a flowchart depicting the instructions to transmit data signals for the service class s1 according to FIG. 72;

FIG. 75 is a frame block diagram depicting the frame structure of the point-to-multipoint communication system according to the tenth embodiment aspect of the present invention;

US 6,778,557 B1

11

FIG. **76** is a block diagram depicting a detailed structure of a slave unit according to an eleventh embodiment aspect of the present invention;

FIG. **77** is a diagram illustrating the operation of the eleventh embodiment aspect of the present invention;

FIG. **78** is a frame block diagram depicting the transmission frames adopted in a thirteenth embodiment aspect of the present invention;

FIG. **79** is a block diagram depicting the structure of a slave unit adopted in the thirteenth embodiment aspect of the present invention;

FIG. **80** is a block diagram depicting the structure of the master unit adopted in the thirteenth embodiment aspect of the present invention;

FIG. **81** is a frame block diagram depicting the transmission frames adopted for a fourteenth embodiment aspect of the present invention;

FIG. **82** is a block diagram depicting the structure of a slave unit adopted for the fourteenth embodiment aspect of the present invention;

FIG. **83** is a block diagram depicting the structure of the master unit adopted for the fourteenth embodiment aspect of the present invention;

FIG. **84** is a block diagram depicting the structure of a slave unit adopted for a fifteenth embodiment aspect of the present invention;

FIG. **85** is a block diagram depicting the structure of the master unit adopted for the fifteenth embodiment aspect of the present invention;

FIG. **86** is a diagram depicting packet segmenting and assembly for a case in which the input packets are IP packets in the fifteenth embodiment aspect of the present invention;

FIG. **87** is a diagram depicting the structure of the header in the fifteenth embodiment aspect of the present invention; and

FIG. **88** is a diagram depicting an example of an IP address assignment in the fifteenth embodiment aspect of the present invention.

## BEST MODE FOR CARRYING OUT THE INVENTION

Embodiment aspects of the point-to-multipoint communication system according to the present invention will now be described in detail.

FIG. **1** is a system block diagram depicting an embodiment aspect of the point-to-multipoint communication system according to the present invention.

In FIG. **1**, the point-to-multipoint communication system is configured by connecting m slave units **10-1, 10-2, . . . , 10-m** and a single master unit **20** by means of an optical transmission line **30**. The transmission line **30** connected to the master unit **20** is divided by an optical coupler **40** into m branch lines **30-1, 30-2, . . . , 30-m,** which are connected to the slave units **10-1, 10-2, . . . , 10-m,** respectively.

Although the point-to-multipoint communication system shown in FIG. **1** is configured as an optical access network in which the master unit **20** and the m slave units **10-1, 10-2, . . . , 10-m** are connected by means of the optical transmission line **30,** optical coupler **40,** and m branch lines **30-1, 30-2, . . . , 30-m,** the point-to-multipoint communication system of the present invention is also widely applicable to communication systems composed of a master unit and a plurality of slave units such that the transmission line band is allocated among the slave units by the master unit in a

12

controlled manner. Other possible applications include wireless access networks configured such that part of the transmission line is a landline or a wireless line, such as an arrangement in which a plurality of wireless terminals are connected instead of slave units to the master unit by means of a wireless transmission line.

When a wireless transmission line is used in such a case, the use of the access protocol of the present invention is facilitated by the simple synthesis or distribution of signals among wireless terminals and the master unit.

FIG. **2** is a block diagram in which the detailed structure of the slave units **10-1, 10-2, . . . , 10-m** shown in FIG. **1** is depicted as a slave unit **10.**

In FIG. **2,** the slave unit **10** comprises an input unit **11** connected to an input port; an output unit **12** connected to an output port; a transmission unit **13** connected to a transmission port; a reception unit **14** connected to a reception port; a buffer memory **15** for temporarily storing signals from the input unit **11;** a counter **16** for counting the information amount needed to transmit the signals stored in the buffer memory **15;** and a control unit **17** for providing the master unit **20** with reports regarding the information amount counted by the counter **16** in accordance with the instructions from the master unit **20,** transmitting to the master unit **20** the signals temporarily stored in the buffer memory **15,** and performing other control procedures.

FIG. **3** is a block diagram depicting a detailed structure of the master unit **20** shown in FIG. **1.**

In FIG. **3,** the master unit **20** comprises an input unit **21** connected to an input port; an output unit **22** connected to an output port; a transmission unit **23** connected to a transmission port; a reception unit **24** connected to a reception port; a buffer memory **25** for temporarily storing signals from the input unit **21;** a storage unit **26** for storing the storage amounts reported by each slave unit **10,** the enabling amounts that allow each slave unit **10** to transmit a signal, and the like; and a control unit **27** for instructing each slave unit **10** to issue a report regarding the information amount needed for signal transmission, issuing instructions concerning signal transmission, and performing other control procedures.

FIG. **4** depicts the upstream and downstream transmission frames in the transmission line shown in FIG. **1.**

In FIG. **4,** a downstream frame comprises 56 slots (56 cells), and an upstream frame comprises 53 slots (53 cells). Based on these transmission frames, 53- and 56-byte cells are exchanged downstream and upstream, respectively, in accordance with the TDM (Time Division Multiplex) multiplexing protocol in the case of the downstream transmission from the master unit **20** to the slave units **10,** and in accordance with the TDMA (Time Division Multiple Access) multiplexing protocol in the case of the upstream transmission from the slave units **10** to the master unit **20.**

An upstream cell contains a 3-byte overhead, and downstream transmission frames contain two PLOAM cells (PLOAM1, PLOAM2) per frame in a ratio of one cell for every 28 cells.

FIG. **5** illustrates the correlation between the slots of an upstream transmission frame and the grants of a PLOAM cell.

As shown in FIG. **5,** the first PLOAM cell (PLOAM1) of the downstream transmission frame has 27 grants for requesting upstream cells from the slave units **10,** and the second PLOAM cell (PLOAM2) has 26 grants, to a total of 53 grants.

US 6,778,557 B1

13                                                        14

The master unit 20 issues instructions as to which slave unit 10 can transmit a cell to a particular slot inside the upstream transmission frame by writing the ID number or other identifier of the slave unit 10 to the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2.

The slave unit 10 can transmit the cell to that slot in the upstream transmission frame which corresponds to the aforementioned grants when the identifier of the slave units 10 is written in the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2. This method makes it possible to prevent cell collisions in the optical transmission line.

An access protocol for the point-to-multipoint communication system shown in FIG. 1 will now be described.

In the description that follows, i expresses the ID numbers of the individual slave units 10-1 to 10-m as identifiers for the slave units 10-1 to 10-m. The total number of the slave units 10-1 to 10-m is m, so i=1, 2, . . . , m.

The ID numbers of the slave units 10-1 to 10-m are managed by the master unit 20, and these ID numbers are conveyed during the initial stage to all the slave units 10-1 to 10-m participating in the operation of the system. By virtue of these ID numbers, the master unit 20 can trace a cell to a particular slave unit 10-1 to 10-m, and each of the slave units 10-1 to 10-m can determine whether the cell it has received is addressed to this station.

Signals such as voice, video, or data are input from a terminal or other network to the input port of the slave unit 10 shown in FIG. 2 and to the input port of the master unit 20 shown in FIG. 3, and these signals are sent to the buffer memories 15 and 25 via the input units 11 and 21, and are temporarily stored in the buffer memories 15 and 25.

The signals stored in the buffer memory 15 or 25 may be arranged in cells or packets while stored in the buffer memory 15 or 25, such as ATM cells or Ethernet packets, for example.

Another feature of this embodiment aspect is that the input signals have good consistency when arranged as ATM cells because each slot of the downstream transmission frame and each slot of the upstream transmission frame (excluding the overhead) has 53 bytes, as in the case of the transmission frames shown in FIG. 5.

For example, consistency can be improved by mapping the signals to ATM AAL Type 5 when input signals are Ethernet packets.

In the counter 16 of the slave unit 10 shown in FIG. 2, the information amount necessary to transmit the signals temporarily stored in the buffer memory 15 causes the number of cells or slots necessary for such signal transmission to be counted in integral units.

In the upstream transmission frame shown in FIG. 5, for example, the information amount is counted such that 53 bytes constitute one unit because the signals are transmitted using 53 bytes (excluding the overhead).

Examples of recommended counting methods include methods in which counting is performed as required in accordance with the input of signals to the buffer memory 15 and the output of signals from the buffer memory 15, and methods in which the counting is based on the difference between the start address and the end address of a signal stored as FIFO in the buffer memory 15. The information amount may be the absolute value of a signal stored in the buffer memory 15, or it may be a differential value based on the previous report.

Although the information amount may also be counted as an integral value using bits or bytes as units, counting this amount as the number of cells or slots needed to transmit a signal is effective because it reduces the values reported to the master unit 20.

If the stored signal is less than 53 bytes, a single cell or slot may be counted as the one necessary for transmission, and the counting may be stopped before 53 bytes are reached.

Described below with reference to FIGS. 6 to 10 is a first embodiment aspect, which is configured such that the master unit 20 uses PLOAM cells to instruct slave units 10 to issue reports regarding the information amount necessary to transmit signals.

FIG. 6 is a flowchart depicting the method whereby the master unit gives instructions to issue information amount reports to PLOAM cells.

In FIG. 6, N represents the total number of grants in the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2. N=27 in the case of the PLOAM cell PLOAM1, and N=26 in the case of the PLOAM cell PLOAM2. In addition, P indicates the grant interval for giving instructions on information amount reporting, and #n indicates the grant number. P is initialized as an integral value ($P \geqq 1$), and #n is initialized as #n=P (step 101).

It is checked whether $N \geqq$#n (step 102), and if $N \geqq$#n (YES in step 102), an instruction to issue an information amount report is set for the grant #n (step 103), and the slave unit instructed to issue an information amount report is updated (step 105). After that #n is changed to #n+P (step 105), and the process returns to step 102.

If it is determined in step 102 that N>#n (NO in step 102), #n is changed to #n−N (step 106), and the process is completed.

It is necessary to distinguish between signal transmission instructions and instructions to submit information amount reports when instructions to submit information amount reports are issued using the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2.

To achieve this distinction, it may be suggested, for example, that the logical sum of a specific value and the ID number of a slave unit 10 be written to a grant, and a flag be raised for a specific bit when an instruction to submit an information amount report is given, as shown in FIGS. 7 and 8.

In the specific case shown in FIG. 7, the master unit 20 first checks whether an instruction to transmit a signal is to be issued (step 201), the ID number of the slave unit is set for the grant #n (step 202) if it is determined here that a signal is to be transmitted (YES in step 201), and the process is completed.

If, however, it is determined in step 201 that no instruction is to be given for signal transmission (NO in step 201), it is then checked whether an instruction is to be given to issue an information amount report (step 203), and the process is completed if it is determined in this case that no instruction is to be given to issue an information amount report (NO in step 203). If, however, it is determined that an instruction is to be given to issue an information amount report (YES in step 203), the logical sum of a specific value and the slave unit ID is set for the grant #n (step 204), and the process is completed.

The specific value used here should be set to a level not yet used as the ID number of the slave unit, such as 0×80 or the like.

The slave unit 10 checks whether a flag has been raised at a specific bit on the basis of the logical product of the

US 6,778,557 B1

15

specific value and the value written to the grant when the logical product of the negative specific value and the value written to the grant matches the ID number of the slave unit, and it is then determined whether information amount is to be reported or a signal transmitted.

In the specific example shown in FIG. **8**, it is first checked whether the logical product of the negative specific value and the value of the grant #n matches the ID number of the slave unit in question (step **211**), and if a match is found (YES in step **211**), it is then checked whether the logical product of the specific value and the value of the grant #n matches the specific value (step **212**).

If a match is found in this case (YES in step **212**), it is concluded that an instruction to issue an information amount report is to be given, an information amount report is issued (step **213**), and the process is completed.

The instruction is found to be for signal transmission, a signal is transmitted (step **214**), and the process is completed if no match is found in step 211 (NO in step **211**) or step 212 (NO in step **212**).

According to another method, it is suggested that the ID number of a slave unit **10** be written to a grant, and the number #n of the grant instructed to submit an information amount report be written to the additional area of the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2, as shown in FIGS. **9** and **10**.

In the specific case shown in FIG. **9**, the master unit **20** first checks whether an instruction is to be given to transmit a signal (step **221**). The ID number of the slave unit is set for the grant #n (step **222**), and the process is completed if it is concluded here that a signal is to be transmitted (YES in step **221**).

If, however, it is concluded in step 221 that no instruction is to be given to transmit a signal (NO in step **221**), it is then checked whether an instruction is to be given to issue an information amount report (step **223**), and the process is completed if it is determined here that no instruction is to be given to issue an information amount report (NO in step **223**). The parameter #n is set as the grant number in the additional area of the grant (step **224**), and the process is completed if it is determined that an instruction is to be given to issue an information amount report (YES in step **223**).

The slave unit **10** reads the aforementioned additional area value if the ID number of the slave unit **10** written to the grant matches the ID number of this slave unit **10**. This value is compared with the number of the grant for which a transmission instruction has been issued, and it is checked whether information amount is to be reported or a signal transmitted.

In the specific example shown in FIG. **10**, it is first checked whether the grant #n matches the ID number of the slave unit in question (step **231**), and if a match is found (YES in step **231**), it is then checked whether the value in the additional area of the grant matches #n (step **232**).

If a match is found in this case (YES in step **232**), it is concluded that an instruction to issue an information amount report is to be given, an information amount report is issued (step **233**), and the process is completed.

The instruction is found to be for signal transmission, a signal is transmitted (step **234**), and the process is completed if no match is found in step 231 (NO in step **231**) or step 232 (NO in step **232**).

Following is a description of the method whereby slave units **10** present the master unit **20** with reports on the

16

information amount needed to transmit signals according to the first embodiment aspect.

If a slave unit **10** concludes that an instruction to issue an information amount report has been given to this slave unit **10** according to the flowcharts in FIGS. **7** to **10**, the result is the creation of a cell to which at least the following data is written: a cell identifier indicating the information amount report, the information amount counted by the counter, and the ID number of the slave unit.

The cell thus created is transmitted to the master unit **20** via the transmission unit **13** by means of the slots in the upstream transmission frame that correspond to the grants instructed to issue a report.

Information amount is reported using either one or both of the absolute values counted by the counter **16** and the differential values based on the previous report.

Following is a description of the method whereby the master unit **20**, upon receipt of an information amount report from a slave unit **10**, instructs each slave unit **10** to transmit signals in accordance with the information amount reported.

In the description that follows, the maximum specific number of kilobits for the enabling amount that allows a slave unit **10** to transmit a signal is the same for all the slave units **10**.

In the master unit **20** shown in FIG. **3**, cells received from the slave units **10** via the reception port are identified based on the cell identifiers written to the cells. This is done after headers are removed in the reception unit **24**.

The cells thus identified are sent to the storage unit **26** when they are for issuing information amount reports, and to the output unit **22** when they are for transmitting signals.

FIGS. **11**a and **11**b depict an exemplary information amount table **300** and an exemplary enabling amount table **400** corresponding to the structure of the storage unit **26** in the master unit **20** shown in FIG. **3**.

The information amount table **300** (see FIG. **11**a) contains the information amount reported by the slave units **10**, and with the exemplary enabling amount table **400** (see FIG. **11**b) contains enabling amounts that allow the slave units **10** to transmit signals.

In this case, the information amounts Ri in the information amount table **300** and the enabling amounts Gi in the enabling amount table **400** are initially set to zero, and the values of information amount Ri and enabling amount Gi individually assigned to the slave units **10** are written to the slave unit numbers i (ID numbers i) of the information amount table **300** and enabling amount table **400**.

Upon receipt of the cells for issuing information amount reports from the reception unit **24**, the storage unit **26** reads the ID numbers of the slave units **10** and the reported information amount Ri written to the cells, and, based on the values thus read, updates the information amount Ri matching the ID numbers of the slave units **10** in the information amount table **300**.

With the control unit **27** of the master unit **20**, the enabling amounts Gi that allow the slave units **10** to transmit signals are calculated as specific maximum numbers of kilobits on the basis of the information amount table **300** of the storage unit **26**.

Here, the specific maximum value k is set such that the following relation is satisfied:

$$k \leq (r \times td) + (\alpha \times m) \qquad (1),$$

where m is the total number of slave units **10**, α is the proportion of currently active slave units **10** ($0 < \alpha \leq 1.0$), r

US 6,778,557 B1

17

(b/s) is the data transfer rate, and td (s) is the delay time allowed for data transmission and determined by the system, as in the band allocation shown in FIG. 12.

The proportion a of currently active slave units 10 is given by

$$\alpha = (\text{Number of currently active slave units}) \div m \qquad (2),$$

where $\alpha=1.0$ when all the slave units 10 are currently active.

The data transfer rate r in Eq. (1) is the rate at which signals can actually be transmitted as upstream transmission frames. With the transmission frames shown in FIG. 4, for example, $r=144.4$ Mb/s in a case in which information amount is reported at a rate of one cycle per frame.

Furthermore, the delay time td allowed for data transmission is set on the basis of the type of service or the like handled by the system. For example, a value of about 0.001–0.1 s is considered appropriate for a voice service, in which no delay is allowed. By contrast, a value of about 0.1–1 s is considered appropriate for a data-based service in which some delay is allowed, taking into account, among other things, the imperceptible time that elapses until a signal transmission is completed.

The number of currently active slave units 10 in Eq. (2) is counted by the master unit 20 shown in FIG. 1. To achieve this, it may be suggested, for example, that cells arriving from the slave units 10 be monitored, and the slave units 10 that have transmitted the cells in accordance with the instructions from the master unit 20 be counted as being currently active.

According to another method, the master unit 20 polls the slave units 10, and the slave units 10 that have responded to this polling are counted as being currently active.

FIGS. 13 to 15 depict as flowcharts the procedure for calculating the enabling amounts Gi in the master unit (FIG. 13), the procedure for initializing an instructional amount gi for instructing a slave unit to transmit a signal during transmission of a PLOAM cell in the master unit (FIG. 14), and the procedure for calculating the instructional amount gi for instructing a slave unit to transmit a signal during transmission of a PLOAM cell in the master unit (FIG. 15).

The enabling amount Gi may also be calculated such that cells for submitting information amount reports are received by the control unit 27 directly from the reception unit 24 without any calculations being made based on the information amount table 300 of the storage unit 26, and the enabling amount Gi is calculated sequentially every time an information amount report is received.

In FIGS. 13 to 15, i and j are the ID numbers of slave units 10, m is the total number of the slave units 10, Ns is the number of grants for allowing instructions for signal transmission to be issued for the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2, Ri is the information amount of the slave unit i, Gi is the enabling amount of the slave unit i, "flag 1" indicates whether the information amount Ri of all the slave units 10 is zero, and "flag 2" is a flag that indicates whether gi calculations have been completed.

In FIGS. 13 to 15, $1 \leq i \leq m$, $1 \leq j \leq m$, and the conditions j=0, Gi=0, and flag 2=TRUE are set as initial values.

Ns is 27 when the PLOAM cell is PLOAM1, and 26 when the PLOAM cell is PLOAM2 if neither the grants of the PLOAM cell PLOAM1 nor the grants of the PLOAM cell PLOAM2 are used, and the value obtained by subtraction from the number of grants used is set as Ns when the grants are used to issue instructions to submit information amount reports or the like.

The flowcharts in FIGS. 13 to 15 will now be described.

In FIG. 13, i−1 and flag 1=TRUE are first initialized (step 501), and it is then checked whether Gi is zero (step 502).

18

If it is concluded here that Gi is zero (YES in step 502), it is then checked whether Ri sk (step 503). Gi=Ri is set (step 504) if Ri≤k (YES in step 503), and Gi=k is set (step 505) if the condition Ri≤k does not hold true (NO in step 503).

Ri=Ri−Gi is set (step 506), and the operation proceeds to step 507.

If, however, it is concluded in step 502 that Gi is no zero (NO in step 502), the operation proceeds to step 507 without updating Gi because the grants of the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2 are insufficient, and the master unit 20 has refrained from instructing the slave unit i to transmit a signal that corresponds to the enabling amount Gi.

It is checked in step 507 whether the Ri of any slave unit 10 is zero (step 507). The operation proceeds to step 509 if Ri is indeed 0 (YES in step 507). FALSE is set for flag 1 (step 508) if Ri is no zero (NO in step 507), and the operation proceeds to step 509.

In step 509, i is incremented by 1 (i=i+1), and it is then checked whether i>m (step 510). The operation returns to step 502 if it is concluded here that the condition i>m does not hold true (NO in step 510), and proceeds to step 511 in FIG. 14 if it is concluded that i>m (YES in step 510).

In step 511 in FIG. 14, it is checked whether flag 2 is TRUE. If it is concluded here that flag 2 is indeed TRUE (YES in step 511), i=1 is set (step 512), gi=0 is then set (step 513), and i is incremented by 1 (i=i+1).

It is checked whether i>m (step 515), and the operation returns to step 513 if it is concluded that the condition i>m does not hold true (NO in step 515), and proceeds to step 516 in FIG. 15 if it is concluded that i>m (YES in step 515).

If flag 2 is not TRUE, that is, is FALSE, in step 511 (NO in step 511), the operation proceeds to step 516 in FIG. 15 without initializing the aforementioned gi because in this case the instructional amount gi of the slave unit i is being calculated repeatedly.

In step 516 in FIG. 15, i=j is set, and it is then checked whether flag 2 is TRUE (step 517). Ns is set (step 518) and the operation proceeds to step 519 if it is concluded here that flag 2 is indeed TRUE (YES in step 517). The operation proceeds to step 519 without setting NS if it is concluded in step 517 that flag 2 is not TRUE (NO in step 517).

It is checked in step 519 if Ns=Gj. If it is concluded here that Ns=Gj (YES in step 519), then gj=gj+Gj, Gj=0, and Ns=NS−Gj are set, and j is incremented by 1 (j=j+1) (step 520). It is checked whether j>m (step 512), and the operation proceeds to step 523 if j>m (YES in step 512). If the condition j>m does not hold true (NO in step 521), then j=1 is selected (step 522), and the operation proceeds to step 523.

It is checked in step 523 whether i and j are equal to each other, and the operation returns to step 519 if i and j are not equal to each other (NO in step 523). If they are equal to each other (YES in step 523), it means that the calculation of the instructional amount gj for issuing instructions related to signal transmission has come a full circle. For this reason, it is then checked whether flag 1 is FALSE (step 524), and if it is concluded that flag 1 is indeed FALSE (YES in step 524), the operation proceeds to step 501 in FIG. 13, and the enabling amount Gi and instructional amount gi are again calculated according to the flowchart in FIG. 13.

If flag 1 is FALSE, that is, TRUE, in step 524 (NO in step 524), it means that all the grants have been used or that instructions for signal transmission have been issued for all the information amounts Ri, so flag 2 is set to TRUE (step 527), and the process is completed.

If the condition Ns=Gj does not hold true in step 519, that is, the inequality Gj>Ns is satisfied (NO in step 519), it

US 6,778,557 B1

19

means that an instruction to transmit a signal corresponding to the enabling amount Gj cannot by issued by a slave unit to the PLOAM cell **1** or PLOAM cell **2**, so the conditions gj=gj+Ns, Gj=Gj−Ns, and Ns=0 are set (step **526**), flag **2** is set to TRUE (step **527**), and the process is completed. In this case, a slave unit j is instructed to transmit signals with continuous PLOAM cells **1** or PLOAM cells **2**.

FIG. **16** is a flowchart depicting the method by which the master unit **20** issues signal transmission instructions for PLOAM cells.

Base on the gi obtained by the calculation procedure in FIGS. **13** to **15** above, the master unit **20** creates the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2 in accordance with the flowchart in FIG. **16**, and transmits the result to slave units **10** via a transmission unit **23**.

Specifically, i=1 and #n=1 are first set (step **601**), and it is then checked whether gi is zero (step **602**). If gi is not zero in this case (YES in step **602**), it is then checked whether the grant #n is unused (step **603**), and if this is true (YES in step **603**), the ID number of a slave unit i is set for the grant #n (step **604**).

The value gi is then decremented by 1 (gi=gi−1) (step **605**), #n is incremented by 1 (#n=#n+1) (step **606**), and the operation returns to step **602**.

If it is concluded in step **602** that gi is zero (NO in step **602**), i is incremented by 1 (i=i+1) (step **607**), and it is checked whether i>m (step **608**). The operation returns to step **602** if it is concluded here that the condition i>m does not hold true (NO in step **608**), and the process is concluded if it is concluded that i>m (YES in step **608**).

Following is a description of the method for transmitting signals in accordance with the instructions given by the master unit **20** to slave units **10**.

In the slave unit **10** shown in FIG. **2**, cells are received by the reception unit **14** via the reception port. In the reception unit **14**, it is determined based on the addresses written to the cells whether the received cells are addressed to the slave unit **10** in question.

If the cells are indeed addressed to the slave unit **10** in question, cell type is determined based on the cell identifiers written to the cells. The identified cells are sent to the output unit **12** if they are signal cells, and to the control unit **17** they are PLOAM cells.

Once the PLOAM cells are received by the control unit **17** via the reception unit **14**, it is checked whether an instruction has been issued to transmit a signal or to submit an information amount report in accordance with the flowcharts in FIGS. **7** to **10**.

If it is concluded that a signal transmission instruction has been issued, the signal temporarily stored in the buffer memory **15** is retrieved, a signal-transmitting cell is created, and this cell is transmitted via the transmission unit **13**.

Thus, the point-to-multipoint communication system shown in FIG. **1** operates according to an access protocol in which a slave unit **10** instructed to transmit a signal has exclusive use of the upstream transmission line and can continuously transmit signals at no more than the enabling amount Gi calculated by the master unit **20**, as in the band allocation shown in FIG. **12**.

Following is a description of comparison results obtained by simulating TDMA and CSMA/CD, which are conventional access protocols, and the access protocol based on the first embodiment aspect of the present invention described above.

FIG. **17** depicts the results of a comparison of maximum transmission latency times elapsed before signals are transmitted from a slave unit and a terminal in accordance with

20

the load factor of the transmission line when bursty signals are generated by the slave unit and the terminal according to the access protocol based on the first embodiment aspect of the present invention and according to the access protocols based on conventional TDMA and CSMA/CD.

The simulation was conducted on the assumption that the access protocol based on the present invention involved a point-to-multipoint communication system in which, based on FIG. **1**, 32 slave units **10** and a single master unit **20** were connected by an optical transmission line **30**, the transfer rate was 155.52 Mb/s, the distance between the master unit **20** and the slave units **10** was 20 km, and the propagation delay time was 100 $\mu$s.

In addition, CSMA/CD was assumed to involve a point-to-multipoint communication system in which, based on 100 Base-T, 32 terminals were connected to a single hub, the transfer rate was 100 Mb/s, the distance between the terminals and the hub was 200 m, and the propagation delay time was 1 $\mu$s.

According to another assumption regarding the access protocol based on the present invention, the maximum number of kilobits for the enabling amount that allows a slave unit to transmit a signal was determined using the following simulation parameters: the grant interval for issuing instructions for information amount reporting was set to 53, slave units issued information amount reports at a rate of one cycle per upstream transmission frame, and the delay time allowed for data transmission and determined by the system was set to td=0.1 s.

With respect to the access protocol based on conventional TDMA, it was assumed that the transfer rate of the optical transmission line was divided by the total number of slave units and that each of the slave units was allocated a fixed share of 4.86 Mb/s.

In FIG. **17**, the load factor of the transmission line is plotted on the horizontal axis, and the maximum transmission latency time elapsed prior to transmission of signals generated by a slave unit and a terminal is plotted on the vertical axis.

It is apparent in FIG. **17** that the access protocol of the first embodiment aspect according to the present invention allows maximum transmission latency time to be stabilized at a comparatively low level without the increase observed in the access protocol of conventional TDMA or CSMA/CD, and can easily accommodate burst traffic even when the load factor of the transmission line reaches a high level (50% or higher) and the burst traffic increases in volume.

At a load factor of 80%, the maximum transmission latency time according to the access protocol of the present invention is about ⅓ that provided by the TDMA-based access protocol, and about ⅛ that provided by the CSMA/CD-based access protocol.

FIG. **18** depicts the results of a comparison of the times needed for the master unit and a terminal to receive a 90-Mb signal at a transmission line load factor of 50% according to the access protocol of the first embodiment aspect of the present invention and according to access protocols based on conventional TDMA and CSMA/CD.

In FIG. **18**, time is plotted on the horizontal axis, and the number of bits received each time is plotted on the vertical axis.

It is apparent in FIG. **18** that whereas the access protocol of the first embodiment aspect of the present invention allows signal reception to be completed in a short time even when burst traffic on the order of several megabytes is generated, the conventional access protocols take fairly long for such signal reception to be completed.

US 6,778,557 B1

21

According to the above-described simulation, the time elapsed until signal reception is completed in the case of the access protocol of the present invention is $\frac{1}{12}$ that achieved with the access protocol based on TDMA, and $\frac{1}{20}$ that achieved with the access protocol based on CSMA/CD.

It can be seen with regard to the access protocol based on CSMA/CD that when signals on the order of several mega-bits are generated in bursts, these signals are segmented into packets of about 64–1500 kB and repeatedly transmitted, prolonging signal transmission due to retransmissions caused by packet collisions and failing to ensure satisfactory access fairness even when the load factor of the transmission line is about 50%.

It can also be seen with regard to the TDMA-based access protocol, which is characterized by fixed band allocation, that the utilization ratio of the transmission line is low for signals generated in bursts and that even when the load factor of the transmission line is about 50%, a transmission-awaiting slave unit is incapable of using the time slots of other slave units and takes longer to transmit signals.

By contrast, it can be seen with regard to the access protocol of the first embodiment aspect of the present invention that the master unit allocates the band dynamically among the slave units when signals on the order of several megabytes are generated in bursts, so the utilization ratio of the transmission line is markedly improved and signal transmission can be completed in a short time even when the load factor of the transmission line is about 50%.

It can therefore be seen that the access protocol of the first embodiment aspect of the present invention ensures access fairness for all slave units, satisfies requirements concerning the delay time allowed for data transmission, and is superior in terms of absorbing burst traffic.

A second embodiment aspect of the point-to-multipoint communication system of the present invention will now be described.

The second embodiment aspect allows communications efficiency to be improved by adopting a structure in which the grant interval P at which the master unit 20 instructs slave units 10 to issue information amount reports is dynamically updated in accordance with the busy condition of the grants in the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2.

This means that when, for example, a large number of unused grants are present in the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2, the information amount reported by the slave units 10 is low, as is the load factor of the optical transmission line 30.

In such cases, the master unit 20 can identify in greater detail variations in the information amount of the slave units 10 by reducing the grant interval P for issuing instructions on information amount reporting or by issuing instructions on information amount reporting by utilizing unused grants.

The master unit 20 can therefore be more flexible in issuing signal transmission instructions under conditions of varying information amount from slave units 10, making it possible to reduce the latency time elapsed before a slave unit 10 transmits a signal and to lower the capacity of the buffer memory required by the slave unit 10 to temporarily store the signal.

Conversely, the information amount reported by the slave units 10 is substantial and the load factor of the optical transmission line 30 is high when the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2 has only few unused grants or none at all.

In such cases, the band that can be used to transmit signals along the optical transmission line 30 can be broadened and

22

the throughput improved by increasing the grant interval P for issuing instructions on information amount reporting. As noted above, it is possible to reduce the latency time elapsed before a slave unit 10 transmits a signal, to lower the capacity of the buffer memory required by the slave unit 10 to temporarily store the signal, and to increase throughput by dynamically instructing the slave units 10 to issue information amount reports.

FIG. 19 is a flowchart depicting the sequence according to which transmission instructions are set for the grants of PLOAM cells, and the method whereby instructions for reporting information amount are issued for the unused grants of the PLOAM cells.

In FIG. 19, instructions issued to slave units 10 to submit information amount reports are performed independently as procedures based on the grant interval P for issuing instructions to submit information amount reports and as procedures performed when unused grants are present, making it possible to achieve efficiency and to ensure fairness in issuing reporting instructions for the slave units 10.

In the specific case shown in FIG. 19, instructions for information amount reporting are first entered into the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2 in accordance with the procedures of the flowcharts shown in FIGS. 6 to 10 (step 610).

Instructions for transmitting the signals of the PLOAM cell 1 or PLOAM cell 2 are then entered in accordance with the procedures of the flowcharts in FIGS. 10 to 16 (step 612).

It is then checked whether the PLOAM cell 1 or PLOAM cell 2 contain unused grants (step 613). If it is found in this case that the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2 contain unused grants (YES in step 613), instructions for a slave unit i to issue an information amount report are entered into the unused grants (step 614), the slave unit i instructed to submit an information amount report is updated (step 615), and the operation returns to step 703. In the procedure of step 705, $1 \leq i \leq m$, where m is the total number of slave units.

The procedure is completed if it is thus concluded in step 703 that there are no unused grants in the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2 (NO in step 613).

Following is a description of comparison results obtained by simulating conventional TDMA and CSMA/CD access protocols and an access protocol based on the second embodiment aspect of the present invention described above.

FIG. 20 depicts the results of a comparison between the access protocol based on the second embodiment aspect of the present invention and access protocols based on conventional TDMA and CSMA/CD, obtained using the same simulation structure as that described with reference to the first embodiment aspect of the present invention.

In the simulation, instructions to submit information amount reports by employing unused grants were given in accordance with the access protocol of the present invention, and maximum transmission latency times were compared in accordance with the load factor of the transmission line in the same manner as in the case described with reference to the first embodiment aspect.

In FIG. 20, the vertical axis is shown in magnified form to make it easier to understand the difference resulting from the use of a low load factor.

It is apparent in FIG. 20 that the access protocol based on the second embodiment aspect of the present invention allows the maximum transmission latency time to be stabilized at a comparatively low level without the increase

US 6,778,557 B1

23

observed in the access protocols based on TDMA or CSMA/CD, and can easily accommodate burst traffic even when the load factor of the transmission line is high and the burst traffic increases in volume.

It can also be seen that results substantially indistinguishable from those provided by an access protocol based on CSMA/CD at a low load factor can be obtained using a dynamic mode for issuing instructions to submit information amount reports.

FIG. 21 depicts results obtained using the same simulation to compare the amounts of signals stored in the buffer memories of a slave unit and a terminal. The maximum amount of signal stored in the buffer memory is plotted on the vertical axis.

It is apparent in FIG. 21 that the access protocol based on the second embodiment aspect of the present invention allows the maximum amount of stored signal to be stabilized at a comparatively low level without the increase observed in the access protocol based on TDMA or CSMA/CD, can easily accommodate burst traffic, and is capable of reducing the buffer memory requirements of slave units when the load factor of the transmission line is high and the burst traffic increases in volume.

It can also be seen that even when the load factor is low, the proposed protocol is better than the TDMA-based access protocol and yields results substantially indistinguishable from those of the CSMA/CD-based access protocol.

At a load factor of 80%, the maximum amount of stored signal according to the access protocol of the present invention is about $\frac{1}{2}$ that provided by the TDMA-based access protocol, and about $\frac{1}{3}$ that provided by the CSMA/CD-based access protocol.

A third embodiment aspect of the point-to-multipoint communication system of the present invention will now be described.

The third embodiment aspect of the point-to-multipoint communication system in accordance with the present invention is obtained by configuring the above-described first and second embodiment aspects such that slave units are sequentially instructed by the master unit to transmit signals when a transfer rate margin still remains after instructions for signal transmission have been issued for the information amount reported by all the slave units.

Such a structure allows the slave unit to be constantly instructed by the master unit about signal transmission when the information amount reported by the slave unit is small and communications traffic is low, so the latency time elapsed before a slave unit transmits a signal can be reduced, the capacity of the buffer memory for temporary signal storage lowered, and communications conducted with higher efficiency.

In addition, the signal transmission instructions based on the first or second embodiment aspect described above, and the signal transmission instructions based on the third embodiment aspect are performed as separate procedures, making it possible to ensure access fairness and to meet data transmission delay requirements for all slave units.

In the third embodiment aspect, a downstream frame comprises 56 slots, and an upstream frame comprises 53 slots, as shown in FIG. 4. Based on these transmission frames, 53 bytes and 56 bytes are exchanged downstream and upstream, respectively, in accordance with the TDM (Time Division Multiplex) multiplexing protocol in the case of the downstream transmission from the master unit 20 to the slave units 10-1 to 10-m, and in accordance with the TDMA (Time Division Multiple Access) multiplexing protocol in the case of the upstream transmission to the master unit 20 from the slave units 10-1 to 10-m.

24

In addition, downstream transmission frames contain two PLOAM cells per frame in a ratio of one cell for every 28 cells, the initial PLOAM cell (PLOAML) has 27 grants for requesting upstream cells from the slave units 10-1 to 10-m, and the second PLOAM cell (PLOAM2) has 26 grants, to a total of 53 grants, as shown in FIG. 5.

The grants of the PLOAM cell PLOAM1 correspond to cells 1–27 of the upstream transmission frame, and the grants of the PLOAM cell PLOAM2 correspond to cells 28–53 of the upstream transmission frame.

The master unit 20 is capable of issuing instructions as to which of the slave units 10-1 to 10-m can transmit a cell to a particular slot inside the upstream transmission frame by writing the ID numbers or other identifiers of the slave units 10-1 to 10-m to the grants of the PLOAM cells shown in FIG. 5.

The ID numbers of the slave units 10-1 to 10-m are managed by the master unit 20, and these ID numbers are conveyed during the initial stage to all the slave units 10-1 to 10-m participating in the operation of the system.

By virtue of these ID numbers, the master unit 20 can trace a cell to a particular slave unit 10-1 to 10-m, and each of the slave units 10-1 to 10-m can determine whether the cell it has received is indeed addressed to this station.

The slave units 10-1 to 10-m can transmit cells to those slots of the upstream transmission frame that correspond to the aforementioned grants when identifiers of these slave units 10-1 to 10-m are written to the PLOAM cells. This method makes it possible to avoid cell collisions in the optical transmission line.

Instructed by the master unit 20, the slave units 10-1 to 10-m issue reports on the information amount needed for cell transmission before the cells are actually transmitted.

The specifics of the method whereby the master unit 20 instructs the slave units 10-1 to 10-m on how to report information amount are the same as in the first or second embodiment aspect, as are the specifics of the method whereby the slave units 10-1 to 10-m submit information amount reports to the master unit 20.

Upon receipt of an information amount report from a slave unit 10-1 to 10-m, the master unit 20 calculates on the basis of the reported information amount the enabling amounts that allow the slave units 10-1 to 10-m to transmit cells below a specific maximum value, and, based on these enabling amounts, the slave units 10-1 to 10-m are instructed regarding such cell transmission using the grants of the PLOAM cells shown in FIG. 5.

Specifics of the method for calculating the enabling amounts in the master unit 10 and the method for issuing transmission-related instructions using PLOAM cells are the same as in the first or second embodiment aspect.

The master unit 20 can handle bursty communications better by sequentially providing the slave units 10-1 to 10-m with cell transmission instructions when the PLOAM cells contain unused grants after the cell-transmission instructions have been issued based on the above-described enabling amounts.

This means that when, for example, the PLOAM cells contain a large number of unused grants, the information amount reported by the slave units 10-1 to 10-m is low, and the volume of communications traffic is low as well.

In such cases, cells generated in bursts can be transferred at a higher speed by sequentially providing the slave units 10-1 to 10-m with cell transmission instructions, making it possible to reduce the latency time elapsed before the slave units 10-1 to 10-m can transmit a signal, to reduce the capacity of the buffer memory needed to temporarily store signals, and to increase communications efficiency.

US 6,778,557 B1

25

Another feature is that because signals are transmitted at random intervals during bursty communication, the PLOAM cells contain unused grants even under conditions of high communications traffic.

The same effects can also be obtained in the above cases because the unused grants can be used to sequentially provide each slave unit with cell transmission instructions.

FIG. 22 is a flowchart of the above-described third embodiment aspect for setting signal transmission instructions for the slave units 10-1 to 10-m with the aid of the grants of PLOAM cells.

Here, sequential instruction regarding cell transmission can be easily accomplished by allocating the ID numbers or other identifiers of the slave units 10-1 to 10-m in order among the unused grants of the PLOAM cells after instructions on cell transmission have been issued based on enabling amounts. In addition, such sequential instruction regarding cell transmission can be accomplished more efficiently by limiting this instruction to active slave units.

When this process is used (FIG. 22), instructions to transmit signals at no more than a specific maximum value are first continuously issued based on the information amount reported by the slave units 10-1 to 10-m. These instructions are written to the grants of a PLOAM cell (step 621).

After transmission instructions have been issued for all information amounts, it is checked whether the POLAM cell contains unused grants (step 622).

If it is concluded here that the POLAM cell contains unused grants (YES in step 622), these unused grants are utilized to sequentially provide the slave units 10-1 to 10-m with signal transmission instructions. These transmission instructions are written to the unused grants of the PLOAM cell (step 623). The process is completed unchanged if the POLAM cell is free of unused grants (step 623).

In addition, sequential instructions on communications traffic can be issued with higher efficiency by limiting this procedure to active slave units.

In FIG. 22, separate operations are performed as a method for issuing instructions on signal transmission at no more A than a specific maximum value, and a method for sequentially providing the grants of PLOAM cells with cell transmission instructions.

It is therefore possible to ensure access fairness and to meet data transmission delay requirements for all slave units even when cell transmission instructions are issued sequentially.

With such a structure, the slave units 10-1 to 10-m have exclusive use of the upstream transmission line and can continuously transmit signals at no more than a specific maximum value.

In addition, transmission of signals can be sequentially assigned to the slave units 10-1 to 10-m when low information amount is reported by the slave units 10-1 to 10-m and there are vacancies in the grants of the PLOAM cells. As a result, cells generated in bursts can be transferred at a higher speed, the latency time elapsed before the slave units 10-1 to 10-m transmit signals can be reduced, the capacity of the buffer memory needed to temporarily store signals can be lowered, and communications efficiency can be improved.

Following is a description of comparison results obtained by simulating TDMA, which is a conventional access protocol, and an access protocol based on the above-described third embodiment aspect.

FIG. 23 depicts the results of a comparison of maximum transmission latency times elapsed before signals are trans-

26

mitted from slave units 10-1 to 10-m in accordance with the transmission line load factor when bursty signals are generated by the slave units according to the access protocol based on the second embodiment aspect and according to TDMA with fixed slot allocation.

The simulated structures were point-to-multipoint communication systems operating according to TDMA and the access protocol based on the third embodiment aspect in which, based on FIG. 1, 32 slave units 10-1 to 10-32 and a single master unit 20 were connected by an optical transmission line 30, the transfer rate was 155.52 Mb/s, the distance between the master unit and the slave units was 20 km, and the propagation delay time was 100 μs.

Another feature of the access protocol based on the third embodiment aspect was that the grant interval for issuing instructions for information amount reporting was set to 53, slave units issued information amount reports at a rate of one cycle per upstream transmission frame, the delay time allowed for data transmission and determined by the system was set to 0.1 s, and the maximum value of the enabling amount that allows slave units to transmit signals was determined.

With TDMA, the transfer rate of the optical transmission line was divided by the total number of slave units, and each of the slave units was allocated a fixed share of 4.86 Mb/s.

In FIG. 23, the load factor of the transmission line is plotted on the horizontal axis, and the maximum transmission latency time elapsed prior to the transmission of signals generated by slave units 10-1 to 10-m and terminals is plotted on the vertical axis.

It is apparent in FIG. 23 that the access protocol of the third embodiment aspect allows maximum transmission latency time to be stabilized at a comparatively low level without the increase observed in the case of TDMA, and can easily accommodate burst traffic even under conditions of increased communications traffic. This is because the master unit 20 dynamically allocates the band among the slave units 10-1 to 10-32.

At a load factor of 80%, the maximum transmission latency time according to the access protocol of the present invention is about ⅓ that provided by TDMA.

FIG. 24 depicts the results of a comparison obtained by simulating mean transmission latency times in a case in which no signal transmission instructions are issued by means of unused grants and in a case involving the use of the access protocol pertaining to the above-described third embodiment aspect. The simulated structure is the same as that described above.

It is evident in FIG. 24 that the mean transmission latency time can be reduced by sequentially issuing signal transmission instructions to the slave units 10-1 to 10-m by means of unused grants in accordance with the access protocol of the third embodiment aspect.

It can therefore be seen that the latency time elapsed before a slave unit 10-1 to 10-m transmits a signal can be reduced, the capacity of the buffer memory needed for temporary signal storage can be lowered, and excellent results can be obtained in terms of absorbing burst traffic.

It can also be seen that when the transmission line has a high load factor, the mean transmission latency time can still be reduced and the same effects can be obtained by utilizing the unused grants of PLOAM cells.

Following is a description of a fourth embodiment aspect of the point-to-multipoint communication system according to the present invention.

In the upstream transmission frame shown in FIG. 4, cells from each of the slave units 10-1 to 10-m are transmitted as

US 6,778,557 B1

27

single slots, but the fourth embodiment aspect is configured such that cells from a plurality of slave units 10-1 to 10-m can be transmitted as single slots by segmenting each slot into a plurality of mini-slots.

FIG. 25 depicts an example in which a single slot of the upstream transmission frame shown in FIG. 4 is split into eight mini-slots.

For the sake of convenience, an arrangement is adopted in which a single mini-slot contains 7 bytes, and such mini-slots are used to transmit mini-cells comprising a 3-byte overhead and 4 bytes of data.

The result is that although 56-byte cells transmitted by a single slave unit 10-1 to 10-m are commonly transmitted as single slots, using the above-described mini-slots allows 7-byte mini-cells transmitted by a maximum of eight slave units 10-1 to 10-m to be transmitted as single slots.

The size of the mini-slots and mini-cells can be arbitrarily set by the system. For example, 14-byte mini-cells transmitted by a maximum of four slave units 10-1 to 10-m can be transmitted as single slots when one mini-slot is 14 B.

Following is a description of a method whereby the master unit 20 instructs the slave units 10-1 to 10-m to submit information amount reports using the above-described mini-slots, and the slave units 10-1 to 10-m thus submit these information amount reports to the master unit 20.

When mini-slots are used, it is first necessary to divide the slave units 10-1 to 10-m into a plurality of groups and to pre-assign a group ID number to each of the slave units 10-1 to 10-m in order to specify the slave units 10-1 to 10-m for transmitting mini-cells in accordance with the instructions from the master unit 20.

Here, the group ID numbers can be calculated using Eq. (3) on the basis of the ID numbers of the slave units 10-1 to 10-m and the total number S of mini-slots in a single slot.

$$\text{Group ID number} = \text{ID number of slave unit} \div S + 1 \qquad (3)$$

The ID number of a slave unit 10 is such that if m is the total number of slave units 10-1 to 10-m, non-overlapping values satisfying the condition "$1 \leqq \text{ID number of slave unit} \leqq m$" are assigned to the slave units 10-1 to 10-m.

When, for example, the total number of slave units 10-1 to 10-m is 32 and each slot is segmented into eight mini-slots as shown in FIG. 22, four groups, each comprising eight slave units 10-1 to 10-m, can be created, and any value satisfying the condition "$1 \leqq \text{Group ID numbers} \leqq 4$" can be assigned on the basis of Eq. (3) to the slave units 10-1 to 10-m.

When the master unit 20 instructs the slave units 10-1 to 10-m to submit information amount reports by means of mini-slots, the procedure whereby specific slave units 10-1 to 10-m are instructed to submit information amount reports should be changed to a procedure whereby specific groups are instructed to submit information amount reports in the flowcharts shown in FIGS. 6 to 10.

In the processing portion for identifying instructions from the master unit 20 to the slave units 10-1 to 10-m according to the flowcharts in FIGS. 7 to 10, identification based on the ID numbers of the slave units 10-1 to 10-m should be changed to identification based on the group numbers of the slave units 10-1 to 10-m.

Mini-cells to which at least the following data is written are created if it is concluded by the slave units 10-1 to 10-m that these slave units 10-1 to 10-m have been instructed to submit information amount reports using mini-slots: cell identifiers indicating the information amount reports, information amount counted by the counter, and the ID numbers

28

of the slave units 10. The mini-cells thus created are transmitted to the master unit 20 via a transmission unit by means of the mini-slots in the upstream transmission frame.

The number #s of the mini-slots used by the slave units 10-1 to 10-m can be calculated using Eq. (4) based on the ID numbers of the slave units 10-1 to 10-m, group ID numbers, and the total number S of mini-slots contained in each slot.

$$\#s = \text{ID number of slave unit} - ((\text{Group ID number} - 1) \times S) \qquad (4)$$

FIG. 26 depicts the correlation between the ID numbers of the slave units 10-1 to 10-m and the numbers #s of the mini-slots calculated by Eq. (4) according to the fourth embodiment aspect described above.

In addition, the intervals at which the master unit 20 instructs the slave units 10-1 to 10-m to submit information amount reports using mini-slots can be obtained by applying the same method as that described with reference to the first or second embodiment aspects, and communications efficiency can be further improved by dynamically updating the intervals in accordance with the busy condition of the grants of PLOAM cells.

Although the fourth embodiment aspect was described with reference to a method in which mini-slots were used for information amount reporting, such mini-slots may also be used where the master unit 20 gives the slave units 10-1 to 10-m instructions on signal transmission, and the slave units 10-1 to 10-m transmit signals to the master unit 20.

Following is a description of comparison results obtained by simulating access protocols based on conventional TDMA and CSMA/CD, and an access protocol based on the fourth embodiment aspect of the present invention described above.

FIG. 27 depicts the results of a comparison between an access protocol based on the fourth embodiment aspect of the present invention and access protocols based on conventional TDMA and CSMA/CD, obtained using the same simulation structure as that described with reference to the first embodiment aspect.

In the simulation, the maximum transmission latency times corresponding to the load factor of the transmission line were compared in the same manner as in the first embodiment aspect by applying mini-slots to information amount reporting in accordance with the access protocol of the fourth embodiment aspect of the present invention.

In FIG. 27, the vertical axis is shown in magnified form to make it easier to understand the difference resulting from the use of a low load factor.

It is apparent in FIG. 27 that the access protocol based on the fourth embodiment aspect of the present invention allows the maximum transmission latency time to be stabilized at a comparatively low level without the increase observed in the access protocol based on TDMA or CSMA/CD, and can easily accommodate burst traffic even when the load factor of the transmission line is high and the burst traffic increases in volume.

It can also be seen that even when the load factor is low, substantially the same effects as in the access protocol based on CSMA/CD can be obtained by applying mini-slots to information amount reporting.

At a load factor of 10%, the maximum transmission latency time according to the access protocol of the fourth embodiment aspect of the present invention is about $\frac{1}{10}$ that provided by the TDMA-based access protocol, and about the same as that provided by the CSMA/CD-based access protocol. At a load factor of 80%, the maximum transmission latency time according to the access protocol of the fourth embodiment aspect of the present invention is about

US 6,778,557 B1

29

⅓ that provided by the TDMA-based access protocol, and about ¼₄ that provided by the CSMA/CD-based access protocol, indicating that the use of such mini-slots improves communications efficiency.

FIG. 28 depicts the results of a comparison of the amounts of signals stored in the buffer memories of a terminal and a slave unit **10-1** to **10-m**, obtained by performing the same simulation. The maximum amount of signal stored in the buffer memories is plotted on the vertical axis.

In FIG. 28, the vertical axis is shown in magnified form to make it easier to understand the difference resulting from the use of a low load factor.

It is apparent in FIG. 28 that the access protocol based on the fourth embodiment aspect of the present invention allows the maximum amount of stored signal to be stabilized at a comparatively low level without the increase observed in the access protocol based on TDMA or CSMA/CD, can easily accommodate burst traffic, and is capable of reducing the buffer memory requirements of the slave units **10-1** to **10-m** when the load factor of the transmission line is high and the burst traffic increases in volume.

It can also be seen that even when the load factor is low, the proposed protocol is better than the TDMA-based access protocol and yields results substantially indistinguishable from those of the CSMA/CD-based access protocol.

At a load factor of 80%, the maximum amount of stored signal according to the access protocol of the fourth embodiment aspect of the present invention is about ½ that provided by the TDMA-based access protocol, and about ¼ that provided by the CSMA/CD-based access protocol, indicating that the use of mini-slots can improve communications efficiency and reduce the buffer memory requirements of slave units.

Following is a description of a fifth embodiment aspect of the point-to-multipoint communication system according to the present invention.

In the fifth embodiment aspect, the specific maximum values k of the enabling amounts that allow information signals to be transmitted for the slave units **10-1** to **10-m** are selected such that individual values can be calculated for each of the slave units **10-1** to **10-m**, depending on the financial charges, contract type, urgency, priority level, and other differences among the slave units **10**.

In this case, the specific maximum value ki (bits) for each of the slave units **10-1** to **10-m** (i=1, . . . , m) is determined for each of these slave units **10-1** to **10-m** such that the following relation is satisfied:

$$\Sigma ki \leqq r \times td \qquad (5),$$

where m is the total number of slave units **10** (m is an integer), α is the proportion of currently active slave units **10-1** to **10-m** (0<α≦1.0), r (b/s) is the data transfer rate of the point-to-multipoint communication system, and td (s) is the delay time allowed for data transmission and determined by the system, as in the band allocation shown in FIG. 29. Here, Σ indicates the sum of i's from 1 to αm. The proportion α of currently active slave units **10-1** to **10-m** is calculated in the same manner using Eq. (2).

The enabling amount Gi is calculated by substituting ki for k in the flowchart shown in FIG. 13.

The instructional amount gi for giving instructions on signal transmission to a slave unit i during the transmission of a PLOAM cell is calculated in the same manner in accordance with the flowcharts shown in FIGS. 14 and 15.

Although the first to fifth embodiment aspects above were described with reference to cases in which TDM and TDMA were used as cell multiplexing protocols, the access protocol

30

in accordance with the present invention can be easily adapted, for example, to FDM (Frequency Division Multiplex), FDMA (Frequency Division Multiple Access), CDMA (Code Division Multiple Acces), and the like.

Thus, according to the first to fifth embodiment aspects described above, slave units **10-1** to **10-m** submit reports on the information amount necessary for signal transmission to the master unit **20**, and, based on the information amount reported by the slave units **10-1** to **10-m**, the master unit **20** issues signal transmission instructions, completely eliminating signal collisions in the transmission line and preventing the throughput from decreasing in the manner observed with CSMA/CD when signals on the order of several megabytes are transmitted in bursts.

It is also possible to achieve further improvements in communications efficiency by dynamically updating the intervals for giving the slave units **10-1** to **10-m** instructions on information amount reporting, or by segmenting slots into a plurality of mini-slots.

Here, the enabling amounts for permitting signal transmission are calculated dynamically and efficiently on the basis of reports from slave units **10-1** to **10-m** such that the data transfer rate can be utilized with 100% efficiency, so high throughput can be obtained even under complex conditions created by greater burst traffic or an increased number of slave units **10-1** to **10-m**.

The specific maximum number of kilobits k is set such that the following relation is satisfied:

$$k \leqq (r \times td) \div (\alpha \times m),$$

where m is the total number of slave units **10-1** to **10-m** (m is an integer), α is the proportion of currently active slave units **10-1** to **10-m** (0<α≦1), r (b/s) is the data transfer rate, and td (s) is the delay time allowed for data transmission and determined by the system.

Slave units **10-1** to **10-m** can therefore continuously transmit large signals because these stations have exclusive use of the upstream transmission line during the transmission of signals whose maximum size is measured in k (bits).

Another feature is that when an enabling amount is determined on the basis of the above equation, a time of td seconds is necessary for the transmission if all the slave units **10-1** to **10-m** transmit k (bit) signals, making it possible to secure an allowed delay time of td seconds for data transmission by all the slave units **10-1** to **10-m**.

All the slave units **10-1** to **10-m** can invariably transmit their signals within the allowed delay time of td seconds, making it possible to ensure access fairness and to yield the delay time allowed for data transmission.

In addition, the maximum transmission latency time elapsed until a slave unit **10-1** to **10-m** transmits a signal can be kept stable at a low level without the increase observed with TDMA or CSMA/CD when the transmission line has a high load factor and the burst traffic increases in volume. Results that are superior to those provided by TDMA and are substantially indistinguishable from those yielded by CSMA/CD can also be obtained at a low load factor.

Another feature of this embodiment aspect is that the maximum amount of signal stored in the buffer memory of the slave units **10-1** to **10-m** can be kept stable at a low level without the increase observed with conventional protocols when the transmission line has a high load factor and the burst traffic increases in volume. Results that are superior to those provided by TDMA and are substantially indistinguishable from those yielded by CSMA/CD can also be obtained at a low load factor, making it possible to reduce the buffer memory requirements of the slave units **10-1** to **10-m**.

US 6,778,557 B1

31                                                    32

Such an arrangement can provide an access protocol for a point-to-multipoint communication system that possesses exceptional capabilities in terms of accommodating bursty traffic.

FIG. **30** is a diagram illustrating the frame periods for TDM and TDMA, which are the packet multiplexing protocols adopted in the point-to-multipoint communication system pertaining to a sixth embodiment aspect of the present invention.

In the sixth embodiment aspect, the system structure is the same as the structure in FIG. **1**, and the structures of the master unit **20** and slave units **10-1** to **10-m** are the same as the structures shown in FIGS. **2** and **3**.

In FIG. **30**, 1 ms is selected as the frame period for TDM or TDMA, which is a packet multiplexing protocol. A data region, control region, and delay control region are established within each frame.

In the example shown in FIG. **30**, the data region and the control region consist of 256- and 32-packet time slots, respectively, and the #n in the drawing indicates the time slot number, assuming that the total number of slave units **10-1** to **10-m** is 32, the transfer rate is 155.52 M(b/s), the fixed-length packet size is 60 (B), and the delay control region is 111 (s).

The data region is used to exchange data packets between the master unit **20** and the slave units **10-1** to **10-m**. The control region is used to exchange control packets between the master unit **20** and the slave units **10-1** to **10-m**, providing enough time slots to allow all 32 slave units **10-1** to **10-m** to exchange control packets during each frame period.

The delay control region is used to adjust the packet transmission time when there are variations in the transmission distance between the master unit **20** and the slave units **10-1** to **10-m**. A size that is presumed to correspond to a transmission distance of 10 (km) is provided. In this case, there is no particular reason to provide a delay control region if the transmission distance is short and the packet transmission delay remains invariable.

The frame periods of TDM and TDMA, the configuration of regions within the frames, and the position and size of each region may be arbitrarily set by the system. One possible option is to insert delay control regions into the frames at a specific time period without providing each frame with a region, and thus to yield a multiframe structure having larger data regions. In addition, the frame format can be configured differently in the upstream and downstream directions.

FIG. **31** is a sequence diagram depicting a control routine for the access protocol in the point-to-multipoint communication system according to the sixth embodiment aspect.

In FIG. **31**, the slave units **10-1** to **10-m**, which send information signals to the master unit **20**, temporarily store the information signals to be sent in a buffer memory **15**, and the storage amounts of the information signals thus stored are reported to the master unit **20** via a transmission unit **13** (FIG. **31(1-1)**). Here, i indicates an individual slave unit, and i=1, 2, . . . , m, where m is the total number of slave units (m is an integer).

Upon receipt of the reports from the slave units **10-1** to **10-m**, the master unit **20** calculates, based on the storage amounts Ri thus reported, the information amount Ni that allows each slave unit **10-1** to **10-m** to transmit signals at no more than a specific maximum value k (bits) (FIG. **31(1-2)**). Here, the specific maximum value k is set such that the relation expressed by Eq. (1) is satisfied. In this equation, m is the total number of slave units, $\alpha$ is the proportion of

currently active slave units (0<$\alpha$≦1.0), r (b/s) is the data transfer rate, and td (s) is the delay time allowed for data transmission and determined by the system. The proportion a of currently active slave units **10-1** to **10-m** is given by Eq. (2), where $\alpha$=1.0 when all the slave units **10-1** to **10-m** are currently active.

After calculating the information amount Ni, the master unit calculates, based on the information amount Ni, the information amount ni to be sent as a notification to the slave units during each frame period, and the slave units **10-1** to **10-m** are notified of this information amount ni (FIG. **31(1-3)**).

Here, the reason that the information amount ni is calculated separately from the information amount Ni is that the slave units **10-1** to **10-m** are exhaustively notified of the information amount Ni in the form of continuous frames if the information amount Ni thus calculated exceeds the data transfer rate at which transmission can be performed using single frames.

Upon being notified of the information amount ni by the master unit **20**, the slave units **10-1** to **10-m** send temporarily stored information signals to the master unit **20**. The volume of these signals does not exceed that of the information amount ni (FIG. **31(1-4)**).

The above-described procedures are then sequentially repeated as indicated by **(2-1)** to **(2-4)** in FIG. **31**.

Alternatively, the information amount ni is a parameter that is needed to facilitate mounting and to ensure the following: that the slave units **10-1** to **10-m** are notified of the information amount Ni by the master unit **20**, that it is checked on the side of the slave units **10-1** to **10-m** whether information signals whose volume is equal to or less than the information amount Ni can be transmitted within a single frame, and that the transmission of the information signals is optionally controlled.

With the access protocol of the point-to-multipoint communication system of the sixth embodiment aspect, the slave units **10-1** to **10-m** notified of the information amount have exclusive use of the upstream transmission line and can continuously transmit signals at no more than the information amount calculated by the master unit **20**, as in the band allocation shown in FIG. **12**.

For the sake of convenience, **32** is selected as the total number of slave units **10-1** to **10-m**, and 155.52 M(b/s) is selected as the transfer rate of the optical transmission line **30** for a downstream transmission from the master unit **20** to the slave units **10-1** to **10-m** and for an upstream transmission from the slave units **10-1** to **10-m** to the master unit **20**.

It is also possible, for example, to adopt a structure in which the downstream transfer rate used here is set to 622.08 M(b/s), and the upstream and downstream transfer rates are mutually asymmetrical. In addition, the transfer rate and the total number of the slave units **10-1** to **10-m** may also be arbitrarily set by the system.

Another alternative is to exchange 60-byte fixed-length packets between the master unit **20** and the slave units **10-1** to **10-m** via the above-described optical transmission line **30** in accordance with a multiplexing protocol in which the downstream transmission is TDM (Time Division Multiplex) and the upstream transmission is TDMA (Time Division Multiple Access).

This packet contains at least a header region, a packet identification region, a slave unit identification region, a reserve region reserved for extensions, and a communications region, as shown in FIG. **32**.

Written to the header region are a guard for preventing packet collisions in the optical transmission line **30**, a

US 6,778,557 B1

33 34

preamble for receiving burst signals, and a delimiter for distinguishing between packet headers and other segments.

In addition, written in the packet identification region are packet classification numbers for identifying packet types by the master unit **20** and the slave units **10-1** to **10**-m.

With these packet classification numbers, an individual value is predetermined by the system for each packet type, as shown in FIG. **33**.

Furthermore, written in the slave unit identification region are slave unit numbers individually assigned to the slave units **10-1** to **10**-m, as shown in FIG. **34**. The numbers of the slave units are managed by the master unit **20**, and the numbers of the slave units are conveyed during the initial stage from the master unit **20** to all the slave units **10-1** to **10**-m participating in the operation of the system.

By virtue of these slave unit numbers, the master unit **20** can trace a packet to a particular slave unit **10-1** to **10**-m, and each of the slave units **10-1** to **10**-m can determine whether the packet it has received is addressed to this station.

The reserve region is used to exchange anti-eavesdropping security keys or packet time stamps (transmission time, number of transmissions, etc.) between the master unit **20** and the slave units **10-1** to **10**-m.

The communications region is used to exchange information signals between the master unit **20** and the slave units **10-1** to **10**-m, to issue storage amount reports or information amount notifications, or to perform OAM (Operation Administration & Maintenance) such as configuration management, fault control, billing, traffic control, security management, and the like.

Packet size and format may be set arbitrarily in accordance with the characteristics of the service handled by the system, and packet classification numbers and slave unit numbers may also be set arbitrarily in accordance with the makeup of the system.

It is also possible to appropriately use packet reserve regions or communications regions for exchanging security keys or time stamps, performing various types of OAM, or the like in accordance with the specifics of actual implementation or the like.

As shown in FIG. **30**, 1 ms is selected as the frame period of TDM and TDMA, which are packet multiplexing protocols, and each frame contains a data region, a control region, and a delay control region.

In the example shown in FIG. **30**, the data region and the control region consist of 256- and 32-packet time slots, respectively, and the #n in the drawing indicates the time slot number, assuming that the total number of slave units **10-1** to **10**-m is 32, the transfer rate is 155.52 M(b/s), the fixed-length packet size is 60 (B), and the delay control region is 111 (s).

The data region is used to exchange data packets between the master unit **20** and the slave units **10-1** to **10**-m. The control region is used to exchange control packets between the master unit **20** and the slave units **10-1** to **10**-m, providing enough time slots to allow all **32** slave units **10-1** to **10**-m to exchange control packets during each frame period.

The delay control region is used to adjust the packet transmission time when there are variations in the transmission distance between the master unit **20** and the slave units **10-1** to **10**-m. A size that is presumed to correspond to a transmission distance of 10 (km) is provided. In this case, there is no particular reason to provide a delay control region if the transmission-distance is short and the packet transmission delay remains invariable.

The frame periods of TDM and TDMA, the configuration of regions within the frames, and the position and size of each region may be arbitrarily set by the system. One possible option is to insert delay control regions into the frames at a specific time period without providing each frame with a region, and thus to yield a multiframe structure having larger data regions. In addition, the frame format can be configured differently in the upstream and downstream directions.

Voice, video, data, or other such information signals can be input from a terminal or other network to the input port of a slave unit **10** (**10-1** to **10**-m) shown in FIG. **2** or to the input port of the master unit **20** shown in FIG. **3**.

These information signals are sent to the buffer memories **15** and **25** through the input units **11** and **21**, respectively, and are temporarily stored in the buffer memories **15** and **25**.

FIFO (First In First Out) or the like can be suggested as a method for storing information signals in the buffer memories **15** and **25**.

These information signals may be arranged in cells or packets while stored in the buffer memories **15** and **25**, such as ATM cells or Ethernet packets, for example.

Another feature of the sixth embodiment aspect is that the input information signals have good consistency when arranged as ATM cells because the size of the communications region of a data packet is set to 53 (bytes), as shown in FIG. **35**. In addition, consistency can be improved by mapping data as ATM AAL Type 5 when the information signal is an Ethernet packet.

In the slave unit **10** shown in FIG. **2**, the storage amounts of the information signals temporarily stored in the buffer memory **15** are sequentially counted by the counter **16**. These storage amounts are counted as integral units of packets needed to transmit the information signals.

For example, information signals are transmitted with the communications region (53 B) of the packet format shown in FIG. **32** in the case of the information package shown in FIG. **35**. With such storage amounts, therefore, signals containing 53 bytes of information are converted to single packets and counted.

Examples of recommended counting methods include methods in which counting is performed as required in accordance with the input of information signals to the buffer memory **15** and the output of information signals from the buffer memory **15**, and methods in which the counting is based on the difference between the start address and the end address of an information signal stored as FIFO in the buffer memory **15**.

If the stored information signal is less than 53 bytes, a single packet may be counted as the one necessary for transmission, and the counting may be stopped before 53 bytes are reached. The storage amounts may be obtained by counting bits or bytes in integral units.

As noted above, counting the storage amounts of information signals as the numbers of packets necessary for transmission is effective because lower values are reported to the master unit **20**.

The storage amounts of information signals counted by the storage amount counter **16** are read by the control unit **17**. The control unit **17** crates control packets for reporting these storage amounts to the master unit.

In the control packets, the communications region of the packet format shown in FIG. **32** serves as a storage amount reporting region for reporting storage amounts, as shown in FIG. **36**.

The storage amounts read from the storage amount counter **16** are written to the storage amount reporting region.

Packet classification numbers 01h, which indicate that the packets are for reporting storage amounts, are written to a

US 6,778,557 B1

35

36

packet identification region. Slave unit numbers preassigned to the slave units 10-1 to 10-m by the master unit 20 are written to a slave unit identification region. With the storage amounts, it is also possible to report differential values based on previous reports.

As noted above, the necessary information is written to each region of the control packet in the control unit 17, and this control packet is then sent to the transmission unit 13. In the header region, a procedure in which the necessary information is written by means of the transmission unit 13 may be substituted for the procedure in which the information is written by means of the control unit 17.

In addition, the storage amount reporting region may optionally be used for purposes other than submitting storage amount reports, and the use of a reserve region may be substituted for the reporting of storage amounts by means of the communications region shown in FIG. 32.

The control packet sent from the control unit 17 to the transmission unit 13 is transmitted to the master unit 20 by the time slots of a control region provided inside the frame.

The control unit 17 issues instructions regarding time slot numbers and transmission timing.

For example, the control region of the frame shown in FIG. 30 is provided with enough time slots to allow all 32 slave units 10-1 to 10-m to exchange control packets during each frame period. Where control packets are transmitted according to this frame format, control is implemented such that information is transmitted using the positions of the time slots conveyed in advance to the master unit 20.

These time slots are arranged such that individual positions are assigned to slave units 10-1 to 10-m to prevent the control packets of the slave units 10-1 to 10-m from colliding in the optical transmission line 30.

The periods for reporting storage amounts may be arbitrarily set by the system in accordance with the total number of the slave units 10-1 to 10-m, the type of service class, and the like, and part of a frame format such as that shown in the example in FIG. 30 is determined based on this setting.

In the master unit 20 shown in FIG. 3, packets received from the slave units 10-1 to 10-m via the reception port are identified based on the packet classification numbers written to the packets. This is done after headers are removed in the reception unit 24.

The packets thus identified are sent to the output unit 22 when they are information packets, and to the storage unit 26 when they are control packets for submitting storage amount reports.

The interior of the storage unit 26 comprises a storage amount table (FIG. 37a) for storing the storage amounts reported by the slave units 10-1 to 10-m, an information amount table (FIG. 37b) for storing the information amount that allows the slave units 10-1 to 10-m to transmit signals, and a notification table (FIG. 37c) for storing the information amount used for notifying the slave units 10-1 to 10-m during each frame period.

The initial values of the storage amount Ri, information amount Ni, and in the tables are zeroes, and values individually assigned to the slave units 10-1 to 10-m are written to the slave unit numbers i.

In the storage unit 26, where control packets for submitting storage amount reports are received from the reception unit 24, the slave unit numbers and storage amounts written to the corresponding packets are read from the slave unit identification regions and storage amount reporting regions of the control packets. The storage amounts having matching slave unit numbers in the storage amount table are updated based on the storage amounts thus read.

For example, the storage amount table resulting from the receipt of control packets by the master unit 20 is updated as shown in FIGS. 37a and 38 when the storage amounts of information signals stored in the buffer memories 15 of the slave units 10-1 to 10-m are counted, as shown in FIG. 38. The storage amounts shown in FIGS. 37a and 38 are measured in packets.

With the control unit 27, the information amount that allows the slave units 10-1 to 10-m to transmit signals is calculated based on the storage amount table of the storage unit 26. This information amount is calculated such that the specific maximum value k given by Eq. (1) does not exceed a certain amount. The data transfer rate r in Eq. (1) is the rate at which signals can be transmitted in the data region of a frame. For example, r=108.544 Mb/s for the data packet shown in FIG. 35 or the frame format shown in FIG. 30.

Furthermore, the delay time td allowed for data transmission is set on the basis of the service class or the like handled by the system. For example, a value of about 0.001–0.1 s is considered appropriate for a voice-based service class, in which no delay is allowed. By contrast, a value of about 0.1–1 s is considered appropriate for a data-based service class in which some delay is allowed, taking into account, among other things, the imperceptible time that elapses until information a signal transmission is completed.

When, for example, m=32, α=1.0, r=108.544 Mb/s, and td=0.0125 s, the maximum value k of the information amount that allows slave units to transmit signals is 42,400 bits, which is 100 packets in terms of the number of data packets shown in FIG. 34.

The number of currently active slave units in Eq. (2) is counted by the control unit 27 of the master unit 20. To achieve this, it may be suggested, for example, that control packets arriving from the slave units 10-1 to 10-m be monitored, and the slave units that transmit these control packets during each frame cycle be counted as being currently active. According to another method, the master unit 20 polls the slave units, and the slave units that have responded to this polling are counted as being currently active.

FIG. 39 is a flowchart depicting the procedure for calculating information amounts whereby the slave units 10-1 to 10-m are allowed to transmit data by the master unit 20 when all the slave units 10-1 to 10-m are active; FIG. 40 is a flowchart depicting the procedure for initializing information amounts for notifying the slave units 10-1 to 10-m; and FIG. 41 is a flowchart depicting the procedure for calculating information amounts for notifying the slave units.

The information amount may also be calculated by the master unit 20 such that control packets for submitting storage amount reports are received by the control unit 27 directly from the reception unit 24 without any calculations being made based on the storage amount table of the storage unit 26, and calculations are performed sequentially every time a storage amount report is received.

In FIGS. 39 to 41, i and j are slave unit numbers, m is the total number of the slave units 10-1 to 10-m, p is the number of packets (time slots) for allowing information signals to be transmitted as one frame, q is the information amount being calculated for conveyance to the slave units 10-1 to 10-m during each frame period, Ri is the storage amount of a slave unit having a slave unit number i that is stored in the storage amount table, Ni is the information amount that allows a slave unit whose slave unit number i is stored in the information amount table to transmit a signal, ni is the information amount that is stored in the information amount table and conveyed to the slave unit having a slave unit

US 6,778,557 B1

37

number i during each frame period, "flag 1" indicates whether the storage amounts Ri of all the slave units **10-1** to **10-m** are zeroes, and "flag 2" is a flag that indicates whether calculation of the information amounts ni conveyed to the slave units **10-1** to **10-m** during each frame period have been completed.

In FIGS. **39** to **41**, m=32 (all slave units **10-1** to **10-m** are currently active), $1 \leq i, j \leq m$, the initial value of j is 1, and the initial values of Ni and flag 2 are zeroes. In addition, the information amount Ni is calculated according to the flow-chart in FIG. **39** during each frame period, as shown FIGS. **31(1-2)** and **31(2-2)**.

If Ni≠0 in FIG. **39**, it means that a single-frame data region has an insufficient number of time slots and that the master unit **20** is incapable of completely conveying the information amount Ni to the slave unit i.

Consequently, the information amount Ni is not updated when Ni≠0 in the flowchart in FIG. **39**. "1" is set for flag **1** when all the storage amounts Ri of the slave units are different from zero following the calculation of the infor-mation amount Ni.

The information amount ni conveyed to the slave units **10-1** to **10-m** during each frame period is calculated-in accordance with the flowchart shown in FIG. **41** following the initialization in accordance with the flowchart shown in FIG. **40**. If flag 2≠0, ni is not initialized because of the fact that the information amount ni for conveyance to the slave units (that is, the procedure of the flowchart shown in FIG. **41**) is calculated two or more times.

In FIG. **41**, the initial value of the number of packets p for allowing data packets to be transmitted within the data region of a single frame corresponds to the number of time slot in the data region. Here, this number is equal to 256, based on the flowchart shown in FIG. **30**.

The condition Nj>p corresponds to a case in which the information amount Nj cannot be confined to the data region of a single frame, so the slave unit whose slave unit number is j is notified about the information amount nj in the form of a continuous frame.

If p>0 and flag **1** is not zero when calculations of the information amount for conveyance to m slave units have come a full circle (i=j), the time slots of the data region still have a margin, and the storage amount Ri of a slave unit is not zero. In this case, "1" is set for flag **2**, and the informa-tion amounts Ni and ni are repeatedly calculated using the flowchart shown in FIG. **39** to achieve efficient use of the time slots in the data region.

If flag **1** is zero when p is zero or when calculations of the information amount for conveyance to the m slave units **10-1** to **10-m** have come a full circle, the calculations are completed because all the time slots of the data region have been assigned or because the information amounts Ni have been assigned with respect to all storage amounts Ri.

The information amount ni determined according to the above-described sequence for conveyance to the slave units during each frame period is read by the control unit **28**. The information amount ni is sent together with the slave unit number i to the control unit **27** the moment the calculation of the information amount ni is completed.

In the control unit **27**, the information amount ni for conveyance to the slave units **10-1** to **10-m** during each frame period is read from the notification table of the storage unit **26**, and a control packet is created for reporting this information amount ni to each of the slave units **10-1** to **10-m**.

In the control packet, the communications region of the packet format shown in FIG. **32** serves as the information

38

amount notification region for submitting information amount reports, as shown in FIG. **42**. Information amount ni and the numbers #i of the time slots for starting the trans-mission of data packets are written to this information amount notification region, as shown in FIG. **43**.

The positions #i of the time slots where the slave units **10-1** to **10-m** begin transmitting data packets are determined in accordance with the flowchart shown in FIG. **44**.

Packet classification numbers 02h, which indicate that the packets are for issuing information amount notifications, are written to a packet identification region. The slave unit identification numbers of the slave units for issuing notifi-cations about the information amounts ni are written to a slave unit identification region.

As noted above, the necessary information is written to each region of the control packet in the control unit **28**, and this control packet is then sent to the transmission unit **23**.

In the-header region, a procedure in which the necessary information is written by means of the transmission unit **13** may be substituted for the procedure in which the informa-tion is written by means of the control unit. In addition, the information amount notification region may optionally be used for purposes other than submitting information amount notifications, and the use of a reserve region may be sub-stituted for submitting information amount notifications by means of the communications region shown in FIG. **32**.

The control packet sent from the control unit **27** to the transmission unit **23** is transmitted to the slave units **10-1** to **10-m** by the time slots of a control region provided inside the frame. Transmission timing and time slot numbers are controlled by the control unit **28**.

In the slave unit **10** shown in FIG. **2**, the packets from the master unit **20** are received by the reception unit **14** via the reception port. In the reception unit **14**, the header is removed, and it is then determined based on the slave unit numbers written to the received packet whether the received packet is indeed addressed to this slave unit **10**. The type of packet is identified on the basis of the packet type number written to the packet if the packet is indeed addressed to the slave unit **10**.

The identified packet is sent to the output unit **12** if it is a data packet, and to the control unit **17** if it is a control packet for submitting an information amount notification.

Once the control packet for submitting an information amount notification such as that shown in FIG. **18** is received by the control unit **17** from the reception unit **14**, the time slot number for starting a data packet transmission and the information amount ni for allowing these packets to be transmitted are read from the information amount noti-fication region of the control packet. If i≠0, the control unit **17** instructs the buffer memory **15** to output the stored information signals to the transmission unit at no more than the information amount ni. For example, an instruction to output an information signal of less than 5300 bytes to the transmission unit **13** is given if ni is 100.

In the transmission unit **13**, a data packet such as that shown in FIG. **35** is created in order to transmit to the master unit **20** the information signal sent from the buffer memory **15**. In the data packet, the communications region of the packet format shown in FIG. **32** serves as the information signal region for transmitting information signals.

The information signals sent from the buffer memory **15** are written in the information signal region. Packet classi-fication numbers 11h, which indicate that the packets are for transmitting information signals, are written to a packet identification region. Slave unit identification numbers assigned in advance to the slave units **10** are written to a

US 6,778,557 B1

39                                                          40

slave unit identification region. The necessary information is written to each region of the data packet in the transmission unit **13**, and this data packet is then sent to the master unit **20** by the time slots of a data region provided inside the frame. Transmission timing and time slot numbers are controlled by the control unit **17**.

FIG. 45 is a sequence diagram depicting the manner in which information signals such as those in FIG. 38, which have been stored according to the above-described process, are transmitted to the master unit **20**.

Following is a description of the process for determining the specific maximum value ki for each of the slave units **10-1** to **10**-m.

The specific maximum values k of the information amount that allows information signals to be transmitted for the slave units **10-1** to **10**-m are selected such that individual values can be calculated for each of the slave units **10-1** to **10**-m, depending on the financial charges, contract type, urgency, priority level, and other differences among the slave units **10-1** to **10**-m.

In this case, the specific maximum number value ki (bits) for each of the slave units **10-1** to **10**-m (i=1, . . . , m) is determined for each of the slave units such that Eq. (5) is satisfied, where m is the total number of slave units **10-1** to **10**-m (m is an integer), α is the proportion of currently active slave units **10-1** to **10**-m (0<α≦1.0), r (b/s) is the data transfer rate of the point-to-multipoint communication system, and td (s) is the delay time allowed for data transmission and determined by the system, as in the band allocation shown in FIG. 29. Here, Σ indicates a sum of i's from 1 to m. The proportion α of currently active slave units is calculated in the same manner using Eq. (2).

The information amount Ni can be calculated in accordance with the flowchart in FIG. **39** by substituting ki for k, and the information amount ni for notifying the slave units **10-1** to **10**-m during each frame period can be calculated in the same manner in accordance with the flowchart shown in FIG. **14**.

Following is a description of the procedure for setting the specific maximum values ki for individual slave units **10-1** to **10**-m and service class units.

The buffer memory **15** of the slave unit **10** shown in FIG. **2** is configured such that input information signals can be individually stored as mutually different service class units, depending on categories such as voice, video, data, or the like; categories such as analog voice signals, ATM cells, Ethernet packets, and the like; and categories such as best effort service (where delay is allowed) and guaranteed service (where delay is not allowed).

In this case, the structure of the buffer memory **15** can be divided into a plurality of physical memories (as shown in FIG. **46**) or into a plurality of logical queues (as shown in FIG. **47**).

When information signals are stored for each service class, the input information signals are divided among the service classes at a preceding stage of the buffer memory **15**.

When information signals are stored in the buffer memory **15** as mutually different service class units, the corresponding storage amounts are counted by the storage amount counter of each service class, as shown in FIGS. **46** and **47**.

When the storage amount of each service class is reported to the master unit **20**, the storage amount of each service class is written to the storage amount reporting region of a control packet, as shown in FIG. **48**. In FIGS. **46** to **48**, sc indicates the total number of service classes.

The storage unit **26** of the master unit **20** shown in FIG. **3** comprises a storage amount table (FIG. 49a) for each

service class, an information amount table (FIG. 49b), and a notification table (FIG. 49c) for submitting an information amount report during each frame period to ensure that the information amount relayed to the slave units **10-1** to **10**-m is calculated in mutually different service class units.

In FIGS. 49a, 49b, and 49c, respectively, Ris is the storage amount of each service class in a slave unit, Nis is the information amount of each service class that allows the slave unit to transmit signals, and nis is the information amount of each service class for issuing a notification to the slave unit during each frame period. It is assumed that s=1, 2, . . . , sc, where s indicates a service class, and sc is the total number of service classes.

In the master unit **20**, where control packets for reporting the storage amounts of individual service classes (an example is shown in FIG. 48) have been received, the slave unit numbers and the storage amounts of each service class written to the corresponding packets in the slave unit identification regions and storage amount reporting regions of the control packets. The storage amounts Ris belonging to each service class and having matching slave unit numbers in the storage amount table are updated based on the storage amounts thus read.

The specific maximum values of the information amount Nis (i=1, 2, . . . , m, s=1, 2, . . . , sc) that allows the slave units **10-1** to **10**-m to transmit information signals in service class units can be determined for service class units and individual slave units **10-1** to **10**-m.

In this case, the specific maximum values kis (i=1, 2, . . . , m; s=1, 2, . . . , sc) can be determined for individual slave units and service classes unit such that the following relation is satisfied:

$$\Sigma kis \leq r \times sc \times tds \ (s=1, 2, \ldots, sc) \tag{6},$$

where m is the total number of slave units **10-1** to **10**-m (m is an integer), sc is the total number of service classes determined by the delay time (sc is an integer), αs is the proportion of currently active slave unit service classes (0<αs≦1.0), rs (b/s) is the data transfer rate of each service class in a point-to-multipoint communication system, and tds (s) is the delay time allowed for the data transmission in each service class and determined by the system. Here, Σ indicates the sum of i's from 1 to αs×m.

If, for example, m=6, sc=2, α1=1.0, α2=1.0, r1=100 kb/s, r2=360 kb/s, td1=0.003 s, and td2=0.002 s, the maximum values of the information amount that allows a slave unit having a slave unit number i to transmit signals are ki1=50 b and ki2=120 b, as shown in FIG. **50**. In FIG. **50**, C indicates a control region, and DM indicates a delay control region. The proportion αs of currently active slave unit service classes is given by

$$\alpha s = (\text{Number of slave units with currently active service classes } s)/m \tag{7}$$

In Eq. (6), the number of slave units with currently active service classes s is assumed to be counted by the master unit.

To achieve this, it may be suggested, for example, that the number of slave units involved in handling a service class s be counted as the number of currently active stations at a stage during which the slave units **10-1** to **10**-m are registered by the system. Other suggested methods include those in which.control packets arriving from the slave units **10-1** to **10**-m are monitored, slave units (in which the storage amounts reported for a service class s are different from zero for a fixed period of time) are counted as currently active stations, or counting is conducted by causing the master unit

US 6,778,557 B1

41

20 to poll slave units 10-1 to 10-m and confirming that a service class s is currently active.

The information amount Nis that allows individual slave units 10-1 to 10-m to transmit signals in the form of service class units can be calculated by substituting ki for k in the flowchart shown in FIG. 39, and performing sc cycles of operations for mutually different service class units.

The information amount nis for conveyance to the slave units 10-1 to 10-m during each frame period can be calculated by performing sc cycles of the flowchart shown in FIG. 41 for mutually different service class units. A number that enables data packets to be transmitted in each service class is set in the data region of a frame as the initial value of p.

The information amount nis of each service class calculated by the control unit 27 is read by the transmission unit 23, written to a control packet such as that shown in FIG. 51, and conveyed to a slave unit.

The information amount nis written to the control packet is read by a slave unit 10 that have received this control packet. Such control packets are used to convey the information amounts nis of various service class units.

The control unit 17 issues instructions for the information signals stored in the buffer memory 15 at no more than the information amount nis to be output in the direction of the transmission unit 13 for a buffer memory of service class s or for a queue of service class s inside the buffer memory if nis≠0 in an arrangement such as that shown in FIG. 46 or 47.

For example, an instruction to output an information signal of less than 5300 bytes in the direction of the transmission unit 13 is given to the buffer memory or queue of service class 1 if ni1 is 100, and an instruction to output an information signal of less than 2650 bytes is given to the buffer memory or queue of service class 2 if ni2 is 50.

In the transmission unit 13, a data packet such as that shown in FIG. 35 is created in order to transmit to the master unit 20 the information signal of each service class sent from the buffer memory 15, and the result is transmitted to the master unit 20 by means of the time slots of a control region in a frame. The control unit 17 issues instructions regarding time slot numbers and transmission timing.

Following is a description of the procedure used when the information amount for conveyance to slave units 10-1 to 10-m is multicast.

In the example of a frame format shown in FIG. 30, a sufficient number of time slots are provided as a control region to allow all 32 slave units 10-1 to 10-m to exchange control packets during each frame period.

As shown, for example, in FIG. 52, the frame format in question is such that the control region is limited to one packet, but the data region can be extended over 286 packets. To allow slave units 10-1 to 10-m to report storage amounts to the master unit 20 using this frame format, control is implemented such that control packets are transmitted either in response to polling by the master unit 20 or at regular periods individually set for the slave units 10-1 to 10-m.

Because the control region comprises a single packet, control packets for issuing notifications about the information amount ni can be multicast as control packets addressed to all slave units instead of being individually transmitted to specific slave units when the master unit 20 notifies the slave units 10-1 to 10-m of the information amount ni using a frame format such as that shown in FIG. 52.

The control packets used in this case are illustrated in FIG. 53, where the information amounts ni of all the slave units are written in the information amount notification region. A value (for example, 00h) indicating that control

42

packets are addressed to all stations is written in the slave unit identification region. In the drawing, C indicates a control region, and DM indicates a delay control region.

Necessary information is written to each region of the control packet in the control unit 27, and this control packet is sent first to the transmission unit 23 and then to the slave units 10-1 to 10-m.

When a control packet such as that shown in FIG. 53 is received from the reception unit 14 by the control unit 17 of the slave unit 10 shown in FIG. 2, the information amounts ni for all the slave units 10-1 to 10-m are read from the information amount notification region of the control packet. The time slot number for starting a data packet transmission is calculated according to the flowchart in FIG. 44 when the information amount for the slave units 10-1 to 10-m satisfies the condition ni≠0. The buffer memory 15 is then instructed to output stored information signals in the direction of the transmission unit 13 at no more than the notified information amount ni.

Following is a description of another multicasting process for issuing information amount notifications to slave units 10-1 to 10-m.

Sending information amount notifications to the slave units 10-1 to 10-m from the master unit 20 can also be accomplished by providing specific time slots with instructions regarding the slave units for which transmission is allowed, as shown in FIG. 54 or 55. In the master unit 20, the slave unit numbers of the slave units 10-1 to 10-m notified of the transmission-enabling information amount are written in the information amount notification region of the control packet. The same slave unit number is continuously written when the information amount conveyed corresponds to a plurality of time slot numbers.

The transmission-enabling slave unit numbers are read from the information amount notification region to specific time slots when the slave units 10-1 to 10-m receive control packets for issuing information amount notifications in accordance with a frame format such as that shown in FIG. 54 or 55. If the slave unit numbers thus read match the numbers assigned to the slave units 10-1 to 10-m, the buffer memory 15 is instructed to output information signals corresponding to a single packet (in this case, 53 bytes) in the direction the transmission unit 13.

The aforementioned process is sequentially repeated for the slave unit numbers read by the slave units 10-1 to 10-m.

Although the above embodiment aspect was described with reference to cases in which TDM and TDMA were used as packet multiplexing protocols, the access protocol in accordance with the sixth embodiment aspect can be easily adapted, for example, to FDM (Frequency Division Multiplex), FDMA (Frequency Division Multiple Access), CDMA (Code Division Multiple Acces), and the like.

Thus, according to the sixth embodiment aspect, slave units 10-1 to 10-m transmit information signals in accordance with the information amount conveyed by the master unit 20, completely eliminating signal collisions in the transmission line and preventing the throughput from decreasing in the manner observed with CSMA/CD when information signals on the order of several megabytes are transmitted in bursts.

Furthermore, the information amount that allows information signals to be td can be calculated dynamically and efficiently on the basis of reports from the slave units 10-1 to 10-m such that the data transfer rate is utilized with 100% efficiency, so high throughput can be obtained even under complex conditions created by greater burst traffic or an increased number of slave units 10-1 to 10-m.

US 6,778,557 B1

43

In addition, the maximum value k (bits) of information amount is set such that the following relation is satisfied:

$$k \leq (r \times td) \div (\alpha \times m),$$

where m is the total number of slave units 10-1 to 10-m (m is an integer), $\alpha$ is the proportion of currently active slave units 10-1 to 10-m ($0 < \alpha \leq 1.0$), r (b/s) is the data transfer rate, and td (s) is the delay time allowed for data transmission and determined by the system.

Slave units 10-1 to 10-m can therefore continuously transmit large information signals because these stations have exclusive use of the upstream transmission line during the transmission of information signals whose maximum size is measured in k (bits).

Another feature is that when the information amount is determined on the basis of the above equation, a time of td seconds is necessary for the transmission if all the slave units 10-1 to 10-m transmit kilobit-size information signals, making it possible to secure an allowed delay time of td seconds for data transmission by all the slave units 10-1 to 10-m.

In addition, a point-to-multipoint communication system access protocol capable of sustaining access fairness can be provided because all the slave units 10-1 to 10-m can invariably transmit their information signals within the allowed delay time td.

A seventh embodiment aspect of the point-to-multipoint communication system of the present invention will now be described.

In the seventh embodiment aspect of the point-to-multipoint communication system of the present invention, the system structure is the same as the structure shown in FIG. 1.

Specifically, the entire system structure according to the seventh embodiment aspect of the present invention is configured by connecting m slave units 10-1, 10-2, . . . , 10-m and a single master unit 20 by means of an optical transmission line 30, as shown in FIG. 1. The transmission line 30 connected to the master unit 20 is divided by an optical coupler 40 into m branch lines 30-1, 30-2, . . . , 30-m, which are connected to the slave units 10-1, 10-2, . . . , 10-m, respectively.

Although the point-to-multipoint communication system shown in FIG. 1 is configured as an optical access network in which the master unit 20 and the m slave units 10-1, 10-2, . . . , 10-m are connected by means of the optical transmission line 30, optical coupler 40, and m branch lines 30-1, 30-2, . . . , 30-m, the seventh embodiment aspect is also widely applicable to communication systems composed of a master unit 20 and a plurality of slave units 10-1 to 10-m such that the transmission line band is allocated among the slave units 10-1 to 10-m by the master unit 20 in a controlled manner. Other possible applications include wireless access networks configured such that part of the transmission line is a landline or a wireless line, such as an arrangement in which a plurality of wireless terminals are connected instead of the slave units 10-1 to 10-m to the master unit 20 by means of a wireless transmission line.

When a wireless transmission line is used in such a case, the use of the access protocol of the seventh embodiment aspect is facilitated by the simple synthesis or distribution of signals among wireless terminals and the master unit.

In the seventh embodiment aspect, the slave units 10-1 to 10-m temporarily store signals by service type and report the storage amounts when instructed by the master unit 20. The master unit 20 calculates transmission-enabling amounts below a certain value and gives the slave units 10-1 to 10-m signal transmission instructions on the basis of these

44

enabling amounts. In the process, the master unit 20 gives instructions to transmit signals in sequence from higher-priority service classes, and then gives instructions to transmit signals for other types of services using the remaining band. Upon receipt of instructions from the master unit 20, the slave units 10-1 to 10-m transmit the stored signals to the master unit 20 for each type of service in accordance with the instructions.

Specifically, the access protocol according to the point-to-multipoint communication system of the seventh embodiment aspect operates on the following basic principle: the information amount needed to ensure transmission for each service class is reported in accordance with instructions from the master unit 20, and transmission by service class is enabled by the master unit 20.

In each service class, slave units 10-1 to 10-m about to transmit information signals issue reports for the master unit 20 regarding the information amount needed to transmit the information signals in accordance with the instructions from the master unit 20. Upon receipt of the reports from the slave units 10-1 to 10-m, the master unit 20 issues transmission instructions for the slave units 10-1 to 10-m in each service class on the basis of the information amount reported for each service class. At this time, the master unit 20 issues instructions to transmit data in sequence from higher-priority service classes.

Upon receipt of transmission instructions from the master unit 20 regarding a certain service class, the slave units 10-1 to 10-m transmit the data for the corresponding service class to the master unit 20.

Because such an arrangement allows slave units 10-1 to 10-m to transmit signals in accordance with instructions from the master unit 20, no signal collisions at all occur in the transmission line, and a throughput reduction such as that observed in the case of CSMA/CD is avoided when signals containing several megabytes of data are transmitted in bursts.

Here, the information amount that allows information signals to be transmitted can be calculated dynamically and efficiently on the basis of reports from the slave units 10-1 to 10-m such that the data transfer rate is utilized with 100% efficiency, so high throughput can be obtained even under complex conditions created by greater burst traffic or an increased number of slave units 10-1 to 10-m.

Information amount is reported by service class and transmission instructions are given in sequence from higher-priority service classes, so the stringent delay requirements imposed on higher-priority service classes can be satisfied because the instructions to transmit data are issued independently for the higher-priority service classes even when several megabytes or more are transmitted in bursts for a lower-priority service class.

Another feature of the seventh embodiment aspect is that the information amount reported by each slave unit 10-1 to 10-m is limited to one for issuing an instruction to transmit a signal within a certain time period. When a particular slave unit 10-1 to 10-m reports a high information amount in excess of several megabytes, the data transmission of this particular slave unit 10-1 to 10-m has very little effect on the transmission of other slave units 10-1 to 10-m because the transmission does not exceed a certain limiting value and because no instruction is issued concerning data transmission.

The maximum value k (bits) of data transmission within a certain time period is set such that the following relation is satisfied:

$$k \leq (r \times td)/m,$$

45

where m is the total number of slave units 10-1 to 10-m (m is an integer), r (b/s) is the data transfer rate, and td (s) is the delay time allowed for the data transmission and determined by the system. In the presence of inactive slave units 10-1 to 10-m, the proportion α of active slave units is assumed to be 0<α≦1.0, and the maximum value k of data transmission within a certain time period is determined such that the following relation is satisfied:

$$k \leq (r \times td)/(\alpha \times m).$$

The slave units 10-1 to 10-m can therefore continuously transmit large information signals because these stations have exclusive use of the upstream transmission line during the transmission of information signals whose maximum size is measured in k (bits). Another feature is that when the information amount is determined on the basis of the above equation, a time of td seconds is necessary for the transmission if all the slave units 10-1 to 10-m transmit kilobits of data, making it possible to secure an allowed delay time td for data transmission by all the slave units 10-1 to 10-m.

All the slave units 10-1 to 10-m can invariably transmit their information signals within the allowed delay time of td seconds, and are thus assured access fairness.

The seventh embodiment aspect of the point-to-multipoint communication system of the present invention will now be described in detail.

In the seventh embodiment aspect, the buffer memory 15 of the slave unit 10 shown in FIG. 2 temporarily stores the information signals from the input port by service class, and a counter 16 counts, also by service class, the storage amounts of the information signals stored in the buffer memory 15 for each service class. In addition, a control unit 17 informs the master unit 20 of the storage amounts pertaining to each service class of the information signals counted by the counter 16 and performs other types of control, and the information signals stored in the buffer memory 15 are output by service class to a transmission unit 13 in accordance with instructions from the master unit 20.

The storage unit 26 of the master unit 20 shown in FIG. 3 stores the storage amounts reported for each service class by the slave units 10-1 to 10-m. A control unit 27 calculates, based on the storage amounts for each service class of the slave units 10-1 to 10-m stored in the storage unit 26, the information amount for each service class that allows the slave units 10-1 to 10-m to transmit data, provides the slave units 10-1 to 10-m with transmission instructions in accordance with the information amounts calculated for each service class, and instructs the stations to issue reports regarding each type of service. As shown in FIG. 4, the upstream and downstream frames in the transmission line shown in FIG. 1 are such that the transfer rate of the transmission line is 155.52 Mb/s both for the downstream transmission from the master unit 20 to the slave units 10-1 to 10-m and for the upstream transmission from the slave units 10-1 to 10-m to the master unit 20. The transmission frame and cell format are set according to tentative guidelines G.983 in ITU-T SG15.

A downstream frame comprises 56 slots, and an upstream frame comprises 53 slots. Based on these transmission frames, 53 bytes and 56 bytes are exchanged downstream and upstream, respectively, in accordance with the TDM (Time Division Multiplex) multiplexing protocol in the case of the downstream transmission from the master unit 20 to the slave units 10-1 to 10-m, and in accordance with the TDMA (Time Division Multiple Access) multiplexing protocol in the case of the upstream transmission to the master unit 20 from the slave units 10-1 to 10-m. An upstream cell

46

contains a 3-byte overhead, and downstream transmission frames contain two PLOAM cells per frame in a ratio of one cell per every 28 cells.

The initial PLOAM cell (PLOAML) has 27 grants for requesting upstream cells from the slave units 10-1 to 10-m, and the second PLOAM cell (PLOAM2) has 26 grants, to a total of 53 grants.

The master unit 20 is capable of issuing instructions as to which of the slave units 10-1 to 10-m can transmit a cell to a particular slot inside the upstream transmission frame by writing the ID numbers or other identifiers of the slave units 10-1 to 10-m to the grants of the PLOAM cells shown in FIG. 5.

The slave units 10-1 to 10-m can transmit cells to those slots of the upstream transmission frame that correspond to the aforementioned grants when identifiers of these slave units 10-1 to 10-m are written to the PLOAM cells. This method makes it possible to avoid cell collisions in the optical transmission line.

The seventh embodiment aspect is not limited to instruction methods involving upstream transmissions, and methods such as those described below may also be used as the upstream transmission methods.

One example is a method in which, in a frame structure in which there is a one-to-one correspondence between downstream slots and upstream slots, upstream transmissions are specified for each service class by providing each upstream slot corresponding to a downstream slot with the ID numbers of the slave units 10-1 to 10-m using these downstream slots, and with identifiers that specify these service classes.

Instructions regarding upstream transmissions can also be given by issuing notifications regarding the number of slots for allowing signals to be continuously transmitted by specific slave units 10-1 to 10-m for specific service classes with the aid of downstream slots.

FIG. 56 is a diagram depicting the structure of a slave unit 10-1 to 10-m for accommodating voice signals as a service class requiring periodic fixed-length data transmissions, and for accommodating data signals as a service class with sporadic transmission of variable-length data in the seventh embodiment aspect of the present invention.

In FIG. 56, the slave unit 10 comprises input units 11a, 11b connected to a voice signal input port and a data signal input port; an output unit 12 connected to an output port; a transmission unit 13 connected to a transmission port; a reception unit 14 connected to a reception port; a buffer memory 15 for temporarily storing information signals from the input ports as separately grouped voice signals and data signals; a counter 16 for counting the storage amounts of the data signals stored in the buffer memory 15; and a control unit 17 for informing the master unit 20 of the information amounts of the voice signals and the storage amounts of the data signals counted by the counter 16, performing other control procedures, and outputting the data signals and voice signals stored in the buffer memory 15 to the transmission unit 13 for each service class in accordance with the instructions from the master unit 20.

In the above-described structure, the slave units 10-1 to 10-m for transmitting data signals to the master unit 20 first temporarily store data signals to be transmitted in the buffer memory 15, and then report the storage amounts of the data signals thus stored to the master unit 20 via the transmission unit 13 in accordance with the instructions from the master unit 20. Here, i=1, 2, . . . , m, where i indicates individual slave units 10-1 to 10-m, and m is the total number of the slave units 10-1 to 10-m (m is an integer).

US 6,778,557 B1

47 48

The service class identifiers and ID numbers of the slave units **10-1** to **10-**m are managed by the master unit **20**, and these service class identifiers and ID numbers are conveyed during the initial stage to all the slave units **10-1** to **10-**m participating in the operation of the system. By virtue of these ID numbers and identifiers, the master unit **20** can trace an information signal within a service class to a particular slave unit **10-1** to **10-**m, and each of the slave units **10-1** to **10-**m can determine whether the information signal it has received is indeed addressed to this station.

The signals stored in the buffer memory **15** may be arranged in cells or packets while stored in the buffer memory, such as ATM cells or Ethernet packets, for example.

Another feature of the seventh embodiment aspect is that the input signals have good consistency when arranged as ATM cells because each slot of the downstream transmission frame and each slot of the upstream transmission frame (excluding the overhead) has 53 bytes, as with the transmission frames shown in FIG. **4**.

For example, consistency can be improved by mapping voice signals to ATM AAL Type 1, and data signals to AAL Type 5 when input signals are Ethernet packets.

In the counters **16** of the slave units **10** shown in FIGS. **2** and **6**, the information amount necessary to transmit the signals temporarily stored in the buffer memory **15** causes the number of cells or slots necessary for such signal transmission to be counted in integral units.

For example, in the upstream transmission frame shown in FIG. **4**, the information amount is counted such that 53 bytes constitute one unit because the signals are transmitted using 53 bytes (excluding the overhead).

Examples of recommended counting methods include methods in which counting is performed as required in accordance with the input of signals to the buffer memory **15** and the output of signals from the buffer memory, and methods in which the counting is based on the difference between the start address and the end address of a signal stored as FIFO in the buffer memory **15**. The information amount may be the absolute value of a signal stored in the buffer memory **15**, or it may be a differential value based on the previous report.

Although the information amount may also be counted as an integral value using bits or bytes as units, counting this amount as the number of cells or slots needed to transmit a signal is effective because it reduces the values reported to the master unit **20**.

If the stored signal is less than 53 bytes, a single cell or slot may be counted as the one necessary for transmission, and the counting may be stopped before 53 bytes are reached.

In addition, the method in which the master unit **20** uses PLOAM cells to provide slave units **10-1** to **10-**m with instructions on reporting the information amount necessary to transmit a signal is the same as the method described with reference to FIGS. **6** to **10** and related to the first embodiment aspect.

Specifically, FIG. **6** is a flowchart depicting the method whereby the master unit **20** gives instructions to issue information amount reports to PLOAM cells. In FIGS. **7** and **8**, N represents the total number of grants in a PLOAM cell. N=27 for the PLOAM cell **1**, and N=26 for the PLOAM cell **2**. P indicates the grant interval for giving instructions on information amount reporting, and #n indicates the grant number. P is assumed to be initialized as an integral value (P≧1), and #n as #n=P.

It is necessary to distinguish between signal transmission instructions and instructions to submit information amount

reports when instructions to submit information amount reports are issued using the grants of the PLOAM cells.

To achieve this distinction, it may be suggested, for example, that the logical sum of a specific value and the ID number of a slave unit **10-1** to **10-**m be written to a grant, and a flag be raised for a specific bit when an instruction to submit an information amount report is given, as shown in FIGS. **7** and **8**.

The specific value should be set to a level not yet used as the ID number of the slave unit **10-** to **10-**m, such as 0×80 or the like.

The slave unit **10-1** to **10-**m checks whether a flag has been raised at a specific bit on the basis of the logical product of the specific value and the value written to the grant when the logical product of the negative specific value and the value written to the grant matches the ID number of the slave unit, and it is then determined whether information amount is to be reported or a signal transmitted.

According to another method, it is suggested that the ID number of a slave unit **10-1** to **10-**m be written to a grant, and the number #n of the grant instructed to submit an information amount report be written to the additional area of a PLOAM cell, as shown in FIGS. **9** and **10**.

The slave unit **10-1** to **10-**m reads the aforementioned additional area value if the ID number of the slave unit **10-1** to **10-**m written to the grant matches the ID number of this slave unit. This value is compared with the number of the grant for which a transmission instruction has been issued, and it is checked whether information amount is to be reported or a signal transmitted.

Following is a description of the method whereby slave units **10-1** to **10-**m present the master unit **20** with reports on the information amount needed to transmit signals.

If a slave unit **10-1** to **10-**m concludes that an instruction to issue an information amount report has been given to this slave unit **10-1** to **10-**m according to the flowcharts in FIGS. **7** to **10**, the result is the creation of a cell to which at least the following data is written: a cell identifier indicating the information amount report, the information amount of voice signals, the storage amount of the data signals counted by the counter **16**, and the ID number of the slave unit.

The arrangement described here is not limited to voice signals as a service class requiring periodic fixed-length data transmissions, and can also accommodate common circuit-switching types of services such as ordinary telephone systems or ISDN. To create a cell, the information amount of voice signals is set to 64 kb/s for an ordinary telephone system, and 144 kb/s for an ISDN basic rate service.

The cell thus created is transmitted to the master unit **20** via the transmission unit **13** by means of those slots in the upstream transmission frame that correspond to the grants instructed to issue a report. The storage amount of data signals is reported using either one or both of the absolute values counted by the counter **16** and the differential values based on the previous report.

In the master unit **20** that has received notifications about the storage amounts of data signals and the information amounts of voice signals from the slave units **10-1** to **10-**m, these notifications are received by the reception unit **24** shown in FIG. **3**, and the information amounts of voice signals and the storage amounts of data signals thus received are stored in the storage unit **26**.

FIG. **57** is a diagram depicting the upstream transmission frame for the point-to-multipoint communication system according to the seventh embodiment aspect of the present invention, in which voice signals are accommodated by a service class requiring periodic fixed-length data

US 6,778,557 B1

49          50

transmissions, and data signals are accommodated by a service class with sporadic transmission of variable-length data.

In FIG. 57, the transmission frame is a fixed-length frame subdivided into fixed-length slots. Transmission instructions for the data signals in FIG. 57 will now be described.

In the master unit **20** shown in FIG. **3**, information signals received from the slave units **10-1** to **10-m** via the reception port are identified based on the cell identifiers written to the cells. This is done after headers are removed in the reception unit **24**. The cells thus identified are sent to the storage unit **26** when they are for issuing information amount reports, and to the output unit **22** when they are for transmitting signals.

FIGS. **58a**, **58b**, **58c**, and **58d** depict the structure of the storage unit **26** in the master unit **20** shown in FIG. **3** in connection with the seventh embodiment aspect.

In the seventh embodiment aspect, the storage unit **26** is provided with an information amount table **1** (FIG. **58a**) for storing the information amount for the voice signals reported by the slave units **10-1** to **10-m**, an information amount table **2** (FIG. **58b**) for storing the storage amounts for data signals, an enabling amount table **1** (FIG. **58c**) for storing the transmit voice signals, and an enabling amount table **2** (FIG. **58d**) for storing the enabling amounts that allow the slave units **10-1** to **10-m** to transmit data signals.

The initial values of the information amounts Rvi, Rdi and the enabling amounts Gvi, Gdi in the tables are zeroes, and values individually assigned to the slave units **10-1** to **10-m** are written to the ID numbers i of the slave units **10-1** to **10-m**.

In the storage unit **26**, where cells for submitting information amount reports are received from the reception unit **24**, the storage amounts reported and the ID numbers of the slave units **10-1** to **10-m** written to the cells are read for each service class, and, based on the values thus read, the storage amounts Rdi for the data signals are updated, as are the information amounts Rvi for the voice signals that match the ID numbers of the slave units **10-1** to **10-m** in the information amount tables.

In the control unit **27** of the master unit **20**, the enabling amounts Gdi that allow the slave units **10-1** to **10-m** to transmit data signals are calculated at no more than a specific maximum value k (bits) on the basis of the information amount tables in the storage unit **26**.

Here, the specific maximum value k is set such that the following relation is satisfied:

$$k \leq (rdmin \times td) \div (\alpha \times m) \qquad (8),$$

where m is the total number of the slave units **10-1** to **10-m**, $\alpha$ is the proportion of currently active slave units **10-1** to **10-m** ($0 < \alpha \leq 1.0$), rdmin (b/s) is the minimum value of the data transfer rate for data signals, and td (s) is the delay time allowed for data transmission and determined by the system. The proportion $\alpha$ of currently active slave units is given by Eq. (2), where $\alpha = 1.0$ when all the slave units **10-1** to **10-m** are currently active.

When the voice signals are telephone or ISDN signals, the service band is established when the contract is taken out. Consequently, the sum total rvc (b/s) of the contract bands of such voice signals is given by

$$rvc = \Sigma rvci \qquad (9),$$

where rvci (b/s) is a contract band of voice signals accommodated by a slave unit **10-1** to **10-m**. The minimum value rdmin of the transfer rate for data signals can be defined as

$$rdmin = r - rvc \qquad (10)$$

In addition, the transfer rate r of the entire transmission line can be used as rdmin when the band for using voice

signals is sufficiently narrow compared with the transfer rate of the entire transmission line (for example, $\frac{1}{10}$ or less), the allowed delay time td for data signals are several milliseconds or greater, and the allowed value of the delay time for data signals is not strictly defined.

Furthermore, the delay time td allowed for data signals is set on the basis of the type of service or the like handled by the system. A value of about 0.1–1 s is considered appropriate for regular Internet access or another type of data-based service in which some delay is allowed, taking into account, among other things, the imperceptible time that elapses until a signal transmission is completed.

The number of currently active slave units in Eq. (2) is counted by the master unit **20**. To achieve this, it may be suggested, for example, that the slave units **10-1** to **10-m** responding to transmission instructions issued by the master unit **20** for these slave units **10-1** to **10-m** be counted as being currently active.

FIG. **59** is a flowchart depicting the overall relation among the procedures pertaining to such transmission instructions. FIG. **60** is a flowchart depicting the procedure for measuring the period with which transmission instructions are issued for voice signals; FIG. **61** is a flowchart depicting the procedure for calculating the enabling amount Gdi; FIG. **62** is a flowchart depicting the procedure for issuing transmission instructions, or grants; FIG. **63** is a flowchart depicting the procedure for issuing voice signal transmission instructions; and FIG. **64** is a flowchart depicting the procedure for issuing data signal transmission instructions.

As shown in FIG. **59**, the procedure pertaining to transmission instructions is a multitasking arrangement in which the following four routines are carried out simultaneously: generation of upstream PLOAM instructions in accordance with the flowchart in FIG. **6** (step **631**), generation of transmission instructions (step **634**), operation of a period-measuring timer (step **632**), and calculation of transmission-enabling amounts (step **633**).

FIG. **60** illustrates the operation of the period-measuring timer. In FIG. **60**, the specific period needed to transmit a voice signal is measured with a counter, and direct counting is continued up to the specific period, at which point "flag 1=TRUE" is set, and the counter is reset.

FIG. **61** depicts the procedure for calculating the enabling amount Gdi. In the procedure shown in FIG. **61**, Gdi is calculated within a range not exceeding the value of k from the storage amount Rdi.

FIG. **62** depicts the procedure for issuing transmission instructions. In FIG. **62**, a voice signal transmission instruction procedure is performed when flag 1=TRUE, and a data signal transmission instruction procedure is performed when flag 1=FALSE. Here, Ns indicates the number of slots that can be indicated with a single PLOAM cell. According to the aforementioned tentative guidelines g.983 in ITU-T SG15, Ns=27 for PLOAM1 and Ns=26 for PLOAM2. A PLOAM cell is formed when the grant number #n is equal to Ns (#n=1, . . . , Ns).

FIG. **63** depicts the voice transmission instruction procedure. In FIG. **63**, the condition flag 1=FALSE is established after voice transmission instructions have been issued for all slave units. This procedure makes it possible to prevent instructions to transmit data signals. from being issued before voice transmission instructions have been given to all the slave units.

FIG. **64** depicts the data signal transmission instruction procedure. In FIG. **64**, instructions to perform transmission continuously (with the exception of voice signal transmis-

US 6,778,557 B1

51

sion or PLOAM transmission) are issued until a given enabling amount Gdi reaches the level Gdi=0. In addition, an idle is inserted when no transmission instructions are given.

Following is a description of the method for transmitting signals in accordance with the instructions given by the master unit 20 to slave units 10-1 to 10-m.

In the slave units 10 shown in FIGS. 2 and 56, cells are received by the reception unit 14 via the reception port. In the reception unit 14, it is determined based on the addresses written to the cells whether the received cells are addressed to the slave units 10-1 to 10-m in question. If the cells are indeed addressed to the slave units 10-1 to 10-m in question, cell type is determined based on the cell identifiers written to the cells. The identified cells are sent to the output unit 12 if they are signal cells, and to the control unit 17 if they are PLOAM cells.

Once the PLOAM cells are received by the control unit 17 via the reception unit 14, it is checked whether an instruction has been issued to transmit a signal or to submit an information amount report in accordance with the flowcharts in FIGS. 6 to 8.

If it is concluded that a signal transmission instruction has been issued, the service class for which this transmission instruction has been issued is identified. Following such identification, the signal of the pertinent service class temporarily stored in the buffer memory 15 is retrieved, a signal-transmitting cell is created, and this cell is transmitted via the transmission unit 13.

The seventh embodiment aspect will now be described in further detail with reference to FIG. 57.

In FIG. 57, a single frame comprises 12 slots. The voice signal ports of the slave units 1–3 are active, as are the data signal ports of the slave units 1–4. Seven slots are assigned to the specific maximum value k for the enabling amount Gdi that allows data signals to be transmitted.

In FIG. 57, time progresses from left to right. At the time corresponding to the left end of FIG. 57, the information amounts of the voice signals of the slave units 1–3 each correspond to a single slot, and the storage amounts Rdi of the data signals of the slave units 1–4 are Rd1=100 slots, Rd2=2 slots, Rd3=4 slots, and Rd4=150 slots, respectively.

The enabling amounts that allow data signals to be transmitted are first calculated. Here, k=7 slots, so Gd1=7, Gd2=2, Gd3=4, and Gd4=7. In addition, the following values are selected as the storage amounts Rdi of data signals when the Gdi values are calculated: Rdi=93, Rd2=0, Rd3=0, and Rd4=143. For the sake of simplicity, the time needed for calculation and allocation procedures is ignored here.

At the time corresponding to the left end of FIG. 57, slot allocation is started for the data signals of the slave unit 1, and the slots of the data signals of the slave unit 1 are allocated at the left end of FIG. 57.

With the next slot, flag 1 is raised to indicate the start of the period during which voice signals are transmitted as a result of the timer procedure shown in FIG. 60. In the procedure for issuing transmission instructions that is shown in FIG. 62, flag 1 is detected, and instructions to transmit voice signals are issued. As a result, instructions for the slot-wise transmission of the voice signals in the slave units 1–3 are issued according to the information amounts Gv1–Gv3 for the slave units 1–3 stored in the storage unit 26 of the master unit 20.

Transmission of the data signals in the slave unit 1 is restarted after transmission instructions have been issued for the voice signals. In the process, Gd1 is limited to the

52

maximum value k=7, and a single-slot transmission is already completed prior to voice transmission, so an instruction is issued for the continuous transmission of 6 slots.

For a voice signal, a slot is subsequently assigned to a transmission in the same manner every time the timer raises flag 1, and for a data signal, Gdi values (Gdi≦k) are individually assigned to transmissions in a continuous manner, with the exception of the slots for voice signals.

It thus follows with respect to the access protocol of the point-to-multipoint communication system of the seventh embodiment aspect that voice signals are periodically transmitted and data signals are continuously transmitted according to an arrangement in which the slave units instructed to transmit signals have exclusive use of the upstream transmission line below the enabling amount Gdi calculated by the master unit 20 for the regions remaining after the transmission of voice signals, as in the band allocation shown in FIG. 57.

An eighth embodiment aspect will now be described in detail with reference to FIGS. 65 to 67.

FIG. 65 is a diagram depicting a slave unit 10 of the eighth embodiment aspect of a point-to-multipoint communication system for accommodating video signals generated by a variable-rate signal compression protocol as a service class requiring variable-length data transmissions at a specific period T, and for accommodating data signals as a service class with sporadic data transmissions.

Variable-rate signal compression is a sign format in which a large number of signs are used per unit of time when the original video signal is a rapidly changing image, and the number of signs per unit of time is kept low when, conversely, the image changes only slightly. Excluding special cases, video signals generated by the variable-rate signal compression protocol will be referred to hereinbelow merely as video signals when mentioned in connection with the eighth embodiment aspect.

In FIG. 65, the slave unit 10 comprises input units 11b, 11c connected to a video signal input port and a data signal input port; an output unit 12 connected to an output port; a transmission unit 13 connected to a transmission port; a reception unit 14 connected to a reception port; a buffer memory 15 for temporarily storing information signals from the input ports as separately grouped video signals and data signals; a counter 16 for counting the storage amounts of the data signals and video signals stored in the buffer memory 15; and a control unit 17 for informing the master unit 20 about the storage amounts of data signals and the storage amounts of the video signals counted by the counter 16, performing other control procedures, and outputting the video signals and data signals stored in the buffer memory 15 to the transmission unit 13 for each service class in accordance with the instructions from the master unit 20.

In the eighth embodiment aspect, the slave units 10 for transmitting video signals and data signals to the master unit 20 first temporarily store the video signals and data signals to be transmitted in the buffer memory 15, and then report the storage amounts of the video signals and data signals thus stored to the master unit 13 via the transmission unit 13 in accordance with the instructions from the master unit 20. Here, i=1, 2, . . . , m, where i indicates individual slave units 10-1 to 10-m, and m is the total number of the slave units 10-1 to 10-m (m is an integer).

In the eighth embodiment aspect, the transfer rate of video signals varies from one moment to the next, so the storage amounts of video signals are reported to the master unit 20 in the same manner as the storage amounts of data signals according to the instructions from the master unit 20. The

US 6,778,557 B1

53

reporting is performed in a manner identical to the seventh embodiment aspect in accordance with the flowchart shown in FIGS. 6 to 10.

FIG. 66 is a diagram depicting an upstream transmission frame for the point-to-multipoint communication system according to the eighth embodiment aspect.

Here, the eighth embodiment aspect differs from the seventh embodiment aspect in that the periodically assigned video signal slots have variable length.

Specifically, the eighth embodiment aspect differs from the seventh embodiment aspect in that two slots are used for the video signals of the slave unit 2 in a frame, and another two slots are used for the video signals of the slave unit 3 in a subsequent frame.

Similar to the seventh embodiment aspect, the master unit 20 is configured as shown in FIG. 3. In addition, the storage unit 26 of the master unit 20 is configured as shown in FIG. 58 in the same manner as in the seventh embodiment aspect.

The storage unit 26 is provided with an information amount table 1 (FIG. 58(a)) for storing the storage amounts for the video signals reported by the slave units 10-1 to 10-m, an information amount table 2 (FIG. 58(b)) for storing the storage amounts for data signals, an enabling amount table 1 (FIG. 58(c)) for storing the enabling amounts that allow the slave units to transmit video signals, and an enabling amount table 2 (FIG. 58(d)) for storing the enabling amounts that allow the slave units to transmit data signals.

The initial values of the information amounts Rvi, Rdi and the enabling amounts Gvi, Gdi in the tables are zeroes, and values individually assigned to the slave units 10-1 to 10-m are written to the ID numbers i of the slave units 10-1 to 10-m.

In the storage unit 26, where cells for submitting information amount reports are received from the reception unit 24, the storage amounts reported and the ID numbers of the slave units 10-1 to 10-m written to the cells are read for each service class, and, based on the values thus read, the storage amounts Rdi for the data signals are updated, as are the storage amounts Rvi for the voice signals that match the ID numbers of the slave units 10-1 to 10-m in the information amount tables.

In the control unit of the master unit 20, the enabling amounts Gdi that allow the slave units 10-1 to 10-m to transmit data signals are calculated at no more than a specific maximum value k (bits) on the basis of the information amount tables of the storage unit 26.

Here, the specific maximum value k is set such that Eq. (8) is satisfied, where m is the total number of the slave units 10-1 to 10-m, α is the proportion of currently active slave units 10-1 to 10-m (0<α≦1.0), rdmin (b/s) is the minimum value of the data transfer rate for data signals, and td (s) is the delay.time allowed for data transmission and determined by the system. The allowed delay time td for a service class requiring variable-length data transmissions at period T can be made equal to the period T. Specifically,

$$td=T \qquad (11)$$

The proportion α of currently active slave units 10-1 to 10-m is given by Eq. (2), where α=1.0 when all the slave units are currently active.

For a video signal transmission service, which differs from a data signal service by more rigorous specifications related to delay and data loss, the maximum value of the service range is often established when the contract is taken out. For a service whose maximum band is established when a contract is taken out in such a manner, the sum total rvc (b/s) of the maximum band of video signals is given by Eq.

54

(9), where rvci (b/s) is the maximum band of the video signals accommodated by the slave units 10-1 to 10-m.

The minimum value rdmin of the transfer rate for data signals can be defined as Eq. (10).

In addition, the video signals of slave units 10-1 to 10-m are usually unrelated to each other, and the sum total of the transfer rates of video signals can be expected to be rvce, which is a value that is commonly lower than the aforementioned rvc as a result of a statistical multiplexing effect. For this reason, the statistical multiplexing effect is added, and the parameter can be defined as

$$rdmin=r-rvce \qquad (12)$$

In addition, the transfer rate r of the entire transmission line can be used as rdmin when the band for using video signals is sufficiently narrow compared with the transfer rate of the entire transmission line (for example, 1/10 or less), the allowed delay time td for data signals is several milliseconds or greater, and the allowed value of the delay time for data signals is not strictly defined.

The number of currently active slave units in Eq. (2) is counted by the master unit 20. To achieve this, it may be suggested, for example, that the slave units 10-1 to 10-m responding to transmission instructions issued by the master unit 20 for these slave units 10-1 to 10-m be counted as being currently active.

The transmission instructions in the eighth embodiment aspect are identical to those of the seventh embodiment aspect, and can be performed in the same manner by the processes shown in FIGS. 59 to 64.

A ninth embodiment aspect of the present invention will now be described.

In the transmission of images and other video signals via the Internet, a certain amount of delay or data loss is often tolerated. The ability to periodically transmit data is required in these cases as well because of the presence of periodic changes in the images relayed by such video signals. The ninth embodiment aspect will be described with reference to a point-to-multipoint communication system in which some delay or data loss is tolerated but in which data signals and video signals are transmitted in a manner such that the data is transmitted with a specific period T.

A distinctive feature of the ninth embodiment aspect is that enabling amounts are calculated in the same manner as in FIG. 61 for video signals as well. Specifically, enabling amounts Gvi that allow the slave units 10-1 to 10-m to transmit signals are also calculated for video signals by the control unit 27 of the master unit 20 at no more than a specific maximum value kv (bits) on the basis of the information amount tables of the storage unit 26.

Here, the specific maximum value kv is set such that the following relation is satisfied:

$$kv≦(rvmax×tv)+(αv×m) \qquad (13)$$

where m is the total number of slave units, αv is the proportion of the currently active video signal input ports of the slave units (0<αv≦1.0), rvmax (b/s) is the maximum value of the data transfer rate for video signals, and tv (s) is the delay time allowed for data transmission and determined by the system. The delay time tv allowed for video signals can be made equal to the period T. Specifically,

$$tv=T \qquad (14)$$

The proportion αv of the currently active video signal ports of slave units 10-1 to 10-m is given by

$$αv=(Number of currently active slave units)÷m \qquad (15),$$

US 6,778,557 B1

55

where αv=1.0 when the video signal ports of all the slave units are currently active. In addition, rvmax is set by the system in accordance with, among other things, the number of subscribers who transmit video signals.

After a maximum value kv has been established for video signals in such a manner, the enabling amounts Gdi that allow the slave units **10-1** to **10-m** to transmit data signals are calculated by the control unit **27** of the master unit **20** at no more than the specific maximum value k (bits) on the basis of the information amount tables of the storage unit **26**.

Here, the specific maximum value k is set such that Eq. (8) is satisfied, where m is the total number of the slave units **10-1** to **10-m**, α is the proportion of currently active slave units **10-1** to **10-m** (0<α≦1.0), rdmin (b/s) is the minimum value of the data transfer rate for data signals, and td (s) is the delay time allowed for data transmission and determined by the system. The proportion α of currently active slave units **10-1** to **10-m** is given by Eq. (2), where α=1.0 when all the slave units **10-1** to **10-m** are currently active.

The following can also be written.

$$rdmin = r - rvmax \qquad (16)$$

Furthermore, the delay time td allowed for data signals is set on the basis of the type of service or the like handled by the system. A value of about 0.1–1 s is considered appropriate for regular Internet access or another type of data-based service in which some delay is allowed, taking into account, among other things, the imperceptible time that elapses until a signal transmission is completed.

About 30 ms is appropriate as the allowed delay time for video signals, taking into account the frame pitch of regular TV signals.

FIG. **67** is a flowchart depicting the overall relation among the procedures pertaining to transmission instructions in a ninth embodiment aspect. The ninth embodiment aspect is different from the seventh embodiment aspect in that the transmission-enabling amounts are calculated for video signals as well.

In FIG. **67**, the following features are identical to those of the seventh embodiment aspect: the operation of the period timer shown in FIG. **60**, the procedure for calculating the enabling amounts for data transmission shown in FIG. **61**, the transmission instruction procedure shown in FIG. **62**, and the data signal transmission procedure shown in FIG. **64**.

In addition, the procedure for calculating the enabling amounts for video signals (step **644**) is arrived at by substituting the data storage amount Rdi for Rvi, the enabling amount Gdi for Gvi, and the specific maximum value k for kv in the procedure for calculating the enabling amounts for data transmission shown in FIG. **61**.

Although the seventh to ninth embodiment aspects above were described with reference to voice signals as the service class requiring periodic fixed-length data transmissions, and video signals as the service class requiring periodic variable-length data transmissions, it is also possible to accommodate service classes in which the voice signals must be subjected to voice coding at a variable rate, and variable-length data transmissions performed periodically.

It is also possible to accommodate service classes in which the video signals must be subjected to image coding at a fixed rate, and fixed-length data transmissions performed periodically.

Service classes requiring periodic fixed-length data transmissions may also be accommodated by the point-to-multipoint communication system of the eighth or ninth embodiment aspect, in which periodic variable-length data transmissions are required.

56

A tenth embodiment aspect of the present invention will now be described with reference to FIGS. **68** to **73**.

The point-to-multipoint communication system of the tenth embodiment aspect of the present invention comprises a service class s**0** requiring data transmissions at a specific period T, and two service classes s**1** and s**2** for sporadic data transmissions.

The two service classes accommodated are a service class s**1** in which the delay time allowed for data transmissions is t**1**, and a service class s**2** in which the delay time allowed for data transmissions is t**2**.

Information signals for the real-time transmission of voice, video, and other multimedia signals over the Internet using a protocol referred to as UDP can be cited as an example of signals accommodated by a service class whose allowed delay time is t**1**.

Information signals for regular Web access or file transfer can be cited as an example of signals accommodated by a service class whose allowed delay time is t**2**. Such transmission is commonly accomplished using a set of protocols referred to as TCP.

In FIG. **68**, the slave unit **10** comprises input units **11-1**, **11-2**, and **11-3** connected to an input port for the service class s**0**, an input port for the service class s**1**, and an input port for the service class s**2**; an output unit **12** connected to an output port; a transmission unit **13** connected to a transmission port; a reception unit **14** connected to a reception port; a buffer memory **15** for temporarily storing information signals from the input ports for each service class; a counter **16** for counting the storage amounts of the information signals of each service class stored in the buffer memory **15**; and a control unit **17** for informing the master unit **20** about the storage amounts of the information signals of each service class counted by the counter **16**, performing other control procedures, and outputting the information signals of each service class stored in the buffer memory **15** to the transmission unit **13** for each service class in accordance with the instructions from the master unit **20**.

In the structure in FIG. **68**, it is not always necessary to provide an input port for each service class. In particular, when the service class s**1** is the aforementioned UDP, and the service class s**2** is the aforementioned TCP, it is possible to adopt an arrangement in which the two service classes can be distinguished from each other using protocol numbers attached to the input packets of the service classes.

In the structure in FIG. **68**, the storage amounts classified by service class and counted by the counter **16** are conveyed by the slave units **10-1** to **10-m** to the master unit **20** via the transmission unit **13** in accordance with instructions from the master unit **20**.

In the master unit **20** that have received a notification concerning the storage amounts for each service class from the slave units **10-1** to **10-m**, this notification is received by the reception unit **24** shown in FIG. **3**, and the storage amounts for each of the service classes thus received are stored in the storage unit **26**.

FIGS. **69a**, **69b**, **69c**, **69d**, **69e**, and **69f** depict the structure of the storage unit **26** according to the tenth embodiment aspect.

Consistent with this embodiment, the storage unit **26** is provided with information amount tables **1–3** (FIGS. **69a** to **69c**) for storing, as a separate category for each service class, storage amounts related to the data signals reported by the slave units **10-1** to **10-m**; and enabling amount tables **1–3** (FIGS. **69d** to **69f**) for storing, as a separate category for each service class, enabling amounts that allow the slave units **10-1** to **10-m** to transmit data signals.

US 6,778,557 B1

57

The initial values of the information amounts R0i, R1i, R2i and the enabling amounts G0i, G1i, G2i in the tables are zeroes, and values individually assigned to the slave units **10-1** to **10-m** are written to the ID numbers i of the slave units **10-1** to **10-m**.

In the storage unit **26**, where cells for submitting storage amount reports are received from the reception unit **24**, the storage amounts reported and the ID numbers of the slave units **10-1** to **10-m** written to the cells are read for each service class, and, based on the values thus read, the storage amounts R0i–R2i for the data signals of each service class are updated where a match is achieved with the ID numbers of the slave units **10-1** to **10-m** in the information amount tables.

In the control unit **27** of the master unit **20**, the enabling amounts G0i to G2i that allow the slave units **10-1** to **10-m** to transmit the data signals of each service class as signals classified by service class are calculated at no more than specific maximum values k0 to k2 (bits) on the basis of the information amount tables of the storage unit **26**.

Calculated first is the enabling amount G0i for a service class s0 with periodic data transmission requirements.

Here, the specific maximum value k0 is set such that the following relation is satisfied:

$$k0 \leq (r0\max \times f0) \div (\alpha 0 \times m) \qquad (17),$$

where m is the total number of the slave units **10-1** to **10-m**, α0 is the proportion of the currently active video signal input ports of the slave units **10-1** to **10-m** (0<α0≦1.0), r0max (b/s) is the maximum value of the data transfer rate for the data signals of service class s0 , and t0 (s) is the delay time allowed for data transmission and determined by the system. The allowed delay time t0 for service class s0 can be made equal to the period T. Specifically,

$$t0=T \qquad (18)$$

The proportion a0 of the currently active data signal ports of the slave units **10-1** to **10-m** in service class s0 is given by

$$\alpha=(\text{Number of currently active slave units in service class s0})\div m \qquad (19),$$

where α0=1.0 when the data signal ports of all the slave units in service class s0 are currently active.

The value of r0max is set by the system in accordance with, among other things, the number of subscribers who transmit data signals in service class s0.

After a maximum value k0 has been established in such a manner for the data-signals of service class s0, the enabling amounts G1i and G2i that allow the slave units **10-1** to **10-m** to transmit the data signals of other service classes are calculated by the control unit **27** of the master unit **20** at no more than the specific maximum values k1 and k2 (bits) on the basis of the information amount tables of the storage unit **26**.

Here, the specific maximum value k1 (**1**=1, 2) is set such that the following relation is satisfied:

$$k1 \leq (r1\min \times t1) \div (\alpha 1 \times m) \qquad (20),$$

where m is the total number of the slave units **10-1** to **10-m**, α1 is the proportion of the-currently active service classes of the slave units **10-1** to **10-m** (0<α1≦1.0), r1min (b/s) is the minimum value of the data transfer rate for the data signals of each service class , and t1 (s) is the delay time allowed for the data transmission of each service class , and determined by the system.

58

The proportion α1 of currently active slave units is given by

$$\alpha 1=(\text{Number of currently active slave units in each service class})\div m \qquad (21),$$

where α1=1.0 when the service classes of all slave units are currently active.

$$r1\min+r2\min=r-r0\max \qquad (22)$$

The allowed delay time for s0 is about 1 ms, assuming that, for example, regular telephone or ISDN signals are accommodated by a service class s0 in which data is transmitted at a specific period T. An allowed delay time of about 30 ms is considered appropriate for service class s1, taking into account the frame pitch of regular TV signals adopted for video transmissions.

With service class s1, therefore, data is actually transmitted at a period of about T=t1. In addition, service class **2** accommodates regular Internet access or another type of data-based service in which some delay is allowed, and a value of about 0.1–1 s is considered appropriate for the allowed delay time t1, taking into account, among other things, the imperceptible time that elapses until a signal transmission is completed.

As noted above, the tenth embodiment aspect is configured such that the delay time t1 allowed for data transmission is reduced in the case of the service class s2 because service class s1 is primarily used for transmitting data in real time. Consequently, the transfer rate will first be secured for the service class s1, and the remaining transfer rate will be allocated to the service class s2. The corresponding maximum transmittable information amounts k1 and k2 for s1 and s2 will therefore be

$$k1<k2 \qquad (23)$$

This is because the information amount that can be continuously transmitted is reduced for a service with a low allowed delay value, and instructions to transmit are given to all the terminals that have stored the information signals of service class s1, for which transmission is to be completed in a comparatively short time.

FIG. **70** is a flowchart depicting the overall relation among the procedures pertaining to transmission instructions in the tenth embodiment aspect.

The tenth embodiment aspect differs from the seventh embodiment aspect in that a procedure for calculating transmission-enabling amounts is performed for the data signals of all service classes (steps **654**–**656**) and that the period-measuring timer operates for the service class **1** as well.

FIG. **71** is a flowchart depicting the period-measuring timer procedure for service class **1** shown in FIG. **70**. The period-measuring timer procedure for service class s0 is the same as the procedure in the flowchart shown in FIG. **60**.

The procedure in FIG. **71** for calculating the amounts that allow data to be transmitted can be arrived at by adopting the condition **1**=1, 2 and substituting Gdi for D1i, Rdi for R1i, and k for k1 for each service class in the procedure in FIG. **61** for calculating the amounts that allow data to be transmitted.

FIG. **72** is a flowchart depicting the entire procedure for issuing transmission instructions according to FIG. **70**. In FIG. **72**, transmission instructions for the service class s0 have the highest priority level, and transmission instructions are issued for the service classes s1 and s2 after transmission instructions have been issued for the service class s0.

US 6,778,557 B1

59

60

Between the service classes s1 and s2, the service class s1 has a higher priority level, and instructions to transmit are issued at regular intervals for the service class s1 before they are issued for s2.

FIG. 73 is a diagram depicting the procedure for issuing instructions to transmit signals for the service class s0 according to FIG. 72. An instruction to transmit signals for the service class s0 can be obtained by substituting G0i for Gvi and using service class s0 identifiers instead voice signals identifiers in the instruction for transmitting voice signals according to FIG. 16.

FIG. 74 is a flowchart depicting the procedure for issuing instructions to transmit data signals for the service class s1 according to FIG. 72. An instruction to transmit data signals for the service class s1 can be obtained by substituting G1i for Gvi (and flag 2 for flag 1) and providing the identifiers of the service class s1 instead of the identifiers for voice signals in the instruction to transmit voice signals according to FIG. 63.

An instruction to transmit signals for the service class s2 can be obtained by substituting G2i for Gvi in the instruction to transmit data signals according to FIG. 64.

FIG. 75 is a diagram depicting the frame structure of the point-to-multipoint communication system according to the tenth embodiment aspect. FIG. 75 illustrates a case in which the slave unit 1 uses the service classes s0 and s1, and the slave units 2 and 3 use the service classes s0 and s2.

In the tenth embodiment aspect, bands are invariably allocated to the service class s0 at period T. In addition, transmission bands are allocated to the service class s1 after they are allocated to the service class s0.

The result is that a transmission instruction is issued for the service class s1 of the slave unit 1, and a transmission instruction is then issued for the service class s1 following the transmission of the service class s0, rather than being issued precisely after a period T1 has elapsed. With the service class s2, an instruction for a continuous transmission at G21 (G2i≦k) is given using the remaining bands after instructions to transmit have been given for the service classes s0 and s1.

In the tenth embodiment aspect, enabling amounts are initially calculated for the service class s0, which requires that data be periodically transmitted, and the enabling amounts of other service classes are then assigned with respect to the remaining bands. According to this protocol, the service class s0 is not necessarily a service class that has periodic data transmission requirements.

Specifically, preferential transmission instructions can be issued using a higher-priority service class or a service class with a short allowed delay time as the service class s0 of the fourth embodiment, and using the delay time allowed for this service class as the period T.

For the sake of simplicity, the maximum value k of the information amount that allows signals to be transmitted continuously is assumed to be the same for all the slave units 10-1 to 10-m in the seventh to tenth embodiment aspects. In actual practice, various k-values can be adopted, depending on the financial charges or priority level of the slave units 10-1 to 10-m.

Thus, the seventh to tenth embodiment aspects of the present invention allow slave units 10-1 to 10-m to transmit information signals in accordance with the information amount relayed from the master unit 20, so no signal collisions at all occur in the transmission line, and a throughput reduction such as that observed in the case of CSMA/CD is avoided when signals containing several megabytes of data are transmitted in bursts.

In this case, the information amount that allows information signals to be transmitted can be calculated dynamically and efficiently on the basis of reports from the slave units 10-1 to 10-m such that the data transfer rate is utilized with 100% efficiency, so high throughput can be obtained even under complex conditions created by greater burst traffic or an increased number of slave units 10-1 to 10-m.

In addition, information amount is reported by service class, and information transmission instructions are issued in sequence from higher-priority service classes, so the stringent delay requirements imposed on higher-priority service classes can be satisfied because the information transmission instructions are issued independently for the higher-priority service classes even when several megabytes or more are transmitted in bursts for a lower-priority service class.

Furthermore, the information amount reported by each slave unit 10-1 to 10-m is limited to one designed to issue instructions for transmitting signals within a certain time period. When a particular slave unit 10-1 to 10-m reports a high information amount in excess of several megabytes, the data transmission of this particular slave unit 10-1 to 10-m has very little effect on the transmission of other slave units 10-1 to 10-m because the transmission does not exceed a certain limiting value and because no instruction is issued concerning data transmission.

The maximum value k (bits) of data transmission within a certain time period is set such that the following relation is satisfied:

$$k \leq (r \times td)/m,$$

where m is the total number of slave units 10-1 to 10-m (m is an integer), r (b/s) is the data transfer rate, and td (s) is the delay time allowed for the data transmission and determined by the system. In the presence of inactive slave units 10-1 to 10-m, the proportion α of active slave units is assumed to be 0<α≦1.0, and the maximum value k of data transmission within a certain time period is determined such that the following relation is satisfied:

$$k \leq (r \times td)/(\alpha \times m)$$

The slave units 10-1 to 10-m can therefore continuously transmit large information signals because these stations have exclusive use of the upstream transmission line during the transmission of information signals whose maximum size is measured in k (bits). When the information amount is determined on the basis of the above equation, a time of td seconds is necessary to transmit signals if all the slave units 10-1 to 10-m transmit kilobits of data, making it possible to secure an allowed delay time td for data transmission by all the slave units 10-1 to 10-m.

In addition, all the slave units 10-1 to 10-m can invariably transmit their information signals within the allowed delay time td, and are thus assured access fairness.

An eleventh embodiment aspect will now be described.

The point-to-multipoint communication system of the eleventh embodiment aspect is configured such that when communication is performed for a plurality of service classes that transmit data at a variety of allowed delay times, the communication can be performed with high communications efficiency while the stringent communication quality requirements of the service classes are satisfied.

FIG. 76 is a block diagram depicting a detailed structure of a slave unit for the point-to-multipoint communication system according to the eleventh embodiment aspect.

The overall structure of the point-to-multipoint communication system according to the eleventh embodiment aspect is the same as the structure shown in FIG. 1.

US 6,778,557 B1

61

In FIG. **76**, the slave unit **10** comprises an input unit **11** connected to a plurality of input ports; an output unit **12** connected to an output port; a transmission unit **13** connected to a transmission port; a reception unit **14** connected to a reception port; a buffer memory **15** for temporarily storing the signals of a plurality of service classes; a counter **16** for counting the information amount needed to transmit the signals stored in the buffer memory **15** for all the service classes; and a control unit **17** for submitting reports regarding the information amount counted by the counter **16** in accordance with the instructions from the master unit **20**, transmitting the signals temporarily stored in the buffer memory **15**, and performing other control procedures.

Although the buffer memory of FIG. **76** stores signals belonging to mutually different service classes using a plurality of logical queues, it is also possible to adopt an arrangement in which the storage is accomplished using a plurality of physical buffer memories.

The service classes should be established based on the allowed delay times of the signals transmitted by the slave units **10-1** to **10-m** to the master unit **20**. In the present embodiment aspect, signals having a comparatively short allowed delay time constitute a higher-priority service class, and signals having a comparatively long allowed delay time constitute a lower-priority service class.

The service classes may also be established based on the importance, traffic characteristics, and other properties of the signals transmitted to the master unit **20**.

With the transmission of video signals coded, for example, by discreet cosine transform or another coding technique, it is possible to adopt an arrangement in which signals composed of low-frequency components (principal portion of an image) constitute a higher-priority service class, and signals composed of high-frequency components (detailed portions) constitute a lower-priority service class.

In the eleventh embodiment aspect, the transmission frames shown in FIG. **4** are adopted as the upstream and downstream transmission frames of the optical transmission line. Specifically, a downstream frame comprises 56 slots, and an upstream frame comprises 53 slots. Based on these transmission frames, 53- and 56-byte cells are exchanged downstream and upstream, respectively, in accordance with the TDM (Time Division Multiplex) multiplexing protocol in the case of the downstream transmission from the master unit to slave units, and in accordance with the TDMA (Time Division Multiple Access) multiplexing protocol in the case of the upstream transmission from the slave units to the master unit.

An upstream cell contains a 3-byte overhead, and downstream transmission frames contain two PLOAM cells per frame in a ratio of one cell for every 28 cells. The initial PLOAM cell **1** has 27 grants for requesting upstream cells from the slave units, and the second PLOAM cell **2** has 26 grants, to a total of 53 grants.

In addition, the frame shown in FIG. **25** is adopted as the correspondence between the grants of a PLOAM cell and the slots of an upstream transmission frame. Here, the initial PLOAM cell **1** of the downstream transmission frame has 27 grants for requesting upstream cells from the slave units, and the second PLOAM cell **2** has 26 grants, to a total of 53 grants.

The master unit **20** issues instructions as to which slave unit can transmit a cell to a particular slot inside the upstream transmission frame by performing a procedure whereby an identifier for the upstream cell of a particular slave unit is written to the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2.

62

The slave units **10-1** to **10-m** can transmit cells to those slots of the upstream transmission frame that correspond to the aforementioned grants when identifiers for requesting the upstream cells of these slave units **10-1** to **10-m** are written to the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2. This method makes it possible to avoid cell collisions in the optical transmission line and to transmit signals to the master unit.

In the upstream transmission frame shown in FIG. **4**, cells from each of the slave units **10-1** to **10-m** are transmitted as single slots, although it is also possible to transmit cells from a plurality of slave units **10-1** to **10-m** as single slots by segmenting each slot into a plurality of mini-slots. These mini-slots are used to provide the master unit **20** with reports regarding the information amount necessary to transmit the signals stored in the buffer memories of the slave units **10-1** to **10-m**.

The master unit **20** issues instructions as to which slave units **10-1** to **10-m** can transmit a mini-cell to a particular mini-slot inside the upstream transmission frame by performing a procedure whereby an identifier for requesting the information amount of a particular slave unit **10-1** to **10-m** is written to a grant of the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2.

The slave units **10-1** to **10-m** can transmit mini-cells to those mini-slots of the upstream transmission frame that correspond to the aforementioned grants when identifiers for requesting the information amount of these slave units **10-1** to **10-m** are written to the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2. This method makes it possible to avoid mini-cell collisions in the optical transmission line **30** and to provide the master unit **20** with reports regarding the information amount necessary to transmit the signals of all service classes stored in the buffer memories.

The access protocol according to the point-to-multipoint communication system of the eleventh embodiment aspect will now be described.

First, ID numbers for identifying the slave units **10-1** to **10-m** are managed by the master unit **20**, and these ID numbers are conveyed during the initial stage to all the slave units **10-1** to **10-m** participating in the operation of the system. By virtue of these ID numbers, the master unit **20** can trace a cell to a particular slave unit **10-1** to **10-m**, and each of the slave units **10-1** to **10-m** can determine whether the cell it has received is addressed to this station.

Signals such as voice, video, or data are input from a terminal or other network to a plurality of input ports of the slave unit **10** shown in FIG. **76**, and these signals are sent to the buffer memory **15** via the input unit **11** and are temporarily stored in the logical queue of each service class in the buffer memory **15**.

Each input port may be set up to uniquely define the input signals, as is the case with telephone, video, Ethernet, or ATM. The signals stored in the buffer memory **15** may be arranged in cells or packets while stored in the buffer memory **15**, such as ATM cells or Ethernet packets, for example. Another feature of the eleventh embodiment aspect is that the input signals have good consistency when arranged as 53-byte units because each slot of the downstream transmission frame and each slot of the upstream transmission frame (excluding the overhead) has 53 bytes, as in the case of the transmission frames shown in FIG. **4**.

When, for example, variable-length Ethernet packets are input, these packets should be segmented in the input unit **11** into fixed-length cells (each of which comprises 53 bytes), and stored in the queues in the buffer memory **15**. In this case, the information for reconstructing the packets on the side of the master unit **20** may be included in some of the 53 bytes.

US 6,778,557 B1

63

In the counter **16** of the slave unit **10** shown in FIG. **76**, the information amount necessary to transmit the signals of all service classes temporarily stored in the buffer memory **15** causes the number of cells or slots necessary for such signal transmission to be counted in integral units. In the upstream transmission frame shown in FIG. **4**, for example, the information amount is counted such that 53 bytes constitute one unit because the signals are transmitted using 53 bytes (excluding the overhead).

Examples of recommended counting methods include methods in which counting is performed as required in accordance with the input of signals to the buffer memory **15** and the output of signals from the buffer memory **15**, and methods in which the counting is based on the difference between the start address and the end address of a signal stored as FIFO in the buffer memory **15**. The information amount may be the absolute value of a signal stored in the buffer memory **15**, or it may be a differential value based on the previous report.

Although the information amount may also be counted as an integral value using bits or bytes as units, counting this amount as the number of cells or slots needed to transmit a signal is effective because it reduces the values reported to the master unit **20**. If the stored signal is less than 53 bytes, a single cell or slot may be counted as the one necessary for transmission, and the counting may be stopped before 53 bytes are reached.

Described below is a method in which the master unit **20** uses PLOAM cells to instruct slave units **10-1** to **10-m** to issue reports regarding the information amount necessary to transmit. signals, and instructions to transmit signals are given based on the information amount reported by the slave units **10-1** to **10-m**.

First, identifiers for requesting specific slave units **10-1** to **10-m** to submit information amount reports are written by the master unit **20** to the grants of a PLOAM cell on the basis of the period with which the slave units **10-1** to **10-m** are instructed to issue the information amount reports.

Next, enabling amounts-that allow the slave units **10-1** to **10-m** to transmits signals are calculated at no more than a specific maximum value k (bits) in accordance with the information amount reported by the slave units **10-1** to **10-m**, and identifiers for requesting the transmission of upstream cells to specific slave units **10-1** to **10-m** are written on the basis of these enabling amounts.

Here, the specific maximum value k is set such that Eq. (1) is satisfied, where m is the total number of slave units **10-1** to **10-m**, $\alpha$ is the proportion of currently active slave units ($0 < \alpha \leq 1.0$), r (b/s) is the data transfer rate, and td (s) is the delay time allowed for data transmission and determined by the system. The proportion $\alpha$ of currently active slave units **10-1** to **10-m** is given by Eq. (2), where $\alpha=1.0$ when all the slave units **10-1** to **10-m** are currently active.

The data transfer rate r in Eq. (1) is the rate at which signals can actually be transmitted as upstream transmission frames, and the delay time td allowed for data transmission is set on the basis of the type of service or the like handled by the system. The specifics of the method whereby the enabling amounts are calculated and the identifiers are written to the grants of PLOAM cells are the same as in the first embodiment aspect.

Following is a description of a method whereby the slave units **10-1** to **10-m** provide the master unit **20** with reports regarding the information amount necessary to transmit the signals of all service classes, and a method whereby the signals stored by the buffer memory **15** are transmitted.

In the slave unit **10** shown in FIG. **76**, cells are received by the reception unit **14** via the reception port. In the

64

reception unit **14**, it is determined based on the addresses written to the cells whether the received cells are addressed to the slave unit **10** in question. If the cells are indeed addressed to the slave unit **10** in question, cell type is determined based on the cell identifiers written to the cells. The identified cells are sent to the control unit **17** if they are PLOAM cells, and to the output unit **12** in all other cases.

Once the PLOAM cells are received by the control unit **17** via the reception unit **14**, it is checked on the basis of the identifiers written to the grants of the PLOAM cells whether an instruction has been issued to transmit a signal or to submit an information amount report. If it is concluded that the information amount of these slave units **10-1** to **10-m** has been requested by the master unit **20**, a mini-cell containing at least the ID numbers of these slave units **10-1** to **10-m** and the information amount counted by the counter **16** is created, and this mini-cell is sent via the transmission unit **13** by means of the mini-slots in the upstream transmission frame that correspond to the grants instructed to issue a report.

Information amount is reported using either one or both of the absolute values counted by the counter **16** and the differential values based on the previous report. If it is concluded that the upstream cells of the slave units **10-1** to **10-m** have been requested by the master unit **20**, signals are retrieved in sequence from the queues of the buffer memory for which the service class has the highest priority level, cells for transmitting these signals are created, and the cells thus created are transmitted via the transmission unit **13** by means of the slots in the upstream transmission frame that correspond to the grants instructed to issue a report.

When, for example, upstream cells amounting to 8 cells are requested by the master unit **20** in a case in which signals are stored in the queues of the service classes **1** to **3** in the buffer memories **15** of the slave units **10-1** to **10-m** (as shown in FIG. **77**), 2-, 4- and 2-cell signals are retrieved from the queues of the service classes **1**, **2**, and **3**, respectively, and these signals are sequentially transmitted to the master unit **20**. For a case in which signals are retrieved from the queues of a buffer memory **15**, it is possible to adopt an arrangement in which the service classes involved are weighted, and signals stored in the queue of each service class are transmitted at an appropriate ratio.

With such a structure, the slave units **10-1** to **10-m** have exclusive use of the upstream transmission line and can continuously transmit signals at no more than the enabling amounts indicated by the master unit **20** in sequence from signals belonging to a high-priority service class.

A twelfth embodiment aspect of the present invention will now be described.

The twelfth embodiment aspect allows communications efficiency to be improved by adopting a structure in which, for example, the interval at which the master unit **20** instructs the slave units **10-1** to **10-m** to issue information amount reports is dynamically updated in the structure shown in FIG. **1**, and instructions to submit information amount reports or to transmit signals are issued with the aid of the unused grants of the PLOAM cell PLOAM1 or the PLOAM cell PLOAM2.

The interval for issuing instructions to submit information amount reports is kept narrow by the control unit **17** of a slave unit **10** when, for example, the volume of traffic from the slave units **10-1** to **10-m** shown in FIG. **76** to the master unit **20** is low, and the load on the transmission line is light. Variations in the information amount of the slave units **10-1** to **10-m** can thus be identified by the master unit **20** at a higher speed. In addition, the master unit **20** can be more

US 6,778,557 B1

65

flexible in issuing signal transmission instructions under conditions of varying information amount from the slave units **10-1** to **10-m**, making it possible to reduce the latency time elapsed before a slave unit **10-1** to **10-m** transmits a signal.

Conversely, the interval for issuing instructions to submit information amount reports is kept wide when the volume of traffic from the slave units **10-1** to **10-m** to the master unit **20** is high, and the load on the transmission line is considerable. The throughput can thus be increased even further because of the ability to broaden the transmission band within which signals can be transmitted along the transmission line.

Another feature is that when unused grants remain in a PLOAM cell after the master unit **20** has issued a signal transmission instruction for the information amount reported by all the slave unit **10-1** to **10-m**, these slave units **10-1** to **10-m** are instructed to submit information amount reports using these grants. The result is that communications efficiency can be improved by performing a look-ahead procedure for the information amount of each slave unit **10-1** to **10-m**.

In addition, each slave unit **10-1** to **10-m** is sequentially instructed to transmit signals by means of the unused grants of the PLOAM cell. In such an arrangement, signal transmission instructions are constantly received from the master unit **40**, making it possible to reduce the latency time elapsed before the slave units **10-1** to **10-m** can transmit signals.

Thus, the eleventh and twelfth embodiment aspects of the present invention are such that the slave units **10-1** to **10-m** provide the master unit **20** with reports regarding the information amount necessary to transmit the signals of all service classes, and the master unit **20** issues signal transmission instructions on the basis of the information. amount reported by the slave units **10-1** to **10-m**, making it possible to prevent any signal collisions from occurring in the transmission line, and the throughput from being reduced under conditions of increased traffic volume.

When, for example, comparatively large files are transferred while the slave units **10-1** to **10-m** transmit images, the files can be transferred with high efficiency without compromising image quality. It is also possible to achieve further improvements in communications efficiency by dynamically updating the intervals at which the slave units **10-1** to **10-m** are instructed to submit information amount reports, or by issuing instructions pertaining to the information amount or signal transmission by means of unused grants.

The enabling amounts that allow signals to be transmitted can be calculated dynamically and efficiently on the basis of reports from the slave units **10-1** to **10-m** such that the data transfer rate is utilized with 100% efficiency, so high throughput can be obtained even under complex conditions created by greater burst traffic or an increased number of slave units. The maximum value k (bits) of the enabling amounts is set such that the following relation is satisfied:

$$k \leqq (r \times td) \div (\alpha \times m),$$

where m is the total number of slave units (m is an integer), $\alpha$ is the proportion of currently active slave units ($0 < \alpha \leqq 1.0$), r (b/s) is the data transfer rate, and td (s) is the delay time allowed for data transmission and determined by the system. The slave units **10-1** to **10-m** can therefore have exclusive use of the upstream transmission line and continuously transmit large information signals at no more than the enabling amounts indicated by the master unit **20** in sequence from signals whose service classes have high

66

priority during the transmission of signals whose maximum size is measured in k (bits). Another feature is that when an enabling amount is determined on the basis of the above equation, a time of td seconds is necessary for the transmission if all the slave units **10-1** to **10-m** transmit k (bit) signals, making it possible to secure an allowed delay time td for the transmission of data by all the slave units **10-1** to **10-m**. All the slave units **10-1** to **10-m** can invariably transmit their signals within the allowed delay time of td seconds, making it possible to ensure access fairness and to yield the delay time allowed for data transmission.

FIG. 78 is a diagram depicting the transmission frames adopted in a thirteenth embodiment aspect of the present invention, FIG. 79 is a diagram depicting the structure of a slave unit, and FIG. 80 is a diagram depicting the structure of the master unit.

In FIG. 78, the transmission frames adopted in the thirteenth embodiment aspect employ a time-division duplex (TDD) transmission protocol, and the following two types of signals are transmitted by being allocated unique time slots: downstream signals from the master unit **20** to the slave units **10-1** to **10-m**, and upstream signals from the slave units **10-1** to **10-m** to the master unit **20**.

Specifically, a transmission frame is divided between a control channel and a data channel, with the front portion serving as the control channel.

Furthermore, the front portion of the control channel is used as a control channel for the downstream direction (the direction from the master unit **20** to the slave units **10-1** to **10-m**; hereinafter referred to as "the downstream direction"), and the back portion is used as a control channel for the upstream direction (the direction from the slave units **10-1** to **10-m** to the master unit **20**; hereinafter referred to as "the upstream direction").

The control channel is assigned time slot numbers from #1 to #n. These time slots are adaptively distributed by the master unit **20** between the upstream direction and the downstream direction.

The number of bytes of information constituting a single time slot is determined depending on the system. For example, time slots containing 53 bytes of information are preferred for transferring data in an ATM (asynchronous transfer mode). Any other number of bytes does not pose any problems as long as the length is fixed.

A certain guard time is needed, considering that there are cases in which upstream signal time slots follow downstream signal time slots, or cases in which upstream time slots continuously arrive from various slave units **10-1** to **10-m**. Reducing the number of bytes of information in a single time slot yields lower efficiency because of the resulting overhead.

The configuration information of a data channel is entered into the downstream control channel shown in FIG. 78. The time slots of the data channel are assigned numbers from #1 to #n, and the downstream control channel is provided with time slots whose amount corresponds to the quantity of time slot numbers in the data channel.

An identifier for specifying whether the time slot #j in the data channel is an upstream or downstream slot is first entered into the No. j slot (CONT #j; j=1, . . . , n) of the downstream control channel. Addresses indicating the slave units **10-1** to **10-m** are then entered in the case of downstream data, and transmission-enabling addresses are entered in the case of upstream data.

The upstream control channel shown in FIG. 78 contains the amount of data and other parameters stored in the data buffer memories of the slave units **10-1** to **10-m**. The number

US 6,778,557 B1

67

of time slots in the upstream control channel is not limited to the number of slave units **10-1** to **10-m**. The arrangement may also comprise a plurality of transmission frames if the number of slave units **10-1** to **10-m** exceeds the number of time slots.

Transmission frames were described here as one possible embodiment, but the transmission frames are not limited to the embodiment described herein. It is, for example, possible to transmit signals along different transmission lines or within different frequency bands upstream and downstream. In such cases, the downstream transmission frame comprises a downstream control channel and a downstream data channel, and the upstream transmission frame comprises an upstream control channel and an upstream data channel. In such cases, downstream signals are continuous frames (or TDM), and upstream signals are burst signals (or TDMA).

The main point here is that the time slots of the upstream control channel are preset, and the master unit **20** is configured such that the control information from the slave units **10-1** to **10-m** (that is, the storage amounts of data or the like) can be traced to the specific slave unit **10-1** to **10-m** that has sent this information.

In FIG. **79**, data signals from a terminal unit connected to a slave unit **10** are stored in a buffer memory **702** via an input interface unit **701**.

The data stored in the buffer memory **702** is read in accordance with memory read signals that are output by a TDMA transmission frame generator **703**.

The data thus read is entered by the TDMA transmission frame generator **703** into the time slots of the data channel specified by the master unit **20**, in accordance with the numbers of the time slots thus specified.

In a transmission unit **204**, the signals from the TDMA transmission frame generator **703** are converted into signals to be transmitted along a transmission line.

In addition, the information amount stored in the buffer memory **702** is measured by an information amount measuring *E*unit **705**. Here, the difference between the read address and the write address for the buffer memory **702** is calculated, and the absolute value of the amount of stored data is measured. Both an absolute value and a differential value may also be calculated. The stored information amount thus measured is entered into specific time slots in the upstream control channel of the transmission frame in the TDMAA transmission frame generator **703**.

Meanwhile, downstream signals from the master unit **20** are first received by a reception unit **706** and are then divided among control channels and data channels by a TDMA transmission frame separator **707**.

In the TDMA transmission frame separator **707**, control channels provided with downstream data identifiers are first extracted from among the identifiers that indicate whether the data in the downstream control channels is upstream data or downstream data, and the result is output as a control signal to an address filter unit **708**.

In the address filter unit **708**, only the time slots that pertain to the slave unit addresses corresponding to the addresses in question are extracted from the data channels on the basis of the aforementioned control signal.

The data signals extracted by the address filter unit **708** are output to a terminal unit via an output interface unit **709**.

Another feature is that in the TDMA transmission frame separator **707**, pertinent time slot numbers are transmitted as transmission-enabling signals to the TDMA transmission frame generator **703** if the addresses in question are among the identifiers for indicating upstream data in the downstream control channels.

68

A memory read signal is output to the buffer memory **702** when the time slot numbers arrive at the TDMA transmission frame generator **703**. Data is read from the buffer memory **702**, converted to transmission frame form, and output to the transmission unit **704**.

In FIG. **80**, the master unit **20** is connected to a backbone network unit, and data signals that are output from this backbone network unit are first transmitted and terminated by an input interface unit **801**, and are then correlated by a destination address verification unit **802** with data signal addresses and physical slave unit addresses. In the case of data composed of IP (Internet Protocol) frames, for example, a map is provided for correlating IP frame addresses and slave unit addresses, and the slave unit address is derived in accordance with this match.

The destination address verification unit **802** outputs control signals having slave unit addresses in accordance with the match, and outputs data signals to a TDMA transmission frame generator **803**. In the TDMA transmission frame generator **803**, transmission frames are written to downstream control channels in accordance with signals from a time slot assigning arithmetic logical unit **804**, downstream data signals are written to the time slots of the corresponding data channels, and the result is output to a transmission unit **805**. Signals to be transmitted to slave unit **10** are output via the transmission unit **805**.

Meanwhile, upstream signals from slave units **10** are input to a TDMA transmission frame separator **807** via a reception unit **806**. In the TDMA transmission frame separator **807**, the information amount stored in the buffer memory of each slave unit **10** is first detected by the upstream control channel. Here, the slave units #1 to #m about to transmit information signals to the master unit **20** provide the master unit **20** with a report regarding the storage amounts $R_i$ of the information signals thus stored. Here, i indicates an individual slave unit **10**, and i=1, 2, . . . , m, where m is the total number of slave units (m is an integer).

Upon receipt of the reports from the slave units **10**, the master unit **20** calculates, based on the storage amounts $R_i$ thus reported, the information amount $N_i$ that allows each slave unit **10** to transmit signals at no more than a specific maximum value K (bits). Here, the specific maximum value K is set such that the relation expressed by Eq. (1) above is satisfied.

The master unit **10** calculates the information amount $N_i$ and, based on the information amount $N_i$, calculates the information amount ni that can be allocated in the course of a frame period. The information amount ni allows the time slots of upstream data to be continuously allocated, and the slave unit addresses of the corresponding downstream control channels to be written to the time slot numbers thus allocated. Here, the reason that ni is determined separately from $N_i$ is that when the information amount $N_i$ thus calculated exceeds the data transfer rate transmittable with a single frame, the control channel is straddled in relation to a slave unit i, and the information amount $N_i$ is output from the slave units **10** by the head section of the subsequent data channel. Here, the operation whereby the slave units **10** are allowed to transmit signals (that is, the operation whereby time slots of upstream data are assigned) on the basis of the information amount supplied by the slave units **10** is performed by the time slot assigning arithmetic logical unit **804**.

The time slot assigning arithmetic logical unit **804** also assigns the upstream and downstream time slots of the data channels in a transmission frame. Here, the following method can be suggested as an example of an algorithm to

US 6,778,557 B1

69

be executed: priority is given to the downstream data from the backbone network, and the data is assigned to upstream time slots in the destination address verification unit **802** if no downstream information is available.

It is also possible to suggest a method in which downstream time slot regions and upstream time slot regions are assigned in advance fixedly or semi-fixedly. Another apparent suggestion is the preferential allocation of upstream time slots. In the time slots of an upstream data channel, data is entered into the portions to which the time slots have been assigned by the master unit **20**. Consequently, the corresponding slave unit addresses can be identified in a user information reconstruction unit **808** on the basis of the signals from the time slot assigning arithmetic logical unit **804**. IP frames, for example, are transmitted after being divided among a plurality of time slots, and can thus be reconstructed here to a single IP frame. This data is input to the backbone network unit via an output interface **809**.

It should be particularly stressed with regard to the thirteenth embodiment aspect that the upstream signals from slave units **10** are transmitted as continuous time slots to the master unit **20**, and that the condition Ri≦k yields the following equation

$$\alpha*m$$
$$Tt \approx \sum_{i=1}(Ri/r) \leqq (k*\alpha*m)/r = td$$

where Tt is the transfer delay time of upstream data. This limits the upstream transfer delay-time of data by a specific time td. Specifically, transfer can be achieved at a delay time that does not exceed td even when the upstream traffic load from the terminal unit connected to a slave unit **10** is 100%. Not only does this satisfy QOS, but fairness among the slave units is also achieved.

In addition, continuous provision of time slots allows the average transfer delay time tda to satisfy the condition

$$tda \leqq td/2 \text{ (when } \alpha*m \text{ is sufficiently great)}$$

This indicates that the average transfer delay time can be reduced by continuously allocating time slots to the same slave unit.

It was assumed with respect to the thirteenth embodiment aspect that the positions of the time slots for the upstream information signals and downstream information signals in a data channel were established by control from the master unit.

Guard time must be provided, however, between the time slots of upstream information signals and the time slots of downstream information signals. When the distance between the master unit **40** and a plurality of slave units **10** varies, the minimum required guard time is a round-trip delay time corresponding to the magnitude of the distance variation.

The time slots of upstream information signals and downstream information signals may therefore be separated in advance, and a guard time be provided between them. In this case, delay time compensation can be achieved for the absolute value of the propagation delay time between the master unit **20** and the slave units **10**.

To achieve this, it may be suggested, for example, that the round-trip propagation time from the master unit **20** to the slave units **10** be measured, and appropriate delay specified for the instructions from the master unit **20** to the slave units **10**.

Rather than using a TDD protocol, in which upstream and downstream multiplexing is achieved temporally, it is pos-

70

sible to use different transmission lines, which involves employing different lines, optical wavelength division multiplexing, or the like in the case of a landline, and different frequency bands in the case of a wireless line. In such cases, a downstream data channel is entered subsequent to a downstream control channel, and signals are continuously directed toward the slave units. In the upstream direction, upstream burst data channels can be transmitted to the slave units following transmission of upstream control channels.

A fourteenth embodiment aspect of the present invention will now be described.

In the fourteenth embodiment aspect, a circuit-switching guaranteed service is added to the best effort service provided in the thirteenth embodiment aspect.

FIG. 81 is a diagram depicting the transmission frames adopted for the fourteenth embodiment aspect.

In FIG. 81, the portion obtained by general classification into a downstream control channel, upstream control channel, and data channel is the same as in the thirteenth embodiment aspect. However, the downstream control channel is supplemented with a downstream control channel used for a guaranteed service, and the upstream control channel is supplemented with a guaranteed-service control channel.

The downstream control channel for a guaranteed service is used for the purpose of performing circuit control aimed at providing a data channel. Specifically, this channel is used to exchange circuit request signals from slave units **10**, corresponding ACK/NACK signals from the master unit **20**, circuit disconnect requests, corresponding ACKACK signals, and the like.

An actual data channel for a guaranteed service can be created using the time-slot control portion of the downstream control channel. A data channel broken up with n time slots is indicated, including upstream and downstream data. This portion is the same as in the thirteenth embodiment aspect.

FIG. 82 depicts the structure of a slave unit **10** adopted for the fourteenth embodiment aspect. Here, the portion associated with the best-effort service is the same as in the thirteenth embodiment aspect.

With guaranteed service, guaranteed-service input data from a terminal unit is first terminated at an input interface unit **711**. The input interface unit **711** informs a circuit control unit **712** of a circuit setup request in accordance with a circuit setup request from the terminal unit. In the. circuit control unit **712**, the circuit setup request is sensed, and a signal indicating that a request is in progress is returned to the terminal unit via the output interface unit **711** of the guaranteed service. In the input interface unit **711**, the circuit setup request is output to the circuit control unit **712**, and the circuit control unit **712** sends out a circuit setup request for a TDMA transmission frame generator **703**.

In the TDMA transmission frame generator **703**, the circuit setup request is written to the local-station ID number time slots corresponding to the upstream control channel guaranteed service of the transmission frame, and a signal is transmitted to the master unit.

In the TDMA transmission frame separator **707**, meanwhile, an ACK/NACK signal from the master unit **20** is dropped into the local-station ID number time slots of guaranteed service for the downstream control channel, and the result is output to the circuit control unit **712**.

If ACK has returned, a channel setup request signal is output by the circuit control unit **712**. If NACK has returned, a busy signal is output by the circuit control unit **712** toward an output interface unit **719**.

US 6,778,557 B1

71

After the ACK has returned and the channel setup request signal has been output to the master unit **20**, an upstream signal flag of the guaranteed service is written to the time slot control section of the downstream control channel, and a local station ID is written to the corresponding time slot number. This is done together with a circuit setup confirmation notification from the master unit **20**.

In the slave unit **10**, data from the input interface unit **711** of the guaranteed service is transmitted according to the aforementioned flag and ID. With the downstream signals of the guaranteed service, the service type and upstream-downstream differences are identified by the time slot control of the downstream control channel. This identification is performed by an address filter/service separator **708**. In the case of guaranteed service, the results are divided by the output interface unit **719** of the guaranteed service.

A circuit disconnect procedure is performed using a control channel in the same manner as for the above-described circuit setup. There is also a circuit setup procedure from the master unit **20**. This circuit setup procedure is based on signaling from the backbone network. From the master unit **20**, a circuit setup signal flows into a local-station ID time slot in the guaranteed service region of the downstream control channel. Upon receipt of this signal, the circuit control unit **712** outputs a connection request to a terminal unit via the output interface unit **719**. The terminal unit that has received this signal commonly returns a response signal, and this response signal is returned to the circuit control unit **712** via the input interface unit **711**.

In the circuit control unit **712**, this is used as an ACK signal, and this ACK signal is output to the time slot of the local station ID corresponding to the guaranteed service region of the upstream control channel. An NACK signal is output in the circuit control unit **712** in the absence of a response from the terminal unit.

A flag indicating that the service is a guaranteed service, and a flag specifying whether the signal data is of an upstream or downstream nature are subsequently displayed by the master unit **20** in the time slot control region of the downstream control channel.

With the time slot numbers of a data channel, downstream signals are assigned by the master unit **20** in sequence from the lower numbers of vacant time slots. Upstream signals are assigned to subsequent time slot numbers. The slave units **10** output upstream data to the master unit according to the upstream-assigned time slot numbers. The circuit disconnect procedure is performed using control channels.

FIG. 83 depicts the structure of the master unit adopted for the fourteenth embodiment aspect. In this case as well, a guaranteed service will be described because a best effort service has already been described with reference to the thirteenth embodiment aspect.

With guaranteed service, the equipment connected on the backbone network side is primarily a switching system.

Data from the switching system is input to the input interface unit **811** of the guaranteed service. Signaling information, which is information concerning connection objects, is separated by the input interface unit **811** and input to a circuit control unit **812**.

In the circuit control unit **812**, a circuit setup signal is output toward a slave unit **10** via the TDMA transmission frame generator **803** using the time slots of a slave unit ID corresponding to the guaranteed service region of a downstream control channel.

In accordance with this signal, ACK/NACK is repeatedly directed by time slots from the corresponding slave unit **10** to the ID of the corresponding slave unit in the guaran-

72

teed service region of the upstream control channel. If NACK has returned, a busy signal is returned from the circuit control unit **812** to the switching system via an output interface unit **819**.

If ACK has returned, a downstream signal flag, a slave unit ID, and a flag for identifying the type of guaranteed service are written together with a circuit setup completion signal in sequence from the lower number of the time slots not used for the time slot control region of the downstream control channel, and the result is output to the TDMA transmission frame generator **803**. Data is written at the same time to the region accommodating the time slot numbers of the data channel described above, and the result is output toward a slave unit **10**.

In the circuit control unit **812**, an upstream data channel is assigned at the same time to the subsequent time slots of the downstream data channel. The designated slave unit **10** sends data according to the upstream transmission-enabling signals in the time slot control region of the control channel.

This data is separated by the user information reconstruction unit **808** in accordance with signals from the time slot assigning arithmetic logical unit **804**, and is output to the switching system via an output interface unit **819**. Multiplexing is performed in this case in accordance with the multiplexing format of a preset switching system interface.

The above-described sequence is a circuit setup sequence performed on the backbone side for a single slave unit **10**. This sequence is simultaneously set for a plurality of slave units. The setting procedure does not pose any problems in terms of control channel because different time slots have been pre-assigned.

In the circuit control unit **812**, earlier numbers of data channel time slots are assigned in sequence from the earlier instants of circuit setting. As circuits are broken, earlier time slot numbers are searched and assigned by the circuit control unit **812**. Data can therefore be incorporated into best effort service areas by the time slot assigning arithmetic logical unit **804** if vacant time slots are created by the line being disconnected at specific instants. The circuit setting of the guaranteed service takes precedence, however, so the same treatment as that used for vacant circuits is performed by the circuit control unit **812** with respect to the time slot numbers used for the best effort service.

To set up a circuit from a slave unit **10**, a circuit setup request is subsequently entered into the guaranteed service region of the upstream control channel. In the master unit **20**, this request is input to the circuit control unit **812** via the TDMA transmission frame separator **807**.

In the circuit control unit **812**, it is checked whether a condition in which none of the time slots in the data channel are used for a guaranteed service is satisfied, and ACK or NACK is returned to the slave unit **10** using a guaranteed region of the downstream control channel.

If an ACK has returned, a channel setup request signal is presented by a slave unit **10**.

At this time, the master unit **20** sends a connection request to the backbone-side switching system via the circuit control unit **812** and the output interface unit **819**. Where a connection completion notification has been issued by the switching system side via the input interface unit **811**, a circuit setup confirmation notification is returned to the slave unit **10** by the circuit control unit **812** using the guaranteed service region or the downstream control channel.

At the same time, the ID number of the corresponding slave unit, an upstream/downstream identification flag, and a flag for indicating that the service is a guaranteed service are written to the vacant time slot numbers of the time slot

73

control region in the downstream control channel. At this time, the time slot numbers are used in sequence from lower numbers of vacant time slots. In addition, subsequent time slot numbers are concurrently designated as the time slot numbers for upstream data. Furthermore, downstream data is concurrently written to the TDMA transmission frame generator **803** and is output toward the slave unit **10**.

Here, the best effort service is treated the same way as vacant time slots when the time slots of data are assigned. The circuit disconnect procedure is also performed using upstream and downstream control channels.

The fourteenth embodiment aspect was described with reference to a case in which the time slots of a data channel were a mixed upstream/downstream type. When the distance from the master unit **20** to a plurality of slave units **10** varies, the minimum required guard time should be the round-trip delay time corresponding to the magnitude of the distance variation. The time slots of upstream information signals and downstream information signals may therefore be separated in advance, and a guard time be provided between them. In this case, delay time compensation can be achieved for the absolute value of the propagation delay time between the master unit **20** and the slave units **10**.

To achieve this, it may be suggested, for example, that the round-trip propagation time from the master unit **20** to the slave units **10** be measured, and appropriate delay specified for the instructions from the master unit **20** to the slave units **10**.

Rather than using a TDD protocol, in which upstream and downstream multiplexing is achieved temporally, it is possible to use different transmission lines, which involves employing different lines, optical wavelength division multiplexing, or the like in the case of a landline, and different frequency bands in the case of a wireless line. In such cases, a downstream data channel is entered subsequent to a downstream control channel, and signals are continuously directed toward the slave units. In the upstream direction, upstream burst data channels can be transmitted to the slave units following transmission of upstream control channels.

Thus, the thirteenth embodiment aspect is such that the master unit **20** allows slave units **10** to transmit information signals in accordance with the information amount reported by the slave units **10**, making it possible to efficiently use the data transfer rate determined by the system and to ensure fairness for the upstream signals of the slave units **10**. It is also possible to secure worst-case transfer delay time for the average time needed to transfer upstream data from the slave units to the master unit.

Another feature of the fourteenth embodiment aspect is that best effort transmission service can be delivered while circuit switching or another type of guaranteed service is performed according to demand assignment TDMA. In addition, the best effort service can have all the effects of the thirteenth embodiment aspect.

A fifteenth embodiment aspect of the present invention will now be described.

The point-to-multipoint communication system according to the fifteenth embodiment aspect of the present invention is configured such that variable-length packets can be transmitted flexibly and efficiently.

Specifically, the point-to-multipoint communication system according to the fifteenth embodiment aspect is such that the master unit **20** segments terminal-addressed input packets and attaches headers to create fixed-length cells.

Each header contains the addresses of slave units **10**-1 to **10**-m for use in the point-to-multipoint communication

74

system and retrieved based on the terminal addresses contained in the input packets. Because the slave units **10**-1 to **10**-m operate such that data is retrieved only when the addresses contained in the aforementioned headers match the addresses of the local stations, the transfer rate in the downstream direction for each of the slave units **10**-1 to **10**-m can be varied in a simple manner using the master unit alone.

In addition, a short bit length is used and the transfer rate can be utilized efficiently because the addresses of the slave units **10**-1 to **10**-m used in each header are those that have significance solely inside a point-to-multipoint communication system.

Furthermore, the address architecture used in the point-to-multipoint communication system is hierarchized, and the addresses are set such that a subnet is used and the slave units **10**-1 to **10**-m constitute a single network within the entire point-to-multipoint communication system.

The structure of the master unit can thus be simplified because the subnet-identifying portion of a terminal address can be used directly as the address of a slave unit **10**-1 to **10**-m.

The same structure as the system structure shown in FIG. 1 can be adopted for the point-to-multipoint communication system of the fifteenth embodiment aspect.

FIG. 84 depicts the structure of a slave unit **10** (**10**-1 to **10**-m) adopted for the point-to-multipoint communication system of the fifteenth embodiment aspect.

In FIG. 84, the slave unit **10** comprises an input unit **11** connected to an input port; an output unit **12** connected to an output port; a transmission unit **13** connected to a transmission port; a reception unit **14** connected to a reception port; a buffer memory **15**-2 for temporarily storing information signals from the reception unit **14**; a reception control unit **18**-2 for reconstructing into packets the information signals stored in the buffer memory **15**-2; a buffer memory **15**-1 for temporarily storing the information signals from the input port that are input by means of the input unit **11**; and a transmission control unit **18**-1 for controlling, among other things, the division of the packets stored in the transmission buffer memory in accordance with the assignment of upstream transmission slots from the master unit **20**.

FIG. 85 is a block diagram depicting a detailed structure of the master unit **20** adopted for the fifteenth embodiment aspect.

In FIG. 85, the master unit **20** comprises an input unit **21** connected to an input port; an output unit **22** connected to an output port; a transmission unit **23** connected to a transmission port; a reception unit **24** connected to a reception port; a buffer memory **25**-2 for temporarily storing information signals from the reception unit **24**; a reception control unit **28**-2 for reconstructing into packets the information signals stored in the buffer memory **25**-2; a buffer memory **25**-1 for temporarily storing the information signals from the input port that are input by means of the input unit **21**; an address sensing unit **29** for searching out the address of the destination slave unit **10** from among the addresses of packets delivered from the input port and entered by means of the input unit **21**; and a transmission control unit **28**-1 for controlling, among other things, the division of the packets stored in the buffer memory **25**-1 and adding the addresses of slave units **10** sensed by the address sensing unit **29**.

The upstream and downstream transmission frames in the transmission line of the fifteenth embodiment aspect are configured as shown in FIG. 4. For the sake of convenience, the transfer rate, cell length, and frame format used here conform to the tentative guidelines G.983 in ITU-T SG15. It

US 6,778,557 B1

75                                                                                      76

should be noted, however, that tentative guidelines G.983 specify using ATM cells per se as the cells being transmitted, whereas the cells used in the fifteenth embodiment aspect are obtained by segmenting input packets by the method described below. In addition, the transfer rate of the optical transmission line is 155.52 Mb/s both for the downstream transmission from the master unit **20** to the slave units **10-1** to **10-m** and for the upstream transmission from the slave units **10-1** to **10-m** to the master unit **20**.

A downstream frame comprises 56 slots, and an upstream frame comprises 53 slots. Based on these transmission frames, 53 bytes and 56 bytes are exchanged downstream and upstream, respectively, in accordance with the TDM (Time Division Multiplex) multiplexing protocol in the case of the downstream transmission from the master unit **20** to the slave units **10-1** to **10-m**, and in accordance with the TDMA (Time Division Multiple Access) multiplexing protocol in the case of the upstream transmission to the master unit **20** from the slave units **10-1** to **10-m**.

An upstream cell contains a 3-byte overhead for burst transmission, and downstream transmission frames contain two PLOAM cells per frame in a ratio of one cell for every 28 cells. The initial PLOAM cell (PLOAML) has 27 grants for allowing upstream cell transmission from the slave units **10-1** to **10-m**, and the second PLOAM cell (PLOAM2) has 26 grants, to a total of 53 grants. The grants of a PLOAM cell and the slots of an upstream transmission frame are related to each other as shown in FIG. **5**.

The master unit **20** issues instructions as to which slave unit **10-1** to **10-m** can transmit a cell to a particular slot inside an upstream transmission frame by performing a procedure whereby the ID numbers or other identifiers of slave units **10-1** to **10-m** are written to the grants of the PLOAM cells shown in FIG. **5**.

The slave units **10-1** to **10-m** can transmit cells to those slots of the upstream transmission frame that correspond to the aforementioned grants when the identifiers of the slave units **10-1** to **10-m** are written to the PLOAM cells. This method makes it possible to avoid cell collisions in the optical transmission line.

The fifteenth embodiment aspect is not limited to instruction methods involving upstream transmissions, and methods such those described below may also be used as the upstream transmission methods.

One example is a method in which, in a frame structure in which there is a one-to-one correspondence between downstream slots and upstream slots, upstream transmissions are specified for each service class by providing each upstream slot corresponding to a downstream slot with the ID numbers of the slave units **10-1** to **10-m** using these downstream slots, and with identifiers that specify these service classes.

Instructions regarding upstream transmissions can also be given by issuing notifications regarding the number of slots that allows signals to be continuously transmitted by specific slave units **10-1** to **10-m** for specific service classes with the aid of downstream slots.

Packet segmenting and assembly for a case in which the input packets are IP packets are depicted in FIG. **86**. In FIG. **86**, PADs and length are first assigned to the input packets, yielding CS-PDUs with segmented data units. The PADs are provided in order to create redundancy during the separation of packets into fixed-length cells, and the number of segmented data units is an integral multiple of cell data length. In addition, length is provided in order separate the data on the receiving side by indicating the actually used data length within the data region expanded by the PADs.

The segmented data units are then segmented into fixed-length cells, and headers are attached. In the case considered here, both the headers and the data accommodated by the cells have fixed length. On occasion, the headers may have variable length, and the length of the data accommodated by each cell may be varied in accordance with the header length, making it possible to maintain a fixed length for the cells as a whole.

The structure of a header is shown in FIG. **87**. The header shown here pertains to a case in which **64** slave units **10-1** to **10-m** are connected to the master unit **20**. The header typically becomes longer with an increase in the number of slave units **10-1** to **10-m**.

Headers can be divided into passive optical network overheads (PON-OH), which are used in burst transmission applications and are required solely for upstream headers, and PDU-OH, which are payload headers and which are required for upstream and downstream headers. This is because downstream cells can be continuously transmitted from the master unit, dispensing with the need for the guard time, preambles, or delimiters described below.

A passive optical network overhead (PON-OH) comprises a guard time for preventing collisions among cells, a preamble for extracting clock signals, and a delimiter for separating the preamble and subsequent cells and ensuring byte synchronization. Furthermore, a PDU-OH (payload header) is composed of a single byte comprising addresses of the slave units **10-1** to **10-m**, cell content identifiers, and identifiers of the continuous state of the cell.

The minimum number of addresses of the slave units **10-1** to **10-m** must be equal to the number of the slave units **10-1** to **10-m**. Six bits are assigned in the case under consideration. A cell content identifier indicates whether the data contained in a cell is significant data or invalid data. Invalid data is transmitted in cases in which the buffer memory **15-1** does not contain any data that is to be transmitted when an instruction to transmit has been issued by the master unit **20** to the slave units **10-1** to **10-m**. The identifier of the continuous state of a cell is one that indicates that the segmented cell corresponds to the end data of the original packet or that the packet received can be accommodated by a single cell without being segmented.

Packet reconstruction is performed in reverse order in relation to the above-described packet segmenting and assembly. Specifically, cells addressed to a local station are temporarily stored in the buffer memory **15-2** or **25-2**. In the case of the master unit **20**, information is stored in the buffer memory **25-2** for each of the slave units **10-1** to **10-m** that has sent out a cell. If it is detected based on a continuous state identifier that the received cell is a unit cell or the end data of an original packet, it is concluded that the entire original packet has been received, and this packet is therefore reconstructed. At this time, the data length of the original packet is identified on the basis of the length attached to the end of the final cell, and the PAD attached to the back is deleted and is output as a packet by the output unit **12** or **22**.

Here, the header structure is the same for the upstream and downstream arrangements, as shown in FIG. **87**. In the upstream direction, the addresses of the slave units **10-1** to **10-m** can sometimes be dispensed with, however. When, for example, a plurality of master units **20** are provided using a redundancy configuration or the like, the addresses of these master units **20** are entered into the corresponding regions of upstream headers in order to identify these master units **20**.

The addresses of slave units **10-1** to **10-m** attached to the headers may have a short bit length because they have

US 6,778,557 B1

77

significance solely in a point-to-multipoint communication system. Correspondence between destination addresses and the addresses of the slave units 10-1 to 10-m allows the addresses of the terminals connected to the slave units 10-1 to 10-m in advance to be retained as tables for each of the slave units 10-1 to 10-m, to search for the tables by packet input, and to assign to headers the addresses of the slave units 10-1 to 10-m.

A simple method for detecting the addresses of slave units 10-1 to 10-m can be found by devising an optimum address assignment method. An example will be described herein. The description that follows refers to the use of IP packets as the aforementioned packets, but the fifteenth embodiment aspect is also applicable to the use of packets governed by other protocols.

32-bit IP addresses can commonly be divided into networks addresses and host addresses, and classes A, B, and C are primarily used, depending on the length of each region. Recently, methods for specifying the length of a network address independently from conventional classification have come to be used.

An example of an IP address assignment in the fifteenth embodiment aspect is shown in FIG. 88. The network address of the entire point-to-multipoint communication system of the fifteenth embodiment aspect may, for example, be set to <152.1.0.0/18>. As used herein, the numbers in quotation marks are numbers in decimal notation obtained by dividing the ordinarily binary-coded 32-bit addresses into 8-bit units.

In addition, "/18" indicates that the 18 bits of the MSB in an IP address are treated as a network address. Similarly, the network addresses connected to slave units 10-1 to 10-m are assumed to range from <152.1.10/24> to <152.1.32.0/24>.

Here, "/24" indicates that the upper 24 bits of an IP address are treated as a network address. It is assumed here that a single subnetwork is connected to each of the 32 slave units 10-1 to 10-m. If each of the slave units 10-1 to 10-m requires a plurality of network addresses, the IP addresses assigned to the slave units 10-1 to 10-m should be sub-networked using an even finer segmenting arrangement.

Allocating IP addresses in such a manner allows networks 50-1 to 50-m connected to the slave units 10-1 to 10-m to be treated as a plurality of networks connected to a single master unit 20.

In addition, six bits (from eighteenth to twenty-third) of a network address serve as an address for distinguishing among the subnetworks 50-1 to 50-m. Because the subnetworks 50-1 to 50-m are assigned to each slave unit 10-1 to 10-m, the addresses for distinguishing these subnetworks 50-1 to 50-m can be used as the addresses of the slave units 10-1 to 10-m.

Consequently, the lower bits of the network addresses of IP packages transmitted to the slave units 10-1 to 10-m can be directly used as the addresses of the slave units 10-1 to 10-m in the address detecting unit of the master unit 20 by means of such a hierarchical address allocation. Therefore, the search data for retrieve slave unit addresses from IP addresses can be dispensed with, and the master unit 20 can be configured as a simple structure.

## INDUSTRIAL APPLICABILITY

The present invention provides a point-to-multipoint communication system in which a master unit and a plurality of slave units are connected by means of a transmission line, and point-to-multipoint communication is performed between the master unit and the plurality of slave units. When the slave units are about to transmit signals, these

78

signals are temporarily stored, and the information amount of the stored signals is counted. The master unit instructs each slave unit to report its information amount. The slave units that have received these instructions from the master unit inform the master unit about the information amount according to the instructions. The master unit, upon receipt of the reports from the slave units, calculates enabling amounts that allow the slave units to transmit signals below a specific maximum value on the basis of the information amount thus reported, and instructs the slave units to transmit the signals on the basis of the enabling amounts thus calculated. Upon receipt of the instructions from the master unit, the slave units present the master unit with signals stored in accordance with the instructions. Furthermore, the master unit dynamically updates the period for giving the slave units instructions on reporting the information amount. A point-to-multipoint communication system capable of providing adequate communication can thus be constructed even when data signals on the order of several megabytes are transmitted in bursts.

What is claimed is:

1. A point-to-multipoint communication system, in which a master unit and a plurality of slave units are connected by means of a transmission line, and point-to-multipoint communication is performed between the master unit and the plurality of slave units, characterized in that:

the slave units each comprise information amount reporting means for presenting the master unit with reports regarding information amount necessary to transmit signals; and

the master unit comprises calculation means for determining a maximum transmittable information amount of each currently active slave unit by allocating among the currently active slave units the maximum transmittable information amount that can be transmitted from the slave units to the master unit, calculating as a transmission-enabling information amount the information amount reported by the slave units if the information amount thus reported does not reach the maximum transmittable information amount, and calculating as the transmission-enabling information amount the maximum transmittable information amount if the information amount reported by the slave units exceeds the maximum transmittable information amount, and signal transmission instruction means for instructing each of the slave units to transmit signals on the basis of the transmission-enabling information amount calculated by the calculation means.

2. The point-to-multipoint communication system according to claim 1, characterized in that the information amount reporting means comprises:

data signal storage means for temporarily storing data signals transmitted to the master unit;

storage amount counting means for counting the storage amounts of the data signals stored in the data signal storage means; and

storage amount reporting means whereby the storage amounts counted by the storage amount counting means are reported to the master unit as the information amount necessary for transmission of the signals.

3. The point-to-multipoint communication system according to claim 2, characterized in that the storage amount counting means comprises:

absolute value counting means whereby the storage amounts of data signals stored in the data signal storage means are counted as absolute values; and

US 6,778,557 B1

79

80

the storage amount reporting means provides the master unit with reports regarding the absolute values of the storage amounts of data signals counted by the absolute value counting means.

**4**. The point-to-multipoint communication system according to claim **2**, characterized in that the storage amount counting means comprises:

differential value counting means whereby the storage amounts of data signals stored in the data signal storage means are counted as differential values obtained based on a previous report; and

the storage amount reporting means provides the master unit with reports regarding the absolute values of the storage amounts of data signals counted by the absolute value counting means.

**5**. The point-to-multipoint communication system according to claim **2**, characterized in that the storage amount counting means comprises absolute value counting means whereby the storage amounts of data signals stored by the data signal storage means are counted as absolute values, and differential value counting means whereby the storage amounts of data signals stored in the data signal storage means are counted as differential values obtained based on a previous report; and

the storage amount reporting means provides the master unit with reports regarding the absolute values of the storage amounts of data signals counted by the absolute value counting means, and the absolute values of the storage amounts of data signals counted by the differential value counting means.

**6**. The point-to-multipoint communication system according to claim **1**, characterized in that an overall transmittable information amount that can be transmitted from the slave units to the master unit is calculated based on an allowed delay time and the rate of transmission from the slave units to the master unit.

**7**. The point-to-multipoint communication system according to claim **1**, characterized in that the maximum transmittal information amount is calculated by equally allocating an overall transmittable information amount among currently active slave units.

**8**. The point-to-multipoint communication system according to claim **1**, characterized in that the maximum transmittable information amount is calculated by individually allocating an overall transmittable information amount among currently active slave units.

**9**. The point-to-multipoint communication system according to claim **1**, characterized in that the signal transmission instruction means continuously instructs the slave units to transmit signals at no more than the transmission-enabling information amount calculated by the calculation means.

**10**. The point-to-multipoint communication according to claim **1**, characterized in that the information amount reporting means reports the information amount necessary to transmit the signals for each service class to the master unit; and

the calculation means calculates for each service class the overall transmittable information amount that can be transmitted from the slave units to the master unit on the basis of the allowed delay time and the rate of transfer from the slave units to the master unit for each of the service classes, calculates the reported storage amounts as the transmission-enabling information amount for each of the service classes when the storage amounts reported by the slave units for each of the service classes are less than the maximum transmittable information amount for each of the service classes, and

calculates the maximum transmittable information amount as the transmission-enabling information amount for each of the service classes when the storage amounts reported by the slave units for each of the service classes exceeds the maximum transmittable information amount.

**11**. The point-to-multipoint communication system according to claim **1**, characterized in that the master unit further comprises information amount report instruction means for instructing the slave units to issue reports regarding the information amount necessary to transmit the signals; and

the information amount reporting means presents the master unit with reports regarding the information amount necessary to transmit the signals in accordance with the instructions from the information amount report instruction means.

**12**. The point-to-multipoint communication system according to claim **11**, characterized in that the information amount report instruction means comprises information amount report period setting means for setting the period with which the slave units are instructed to report the information amount; and

the slave units are instructed to issue reports regarding the information amount necessary to transmit the signals with the period that is set by the information amount report period setting means.

**13**. The point-to-multipoint communication system according to claim **12**, characterized in that the information amount report period setting means sets the period with which the information amount is to be reported by the slave units on the basis of the counted value of the information amount reported by the information amount reporting means.

**14**. The point-to-multipoint communication system according to claim **12**, characterized in that the master unit further comprises transmission line monitoring means for monitoring the load state of the transmission line; and

the information amount report period setting means sets the period with which the slave units are instructed to report the information amount on the basis of the load state of the transmission line monitored by the transmission line monitoring means.

**15**. A point-to-multipoint communication system, in which a master unit and a plurality of slave units are connected by means of a transmission line, and point-to-multipoint communication is performed between the master unit and the plurality of slave units, wherein the point-to-multipoint communication system is characterized in that the slave units each comprise information amount reporting means for presenting the master unit with reports regarding the information amount necessary to transmit signals; and

the master unit comprises calculation means for calculating an overall transmittable information amount that can be transmitted from the slave units to the master unit on the basis of an allowed delay time and a rate of transfer from the slave units to the master unit, determining a maximum transmittable information amount of each currently active slave unit by allocating the overall maximum transmittable information amount among the currently active slave units, calculating the reported storage amounts as the transmission-enabling information amount when the storage amounts reported by the slave units are less than the maximum transmittable information amount, and calculating the maximum transmittable information amount as the transmission-enabling information amount when the

US 6,778,557 B1

81

storage amounts reported by the slave units exceeds the maximum transmittable information amount, and transmission-enabling information amount notification means for notifying each of the slave units about the transmission-enabling information amount calculated by the calculation means, the slave units exercising control over transmissions to the master unit on the basis of the transmission-enabling information amount relayed by the transmission-enabling information amount notification means.

**16.** The point-to-multipoint communication system according to claim **15**, characterized in that the information amount reporting means operates such that reports regarding the information amount necessary for signal transmission are submitted to the master unit with a first period; and

the transmission-enabling information amount notification means operates such that the transmission-enabling information amount calculated by the calculation means is conveyed to the slave units with a second period.

**17.** The point-to-multipoint communication system according to claim **15**, characterized in that information signals are transmitted from the slave units to the master unit as frame units of fixed data length; and

the transmission-enabling notification means segments the transmission-enabling information amount calculated by the calculation means and issues notifications for the slave units when the transmission-enabling information amount is greater than the information amount that can be transmitted in a single session with the frame.

**18.** The point-to-multipoint communication system according to claim **15**, characterized in that the information amount reporting means reports, separately for each service class, the information amount necessary for transmitting the signals;

the calculation means calculates, separately for each of the service classes, the overall transmittable information amount that can be transmitted from the slave units to the master unit on the basis of the allowed delay time and the rate of transfer from the slave units to the master unit in each service class, determines the maximum transmittable information amount of each currently active slave unit in each of the service classes by allocating the calculated overall maximum transmittable information amount among the currently active slave units in each of the service classes, calculates the reported storage amounts as the transmission-enabling information amount of each of the service classes when the storage amounts reported by the slave units in each of the service classes are less than the maximum transmittable information amount of each of the service classes, and calculates the maximum transmittable information amount as the transmission-enabling information amount of each of the service classes when the storage amounts reported by the slave units in each of the service classes exceeds the maximum transmittable information amount;

the transmission-enabling information amount notification means notifies each of the slave units about the transmission-enabling information amount calculated by the calculation means for each of the service classes; and

the slave units control the transmission of the information amount to the master unit in each of the service classes on the basis of the transmission-enabling information

82

amount relayed in each of the service classes by the transmission-enabling information amount notification means.

**19.** A point-to-multipoint communication system, in which a master unit and a plurality of slave units are connected by means of a transmission line, and point-to-multipoint communication is performed between the master unit and the plurality of slave units, wherein the point-to-multipoint communication system is characterized in that the slave units comprise information amount reporting means for submitting reports regarding the information amount necessary to transmit signals according to instructions from the master unit;

the master unit comprises signal transmission instruction means for instructing the slave units to transmit signals on the basis of the information amount reported by the slave units with the aid of the information amount reporting means;

the signal transmission instruction means comprises continuous transmission instruction means for continuously instructing the slave units to transmit signals at no more than a specific maximum value on the basis of information amount reported by the slave units, and sequential transmission instruction means for instructing each slave unit to transmit signals in a sequential manner;

the continuous transmission instruction means calculates an overall transmittable information amount that can be transmitted from the slave units to the master unit on the basis of an allowed delay time and a rate of transfer from the slave units to the master unit, determines a maximum transmittable information amount of each slave unit by allocating the overall transmittable information amount among the slave units, continuously issues instructions to transmit signals at no more than the information amount reported by the slave units when the information amount thus reported is less than the maximum transmittable information amount, and continuously issues instructions to transmit signals at less than the maximum transmittable information amount when the information amount reported by the slave units exceeds the maximum transmittable information amount; and

the sequential transmission instruction means issues sequential instructions to transmit signals to each slave unit when the overall transmittable information amount still has a margin after instructions to transmit signals have been issued by the continuous transmission instruction means for the information amount reported by all the slave units.

**20.** The point-to-multipoint communication system according to claim **19**, characterized in that the sequential transmission instruction means issues sequential instructions to transmit signals for currently active slave units.

**21.** A point-to-multipoint communication system, in which a master unit and a plurality of slave units are connected by means of a transmission line, and point-to-multipoint communication is performed between the master unit and the plurality of slave units, wherein the point-to-multipoint communication system is characterized in that the slave units comprise information amount reporting means for providing the master unit with reports regarding the information amount of transmission data in each service class according to instructions from the master unit;

the master unit comprises information amount retrieval means for issuing instructions on the reporting of the

US 6,778,557 B1

83

information amount necessary to transmit signals for the slave units, and transmission instruction means for calculating an overall transmittable information amount that can be transmitted in each service class from the master unit to slave units, determining a maximum transmittable information amount of each slave unit per service class by allocating the overall transmittable information amount of each service class to each of the service classes inside the slave units, issuing instructions to transmit signals in the service classes as signals equal to or less than the information amount of each service class retrieved from the slave units when the information amount thus retrieved in each service class is less than the maximum transmittable information amount in each of the service classes, and issuing instructions to transmit signals at no more than the maximum transmittable information amount of each service class when the information amount of each service class received from the slave units exceeds the maximum transmittable information amount in each of the service classes, on the basis of the information amount reported by the slave units in each service class; and

the slave units control the transmission of the information amount to the master unit in each service class on the basis of the transmission instructions of service class from the master unit.

22. The point-to-multipoint communication system according to claim 21, characterized in that the slave units comprise data storage means for temporarily storing data by service class, and storage amount counting means for counting, separately for each service class, the storage amount of data stored by the data storage means; and

the information amount reporting means operates such that the storage amounts counted by the storage amount counting means separately for each service class are reported to the master unit in accordance with instructions from the master unit.

23. The point-to-multipoint communication system according to claim 21, characterized in that the maximum transmittable information amount of each service class is calculated by equally allocating the overall transmittable information amount of each service class among slave units in each service class.

24. The point-to-multipoint communication system according to claim 21, characterized in that the maximum transmittable information amount of each service class is calculated by individually allocating the overall transmittable information amount of each service class among slave units separately for each service class.

25. The point-to-multipoint communication system according to claim 21, characterized in that the service classes comprise a plurality of service classes having mutually different priority levels and requirements regarding the data transmission delay time; and

the transmission instruction means issues instructions to transmit signals separately for each service class in sequence according to the priority levels and requirements regarding the delay time.

26. The point-to-multipoint communication system according to claim 21, characterized in that the service classes comprise service classes with periodic data transmission requirements, and service classes with sporadic data transmissions; and

the transmission instruction means operates such that in the case of service classes with periodic data transmission requirements, instructions are issued to transmit

84

data for these service classes with the period required by these service classes, and in the case of service classes with sporadic data transmissions, instructions are issued to transmit data for the service classes with sporadic data transmissions at the transfer rate remaining after instructions have been issued to transmit data for the service classes with periodic data transmission requirements.

27. The point-to-multipoint communication system according to claim 26, characterized in that the service classes with periodic data transmission requirements are service classes that require fixed-length data to be periodically transmitted.

28. The point-to-multipoint communication system according to claim 21, characterized in that the service classes comprise service classes with periodic data transmission requirements, and service classes with sporadic data transmissions;

the service classes with sporadic data transmissions further comprise one or more service classes with different priority levels and requirements regarding the data transmission delay time; and

in the case of service classes with sporadic data transmissions, instructions are issued to transmit data separately for each service class in sequence according to the priority levels and requirements regarding the data transmission delay time at the transfer rate remaining after instructions have been issued to transmit data for the service classes with periodic data transmission requirements.

29. The point-to-multipoint communication system according to claim 28, characterized in that the transmission instruction means issues instructions to transmit data by service class in sequence according to the maximum transmittable information amount for each service class.

30. A point-to-multipoint communication system, in which a master unit and a plurality of slave units are connected by means of a transmission line, and the slave units transmit signals belonging to a plurality of service classes according to instructions from the master unit, wherein the point-to-multipoint communication system is characterized in that the master unit comprises information amount report instruction means for instructing the slave units to issue reports regarding the information amount necessary to transmit signals, and signal transmission instruction means for instructing the slave units to transmit signals on the basis of the information amount reported by the slave units;

the slave units comprise service class setting means for setting a signal service class, information amount reporting means for submitting reports regarding the information amount necessary to transmit signals according to reporting instructions from the master unit, and signal transmission means for transmitting signals according to transmission instructions from the master unit;

the information amount report instruction means instructs the slave units to issue reports regarding the information amount necessary to transmit signals;

the information amount reporting means presents the master unit with reports regarding the information amount necessary to transmit the signals of all of the service classes in accordance with the instructions from the master unit; and

the signal transmission instruction means calculates the overall transmittable information amount that can be

US 6,778,557 B1

85

transmitted from the slave units to the master unit on the basis of the allowed delay time of signals and the rate of transfer from the slave units to the master unit, determines the maximum transmittable information amount of each slave unit by allocating the overall transmittable information amount among the slave units, issues instructions to transmit signals at no more than the information amount reported by the slave units for all of the service classes when the information amount thus reported is less than the maximum transmittable information amount, and issues instructions to transmit signals at less than the maximum transmittable information amount when the information amount reported by the slave units for all of the service classes exceeds the maximum transmittable information amount.

**31**. The point-to-multipoint communication system according to claim **30**, characterized in that the service class setting means comprises means for setting the service class of signals transmitted to the master unit on the basis of differences in the allowed delay times of signals, wherein signals for which the allowed delay time is comparatively short are classified as belonging to a high-priority service class, and signals for which the allowed delay time is comparatively long are classified as belonging to a low priority service class.

**32**. The point-to-multipoint communication system according to claim **30**, characterized in that the signal transmission means first transmits signals of the high-priority service classes when instructions to transmit signals are received from the master unit.

**33**. A point-to-multipoint communication system, in which a master unit and a plurality of slave units are connected by means of a transmission line, and the slave units transmit information signals by authorization from the master unit, wherein the point-to-multipoint communication system is characterized in that the slave units comprise measurement means for measuring the information amount to be transmitted, and first notification means for notifying the master unit of the measurement results obtained by the measurement means;

the master unit comprises calculation means for calculating a transmission-enabling information amount that allows each slave unit to transmit signals at no more than a specific maximum value by determining a maximum overall transmittable information amount of each currently active slave unit by allocating among the currently active slave units the maximum transmittable information amount that can be transmitted from the slave units to the master unit, calculating as the transmission-enabling information amount the information amount reported by the slave units if the information amount thus reported does not reach the maximum transmittable information amount, and calculating as the transmission-enabling information amount the maximum transmittable information amount if the information amount reported by the slave units exceeds the maximum transmittable information amount, and second notification means for assigning the transmission line as time slot units to the slave units on the basis of the transmission-enabling information amount calculated by the calculation means, and notifying the slave units about the results of this assigning; and

86

the slave units that have received the notifications from the second notification means transmit data signals in the time slot units thus assigned.

**34**. The point-to-multipoint communication system according to claim **33**, characterized in that the first notification means notifies the master unit of the measurement results obtained by the measurement means, using pre-assigned control time slots.

**35**. The point-to-multipoint communication system according to claim **33**, characterized in that the second notification means assigns one or more continuous time slots to the slave units on the basis of the transmission-enabling information amount calculated by the calculation means, and notifies the slave units about the results of this assigning using pre-assigned control time slots.

**36**. A point-to-multipoint communication system, in which

a master unit and a plurality of slave units are connected by means of a transmission line, the slave units transmit information signals by authorization from the master unit, and there are two types of service classes for the allowed delay times of these information signals: guaranteed service, which guarantees a delay time, and best effort service, in which there is no compensation for the delay time, wherein the point-to-multipoint communication system is characterized in that in the case of guaranteed service, the slave units comprise first notification means for notifying the master unit of circuit requests;

the master unit comprises second notification means for assigning the transmission line as time slot units to the slave units on the basis of the circuit requests conveyed by the slave units, and notifying the slave units about the results of this assigning; and

the slave units receiving the notifications from the second notification means transmit data signals as the time slot units thus assigned; and

in the case of best effort service, the slave units comprise measurement means for measuring the information amount to be transmitted, and third notification means for notifying the master unit of the measurement results obtained by the measurement means;

the master unit comprises calculation means for calculating a transmission-enabling information amount that allows each slave unit to transmit signals at no more than a specific maximum value on the basis of an information amount conveyed from the slave units by the third notification means, and fourth notification means for assigning the transmission line as time slot units to the slave units on the basis of the transmission-enabling information amount calculated by the calculation means, and notifying the slave units about the results of this assigning;

the slave units that have received the notifications from the fourth notification means transmit data signals in the time slot units thus assigned; and

the master unit gives preference to the guaranteed service in assigning the time slots.

*   *   *   *   *

US 2003/0020991 A1

Jan. 30, 2003

1

# AUTOMATIC BANDWIDTH ADJUSTMENT IN A PASSIVE OPTICAL NETWORK

## RELATED APPLICATIONS

[0001]  The present application relates to U.S. patent application Ser. No. 09/792,309 filed on Feb. 23, 2001 and entitled "IP PACKETIZED FRAME FORMAT IN A PASSIVE OPTICAL NETWORK" which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

[0002]  1. Field of the Invention

[0003]  The invention relates to optical networks and, more particularly, to the automatic bandwidth adjustment in a passive optical network (PON) with optical network units or ONUs.

[0004]  2. Description of the Related Art

[0005]  A passive optical network or PON is an optical network that does not employ, or reduces the use of, active devices such as lasers, regenerators and amplifiers. A PON includes an optical line terminal (OLT), located at the central office (CO) or cable headend, connected to a plurality of optical network units (ONUs). Because of the reduction in the number of active devices, the optical network can improve performance and become more cost-effective in operation and maintenance.

[0006]  A PON can employ a tree, bus or ring architecture in connecting the single OLT with the ONUs. FIG. 1 is a block diagram generally illustrating a PON with an OLT 11 connected to a plurality of ONUs in a ring structure, including at least ONUs 111, 112, 113, 114 and 115. FIG. 2 is a block diagram generally illustrating a PON with an OLT 21 connected to a plurality of ONUs in a tree architecture, including at least ONUs 211, 212, 213, 214 and 215. FIG. 3 is a block diagram generally illustrating a PON with an OLT 31 connected to a plurality of ONUs in a bus architecture, including at least ONUs 311, 312, 313, 314, 315 and 316. Data travels upstream when the data are transmitted from the ONUs to the OLT. Data travels downstream when the data are transmitted from the OLT to the ONUs. The OLT can also be connected to another optical or non-optical network, e.g., the Internet or an Internet protocol (IP) network. Note that IP is a widely used protocol in the art that specifies the format of packets (also called datagrams in IP network) and the associated addressing scheme. A packet is a piece of a message transmitted over a packet-switching network (such as an IP network) where the packet includes the destination address in addition to the data, and each packet in the network is transmitted individually (which can follow different routes) to its corresponding destination.

[0007]  As data traffic increases or decreases due to the size and type of data being transmitted in the PON, bandwidth utilization and efficiency may suffer. There is therefore a general need in the art for a PON that allows automatic bandwidth adjustment in optimizing bandwidth usage and thereby improving bandwidth efficiency.

## SUMMARY OF THE INVENTION

[0008]  The invention provides an automatic bandwidth adjustment method and system in a passive optical network (PON) comprising an optical line terminal (OLT) connected to a plurality of optical network units (ONUs). A particular embodiment of the method according to the invention comprises the steps of transmitting data between at least one of the ONUs and the OLT, detecting if there is any undelivered data in the data being transmitted, queuing the undelivered data in an undelivered data block (UDB) in an upstream frame of the ONU, informing the OLT of the undelivered data using the undelivered data block (UDB), reading the UDB, adjusting bandwidth of the ONU according to the UDB, informing the ONU whether the PON is busy/unavailable using an unused bandwidth block (UBW), and rejecting a new service transmission request (such as a video on demand (VOD) request) between the ONU and the OLT if the PON is busy or unavailable.

[0009]  A further embodiment of the method according to the invention comprises the steps of calculating the unused bandwidth (UBW) and informing the ONUs of the UBW, sending an Downstream frame to the ONUs, and determining if an ONU frame (for each of the ONUs) is received at the OLT. If it is determined that an ONU frame is received at the OLT, the UDB is recorded at the OLT, recalculating an automatic bandwidth adjustment beginning (ABAB) and an automatic bandwidth adjustment terminating (ABAT), and calculating a new UBW for each received ONU frame. If an ONU frame is not received at the OLT, a new UBW is calculated for each ONU frame not received at the OLT. The Downstream frame with the recalculated ABAB and ABAT is sent to each of the ONUs.

[0010]  At the ONUs, the UDB is calculated, and the ONU frames are transmitted to the OLT. At each of the ONUs, it is then determined whether an downstream frame is received. If the Downstream frame is received, each of the ONUs records the recalculated ABAB and ABAT from the received Downstream frame, updates the ABAB and ABAT, checks the UBW for deciding to accept (or not) a new transmission, and calculates a new UDB for each of the transmitted ONU frames. If it is determined that the downstream frame is not received, a new UDB is calculated for each of the transmitted ONU frames. The ONU frames are then transmitted to the OLT with the updated ABAB and ABAT.

[0011]  With the automatic bandwidth adjustment method and system according to the invention, a PON, through its OLT, can advantageously control the bandwidth for each of the ONUs in the PON and accordingly optimize the overall bandwidth utilization therein.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0012]  The foregoing and other advantages and features of the invention will become more apparent from the detailed description of the preferred embodiments of the invention given below with reference to the accompanying drawings, not necessarily drawn to scale, in which:

[0013]  FIG. 1 is a diagram generally illustrating a passive optical network (PON) in the art with a ring architecture;

[0014]  FIG. 2 is a diagram generally illustrating a passive optical network (PON) in the art with a tree architecture;

[0015]  FIG. 3 is a diagram generally illustrating a passive optical network (PON) in the art with a bus architecture;

6,011,637

1

# OPTICAL NETWORK UNIT AND CENTER OF AN OPTICAL COMMUNICATION NETWORK

## TECHNICAL FIELD

The invention relates to an optical network unit of an optical communication network.

## BACKGROUND OF THE INVENTION

Optical communication networks require an optical transmitter in each optical network unit. To eliminate the need for the transmitters, an optical LAN in star topology with a central laser has been constructed, as described in Electronics Letters, Sep. 1, 1994, Vol. 30, No. 18, pages 1506–1507. The central laser provides reference pulses which are transmitted to all network units. In each network unit, the received reference pulses are modulated with the respective digital data stream via an electro/optical switch using the TDMA technique and subsequently reflected into the communication network. Because of the differences in propagation time which are caused, for example, by temperature variations, problems relating to synchronization can arise. The reflection of the modulated reference pulses is lossy and may lead to interferences with the unmodulated reference pulses. In addition, the optical network units have to be synchronized with respect to each other.

## SUMMARY OF THE INVENTION

It is therefore an object of the invention to reduce the number of optical transmitters in optical network units. This object is solved by an optical network unit of an optical communication network for receiving composite signals consisting of periodically transmitted reference pulses and data packets transmitted in the time intervals between the reference pulses, comprising a processing unit for evaluating the received data packets and for generating a data stream, an electro-optical unit for modulating the received reference pulses with the generated data stream, and a CDMA encoder for encoding the modulated reference pulses using the asynchronous CDMA technique and for transmitting the encoded reference pulses.

Another object of the invention is a center of an optical communication network for transmitting composite signals consisting of reference pulses and data packets which are transmitted in the time intervals between the reference pulses, and for receiving a plurality of different CDMA-encoded signals, comprising a unit for generating the composite signals and a plurality of CDMA decoders for decoding the received encoded signals.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the following, the invention will be discussed in reference to an illustrative embodiment in conjunction with the accompanying drawings. In the drawings:

FIG. **1**, a schematic illustration of a communication network of the invention,

FIG. **2**, illustrates three diagrams of signal forms, and

FIG. **3**, schematically illustrates a construction of a CDMA encoder.

## BEST MODE FOR CARRYING OUT THE INVENTION

The embodiment will now be initially described with reference to FIG. **1**. FIG. **1** shows a communication network

2

NET. The communication network NET is a bi-directional network. It comprises the center OLT which is connected via optical fiber links with several optical network units ONU, of which one unit is shown. For transmitting information from the center OLT to the network units ONU, the optical fiber links are implemented using optical splitters in star or tree topology. Independent of these optical fiber links, there exists additional optical fiber links which are also implemented in star or tree topology for the purpose of transmitting information from the optical network units ONU to the center OLT.

Information is transmitted from the center OLT to the optical network units ONU using the optical time division multiplex or TDM technique. For this purpose, there are data packets generated in the center OLT which are transmitted sequentially in time to all optical network units ONU via the glass fiber links. The beginning of each data packet contains an address specifying the network unit ONU for which the data packet is designated. Aside from the data packets, the center OLT also generates reference pulses. The reference pulses are transmitted periodically and serve two functions: first, the optical network units can use these reference pulses to establish synchronization with respect to the received information. Secondly, the optical network units ONU can use the received optical reference pulses to transmit information to the center OLT without having their own transmitter by modulating the optical reference pulses with their own data stream and transmitting these signals to the center OLT via the optical fiber links. As a result, the center OLT transmits composite signals comprising reference pulses and data packets. The data packets are transmitted during the time intervals between the reference pulses.

Information is transmitted from the optical network units ONU to the center OLT using the asynchronous CDMA technique; CDMA=Code Division Multiple Access. CDMA is an access technique wherein each optical network unit ONU is assigned a code. Each optical network unit ONU receives from the center OLT the composite signals comprising reference pulses and data packets. The data packets are evaluated if the addresses match. The received reference pulses are modulated with the data stream containing the information to be transmitted and are subsequently encoded using the CDMA technique before they are transmitted to the center OLT via the optical fiber links. Each optical network unit ONU uses its own individual code for encoding. The code is, for example, the address of the respective optical network unit ONU. In the center OLT, the reference pulses encoded with the CDMA technique are received, decoded and evaluated.

The communication between the center OLT and the optical network units ONU can be broadband. In this way, for example, an optical LAN can be constructed wherein the optical network units ONU communicate with each other, for example transmit data, via the center OLT.

The center OLT is a so-called Optical Line Termination. It comprises a light source LAS, an electro/optical modulator MOD, several CDMA decoders D1, D2, . . . , Dn and an arithmetic unit $\mu P$. n is an integer number corresponding to the number of optical network units ONU adapted for bi-directional communication, wherein each of these units includes one CDMA encoder. The light source LAS comprises a laser diode for generating continuous (CW) light in the wavelength range 1520 nm to 1570 nm. The arithmetic unit $\mu P$ is implemented as a microprocessor. In the arithmetic unit $\mu P$, electrical signals are generated. The electrical signals are composite signals consisting of reference pulses and data packets. The reference pulses are transmitted periodi-

6,023,467

1

## OPERATIONS AND MAINTENANCE DATA FLOWS OVER A POINT TO MULTIPOINT BROADBAND ACCESS NETWORK

### FIELD OF THE INVENTION

The present invention pertains to the field of communication networks and, more particularly, to transmission protocols for the transport of operations, administration and maintenance data over a point-to-multipoint broadband access network.

### BACKGROUND OF THE INVENTION

Much activity is presently being directed towards the design and deployment of "point-to-multipoint" broadband access networks, wherein downstream signals are broadcast from a single head-end facility to multiple end user stations (i.e., via "point-to-multipoint" transmission), and upstream signals are transmitted from each respective end user to the head end facility (i.e., via "point-to-point" transmission). It presently anticipated that point-to-multipoint broadband access networks will be employed to support a variety of independent communication services, such as traditional two-way telecommunications, broadcast video (i.e., CATV) services and a full range of digital baseband services.

Given the wide variety of potential communication services to be supported over point-to-multipoint broadband access networks, it is desirable to provide efficient digital data transmission protocols for supporting both the downstream and upstream communication paths. Notably, such networks are well suited to support asynchronous transfer mode ("ATM") based data transmission, whereby data packets or "cells" are periodically assembled and transmitted from a sending node, and received and disassembled at a receiving node. In particular, ATM transmission enables the transmission of multiple services over a single communication path, whereby individual service bandwidth utilization may be optimized as a function of the statistical activity of each individual service.

By way of specific examples, a preferred system architecture and data transmission protocol for a point-to-multipoint broadband access network employing an ATM-based passive optical network ("PON") is disclosed and described in U.S. Application Ser. No. 08/826,633, filed Apr. 3, 1997, entitled "Data Transmission Over a Point-to-Multipoint Optical Network," now U.S. Pat. No. 5,926,478. A preferred system architecture and data transmission protocol for a point-to-multipoint broadband access network employing a shared coaxial medium is disclosed and described in U.S. application Ser. No. 08/772,088, filed Dec. 19, 1996, entitled "Network Architecture for Broadband Data Communication Over a Shared Medium," now U.S. Pat. No. 5,926,476. Both of these applications are assigned to the assignee of the present application and both are fully incorporated herein by reference.

The use of a relatively low noise, high speed point-to-multipoint optical network to support the two-way transmission of a wide variety broadband data services is especially desirable in that relatively large amounts of data may be transported in short time periods. However, in order to fully utilize the high speed, low noise environment provided by an optical network, the selected data transmission protocol(s) should be compatible with existing optical transmission standards, should most fully utilize the available carrier channel bandwidth, and should conform with applicable ATM transmission protocols.

In addition to the efficient and successful delivery of bearer information, such communication protocols must also

2

account for the efficient and successful delivery of "system level" data, including what is commonly referred to as operations, administration and maintenance ("OAM") data. In particular, OAM functions are generally categorized into performance, fault, configuration, accounting, security and traffic management data.

For example, OAM functions needed in an ATM-based point-to-multipoint PON can be categorized by looking at the protocols chosen for data transfer, the physical equipment related functions, the functions required, and the services supported over the access network. A general categorization of the OAM functions, based on a "protocol stack" view of a PON system, is set forth as follows:

1. Physical layer:
   (a) Optical layer, including transmit and receive power levels, ranging, synchronization, optical signal loopback, signal detection and frame alignment; and
   (b) PON transmission convergence, including cell slot and frame integrity, downstream frame and cell loopback, upstream cell loopback, error monitoring, cell rate de-coupling, cell delineation, performance monitoring, and fault localization.

2. ATM layer:
   (a) ATM cell integrity, flow control, traffic congestion control, and service priority identification ("PTI") and processing;
   (b) Virtual path ("VP") alarm indication signals ("AIS"), remote defect indication ("RDI"), continuity check, forward performance monitoring, backward performance monitoring, loopback, system management functions, and fault and performance management; and
   (c) Virtual circuit ("VC") AIS, RDI, continuity check, forward performance monitoring, backward performance monitoring, loopback, system management functions, and fault and performance management.

3. Media Access control ("MAC") functions:
   (a) Downstream bandwidth allocation and maintenance, upstream transmission bandwidth request processing, polling and sign-on of idle optical network units ("ONUs"); and
   (b) Upstream bandwidth requests based on traffic demand from each respective ONU, request grant identification and proper association with the upstream cell slot.

4. ATM Adaptation Layer ("AAL") level:
   (a) User data at this level is beyond the scope of the PON management; and
   (b) System signalling data is carried over AAL and is to be managed at the AAL level.

5. Service Level:
   This is transparent to PON the interface and concerns only end-points and intermediate points that process each particular service type.

6. Hardware alarms:
   (a) Equipment failures affecting the physical, MAC, and/or ATM layers; and
   (b) Internal failures, such as power or battery failures, backplane, board and component failures, and mechanical and environmental failures.

A generally accepted standard for OAM flows in broadband access networks is published in the ITU-T Recommendation 1.610 (draft published November 1995), entitled "B-ISDN Operation and Maintenance Principles and Functions," which is fully incorporated herein by reference. In accordance with the ITU-T 1.610 Recommendation, OAM functions in a broadband integrated services digital

6,023,467

3

network (i.e., "B-ISDN OAM functions") are divided into the following stages: (1) performance monitoring, including the continuous or periodic monitoring of all network managed entities to verify their normal operation, resulting in maintenance event information; (2) defect and failure detection, including the detection of malfunction conditions through a continuous or periodic inspection, resulting in maintenance or alarm reports; (3) system protection, including minimizing of managed entity failure effects by blocking or replacing the entity—i.e., excluding the failed entity from further operation; (4) delivery of failure or performance impairment information to network management entities, e.g., such as alarm indication and status report delivery; and (5) fault localization, including internal or external testing to determine the impaired entity for fault localization.

In accordance with the ITU-T 1.610 Recommendation, B-ISDN OAM functions are essentially performed over five hierarchical "levels" associated with the ATM and physical layers of the protocol reference model, resulting in corresponding bidirectional "information flows" F1, F2, F3, F4 and F5, referred to herein as "OAM flows." Not all five hierarchical OAM flows F1–F5 must necessarily be employed in a particular network implementation—e.g., the OAM functions of a missing level may be performed at the next higher level. More particularly, the OAM flows F1–F5 constitute a means for in-band communication of information between peer OAM elements and functions of the broadband network, which collectively monitor the data path at different network levels. The transfer mode used for the information carried by these flows depends on the nature of both the particular level and the transport network.

By way of examples, for a physical layer based on the CCITT standard synchronous digital hierarchy ("SDH"), F1 to F3 flows are carried in synchronous channels in the overhead of the physical layer. For a cell-based physical layer, F1 to F3 flows are carried by physical layer OAM ( "PL-OAM") cells. For the ATM layer itself, the F4 flows are carried in cells distinguished by pre-assigned virtual circuit identifiers ("VCIs") in the virtual path, and the F5 flows are carried in cells distinguished by special PTI codes in the virtual circuit.

Existing industry standards addressing broadband OAM functionality are mainly directed to point-to-point backbone networks. Such networks, however, are fundamentally different from broadband access network architectures, and in particular, from point-to-multipoint networks. For example, while the data flows in a point-to-multipoint broadband access network are bidirectional, they are asymmetrical. As such, OAM flows in a point-to-multipoint broadband access network must be separately defined for "downstream" (i.e. from a head-end facility to the respective subtending terminals) and "upstream" (i.e., from the respective subtending terminals to the head-end facility) directions. Further, these OAM flows must be implemented through different mechanisms, carry different functions, and pertain to different end-points in each direction. In this context, the head-end and the subtending terminals are not peer entities, e.g., the terminals must report back fault conditions and performance degradation to the head-end, but the opposite is not applicable.

Thus, it would be desirable to define and provide specific OAM flow protocols for a broadband access network environment and, by way of example, show how such definitions and protocols would be applicable in a PON-based, point-to-multipoint broadband access network configuration.

## SUMMARY OF THE INVENTION

The present invention provides both functional definitions and data transmission protocols for both downstream and

4

upstream OAM data flows in an ATM-based point-to-multipoint broadband communication network.

In accordance with a first aspect of the invention, B-ISDN OAM functions in a point-to-multipoint PON-based broadband access network ("BAN"), are defined from an "OAM flow" perspective, wherein some of the PON physical layer related functions are performed at the F1 level flow, including all functions relating to the sign-on, ranging, power tuning, synchronization and timing status of the ONUs; certain physical layer performance, fault and configuration management; physical layer loopback testing; and equipment related status, failure, inventory and testing reports.

At the F3 flow level, the OAM functions are defined to include further performance and fault management functions, as well as MAC related functions. These functions concern mainly upstream and for upstream bandwidth management transactions between the headend facility and the respective ONUs.

In an exemplary point-to-multipoint PON, downstream data over is broadcast (or multicast) in successive downstream frames from an optical line terminal ("OLT") to a plurality of ONUs, wherein each downstream data frame generally comprises a framing header followed by a plurality of successive downstream ATM slots. Upstream data is transmitted point-to-point from respective ONUs to the OLT in packets, with each upstream packet including a header added to a standard ATM cell.

In accordance with a further aspect of the invention, the F1 and F3 OAM data flows are transported in the respective downstream frames and upstream packets in preferred protocols suitable for a point-to-multipoint network configuration. In particular, downstream F1 OAM flows are carried in specifically allocated overhead of each downstream frame header, with a downstream F1 "flow unit" defined as the entire frame. Downstream F3 OAM flows may be alternately carried in either the framing overhead, or in overhead associated with specific downstream ATM slots. In either case, a downstream F3 flow unit is defined as the respective ATM slots.

Upstream F1 and F3 data flows are carried in specifically allocated overhead associated with each upstream packet, with an upstream F1 flow unit defined as the entire upstream packet, and an upstream F3 flow unit defined as the upstream ATM cell and MAC layer overhead. In accordance with a still further aspect of the invention, the respective downstream and upstream F1 and F3 data flows may be cell-based, wherein the respective flows are transported in customized downstream and upstream ATM cells—i.e., with no overhead allocation required.

Other and further objects, features, aspects, and advantages of the present invention will become better understood with the following detailed description of the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The drawings illustrate both the design and utility of preferred embodiments of the present invention, in which:

FIG. 1 depicts a Bellcore recommended OAM cell format for F4 and F5 OAM data flows;

FIG. 2 depicts a basic assignment of F1 through F5 OAM flows through an exemplary PON-based broadband access network;

FIG. 3 depicts a first preferred protocol for downstream F1 and F3 OAM flows in a frame-based ATM transmission scheme;

**breakdown voltage:** The voltage between two isolated or insulated points at which electric conduction occurs, i.e., arc-over occurs, between the two points. *Note:* At the breakdown voltage, material destruction usually occurs. *See also* **avalanche multiplication, conduction, insulated, isolated, point, voltage.**

**breaker:** *See* **circuit breaker, power circuit breaker.**

**break lock:** To lose frequency lock, phase lock, or synchronism. *See* **angle break lock.** *See also* **frequency lock, phase lock, synchronism.**

**breakout:** To separate and access the individual optical fibers or electrical conductors of a cable or bus, usually to (a) establish a breakout box, (b) create a splice, or (c) connect the individual optical fibers or electrical conductors to terminal receiving or transmitting equipment. *Synonym* **furcate.** *See also* **breakout box, conductor, fiber optic breakout cable, fiber optic breakout kit, fiber optic splice, optical fiber, terminal.**

**breakout box:** In an interface bus, a device that permits a user to access individual leads for various purposes, such as to monitor, break, switch, interconnect, or test selected circuits. *See also* **distribution frame, fiber optic distribution frame, fiber optic patch panel, interface bus.**

**breakout cable:** *See* **fiber optic breakout cable.**

**breakout kit:** *See* **fiber optic breakout kit.**

**breakout point:** The point where a branch meets, merges, or joins with or diverges from the main cable or harness run. *Note:* An example of a breakout point is the point of convergence or divergence of the fibers in a fiber optic cable. *See also* **branch, branched cable, fiber optic cable.**

**bremsstrahlung:** A pulsed ray or beam, literally from the German, a braked ray, i.e., an interrupted ray. *See also* **beam, optical pulse, pulse, ray.**

**Brewster angle:** The angle, measured with respect to the normal at an interface surface, at which an electromagnetic wave incident upon the interface surface between two dielectric media of different refractive indices is totally transmitted from one propagation medium into another. *Note 1:* The transmittance will be unity and the reflectance will be zero only for an electromagnetic wave that has its electric field vector in the plane defined by (a) the direction of propagation, i.e., the direction of the Poynting vector, and (b) the normal to the surface. Thus, the magnetic field vector of the incident wave must be parallel to the interface surface. *Note 2:* The Brewster angle, $\Theta_B$, for propagation from medium 1 to medium 2, is given by the relation $\Theta_B = \arctan(n_2/n_1) = \arctan(\varepsilon_2/\varepsilon_1)^{1/2}$ where $\Theta_B$ is the Brewster angle; $n_2$ and

$n_1$ are the refractive indices of medium 2 and medium 1, respectively, and $\varepsilon_2$ and $\varepsilon_1$ are their electric permittivities. *Note 3:* The Brewster angle is a convenient angle for transmitting all the energy in an optical fiber to a photodetector, or from a light source to a fiber. *Note 4:* There is no Brewster angle when the electric field component of the incident wave is parallel to the interface, except when the electric permittivities are equal, in which case there is no interface. *Note 5:* For entry into a more dense medium, such as from air into an optical fiber, $\Theta_B$ is less than 45°. From a more dense medium into a less dense medium, such as from an optical fiber to air, $\Theta_B$ is greater than 45°. *See also* **Brewster's law, dielectric, electric field vector, electric permittivity, electromagnetic wave, energy, incidence angle, incident, interface surface, light source, magnetic field vector, optical fiber, photodetector, Poynting vector, propagation, propagation medium, reflectance, refractive index, transmit, transmittance.**

**Brewster's law:** When an electromagnetic wave is incident upon an interface surface, i.e., an incidence plane, and the angle between the refracted and reflected ray is 90°, (a) maximum polarization occurs in both rays, (b) the reflected ray has its maximum polarization in a direction normal to the interface surface, and (c) the refracted ray has its maximum polarization parallel to the interface surface, i.e., the incidence plane. *See also* **Brewster angle, electromagnetic wave, incidence, incident, interface surface, polarization, ray, refracted ray, refraction.**

**brick:** In the mobile service, a station that consists of a hand-held radiotelephone unit that (a) is licensed under a site authorization and (b) is capable of operation while being hand-carried. *See also* **radiotelephone, station.**

**bridge: 1.** In a communications network, such as a fiber optic net, a means that (a) links or routes signals from one ring or bus to another or from one network to another, (b) extends the distance span and capacity of a single local area network (LAN), (c) does not modify packets or messages, (d) operates at the Data link Layer of the Open Systems Interconnection—Reference Model (OSI—RM) (Layer 2), and (e) reads packets and messages and passes only those with addresses on the same segment of the network as the source user. **2.** A functional unit that interconnects two local area networks (LANs) that use the same logical link control sublayer, but may use different medium access control sublayers. *See also* **bridging connection, fiber optic link, fiber optic net, functional unit, local area network, logical link control sublayer, medium, medium access control sublayer, medium access**

service to the public, such as a railroad company, an airline company, a steamship company, a communications company, or a trucking company. *Synonyms* **carrier system, carrier wave.** *See* **charge carrier, commercial communications common carrier, common carrier, communications common carrier, continuous carrier, digital loop carrier, full carrier, local exchange carrier, optical carrier, other common carrier, pulse carrier, resale carrier, specialized common carrier, subcarrier, telecommunications carrier, value-added carrier, virtual carrier, wireline common carrier.** *See also* **amplitude modulation, electromagnetic wave, emission, frequency modulation, information-bearing signal, lightwave, microwave, modulation, optical pulse, phase modulation, pulse, pulse code modulation, pulse train, radio wave, sinusoidal function, transmit, wavelength modulation.** *Refer to* **Appendix B, Tables 1, 2, 4, 6, 7, 8, 10.**

**carrier dropout:** A temporary loss of a carrier. *Note:* Some causes of carrier dropout are noise, maintenance activity, system failure, system degradation, and temporary loss of power. *See also* **carrier, failure, maintenance, noise, optical carrier, optical power, power.**

**carrier frequency: 1.** The frequency of a carrier. **2.** The frequency of an unmodulated wave, such as an unmodulated lightwave or an unmodulated radio wave, capable of being modulated with an information-bearing signal. *Note:* In frequency-modulated systems, the carrier frequency is also the center frequency. *In frequency modulation, synonym* **center frequency.** *See also* **carrier, center frequency, frequency, frequency modulation, frequency spectrum designation, information-bearing signal, lightwave, lower sideband, modulation, radio wave, signal, upper sideband, wave.**

**carrier frequency shift:** *See* **subcarrier frequency shift.**

**carrier frequency stability:** A measure of the ability of a transmitter to maintain, i.e., to remain on, an assigned frequency an assigned wavelength, or a design wavelength, such as that of a radio wave or a lightwave. *See also* **assigned frequency, lightwave, radio wave, transmitter, wavelength.**

**carrier interrupt signaling:** *See* **digital carrier interrupt signaling.**

**carrier leak:** In a suppressed carrier transmission system, the carrier that remains after carrier suppression. *Note:* The carrier leak may be used as a reference for an automatic frequency control system. *See* **optical carrier leak.** *See also* **carrier, carrier suppression,** control, frequency, optical carrier, suppressed carrier transmission.

**carrier level:** The level of a carrier signal at a specified point in a communications system. *Note:* The carrier level may be expressed (a) in dB (decibels) relative to a specified reference level or relative to a specified point in the system or (b) in absolute power units, such as kilowatts, watts, milliwatts, or microwatts. *See also* **carrier power, dB, level, optical carrier, optical power, optical signal, power, reference.**

**carrier mobility:** *See* **charge carrier mobility.**

**carrier multiplex:** *Synonym* **frequency division multiplex.**

**carrier noise level:** The noise level that results from undesired variations of a carrier in the absence of any intended modulation. *Common abbreviation:* **CNL.** *Synonym* **residual modulation.** *See also* **carrier, level, modulation, noise, optical carrier, optical carrier leak.**

**carrier pulse: 1.** A carrier that has the duration of a pulse. **2.** A pulse of a carrier, such as an optical pulse or a pulse that occurs in pulse code modulation (PCM). *Common abbreviation:* **CP.** *See also* **carrier, modulation, optical pulse, pulse, pulse carrier, pulse code modulation, pulse duration.**

**carrier sense:** *Synonym* **carrier sensing.**

**carrier sense multiple access:** A network control feature in which a transmitter checks for a clear channel, such as a clear fiber optic channel, before transmitting. *Common abbreviation:* **CSMA.** *See also* **access, carrier, check, clear channel, code division multiple access, collision, fiber optic channel, local area network, network, transmit, transmitter.**

**carrier sense multiple access with collision avoidance:** A protocol in which (a) carrier sensing is used, (b) a data station that intends to transmit sends a jam signal, (c) after waiting a sufficient time for all stations to receive the jam signal, the data station transmits a frame, and (d) while transmitting, if the data station detects a jam signal from another station, it stops transmitting for a designated time and then tries again. *Common abbreviation:* **CSMA/CA.** *See also* **carrier, carrier sensing, collision, data station, frame, jam signal, local area network, optical carrier, optical signal, protocol, signal, station.**

**carrier sense multiple access with collision detection:** A protocol in which (a) carrier sensing is used and (b) a transmitting data station that detects another signal

while transmitting a frame stops transmitting that frame, transmits a jam signal, and then waits for a specified time interval before trying to send that frame again. *Common abbreviation:* **CSMA/CD.** *See also* **carrier, carrier sensing, collision, data station, detection, frame, jam signal, local area network, optical carrier, optical signal, protocol, signal, station.**

**carrier sensing:** In a local area network (LAN), an ongoing activity of a data station to detect whether another station is transmitting, including determining whether an optical carrier is being transmitted. *Synonym* **carrier sense.** *See also* **carrier, local area network, optical carrier, station.**

**carrier shift: 1.** In the transmission of binary or teletypewriter signals, keying in which the carrier frequency is changed in one direction for marks and in the opposite direction for spaces. **2.** In amplitude modulation, a condition that (a) results from imperfect modulation such that the positive and negative excursions of the modulating envelope are unequal in amplitude, (b) results in a change in the power associated with the carrier, and (c) may be positive or negative, i.e., an increased or a decreased frequency. *See also* **amplitude, amplitude modulation, carrier, carrier frequency, carrier power, frequency, frequency shift keying, keying, mark, modulation, space.** *Refer to* Appendix B, Tables 1, 2, 4, 6, 7, 8, 10.

**carrier single sideband emission:** *See* **reduced carrier single sideband emission.**

**carrier suppression:** *See* **suppressed carrier transmission.**

**carrier synchronization:** In a radio receiver, the generation of a reference carrier that has a phase closely matched to that of a received signal. *Note:* Carrier synchronization may occur in optical pulse code modulation systems and in coherent detection systems. *See also* **carrier, coherence, coherent, coherent detection, modulation, optical pulse, phase, pulse code modulation, phase locked loop, synchronization.**

**carrier system:** A multichannel telecommunications arrangement in which a number of individual data or voice circuits, such as fiber optic circuits, are multiplexed for use in transmission between the nodes of a network. *Common abbreviation:* **CS.** *Note 1:* In carrier systems, many different forms of multiplexing are used, such as time division multiplexing, and frequency division multiplexing. *Note 2:* Multiple layers of multiplexing may be imposed on the same carrier, such as an optical carrier. *See also* **carrier, channel, data, fiber optic circuit, frequency division multiplexing, multichannel, multiplexing, network, node, optical carrier, time division multiplexing, transmission, voice.**

**carrier-to-noise power ratio:** The ratio of (a) the power of the carrier, such as an optical carrier, to (b) the power of the noise measured at a receiver, such as a fiber optic receiver, of defined bandwidth before any nonlinear signal processing is performed. *Common abbreviations:* **CNR, C/N.** *Note 1:* The carrier-to-noise (C/N) power ratio usually is expressed in dB. *Note 2:* Nonlinear signal processing includes (a) amplitude limiting, i.e., clipping, and (b) detection, i.e., rectification and demodulation. In lightwave communications systems, noise is introduced by light sources, coupling with adjacent channels, the propagation media, and various sources of interference. *See also* **bandwidth, carrier, channel, clipping, coupling, demodulation, detection, fiber optic channel, fiber optic receiver, interference, light source, lightwave, limiter, noise, optical carrier, optical power, power, propagation medium, signal processing.**

**carrier-to-noise ratio: 1.** The ratio of (a) the received signal level, such as the received optical signal power level, to (b) the receiver noise level, such as the fiber optic receiver noise level. *Note 1:* If power values are used, 10 times the logarithm to the base 10 of the carrier-to-noise ratio (C/N or CNR) converts the ratio to dB. If current or voltage values are used, 20 times the logarithm of C/N converts the ratio to dB. *Note 2:* The carrier-to-noise ratio (CNR) usually is expressed in dB. *Common abbreviation:* **CNR, C/N. 2.** In radio receivers, the ratio of (a) the amplitude of the carrier to (b) the amplitude of the noise in the intermediate frequency (IF) bandwidth before any nonlinear signal processing occurs, such as amplitude limitation and detection. *See also* **amplitude, bandwidth, carrier, current, dB, fiber optic receiver, level, limiter, noise, optical signal, power, power level, signal-to-noise ratio, signal processing, value, voltage.** *Refer to* Fig. C-1.

**carrier-to-receiver noise density:** In satellite communications systems, the ratio of (a) the received carrier power to (b) the receiver noise power density. *Common abbreviation:* **C/kT.** *Note 1:* The carrier-to-receiver noise power density is usually expressed in dB (decibels). *Note 2:* The carrier-to-receiver noise density is given by the relation $C/kT$ where $C$ is the received carrier power in watts, $k$ is Boltzmann's constant in joules per kelvin, and $T$ is the receiver system noise temperature in kelvins. *Note 3:* The receiver noise power density, $kT$, is the receiver noise power per hertz. *See also* **carrier, carrier power, noise power, noise power density, noise temperature, receiver, signal-to-noise ratio, satellite communications system.**

ture, such as 5, 7, or 14 bits per character interval, to a second code with a different structure, such as a different number of bits per character interval. *Note:* In code conversion, alphabetical order is not significant. *See also* **binary digit, bit, character, code, line code, optical signal, pulse code modulation, signal.**

**code converter:** A data converter that changes the representation of data using one code, or coded character set, into data representing the same information but using a different code, or a different coded character set. *Note:* Examples of code converters are (a) a device that converts data encoded in international Morse code into data encoded in the American National Code for Information Interchange (ASCII) and (b) a device that converts a nonreturn to zero (NRZ) binary code to a return to zero (RZ) binary code. *See also* **coded character set, nonreturn to zero binary code, optical signal, pulse code mdoulation, return to zero binary code.**

**coded character:** The representation of a discrete value or symbol in accordance with a code. *Note:* An example of a coded character is the letter A represented by a bit pattern, such as a bit pattern in the American Standard Code for Information Interchange. *See also* **American Standard Code for Information Interchange, character, code, coded character set, digital alphabet, value.**

**coded character set:** A character set established in accordance with unambiguous rules that define the character set and the one-to-one relationships between the characters of the set and their coded representations. *See also* **coded, character, character set, code, digital alphabet.**

**coded decimal interchange code:** *See* **extended binary coded decimal interchange code.**

**code-dependent:** Pertaining to a communications, computer, data processing, or control system in which correct and proper functioning depends on the use of a specific coded representation or coded character set. *See also* **code, coded character set, code independent.**

**code-dependent communications:** *Synonym* **code-dependent data communications.**

**code-dependent data communications:** Data communications in which protocols are used that depend upon the coded character set or data code used for their correct functioning. *Note:* Fiber optic systems usually are code-independent systems. *Synonyms* **code-dependent communications, code-nontransparent communications, code-nontransparent data communications.** *See also* **code, coded character set, data, data communications, data transmission, source.**

**code-dependent system:** A system that depends for its correct functioning upon the character set or code required for data transmission. *Synonym* **code-sensitive system.** *See also* **character, code, coded character set, code-transparent system, data transmission.**

**coded image:** A representation of a display image in a form suitable for transmission, storage, and processing. *See also* **display device, image, image storage space, storage, transmission.**

**coded image space:** *Synonym* **image storage space.**

**code division multiple access: 1.** Modulation that (a) independently codes data in multiple channels for transmission over a single wideband channel, such as a fiber optic channel, (b) may be used as an access method that permits carriers from different stations to use the same transmission equipment by using a wider bandwidth than the individual carriers, and on reception, each carrier can be distinguished from the others by means of a specific modulation code, thereby allowing for the reception of signals that were originally overlapping in frequency and time, (c) permits several transmissions to occur simultaneously within the same bandwidth, with the mutual interference reduced by the degree of orthogonality of the unique codes used in each transmission, and (d) permits a more uniform distribution of energy in the emitted bandwidth. *Common abbreviation:* **CDMA.** *Note:* Code division multiple access signals may be transferred between transmitting stations via fiber optic links. **2.** A coding scheme in which (a) digital information is encoded in an expanded bandwidth format, (b) several transmissions can occur simultaneously within the same bandwidth with the mutual interference reduced by the degree of orthogonality of the unique codes used in each transmission, and (c) a high degree of energy dispersion occurs in the emitted bandwidth. *See also* **access, bandwidth, carrier, channel, code, dispersion, emit, fiber optic channel, fiber optic link, modulation, mutual interference, reception, transmission, wideband.** *Refer to* **Fig. C-11.**

**coded modulation:** *See* **differential trellis coded modulation, trellis coded modulation.**

**coded speech:** The output of any device that converts a signal derived from plain speech into another type of signal. *See also* **optical signal, plain speech, signal.**

**code element:** In the set of characters of a code, one of a set of parts used to compose or construct the characters. *See also* **binary digit, character, code, mark, pulse code modulation, space, start–stop transmission.**

or one-fourth of the input frequency. *See also* **frequency, frequency translator, integral.**

**frequency division:** In communications systems, the use of frequency to obtain separation between channels, such as electronic and fiber optic channels, so that several messages can be handled by the same circuit at the same time, each message being transmitted at a different frequency. *See also* **communications system, fiber optic channel, frequency division multiplexing, space division, time division.** *Refer to* **Appendix B, Tables 1, 2, 4.**

**frequency division multiple access:** The use of frequency division to provide multiple and simultaneous transmissions to a single transponder. *Common abbreviation:* **FDMA.** *See also* **frequency, frequency division, transmission, transponder.** *Refer to* **Appendix B, Tables 1, 2, 4.**

**frequency division multiplex:** To derive two or more simultaneous, continuous channels from a propagation medium that connects two points by (a) assigning separate portions of the available frequency spectrum to each of the individual channels, (b) dividing the frequency range into narrow bands, and (c) using each band as a separate channel. *Common abbreviation:* **FDM.** *Synonym* **carrier multiplex.** *See also* **band, channel, fiber optic channel, frequency band, frequency division multiplexing, frequency spectrum, narrowband, propagation medium, wavelength division multiplex.**

**frequency division multiplex combining:** *Synonym* **radio frequency combining.**

**frequency division multiplexing:** The multiplexing, i.e., the deriving, of two or more simultaneous, continuous channels from a propagation medium by assigning separate portions of the available frequency spectrum to each of the individual channels. *Common abbreviation:* **FDM.** *Note 1:* A broadband frequency spectrum allows for a large number of channels. *Note 2:* In optical communications, frequency division multiplexing (FDM) may be accomplished by wavelength division multiplexing (WDM), in which several distinct optical sources, such as lasers, are used, each having a distinct center frequency, i.e., each emitting a different optical wavelength or color and each modulated by a different information-bearing signal. Each separate wavelength provides a separate channel. All wavelengths may be simultaneously coupled into a single optical waveguide, such as an optical fiber. Each wavelength can be demultiplexed, i.e., can be separated and recovered at the far end of the optical fiber as long as a combination of components, such as prisms and photodetectors, on the receiving end are wavelength-sensitive for demultiplex-

ing. *Note 3:* In fiber optic systems, frequency division multiplexing (FDM) is usually called wavelength division multiplexing (WDM) because lightwaves and optical components are best and more often described in terms of wavelength. To be consistent, modulation of the instantaneous wavelength is called wavelength modulation (WM) and it avoids confusion with FDM, which also may be in use in the same system. FDM signals can be modulated onto optical carriers by means of WM or by intensity modulation (IM). *See also* **carrier, channel, channelization, demultiplexing, emit, frequency, frequency division multiplexing, information-bearing signal, intensity, inverted position, laser, modulate, multiplex hierarchy, multiplexing, optical, optical fiber, optical source, optical spectrum, optical wavelength, photodetector, prism, propagation medium, time assignment speech interpolation, time division multiplexing, wavelength, wavelength division multiplexing.** *Refer to* **Appendix B, Tables 1, 2, 4.**

**frequency domain:** The domain in which mathematical functions and events are expressed as a function of frequency, i.e., the domain in which frequency is the independent variable used to express functions and events. *Note 1:* Examples of frequency domains are (a) impedances expressed as a function of constants and the applied frequency, (b) a Fourier analysis of a waveform, and (c) the response of a device as a function of frequency. *Note 2:* In certain mathematical transforms, such as LaPlace transforms, time and frequency domains can be interchanged. *Note 3:* In propagating electromagnetic waves and sound waves, frequency and wavelength are interchangeable because the velocity usually is a constant. In fiber optics, the reciprocal of the frequency is proportional to the wavelength. *See also* **dependent variable, distributed network, domain, Domain Name System, event, Fourier analysis, function, independent variable, modulation domain, multiple domain network, software, time domain, variable, waveform.** *Refer to* **Appendix B, Tables 1, 2, 4.**

**frequency drift:** A slow undesired progressive change in frequency with time. *Note 1:* Causes of frequency drift include component aging and environmental changes. *Note 2:* Frequency drift may be in either direction, i.e., increasing or decreasing frequency, and not necessarily be a linear function of the cause. *Note 3:* Frequency drift may occur in devices that generate waves as well as devices that process them. *Note 4:* Frequency drift may occur in various devices, such as oscillators, clocks, transmitters, receivers, and repeaters. *See also* **clock, drift, fiber optic receiver, fiber optic repeater, fiber optic transmitter, frequency,**

argon, krypton, and xenon lasers, (c) metal vapor lasers, such as helium–cadmium molecular and helium–selenium lasers, and (d) molecular lasers, such as carbon dioxide, hydrogen cyanide, and water vapor lasers. *See* **mixed gas laser**. *See also* **active laser medium, laser.**

**gas panel:** In a display device, a part that consists of a display surface beneath which is a grid of electrodes or wires in a flat gas-filled envelope in which (a) the energizing of a group of electrodes causes the electrons in the gas molecules to attain higher energy levels at specific locations and (b) upon returning to normal levels, photons are emitted at those locations, thus creating an image of light. *Synonym* **plasma panel**. *See also* **display device, electron, emit, emission, energy, energy level, image, level, light, photon.**

**gate: 1.** A combinational circuit that (a) performs an elementary logic operation, i.e., such as the AND, OR, NOR, NAND, or NEGATION operation, (b) usually has one output channel and one or more input channels, and (c) has an output channel state that is completely determined by the input channel states, except during switching transients i.e., during transition from one significant condition to another. *Note:* Inputs to gates may be 0 or 1. If there are two inputs, there are 16 different possible input arrangements, ranging from 0000 to 1111, giving rise to 16 different gating arrangements. Of course, strictly speaking, a device that emits a continuous series of 0s or 1s might be considered as a gate only if the output can be inhibited. **2.** To select portions of electrical pulses or electromagnetic waves that meet specified criteria, such as portions that lie between certain time or amplitude limits. **3.** To use combinational circuits, i.e., to use logic, for purposes such as mix signals, execute logic functions, perform signal processing functions, and adjust the timing of signals. *See* **channel gate**. *See also* **amplitude, Boolean function, Boolean operation, channel, combinational circuit, emit, fiber optic channel, gating, laser-amplifier gate, logic, logic device, logic diagram, optical integrated circuit, optical pulse, pulse, signal, signal processing, switch, switching, transition.** *Refer to* **Figs. B-3, C-4, L-12, S-1, S-12.**

**gateway: 1.** In a communications network, a functional unit that (a) is used for interfacing with a user or network, such as a fiber optic net, using different architectures or protocol suites, (b) may perform the functions of a router, (c) usually is located at, or may be part of, a node, and (d) is used for interconnecting (i) dissimilar local area networks (LANs), (ii) devices on the same LAN that use different high-level protocols, and (iii) LANs with networks of different architectures. *Note 1:* A media conversion gateway interconnects networks that have similar high-level protocols but different transmission level protocols, i.e., different physical layer or data link layer protocols. *Note 2:* A protocol translation/mapping gateway interconnects networks with different network and protocol technologies by performing the required protocol conversions. *Note 3:* A gateway may consist of various devices, such as protocol translators, impedance matching devices, rate converters, fault isolation equipment, and signal translators, as necessary, to provide system interoperability. Mutually acceptable administrative procedures must be established between the interconnected entities. **2.** A node at which two or more networks are connected, with the fundamental role of serving as the boundary between the internal protocols of the connected networks. **3.** The collection of hardware and software that is required to effect an interconnection between one communications network and another. **4.** The interface or connection between one communications network and another. **5.** The path into or out of a communications network. *Note:* An example of a gateway is a connection between a local area network (LAN) of personal computer (PC) systems and a large-scale host computer. *See also* **bridge, brouter, communications, communications network, fiber optic net, functional unit, gating, gating circuit, hardware, host, host computer, impedance, impedance matching, interconnection, interface, internetworking, interoperability, isolated, isolation, isolator, local area network, logic, logical expression, network, network architecture, node, Open Systems Interconnection—Reference Model, path, port, protocol, router, signal, significant condition, software, switch, switching, translator, transmission, transmission level, user.** *Refer to* **Fig. N-9.**

**gateway interface:** An interface between two dissimilar communications systems, such as a fiber optic communications system, in which (a) switching centers are provided that enable switching, signaling, supervisory, and transmission functions to be performed on calls from a user in one system to a user in another system, (b) switching functions are automatically performed under the control of a programmed computer, (c) usually only a limited number of users in both systems are permitted access to the other system via the interface. *See also* **bridge, brouter, fiber optic communications, fiber optic communications system, gateway, interface, signaling, supervisory signal, supervisory signaling, switching, transmission.**

**gateway switching center:** An automatic telephone system switching center that is part of a gateway and provides interconnections among communications systems and networks, such as fiber optic communications

higher frequencies, such as in carrier systems, loading coils are not used. *Note 3:* Loading coils are not used on the optical side of a fiber optic transmitter between the light source output and the photodetector input. *See also* **attenuation, capacitance, carrier, coupling, cutoff frequency, fiber optic transmitter, filter, frequency, inductance, light source, line, optical, photodetector, resistance, signal, twisted pair, voice frequency.**

**load resistance:** An electrical resistance that is used to accept electrical current from a source or to cause a voltage drop when it is conducting a current. *Note:* Load resistance is used to (a) adjust stability and sensitivity in active devices, such as amplifiers, photodetectors, transmitters, receivers, and electric power generators and (b) adjust impedance of passive devices, such as transmission lines and antennas. *See also* **active device, amplifier, antenna, fiber optic receiver, fiber optic transmitter, impedance, passive device, photodetector, power, receiver, resistance, sensitivity, stability, transmission line, transmitter.**

**load test:** A test of a device under various conditions of loading. *See* **tensile load test.** *See also* **loading, test.**

**lobe: 1.** An identifiable part of a radiation pattern. **2.** In a polar coordinate diagram and in each direction, the locus of points at which the power density, i.e., the irradiance, is a specified fraction, such as one-half, of the peak power density at the central axis of the radiation pattern of an emitter, i.e., an antenna or source of radiation, such as an optical source or a fiber optic source. *Note:* The central axis of the lobe is the line from the antenna or source to a point at a particular range, i.e., the range for which a lobe is drawn, where the power density, i.e., the irradiance, is a maximum. **3.** A pair of channels between a data station and a lobe attaching unit, one channel for sending and one for receiving signals by the attached data station. *See* **antenna lobe, main lobe, side lobe.** *See also* **channel, data station, fiber optic source, irradiance, laser basic mode, light source, lobe attaching unit, power density, radiation pattern.**

**lobe attaching unit:** In a ring network, a functional unit used to connect and disconnect data stations to and from the ring without disrupting network operations. *See also* **data station, lobe, network, network topology.**

**lobe switching:** *See* **beam lobe switching.**

**local:** In communications, computer, data processing, and control systems, pertaining to an entity that is applicable to a specific area of consideration and is not applicable beyond that area, such as (a) at a node in a network, pertaining to a protocol that applies only to that node and not to any other station in the network, (b) pertaining to a call in which charges are not based on a per call basis, (c) in computer programming, pertaining to what is defined on one subdivision of a computer program and is not used in any other subdivision of that or any other program, (d) in personal computer (PC) systems, pertaining to a setting, definition, or condition that applies to only one part of a program and not to any other part, and (e) on a spreadsheet, pertaining to a setting that affects only one cell, or one set of cells, such as the column width, for one column on the spreadsheet. *See also* **foreign exchange service, global, long-distance call, long local call, network, node.**

**local access and transport area:** Under the terms of the Modification of Final Judgment, the geographical area within which a Bell Operating Company is permitted to provide exchange telecommunications and exchange access services after divestiture by the American Telephone and Telegraph (AT&T) Company. *Common abbreviation:* **LATA.** *See also* **central office, divestiture, exchange, exchange area, interchange carrier, inter-LATA, intra-LATA, service, telecommunications service.**

**local area network:** A communications system that (a) lies within a limited geographical area, (b) has a specific user group, (c) has a specific topology, (d) is not a public switched network, such as a public switched telephone network (PSTN), a metropolitan area network (MAN), or a wide area network (WAN), but may be connected to one, (e) usually is restricted to relatively small areas, such as rooms, buildings, clusters of buildings, industrial plants, military installations, ships, and aircraft, (f) uses fairly high data signaling rates (DSRs), (g) is not subject to public telecommunications regulations, (h) usually is connected to a switching center or central office (C.O.) for outside communications via other networks, such as telephone and data networks, and (i) may be a fiber optic net. *Common abbreviation:* **LAN.** *See also* **central office, closed user group, closed user group with outgoing access, communications system, data network, data signaling rate, fiber optic net, metropolitan area network, network topology, switching center, wide area network.** *Refer to* **Fig. C-13.**

**local area signaling service:** *See* **custom local area signaling service.**

**local battery: 1.** In communications networks, a system in which each end terminal or end instrument provides the electrical power it needs from its own source. **2.** In telephony, a system in which each telephone has its

**meter: 1.** The SI unit (Système International d'Unités) of length equal to 1,650,763.73 times the wavelength of the spectral line of orange light emitted when a gas consisting of the pure krypton isotope of mass number 86 is excited by an electronic discharge. *Common abbreviation:* **m.** *Note:* The meter was originally established by Napoleonic scientists as one ten millionth of the distance between an Earth pole and the equator, i.e., $10^{-7}$ of that distance along the surface of the Earth. Later, the standard international meter was the distance between two fine lines engraved on a platinum bar held at the International Bureau of Weights and Measures near Paris, France. **2.** A device that measures a parameter value and indicates the result of the measurement. *Note:* Fiber optic parameters, such as path lengths, fiber optic cable lengths, and lightwave speeds, are usually expressed in meters or meters per second. *See* **fiber optic blood flow meter, frequency meter, inductance–capacitance–resistance meter, par meter, phase meter, photoconductive meter, photometer, photovoltaic meter, power meter.** *See also* **light, lightwave, path length, spectral line, standard, value.**

**method:** *See* **actuation method, alternative test method, broadcast communications method, fiber optic test method, Fresnel reflection method, inductive assertion method, maximal-ratio-square diversity combining method, peak mode method, power weighted method, radio and telegraph operating method, reference test method, refracted ray method, relay communications method, transverse scattering method.**

**metric system:** A decimal system of weights and measures based on the meter, the kilogram, and the second, i.e., on the MKS system. *Note 1:* The latest version of this system uses the International System (SI) of Units (Système International d'Unités). *Note 2:* Fiber optic parameters, standards, and protocols are usually expressed in metric system units. For example, the standard wavelength for fiber optic transmission systems is 1.31 μm (microns) and a typical optical fiber attenuation rate is 0.1 dB · km$^{-1}$ (dB per kilometer). *See also* **attenuation rate, fiber optic transmission system, International System of Units, optical fiber, second.** *Refer to* **Appendix B, Tables 3, 4.**

**metric wave:** An electromagnetic wave with a wavelength that is between 1 m (meter) to 10 m, i.e., that has a frequency that lies in the range that (a) extends from 30 MHz (megahertz) to 300 MHz, (b) has the letter designation VHF (very high frequency), and (c) has the numerical designation 8. *Note:* For comparison with metric waves, lightwaves used in fiber optic transmission systems have a wavelength of 1.31 μm (microns), which is equivalent to 0.00000131 m (meters). *See also* **electromagnetic wave, fiber optic transmission system, frequency, frequency spectrum designation, lightwave, meter, metric system, wavelength.**

**metropolitan area network:** A network that usually (a) covers an area larger than a local area network (LAN) and smaller than a wide area network (WAN), (b) interconnects two or more LANs, (c) covers an entire metropolitan area, such as a large city and its suburbs, (d) operates at a higher speed than a WAN, (e) crosses administrative, i.e., political, boundaries, and (f) uses multiple access methods. *Common abbreviation:* **MAN.** *Note 1:* The Washington, DC metropolitan area network (MAN) includes parts of the 301 (Maryland) and 703 (Virginia) area codes and all of the 202 (District of Columbia) area code. *Note 2:* New metropolitan area networks (MANs) are being installed with fiber optic nets. Existing MAN components are being expanded, supplemented, or replaced with fiber optic links, fiber optic loops, and fiber optic trunks in order to take advantage of the wideband capabilities of fiber optic systems. *See also* **communications, fiber optic link, fiber optic loop, fiber optic net, fiber optic system, fiber optic trunk, local area network, medium interface connector, medium interface point, wide area network, wideband.**

**Michelson fiber optic sensor:** A high-resolution interferometric sensor in which (a) a coherent electromagnetic wave, such as monochromatic light, is split by a beam splitter, one half is reflected from a fixed mirror and back through the splitter to a photodetector and the other half is passed directly through the splitter to a movable mirror that reflects it back to the splitter where it is reflected to the same photodetector, (b) the two waves can enhance or cancel each other, thereby modulating the irradiance, i.e., the light intensity, at the photodetector in accordance with an input signal in the form of a displacement of the movable mirror, such as might be produced by a sound wave or a pressure, strain, or temperature variation, (c) if an optical fiber is used, the ends of the fiber form the reflecting surfaces, (d) moving one end relative to the other produces the same effect as moving the mirror, and (e) displacements less than $10^{-13}$ m (meter) can be measured when narrow spectral width, i.e., monochromatic, highly coherent laser sources are used. *See also* **beam splitter, coherency, coherent, coherent light, constructive interference, destructive interference, electromagnetic wave, fiber optic splitter, interferometric sensor, irradiance, laser, mirror, modulation, monochromatic, optical fiber, photodetector, reflection, signal, spectral width.**

**micro:** *Refer to* **Appendix B, Table 4.**



**Fig. S-3.** A **slab dielectric waveguide** that (a) is a few microns wide and thick and (b) might be formed by an etching process or a chemical vapor deposition process on an optical integrated circuit chip.

**slab interferometry:** Measurement of the refractive index profile of a dielectric waveguide, such as an optical fiber or a slab dielectric waveguide, by using (a) a thin sample, i.e., a short length, that has its faces perpendicular to the axis of the waveguide and (b) an interferometer that scans across an endface. *Note:* The refractive index profile is calculated from the interference patterns obtained by the interferometer. *Synonyms* **axial interference microscopy, slice interferometry, transverse interferometry.** *See also* **dielectric waveguide, endface, interference pattern, interferometer, interferometry, optical fiber, refractive index profile, scan, slab dielectric waveguide.**

**slave clock:** A clock that is coordinated with, i.e., is controlled by, a master clock. *Note 1:* Slave clock coordination usually is achieved by phase-locking the slave clock signal to a signal received from the master clock. *Note 2:* To adjust for the delay of the timing signal from the master clock to the slave clock, the phase of the slave clock may be adjusted with respect to the timing signal from the master clock so that both clocks are in phase. Thus, the time markers of both clocks, at the output of the clocks, occur simultaneously at their respective locations. *See also* **clock, delay, master clock, phase, signal, synchronous, synchronous optical network, timing, timing signal.**

**slave station: 1.** In a data network, the station that (a) is selected and controlled by a master station and (b) usually can only call, or be called by, a master station. **2.** In navigation systems that employ precise time dissemination, a station that has a clock that is synchronized by a master station. *See also* **call, control station, data network, master station, primary sta-**

tion, secondary station, synchronized clock, timing, timing signal, tributary station.

**slave timing system:** *See* **master–slave timing system.**

**sleek:** In optical elements, a scratch that (a) may be produced by polishing and (b) is not accompanied by visible conchoidal fracturing of the edges. *See also* **optical element.**

**sleeve splicer:** *See* **precision sleeve splicer.**

**sleeve splicing:** *See* **precision sleeve splicing.**

**slew:** *See* **clock phase slew.**

**slewing: 1.** Rotating a directional antenna or transducer rapidly, usually in a horizontal or vertical direction or both. **2.** Changing the frequency or pulse repetition rate of a signal source. **3.** Changing the tuning of a receiver, usually by sweeping through many or all frequencies. *See also* **antenna, frequency, pulse repetition rate, receiver, signal, source, transducer, tuning.**

**slice:** *See* **time slice.**

**slice interferometry:** *Synonym* **slab interferometry.**

**sliding window:** A variable-duration window that allows a transmitter to transmit a specified number of data units before an acknowledgement is received or before a specified event occurs. *Note:* An example of a sliding window in packet transmission is one in which, after the sender fails to receive an acknowledgement for the first transmitted packet, the sender resets the window, i.e., "slides" the window, and sends a second packet. This process is repeated for a specified number of times before the sender interrupts transmission. *Synonym* **acknowledgement delay period.** *See also* **data unit, event, packet, transmission, window.**

**slip:** In a sequence of transmitted symbols, a signal phase shift, i.e., a signal positional displacement, that causes (a) the loss of one or more symbols or (b) the insertion of one or more extraneous symbols or character strings, such as character strings represented by optical pulse trains. *Note:* Slips usually are caused by inadequate synchronization of the two clocks controlling the transmission and reception of the signals that represent the symbols. *See* **bit slip, digital slip, frame slip.** *See also* **bit string, character string, clock, optical pulse, phase, phase shift, position, pulse train, reception, signal, synchronization, transmission.**

**slip-free operation:** Operation of a communications system, such as a synchronous optical network (sonet), with sufficient phase locking (a) to prevent slip or (b) to prevent the overflowing or emptying of buffers. *See*

or condition to another, contained in the relation $A_t = A_o e^{-t/a}$ where $A_t$ is the value of the state at time $t$, $A_o$ is the value of the state at time $t = 0$, $a$ is the time constant, and $t$ is the time that has elapsed from the start of the exponential decay. *Note 1:* When $t = a$, $A_t/A_o = 1/e$, or about 0.37, and the system has changed about 63% toward its new value in one time constant. A system is considered to have completely changed its state after the elapse of three time constants, which corresponds to a 95% change in state. Thus, an electrical capacitor, $C$, is 95% discharged through a resistor, $R$, after the elapse of $3RC$ seconds, where $R$ is in ohms and $C$ is in farads, because the discharge is given by the relation $q_t = q_o e^{-t/RC}$, where $q_t$ represents the charge after time $t$ has elapsed and $q_o$ is the initial charge at time $t = 0$. *Note 2:* Time constants usually are expressed in seconds, such as $3.5 \times 10^{-6}$ seconds, i.e., 3.5 µs (microseconds). *See* **fast time constant, logarithmic fast time constant.** *See also* **capacitor, electronic charge, resistor, second, time.**

**time control:** *See* **sensitivity time control.**

**time conversion chart:** A table that enables (a) the time expressed in one mode at one location to be expressed in the same or another mode at another location and (b) the determination of the time differences between the locations. *Synonym* **time chart.**

**time delay:** *See* **near real time delay, receiver attack time delay, receiver release time delay, transmitter attack time delay, transmitter release time delay.** *Note:* These terms are redundant in the sense that delay can only be with respect to time. However, they are defined as such by recognized standards bodies. *See* **delay.**

**time delay distortion:** *Synonym* **delay distortion.**

**time-derived channel:** A channel created by time division multiplexing a line, circuit, or another channel, such as a fiber optic circuit or channel. *See also* **fiber optic channel, fiber optic circuit, frequency-derived channel, time division multiplexing.**

**time difference:** *See* **clock time difference.**

**time diversity: 1.** Pertaining to transmission in which a signal, such as an optical signal, is sent through the same channel, such as a fiber optic channel, more than once. **2.** Pertaining to transmission and reception in which the same information, though it may be represented by different signals, is transmitted and received at the same frequency more than once, but not simultaneously. *See also* **channel, fiber optic channel, frequency, optical signal, reception, signal, time diversity transmission, transmission.**

**time diversity transmission:** Transmission in which identical signals, such as optical signals, are sent over the same channel at different times. *Note:* Time diversity transmission is often used in systems subject to error burst conditions. The time spacing is adjusted to be longer than an error burst. *See also* **burst, burst transmission, diversity, diversity reception, diversity transmission, error, error burst, frequency diversity, optical signal, signal, space diversity, time diversity, transmission.**

**time division:** In communications, the use of time to share the use of a system or device, such as a fiber optic device, when the device can handle only one user at a time. *Common abbreviation:* **TD.** *Note:* Examples of time division are (a) the use of a single channel, such as a fiber optic channel, by separating the available time into time slots that may be used to create additional channels, (b) to divide the time of a switch among a multiplicity of users, and (c) to divide the use of equipment, such as facsimile, transmission, and computing equipment, among several users, one at a time. *See also* **available time, channel, fiber optic channel, fiber optic device, frequency division, space division, switch, time division multiplexing, time slot, user.**

**time division demultiplexing:** Reversing the process of time division multiplexing such that messages, conversations, packets, blocks, or other units of data that time-shared one channel, such as a fiber optic channel, are each assigned separate channels, such as wireline channels, so that they can each be routed to a different destination, i.e., a form of serial to parallel conversion. *Common abbreviation:* **TDD.** *See also* **channel, fiber optic channel, message, packet, serial to parallel conversion, time division multiplexing, wireline.** *Refer to* **Fig. T-4.**

**time division duplexing:** Duplex communication accomplished by the simultaneous transmission and reception of two signals each representing different information over a common path by using different time intervals for each signal. *See also* **duplex communication, path, reception, signal, transmission.**

**time division multiple access:** In a telecommunications system, the allocation of unique time slots to the different users of a common channel. *Note:* Time division multiple access (TDMA) may be used in multiple or broadcast transmission. It is used extensively in satellite communications systems, local area networks (LANs), physical security systems, and combat radio nets. *Common abbreviation:* **TDMA.** *See also* **channel time slot, frequency division multiple access, local area network, multiple, multiplexing, radio net, satellite communications system, security, time slot, user.**

**time division multiplex equipment:** Communications equipment that (a) allows messages or packets in several relatively slower speed channels to be transmitted through one higher speed channel, (b) includes complementary demultiplexing equipment at the distant end to obtain the individual messages, (c) may include a matched computer to which the complete multiplexed signal may be fed for demultiplexing, and (d) may use channel time sharing, such as (i) scanning, i.e., sampling, in which each possible input is connected in turn until all inputs have been scanned and the sequence is then repeated, (ii) polling, in which a code is used to ask for a message that is ready to be transmitted now, and the one unit that is ready is connected and sends its address to the serving switching center, i.e., serving exchange, and, if two or more units are ready at the same time, a priority is arranged, and (iii) addressing remote devices that then send back a ready signal or a not-ready signal. *See also* **address, channel, code, computer, demultiplexing, exchange, fiber optic channel, message, multiplexing, not-ready signal, packet, polling, ready signal, scan, signal, switching center, time sharing, transmit.**

**time division multiplexing:** In a single channel operating in a given frequency spectrum and in a propagation medium connecting two or more points, the derivation of two or more concurrent channels, such as fiber optic channels, from the single channel by assigning discrete time intervals, in sequence, to each of the derived channels, i.e., a form of parallel to serial conversion. *Common abbreviation:* **TDM.** *Note 1:* The entire available frequency spectrum can be used by the derived channels during their assigned time intervals. *Note 2:* Time division multiplexing (TDM) systems usually use pulse transmission. The multiplexed pulse trains are interleaved with the pulse trains of the derived channels. The derived channel pulses may be individually analog modulated or digitally modulated. Thus, individual signals from separate sources share the time of a circuit by being assigned time slots on the circuit. In fiber optic data links a single optical fiber can share its time among a large number of sources. If each source is assigned 1 μs (microsecond) out of each ms (millisecond) of time on the channel, 1000 sources can be accommodated by the single fiber. Of course, the individual sources can be frequency division multiplexed, giving rise to many more channels. In an optical fiber, the lightwaves in the fiber can be wavelength division multiplexed, i.e., a different-color lightwave for each channel. *See* **asynchronous time division multiplexing, synchronous time division multiplexing.** *See also* **channel, channelization, circuit, concentrator, digit time slot, fiber optic channel, frequency-derived channel, frequency division multiplexing, frequency spectrum, highway, multiplex aggregate bit rate, multiplex hierarchy, multiplexing, optical fiber, parallel to serial conversion, propagation medium, pulse train, source, time sharing, time slot, wavelength division multiplexing.** *Refer to* **Fig. T-4.** *Refer also to* **Fig. A-1.**

**time division switching: 1.** The switching of time division multiplexed (TDM) channels by shifting the data from one time slot to another in the TDM frame. **2.** In a switching system, an arrangement in which (a) the



**Fig. T-4. Time division multiplexing** on a fiber optic link.

5,572,349

1

# COMMUNICATIONS SYSTEM

This application is a continuation-in-part of our copending commonly assigned application Ser. No. 08/194,081, filed as PCT/GB94/02744, Dec. 15, 1994.

## FIELD OF THE INVENTION

This invention relates to a communications system, and to a line terminal and a customer terminal therefor.

## BACKGROUND OF THE INVENTION

A known optical fibre communications network is the passive optical network (PON) which is used to support voice and data traffic—so-called telephony over a passive optical network (TPON). Managing the movement of traffic through a TPON involves a number of technical considerations.

TPON systems currently are designed to carry a range of voice/data services. At the time these were specified, it was assumed that any expansion of such systems to include video would be a long way into the future for regulatory reasons. The systems were, therefore, specified to allow the use of a second wavelength for broadband services on the PON at a later date, without impinging on existing systems.

The present assignee has developed a bit transport system (BTS) for use in a TPON. In this bit transport, system, an optical line terminal (OLT) at an exchange transmits bit interleaved time division multiplex (TDM) frames downstream to all the receiving terminations on the network, known as optical network units (ONUs). The transmitted frames include both traffic data and control data. Each termination recognises, and responds to, appropriately-addressed portions of the data in the transmitted frames, and ignores the remainder of the frames.

In the upstream direction, each termination transmits data in a predetermined time slot, and the data from the different terminations are assembled at the OLT into time division multiple access (TDMA) frames of predetermined format.

One feature necessary to such a network is the provision of compensation for the differing delays associated with the different distances of the various terminations from the OLT. To this end, in the BTS system, each termination is arranged to transmit a ranging pulse timed to arrive in a predetermined portion of the upstream TDMA frame. The OLT is arranged to monitor the timing and phase of the arrival of the ranging pulse from each of the terminations, and to return a servo-control signal to each termination to adjust the launch power of that termination, and to retard or advance its transmissions as appropriate. This active fine ranging enables the BTS to ensure the stability of the upstream TDMA frame and, for example, to compensate for fluctuations in timing due to such effects as changes in the operating temperature of the network. However, this places severe demands on the design of the OLT, requiring the measurement of the timing of received signals to within a fraction of a clock cycle in real-time.

Additionally, the BTS must respond to commands from the next level in the network management hierarchy to allocate traffic circuits and to handle the addition/deletion of subscribers and the change/reallocation of numbers (known as "churn"). In practice, BTS controllers have no intrinsic knowledge of the type of traffic to be transmitted from an exchange (or its format), or the bandwidth which should be allocated to a particular network customer termination; it is

2

up to the network management hierarchy to provide the BTS with all the data necessary to enable it to map the appropriate number of traffic bits to a specified circuit.

Currently, the BTS is designed to be substantially symmetrical. Bandwidth configured in the downstream direction is also available in the upstream direction.

In summary, the BTS is a transport system which allows the bandwidth from an OLT to be distributed flexibly between a number of remote customer ONUs sharing a common point-to-multipoint passive split optical network. In current TPON systems, four BTS master units at the OLT are connected, via a time switch, to tributary units (TUs) which enables any 64k timeslot from any 2048 Kbit/s TU to be mapped to any timeslot on a particular BTS master unit. The BTS slave in the ONU distributes the TPON bandwidth to service units (SUs) which deliver the individual 64k timeslots to the customer for any given service.

The concept of video-on-demand (VoD) has recently been proposed. When using VoD, a subscriber to the service would be able to call up a video transmission from a library of titles as and when the subscriber wanted to, and to manipulate the video information, for example by freezing on a particular frame and fast searching backwards and forwards.

Now that video compression techniques have been developed, requiring 2 Mbit/s or less per customer channel, the possibility of distributing video channels among customers is feasible, without the need for higher bandwidth transmission systems than are currently available.

## SUMMARY OF THE INVENTION

The present invention provides a communications system comprising an OLT, a plurality of ONUs, and a PON for supporting traffic between the OLT and the ONUs, the OLT having a first terminal unit means for relatively narrow bandwidth traffic, a second terminal unit means for relatively wider bandwidth traffic, and a time domain multiplexer arranged to multiplex the traffic from the first and second terminal unit means for downstream transmission over the PON, each ONU having a first service unit means for relatively narrow bandwidth traffic, a second service unit means for relatively wider bandwidth traffic, a demultiplexer arranged to receive multiplexed downstream traffic from the PON and to segregate the traffic between the first and second service unit means, and control means for generating relatively narrow bandwidth control signals for upstream transmission over the PON, the second terminal unit means of the OLT being responsive to the control signals from a given ONU to control the transmission of the relatively wider bandwidth traffic to that ONU, wherein the downstream transmission is by TDM and the upstream transmission is by TDMA.

The invention is applicable to VoD for the wider bandwidth traffic. However, other wide bandwidth traffic can equally well be transmitted. In general, the system of the invention is suited to interactive information systems. For example, educational video, data and voice services can be transmitted by a system according to the invention. While the information traffic in these systems is likely to be inherently unbalanced, the system of the invention can equally well be used to support wide bandwidth traffic of a substantially more balanced nature.

Advantageously, the first service unit means includes the control means.

5,572,349

| 5 | 6 |

2 is arranged to transmit onto the PON 3 a ranging pulse timed to arrive at a predetermined position within the ranging section R. The OLT 1 determines the phase of each arriving ranging pulse, and then transmits control signals to the respective ONU 2 to adjust the launch power of that ONU, and to retard or advance the timing of the transmission from that ONU in order to minimise the phase offset between the received data from that customer terminal and the intended position of that data within the return frame structure.

Referring to FIG. 3, a simple implementation of the invention is shown for full duplex operation at 20.48 Mbit/s with overlaid video data. The system comprises a bank of BTS master units BTS(1) to BTS(n) which are located in the OLT 1. Each BTS master unit BTS(1) to BTS(n) has an incoming line 12 carrying the signal to be transmitted over a PON 18 coming from eight data streams. There is also a clock input 13 synchronising the BTS master units BTS(1) to BTS(n) to a common source.

Each BTS master unit BTS(1) to BTS(n) has a transmitting output tx and a receiving input rx. In this embodiment, the BTS master unit BTS(n) is arranged to support relatively narrow bandwidth duplex voice and data traffic. The other BTS master units BTS(1) to BTS(n-1) are arranged to support relatively wider bandwidth asymmetric traffic, such as VoD channels. A narrow bandwidth duplex control channel, associated with the VoD channels, for customer control of the received video information, uses a small proportion (e.g. 8 Kbit/s) of the bandwidth provided by the BTS master unit BTS(n) supporting the narrow bandwidth duplex traffic.

The transmitting outputs tx of the BTS master units BTS(1) to BTS(n) are commonly fed to the inputs of a time division multiplexer 14 which is also located in the OLT 1. The multiplexed output signal is then converted into an optical wavelength signal in an electro-optics converter 16, in which a laser light source having an output wavelength of 1310 nm is amplitude modulated with, for example, pulse code modulated (PCM) traffic signals for transmission across the PON 18. The electro-optics converter 16 is also arranged to convert optical wavelength traffic received from the PON 18 into electrical signals.

An ONU 2 (see FIG. 3) according to the invention comprises an electro-optics converter 20 similar to the electro-optics converter 16 in the OLT 1. The output from the converter 20 is connected to the input to a demultiplexer 2 which distributes the multiplexed signals between two conventional BTS slave units 24 and 26. In this embodiment, the slave unit 24 is a VoD output, this slave unit having an associated customer video channel for relatively broadband video signals. The other BTS slave unit 26 is used for the narrower bandwidth control channel between the video source and the customer. Thus, the narrow bandwidth BTS master unit BTS(n) in the OLT 1 and the slave unit 26 in the ONU 2 communicate via the control channel. It will be appreciated, by the skilled person, that a full network will combine many exchanges and numerous customers. Only one OLT 1 and one ONU 2 are shown in FIG. 3 for the sake of clarity. Each ONU 2 requires a channel for transmitting and receiving control signals associated with the VoD information. This is described above in relation to the narrow bandwidth BTS slave unit 26. However, the same slave unit 26 may service more than one VoD channel for each customer, depending on its capacity.

The skilled person will also be aware that the video signal itself represents a one-way, or severely asymmetrical, flow of traffic from the OLT 1, downstream across the PON 18

and to the video channel at the customer end. Conversely, the control channel represents a two-way, generally symmetrical, flow of traffic between the OLT 1 and the ONU 2. The control channel is specific to a particular customer, and comprises a narrow band full duplex (e.g. 9.6 kbit/s asynchronous) link between the ONU 2 and the OLT 1 in a normal narrower bandwidth voice/data channel. Thus, the control channel data is more normally representative of the bandwidth of the voice/data present on a conventional TPON.

The BTS frame structure is designed to carry traffic arriving at eight 2.352 Mbit/s PCM ports at a BTS master unit. In addition to traffic, bandwidth needs to be allocated for BTS control and ranging. For simplicity, the frame structures in both directions have similar formats but differ in functional detail, e.g. data in the downstream direction is scrambled to facilitate clock recovery at the remote terminations.

The aggregate system baud rate is 20.48 MBaud, and the multiframe frequency is 100 Hz, giving a multi frame period of 10 ms. The conventional BTS is a symmetrical transmission system, with the upstream direction of transmission being more complex than the downstream direction. According to the invention, it is possible to extend this multiplex in a TPON system to provide additional bandwidth in the downstream direction without modifying in any way the more complex upstream TDMA protocol.

Referring to FIGS. 4(a) and (b), the conventional BTS downstream multi frame repeats every 10 ms. It consists of one sync frame 34 and 80 basic frames BF0 to BF79. Each basic frame BF0 to BF79 contains the channel data from eight 125 μs source frames 36 (provided by the associated data streams) and 144 housekeeping bits 38 (see FIG. 4 (b)). Each source frame contains 294 channel bits.

The 125 μs source frames are rate adapted to interface with the BTS master units BTS(1) to BTS(n), each of which receives the 8×294 bits per 125 μs source frame from its data streams at 2.56 Mbit/s (this includes some redundant bit space). The bit streams are bit interleaved and time compressed (to 20.48 Mbit/s) in the BTS master units BTS(1) to BTS(n). They are then multiplexed in the multiplexer 14 and transmitted over the PON 18. This multiplexing, by a convenient factor (e.g. 2, 4, 8 or more—depending upon the number of BTS master unit BTS(1) to BTS(n)), enables the handling of the increased traffic requirements caused by the presence of the video traffic.

At the customer end, the slave unit 24 is able to retrieve a minimum of one bit per basic frame of the multiframe. Thus, the minimum channel size available from a decompressed 125 μs source frame at the customer end is 8 kbit/s.

The sync frame 34 of the multiframe is subdivided into two main areas: a 196 bit multiframe sync pattern 40 and a 4096 bit optical time domain reflectometry (OTDR) area 42. The OTDR area 42 is not always fully used, if at all, and is, therefore, used for alignment of a superframe for the system according to the invention.

Referring to FIG. 5(a), the input to the multiplexer 14 is a superframe constituted by a sequence of multiframes from the BTS master units BTS(1) to BTS(n).

A superframe incorporating the wider bandwidth traffic of, for example the VoD service, is an enhanced version of the basic BTS downstream multiframe. The superframe can be generated simply by interleaving the bits from the multiframes from the BTS master units BTS(1) to BTS(n). The multi frame from the BTS master unit BTS(n) contains a unique reference pattern in its OTDR area 42 which enables

between the head end and individual outstations. A characteristic of FTTH networks is that customers tend to exist in groups situated geographically close to each other (say, within a few hundred meters), but the head end (or central office) may be some kilometers away. We exploit this observation to increase the overall transmission capacity.

[0023]    The invention also provides for a system for the purposes of digital signal processing which comprises one or more instances of apparatus embodying the present invention, together with other additional apparatus.

[0024]    There is rapidly rising interest in fibre in the loop solutions. Multiple access networks allow fibre and exchange end equipment to be shared across groups of end customers, resulting in a more cost effective infrastructure. Our arrangement and method allows a multiple access network to be built without the need for active electronics in street locations. A network requiring only passive elements in outside locations is attractive, particularly to incumbent network operators who traditionally have not used active street equipment.

[0025]    Further use of the present invention in areas of application other than optical access networks helps provide increased technical benefit from the invention over a wide range of shared medium access networks, allowing reuse of essential designs and components.

[0026]    The invention is also directed to medium access logic for a communications network arranged to receive at a first port a send pause request and at a second port to cause a command to be sent to a remote station to pause transmission for a time period responsive thereto. The command may be directed to multiple outstations by means of a multicast address, In a preferred embodiment, the medium access logic embodies the Ethernet protocol, modified to support receipt of the send pause request. Typically such medium access logic may be provided in the form of a chip or chips set.

[0027]    The invention is also directed to software in a machine readable form for the control and operation of all aspects of the invention as disclosed.

[0028]    Reference is here directed to our co-pending application Ser. No. (09/584,330) of May 30, 2000, the contents of which are incorporated herein by reference.

[0029]    The preferred features may be combined as appropriate, as would be apparent to a skilled person, and may be combined with any of the aspects of the invention.

[0030]    Other aspects and features of the present invention will become apparent to those ordinarily skilled in the art upon review of the following description of specific embodiments of the invention in conjunction with the accompanying figures.

[0031]    The specific embodiments of the invention given below are based on the use of the Ethernet protocol over an optical fibre transmission system. It will be evident to those skilled in the art of communications technology that the methods described can also be applied to other guided transmission systems, such as coaxial cable and twisted copper pair cable, and also to free space transmission using electromagnetic waves, such as radio and free space optical transmission. Similarly, protocols other than Ethernet can be used.

BRIEF DESCRIPTION OF THE DRAWINGS

[0032]    In order to show how the invention may be carried into effect, embodiments of the invention are now described below by way of example only and with reference to the accompanying figures in which:

[0033]    FIG. 1 shows a schematic diagram of a passive optical access network (PON) in accordance with a preferred embodiment of the present invention;

[0034]    FIG. 2 shows the structure of a downstream data frame;

[0035]    FIG. 3 shows the structure of a downstream command or pause frame; and

[0036]    FIG. 4 is a flow chart illustrating the use of a multiple access algorithm in the network of FIG. 1 to marshal upstream transmissions;

[0037]    FIG. 5 shows a schematic diagram of a wireless access network in accordance with a preferred embodiment of the present invention.

DETAILED DESCRIPTION OF PREFERED EMBODIMENTS

[0038]    Referring first to FIG. 1, this shows in schematic form an exemplary FTTH access network in which a head end 11 is connected to a number of customer terminals or outstations 12 through a 1:n passive optical splitter 13 via respective optical fibre paths 14 and 15. Typically, the distance from the head end to the splitter is up to around 5 km The distance between any two outstations is assumed to be relatively small, typically about 500 m. The splitter 13 is located at a convenient point in the street and requires no power supply In the system illustrated, downstream and upstream traffic use the same fibres and splitter, but each direction uses a different optical wavelength. Optionally, the network may use separate fibres and splitters for each direction of transmission.

[0039]    As shown in FIG. 1, the head end 11 comprises an optical transmitter 110, typically a laser, operating at a first wavelength $\lambda_1$, and an optical receiver 112 operating at a second wavelength $\lambda_2$. The transmitter and receiver are coupled to fibre 14 via a wavelength multiplexer 114 so as to provide bi-directional optical transmission.

[0040]    The transmitter and receiver are electrically coupled to control logic circuit 116, which circuit provides an interface with an external network (not shown) to receive data to be transmitted downstream to the outstations 12 and to transmit to the external network upstream data received from those outstations

[0041]    Each outstation comprises an optical transmitter 120 operating at a the second wavelength $\lambda_2$, and an optical receiver 112 operating at the first wavelength $\lambda_1$. The transmitter and receiver are coupled to fibre 15 via a wavelength multiplexer 124.

[0042]    Since the optical path between an outstation and the head end passes through the splitter 13 in each direction, the optical transmission path has higher loss than in a simple point to point arrangement. To compensate for this transmission loss, the head end can be equipped with a powerful laser transmitter 110 and a sensitive receiver 112. Preferably the outstation electro-optics should be based on standard



*FIG. 7C*

US 2003/0137975 A1

Jul. 24, 2003

34

Addendum B

[0231] Following is a description of a hardware design for a field programmable gate array for an Optical Network Unit (ONU). It is intended to provide essential yet complete information for hardware and software design. Following abbreviations are used herein.

| CAM | Content Addressable Memory |
| DS1 | Digital Signal Level 1 |
| FE | Fast Ethernet |
| GE | Gigabit Ethernet |
| IP | Internet Protocol |
| LAN | Local Area Network |
| MAC | Media Access Control |
| MM | Multi Mode |
| OAM&P | Operation, Administration, Maintenance and Provisioning |
| ONU | Optical Network Unit |
| OLC | Optical Line Card |
| OLT | Optical Line Terminal |
| PON | Passive Optical Network |
| SM | Single Mode |
| SONET | Sync Optical NETwork |
| TDM | Time Division Multiplexing |
| WAN | Wide Area Network |

[0232] Each ONU is Customer Premises Equipment that accesses the customer LAN networks via multiple Fast Ethernet connections and T1 connections. It also provides Gigabit/Fast Ethernet PON link to OLT, central office equipment. Both OLC and ONU are built around the MMC's nP3400 network processor.

| Component | Base Address | Memory Size (Bytes) | Chip Select | Port Size (Bits) |
| --- | --- | --- | --- | --- |
| DRAM Bank 1 | 0x000 0000 | 16 M | CS2 | 32 |
| DRAM Bank 2 | 0x040 0000 | 16 M | CS3 | 32 |
| Internal RAM | 0x220 0000 | | NA | 32 |
| Intel Flash | 0x280 0000 | 16 M | CS0 | 32 |
| NP3400 | 0x300 0000 | | CS7 | 16 |
| FPGA | 0x400 0000 | | CS4 | 16 |
| Quad Framers | TDM Mod1 0x500 0000 | | CS5 | 8 |
| | TDM Mod1 LED 0x500 1000 | | | |
| | TDM Mod2 0x500 2000 | | | |
| | TDM Mod2 LED 0x500 3000 | | | |
| XSM | 0x600 0000 | | CS6 | 16 |

[0233] ONU Board Clock Distribution is illustrated in FIG. 9A.

[0234] System Capabilities are as follows for the ONU:

[0235] 24 Fast Ethernet+2 Gigabit Ethernet ports

[0236] Support up to 8 T1/E1, Default 4 T1/E1 and removable module has 4 T1/E1

[0237] Supports a dedicated CPU port for management and control.

[0238] Provides a standard SMII interface for each Fast Ethernet connection and an 8B/10B interface for each Gigabit Ethernet connection.

[0239] Supports from 384 KB to 12 MB of Packet Buffer Memory per nP3400 device. This Packet Buffer is dynamically allocated across all the ports.

[0240] Supports up to 16 MB of routing table memory Packet size: 48 bytes to 16 KB-1

[0241] On-chip Packet Classification CAM (Policy Engine) and interface for nPC2110 XSM External Search Machine (external search coprocessor)

[0242] ONU FPGA Architecture is based on an Altera APEX20K400 FPGA. This FPGA is to be used to enable the connection between NP3400 and PON PHY. As an extension of Gigabit Ethernet MAC, the FPGA performs synchronization, OAM&P, framing and de-framing functions. FIG. 9B illustrates the ONU FPGA Block Diagram.

[0243] The ONU features are as follows:

[0244] Support up to 1 OAM&P message queue for downstream and 1 queue for the upstream. (160B each)

[0245] Support up to 8 T1/E1 connections and configurable number of active T1/E1.

[0246] Support slave mode PowerPC bus mode

[0247] Assemble HSF and non-diagonal sub-frames from data buffer and TDM buffers.

[0248] Respond to the ranging request and schedule up-stream transmission based on the range information from OLC

[0249] Statistical counters, up-stream PON frame count, receiving error frame count.

[0250] Performance monitoring, link status, PRPG test, etc.

[0251] PON system bandwidth allocation and modification

[0252] PON system error monitoring and alarm generation

[0253] Steps OLT FPGA Need to Perform in Ranging Process:

[0254] 1. set offset delay to zero, send the ranging request with out-of-range status at the sub-frame prior to the diagonal sub-frame for a specific ONU_I;

[0255] 2. Expect the ranging reply from ONU_I

[0256] 3. If the ranging reply arrives before the end of the next sub-frame, i.e. the diagonal sub-frame, calculate the time count from the moment the reply arrives to the end of the diagonal sub-frame. Got to 4. else ONU_I is not there or too far away.

[0257] 4. If the status is out-of-range, The count is the offset delay value; else if the status is ranged, the count should be equal to the offset delay value, compare the value difference against the out-of-range threshold.

[0258] 5. Wait till the same diagonal sub-frame time slot in the next supper-frame, assemble a ranging request frame with the offset delay value and ranged status in the request.

[0259] 6. go to step 2.

ware, or in combinations of them. The invention can be implemented as a computer program product, i.e., a computer program tangibly embodied in an information carrier, e.g., in a machine-readable storage device or in a propagated signal, for execution by, or to control the operation of, data processing apparatus, e.g., a programmable processor, a computer, or multiple computers. A computer program can be written in any form of programming language, including compiled or interpreted languages, and it can be deployed in any form, including as a stand-alone program or as a module, component, subroutine, or other unit suitable for use in a computing environment. A computer program can be deployed to be executed on one computer or on multiple computers at one site or distributed across multiple sites and interconnected by a communication network.

[0060]  Method steps of the invention can be performed by one or more programmable processors executing a computer program to perform functions of the invention by operating on input data and generating output. Method steps can also be performed by, and apparatus of the invention can be implemented as, special purpose logic circuitry, e.g., an FPGA (field programmable gate array) or an ASIC (application-specific integrated circuit).

[0061]  Processors suitable for the execution of a computer program include, by way of example, both general and special purpose microprocessors, and any one or more processors of any kind of digital computer. Generally, a processor will receive instructions and data from a read-only memory or a random access memory or both. The essential elements of a computer are a processor for executing instructions and one or more memory devices for storing instructions and data. Generally, a computer will also include, or be operatively coupled to receive data from or transfer data to, or both, one or more mass storage devices for storing data, e.g., magnetic, magneto-optical disks, or optical disks. Information carriers suitable for embodying computer program instructions and data include all forms of non-volatile memory, including by way of example semiconductor memory devices, e.g., EPROM, EEPROM, and flash memory devices; magnetic disks, e.g., internal hard disks or removable disks; magneto-optical disks; and CD-ROM and DVD-ROM disks. The processor and the memory can be supplemented by, or incorporated in special purpose logic circuitry.

[0062]  To provide for interaction with a user, the invention can be implemented on a computer having a display device, e.g., a CRT (cathode ray tube) or LCD (liquid crystal display) monitor, for displaying information to the user and a keyboard and a pointing device, e.g., a mouse or a trackball, by which the user can provide input to the computer. Other kinds of devices can be used to provide for interaction with a user as well; for example, feedback provided to the user can be any form of sensory feedback, e.g., visual feedback, auditory feedback, or tactile feedback; and input from the user can be received in any form, including acoustic, speech, or tactile input.

[0063]  The invention can be implemented in a computing system that includes a back-end component, e.g., as a data server, or that includes a middleware component, e.g., an application server, or that includes a front-end component, e.g., a client computer having a graphical user interface or a Web browser through which a user can interact with an implementation of the invention, or any combination of such back-end, middleware, or front-end components. The components of the system can be interconnected by any form or

medium of digital data communication, e.g., a communication network. Examples of communication networks include a local area network ("LAN") and a wide area network ("WAN"), e.g., the Internet.

[0064]  The computing system can include clients and servers. A client and server are generally remote from each other and typically interact through a communication network. The relationship of client and server arises by virtue of computer programs running on the respective computers and having a client-server relationship to each other.

[0065]  The invention has been described in terms of particular embodiments. Other embodiments are within the scope of the following claims. For example, the steps of the invention can be performed in a different order and still achieve desirable results. The switch can be built as single or multiple rack units such as chassis and blade configuration with management and ingress/egress port blade and communication via backplane. An embodiment of the switch can support data throughput speeds of 10 megabit per second to 40 gigabit per second. The switch can be used in both wired and wireless applications to deliver voice, data, internet, and video services.

What is claimed is:

1. A method for processing data packets in a computer network, the data packets including information from one or more of Layers 2 through 7 of the OSI Model, comprising:

configuring a packet filter engine to process data packets at wire-speed based on one or more user defined packet policies, each user defined packet policy specifying information for one or more of Layers 4 through 7;

receiving a data packet, the received data packet having a sequence of bytes;

examining the data packet;

determining if there is a match between the data packet and one or more of the packet policies, each packet policy having on or more policy action fields;

if no matching packet policy is found, routing the data packet;

if a matching packet policy is found, processing the data packet based on the policy action fields of the matching policy.

2. The method of claim 1, wherein configuring the packet filter engine includes:

receiving a user request for a packet policy; and

transmitting the requested packet policy to the packet filter engine as one of the one or more user defined packet policies.

3. The method of claim 1, wherein each user defined packet policy specifies a policy byte pattern and determining if there is a match includes:

determining if the sequence of bytes in the received packet matches the policy byte pattern.

4. The method of claim 1, wherein routing the packet includes:

routing the packet using a Layer 2-3 switch.

5. The method of claim 1, wherein the policy action field specifies an action to be performed on the received data packet and processing the packet includes:

performing the specified action in the policy action field.